# EXHIBIT A

Case 1:21-cv-00461-GBW   Document 18-1   Filed 06/03/21   Page 2 of 235 PageID #: 344

US007072849B1

(12) **United States Patent** (10) Patent No.: **US 7,072,849 B1**
Filepp et al. (45) **Date of Patent:** **Jul. 4, 2006**

(54) **METHOD FOR PRESENTING ADVERTISING IN AN INTERACTIVE SERVICE**

(75) Inventors: **Robert Filepp**, White Plains, NY (US);
**Alexander W. Bidwell**, New York, NY
(US); **Francis C. Young**, Pearl River,
NY (US); **Allan M. Wolf**, Ridgefield,
CT (US); **Duane Tiemann**, Ossining,
NY (US); **Mel Bellar**, New York, NY
(US); **Robert D. Cohen**, Pouyhquag,
NY (US); **James A. Galambos**,
deceased, late of Westport, CT (US);
**Kenneth H. Appleman**, Brewster, NY
(US); **Sam Meo**, Carmel, NY (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/158,025**

(22) Filed: **Nov. 26, 1993**

**Related U.S. Application Data**

(60) Division of application No. 07/388,156, filed on Jul. 28, 1989, now Pat. No. 5,347,632, which is a continuation-in-part of application No. 07/328,790, filed on Mar. 23, 1989, now abandoned, which is a continuation-in-part of application No. 07/219,931, filed on Jul. 15, 1988, now abandoned.

(51) **Int. Cl.**
*G06Q 30/00* (2006.01)

(52) **U.S. Cl.** ...................................................... **705/14**

(58) **Field of Classification Search** ................ 364/401;
395/600, 144, 153, 200, 250, 201, 207, 210,
395/214, 611, 613, 614, 615, 762, 779, 782,
395/133, 135, 507, 327, 339, 340, 343, 346,
395/200.09, 445, 460
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,653,001 A * 3/1972 Ninke ........................ 395/132
(Continued)

FOREIGN PATENT DOCUMENTS

JP 573167 * 1/1982
JP 3204259 * 9/1991

OTHER PUBLICATIONS

"Trintex Sets Prodigy Pricing; Telaction Reports New Cable System Affiliate"; *IDP Report*; v 9 Issue:n4 p. 2(2); Apr. 1, 1988; Dialog(file 648, 06639981).*

(Continued)

*Primary Examiner*—Donald L. Champagne
(74) *Attorney, Agent, or Firm*—Connolly Bove Lodge & Hutz LLP; Douglas Lefeve

(57) **ABSTRACT**

A method for presenting advertising in an interactive service provided on a computer network, the service featuring applications which include pre-created, interactive text/graphic sessions is described. The method features steps for presenting advertising concurrently with service applications at the user terminal configured as a reception system. In accordance with the method, the advertising is structured in a manner comparable to the service applications enabling the applications to be presented at a first portion of a display associated with the reception system and the advertising presented at a second portion. Further, steps are provided for storing and managing advertising at the user reception system so that advertising can be pre-fetched from the network and staged in anticipation of being called for presentation. This minimizes the potential for communication line interference between application and advertising traffic and makes the advertising available at the reception system so as not to delay presentation of the service applications. Yet further the method features steps for individualizing the advertising supplied to enhance potential user interest by providing advertising based on a characterization of the user as defined by the users interaction with the service, user demographics and geographical location. Yet additionally, advertising is provided with transactional facilities so that users can interact with it.

**25 Claims, 16 Drawing Sheets**



**US 7,072,849 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,552,349 | A | * | 11/1985 Loos et al. .................... 270/54 |
| 4,575,579 | A | * | 3/1986 Simon et al. .................. 178/4 |
| 4,688,167 | A | * | 8/1987 Agarwal ..................... 395/343 |
| 4,714,996 | A | * | 12/1987 Gladney et al. ............ 395/600 |
| 4,805,134 | A | * | 2/1989 Calo et al. ................. 395/610 |
| 4,823,122 | A | * | 4/1989 Mann et al. ........... 340/825.28 |
| 4,873,662 | A | | 8/1989 Sargent |
| 4,887,204 | A | * | 12/1989 Johnson et al. ............. 395/600 |
| 4,897,781 | A | * | 1/1990 Chang et al. ............... 395/600 |
| 4,897,782 | A | * | 1/1990 Bennett et al. ............. 395/600 |
| 4,989,850 | A | * | 2/1991 Weller ........................ 270/1.1 |
| 5,036,314 | A | * | 7/1991 Barillari et al. ............. 340/717 |
| 5,087,805 | A | * | 2/1992 Silverschotz et al. .. 219/121.71 |
| 5,105,184 | A | * | 4/1992 Pirani et al. ................ 340/721 |
| 5,119,290 | A | * | 6/1992 Loo et al. ................... 395/400 |

## OTHER PUBLICATIONS

"The Handbook"; Prodigy; ©1990 Prodigy Services Company Glessbrenner, Alfred; Ceriés, New On-line fee; $4.95 a Month; *Home Office Computing*; v8 P. 36(1); Dec., 1990 Dialog (file 647, 09685321).*

"Advertisers Need Quick Fix for Zipping, Zapping"; *Marketing News*; v20 n10; pp. 12; May 9, 1986; Dialog: File 15, Acc# 00317906.*

"Consumers Plugging into new Electronic Mall"; *Advertising Age*; Mar. 4, 1985; p. 741; Dialog: File 16, Acc# 01155574.*

"CompuServe Will Jointly Offer Advertising and Direct Marketing Services via the CompuServe Information Service, a Videotex System"; *News Release*; Oct. 19, 1983; pp. 1-3; Dialog: File 16, Acc# 00962377.*

"Compuserve, L.M. Berry to Test Viability of Online Advertising"; *Online Database Report*; v4 n10; p. 12; Oct. 1983; Dialog: File 275, Acc# 00610155.*

Miller; "Database and Videotex Services—Where is Videotex Going?"; *Data Communications Buyers' Guide 1983*; pp. 152-157; Nov. 1982; Dialog: File 15, Acc# 00188062.*

*Dictionary of Computers, Information Processing & Telecommunications, 2nd ed.*; Jerry M. Rosenberg; 1984; pp.

183, 184, 268, 269, 303, 395, 402, 455, 530, 531, 594, 639, 640, 690, 691.*

*Dictionary of Computers, Information Processing & Telecommunications, 2nd ed.*; Jerry M Rosenberg; 1984; p. 700.*

Miller; "Database and Videotex Services—Where Is Videotex Going?"; *Data Communications Buyers' Guide 1983*; pp. 152, 157; Nov. 1982.*

Dietrich et al.; "Toward a Graphic Standard"; *PC World*; v2 n12; p. 264-269; Nov. 1984.*

"MCTel Inc. Advertises in the Electronic Mall Shop-at-Home Service, an Advertising Vehicle of CompuServe Inc. And L. M. Berry & Co."; *PR Newswire, PH303*; Jan. 23, 1985; Dialog: File 148, Acc# 02341095.*

"Consumers Plugging Into New Electronic Mall"; *Advertising Age*; Mar. 4, 1985; p. 741.*

"Home-Computer Shopping Arrives"; *Discount Store News*; v24; p. 3(2); Mar. 18, 1985; Dialog: File 148, Acc# 02324097.*

"Advertisers Need Quick Fix for Zipping, Zapping"; *Marketing News*; v20 n10; pp. 12; May 9, 1986.*

Caplinger, Michael, "An Information System Based on Distributed Objections", OOPSLA '87 Proceedings.

Schatz, Bruce, "Telesophy: A System for Manipulating the Knowledge of a Community", 1987 IEEE.

Christodoulakis, S., "The Multimedia Object Presentation Manager of MINOS: A Symmetric Approach", ACM SIGMOD Conf. 1986.

Christodoulakis, S., "Issues in the Architecture of a Document Archiver Using Optical Disk Technology", 1985 ACM.

Christodoulakis, S., "Multimedia Document Presentation, Information Extraction, and Document Formation in MINOS: A Model and A System" 1986 ACM.

Sigel, Efrem, "The Future of Videotext", 1983, Knowledge Industry Publications, Inc., White Plains NY and London.

Alber, Antone F., *Videotex/Teletext Principles & Practices, McGraw-Hill, Inc*., 1985.

* cited by examiner



FIG. 1

Case 1:21-cv-00461-GBW   Document 18-1   Filed 06/23/21   Page 5 of 235 PageID #: 347



FIG. 2

Case 1:21-cv-00461-GBW   Document 18-1   Filed 06/23/21   Page 6 of 235 PageID #: 348



FIG. 3a



FIG. 3b



FIG. 4a

Case 1:21-cv-00461-GBW   Document 18-1   Filed 06/23/21   Page 9 of 235 PageID #: 351



FIG. 4b



OBJECT TYPES
500
PAGE TEMPLATE OBJ
502
PAGE FORMAT OBJ
504
PAGE ELEMENT OBJ
506
WINDOW OBJECT
508
PROGRAM OBJECT
510
ADVERTISEMENT OBJ
SEGMENT TYPES
512
CUSTOM CURSOR
514
CUSTOM TEXT
516
FIELD DEFINITION
518
FLD LEVL PGM CALL
520
KEYWORD/NAVIGAT'N
522
PAGE ELEMENT CALL
524
PG ELMNT SELECTOR CALL
526
PAGE FORMAT CALL
528
PARTITION DEF'N
530
PRESENTATION DATA
532
PROGRAM CALL
534
PROGRAM DATA
513
COMPRESSION DES.
515
ARRAY DEF.
517
FIELD DEF. TYPE 2
519
CUSTOM CURSOR TYPE 2
521
CUSTOM GRAPHIC
523
EXTERNAL REF.
525
IMBEDDED ELE.
527
INVENTORY CONTROL
529
PAGE FORMAT DEF.
531
TABLE STRUCTURE
533
IMBEDDED OBJECT
535
TABLE ENTRY
537
SYSTEM TABLE CALL
540
PAGE DEFAULT

FIG. 4c

OBJECTS: COMPOSITION AND RELATIONSHIPS
500
524
PAGE TEMPLATE OBJECTS
522
PAGE ELEMENT CALLS
PAGE ELEMENT SELECTOR CALL
520
KEYWORD
526
PAGE FORMAT CALL
532
PROGRAM CALLS
502
PAGE FORMAT OBJECTS
PARTITION DEFINITIONS
PAGE DEFAULTS
528
504 or 510
508
PROGRAM OBJECTS
PROGRAMS
534
TABLES
534
PAGE ELEMENT OBJECTS
528
PARTITION DEFINITION
CUSTOM TEXT
514
CUSTOM CURSOR
512
PRESENTATION DATA
530
FIELD DEFINITIONS
516
ARRAY DEFINITIONS
515
PROGRAM CALLS
532
506
WINDOW OBJECTS
PARTITION DEFINITION
528
PAGE ELEMENT CALL
522
CUSTOM TEXT
514
CUSTOM CURSOR
512
PRESENTATION DATA
530
FIELD DEFINITIONS
516
ARRAY DEFINITIONS
515
PROGRAM CALLS
532

FIG. 4d



FIG. 5a



PAGE COMPOSITION AND PROCESSING
500
PAGE TEMPLATE
=
526
PAGE FORMAT CALL
+
PAGE FORMAT OBJECT
532
PROGRAM CALL
PROGRAM CALL
WINDOW CALL
PROGRAM CALL
512
PAGE ELEMENT CALL
532
PROGRAM CALL
PAGE ELEMENT CALL
250
260
255
280
SELECTOR INITIALIZER
POSTPROCESSOR
EVENT
PROGRAM ID
PARAMETERS
508
PROGRAM OBJECT
PARAMETER DRIVEN PROGRAMS, EG: APPLICATION MODELS COMMON CODE
506
WINDOW OBJECT
504
PAGE ELEMENT OBJECT
PAGE ELEMENT OBJECT
LOGIC INTERPRETER
PRESENTATION DATA
516
PAGE ELEMENT POSTPROCESSOR
PAGE ELEMENT INITIALIZER
FIELD DEFINITION
FIELD DEFINITION
FIELD DEFINITION
FIELD POSTPROCESSOR
FIELD INITIALIZER

FIG. 5b



FIG. 6

R.S. PROTOCOL



RECEPTION SYSTEM LAYERS

FIG. 7



Function Data
Keyboard Manager
434
Key Echo/ Cursor Movement
Display Manager
461
Open/Close Window Navigate
Presentation Data
Object Interpreter
Object Processor (Build PPT– open/close window
436
Object Scanner (parse segments)
437
435
Object Response
Object Request
Object Storage Facility
439
Local Store
440
Request firing of TBOL filters & post–process–ors
Request pre– and post–process–or firing
TBOL Interpreter
438
Record Object Data
Application level object request
Non–local object request
441
Data Collection Manager
Object id return
Field Data
Ad Manager
442
Object id request
Object Return
Data Collection messages
Receive Queue
Request Next Queue
Object Manager/ Communications Manager Interface
Send DIA Messages
443
Receive DIA Messages; TOCS Objects
469
Fatal Error Manager
Send Fatal Error Data
Link Communications Manager
444

FIG. 8



551
526
PTO
OBJECT HEADER
PAGE FORMAT CALL
PAGE ELEMENT CALL
522
500
OBJ. ID
ABCI
OBJ LENGTH
OBJ CONTROL
STYPE — 553
554–SLENG
555–ABCF
553–STYPE
554–SLENG
555–ABCX
ADSLOT
SLENG
STYPE
522
522
PAGE ELEMENT CALL
PAGE ELEMENT CALL
ABCY–555
SLENG–554
STYPE–553
502
PAGE FORMAT OBJECT
ABCF
DEFINES SCREEN PARTITION LOCATIONS SIZE
551
PAGE ELEMENT OBJECT PARTITION1
551
504
ABCX
NAPLPS PRESENTATION DATA 530
530
516
516
516
532
532
PAGE ELEMENT OBJECT PART 2
ABCY
NAPLPS PRESNT. DATA
FIELD DEF. FOR INPUT FIELD 3
FIELD DEF. FOR DISPLAY 1
FLD. DEF. FOR DISPLAY 2
PROG. CALL FOR PART. INITIALIZER (ABCI)
PROGRAM CALL FOR FLD. POST PROCESSOR (ABCJ)
551
PROGRAM OBJECT 508
ABCI
PROGRAM LOGIC 534
551
PROGRAM OBJECT 508
ABCJ
PROGRAM LOGIC 534
551

FIG. 9

FIG. 10

PAGE PROCESSING TABLE (ppt)



FIG. 11

User approximation of application/interest name
User invokes "JUMP" function
Staged PEO "JUMPwindow" opened on display; cursor in I/O field; user types approximation of application name
First character of user-typed string compared on cached table
Table for PTO-related mneumonics for first character fetched from network
Local string-search code searches retrieved table for matching string
Letter string unique ?
Y
N
Fetch PTO associated with string
Process and display page
Window for "INDEX" option opened
Present fetched table as cursorable fields
User selects field and triggers post-processors associated with nearest alphabetic JUMPword from table
NAVIGATE



US 7,072,849 B1

**1**

# METHOD FOR PRESENTING ADVERTISING IN AN INTERACTIVE SERVICE

## RELATED APPLICATIONS

This is a division of application Ser. No. 07/388,156 filed Jul. 28, 1989, Sep. 13, 1994, as U.S. Pat. No. 5,347,632, application Ser. No. 07/388,156 being a continuation in part of application Ser. No. 07/328,790, now abandoned filed Mar. 23, 1989, which itself was a continuation in part of application Ser. No. 07/219,931, now abandoned filed Jul. 15, 1988.

## BACKGROUND OF THE INVENTION

### 1. Field of Use

This invention relates generally to a distributed processing, interactive computer network intended to provide very large numbers of simultaneous users; e.g. millions, access to an interactive service having large numbers; e.g., thousands, of applications which include pre-created, interactive text/graphic sessions; and more particularly, to a method for presenting advertising to service users during interactive sessions, the method featuring steps for presenting advertising concurrently with applications, the advertising being organized as data which is stored for presentation and replenished at the user sites so as to minimize interference with retrieval and presentation of application data; the method also featuring steps for individualizing the advertising presented based on user characterizations defined by service interaction and/or other data such as user demographics and geographical location.

### 2. Prior Art

Interactive computer networks are not new. Traditionally they have included conventional, hierarchical architectures wherein a central, host computer responds to the information requests of multiple users. An illustration would be a time-sharing network in which multiple users, each at a remote terminal, log onto a host that provides data and software resource for sequentially receiving user data processing requests, executing them and supplying responses back to the users.

While such networks have been successful in making the processing power of large computers available to many users, problems have existed with them. For example, in such networks, the host has been required to satisfy all the user data processing requests. As a result, processing bottle-necks arise at the host that cause network slowdowns and compel expansion in computing resources; i.e., bigger and more complex computer facilities, where response times are sought to be held low in the face of increasing user populations.

Host size and complexity, however, are liabilities for interactive networks recently introduced to offer large numbers of the public access to transactional services such as home shopping, banking, and investment maintenance, as well as informational services concerning entertainment, business and personal matters. As can be appreciated, commercial interactive networks will have to provide attractive services at low cost and with minimal response times in order to be successful. Unlike military and governmental networks where, because of the compulsory nature of the service performed, costs, content and efficiency are of secondary concern, in commercial services, since use is predominantly elective, and paid for by the consumer, costs will have to be held low, content made interesting and response times reduced in order to attract and hold both users who

**2**

would subscribe to the service and merchandisers who would rely on it as a channel of distribution for their good and services. Accordingly, if the service delivery system is allowed to increase in size and complexity, either unchecked or unsubsidized, higher use costs would have to be charged to recover the larger capital and operating expenses, with the negatively, spiralling effect that fewer users could be attracted and be available over which to spread the costs for sustaining the service.

In the past, other suppliers of mass-media services such as radio, television, newspapers, and magazines, have sought to hold access and subscription prices to affordable levels by relying on advertising income to offset the costs of providing their users with the benefits of technological advance. However, in the case of interactive computer services, it has not been apparent how advertising could be introduced without adversely affecting service speed and content quality, which as noted, are considered essential elements for service success.

Particularly, in an interactive service, if advertising were provided in a conventional manner; as for example, by providing the advertising as additional data to be supplied to and presented at the user sites, the effort would compete with the supplying and presentation of service application data, and have the undesirable effect of diminishing service response time. More specifically, if advertising were supplied conventionally from a host to a user site, the application traffic, which constitutes the substance of the service, would have to compete with advertising for network communication resources. Yet additionally, even if traffic conflicts were somehow avoided, the presentation of the service applications would have to be interrupted and delayed; for example like television and radio commercials, as advertising content was presented to the user. The effect of these anticipated delays would be to degrade application response time and diminishing service attractiveness.

Additionally, in view of the need to maintain the user's interest in application content so as to drive the interactive session, it has not been apparent how advertising matter could be provided without distracting the user or disrupting the session. Where service response time is diminished for the sake of advertising which is either irrelevant or distasteful, insult is added to the injury, increasing the likelihood the user, and service, will be, simply, turned off.

## SUMMARY OF INVENTION

Accordingly, it is an object of this invention to provide a method for presenting advertising in an interactive service.

It is another object of this invention to provide a method for presenting advertising in an interactive service which method enables the presentation of advertising to be integrated with presentation of service applications.

It is a yet another object of this invention to provide a method for presenting advertising in an interactive service which method minimizes the potential for interference between the supply of interactive-service applications and advertising.

It is a still another object of this invention to provide a method for presenting advertising which minimizes the potential for interference between presentation of interactive-service applications and advertising. It is yet a further object of this invention to provide a method for presenting advertising in an interactive service which method enables the advertising presented to be individualized to the user to whom it is presented in order to increase the likelihood the advertising will be of interest to the user.

US 7,072,849 B1

**3**

And, it is still a further object of this invention to provide a method for presenting advertising in an interactive service which method enables the user to transactionally interact with the advertising presented.

Briefly, the method for presenting advertising in accordance with this invention achieves the above-noted and other objects by featuring steps for presenting advertising concurrently with service applications at the user reception system; i.e., terminal. In accordance with the method, the advertising is structured in a manner comparable to the manner in which the service applications are structured. This enables the applications to be presented at a first portion of a display associated with the reception system and the advertising to be presented concurrently at a second portion of the display. Further, in accordance with the method, the user reception system at which the advertising is presented includes facility for storing and managing the advertising so that it can be pre-fetched from the network and staged at the reception system in anticipation of being called for presentation. This minimizes the potential for communication line interference between application and advertising traffic and makes the advertising available at the reception system so as not to delay presentation of the service applications. Yet further the method features steps for individualizing the advertising supplied to enhance potential user interest by providing advertising based on a characterization of the user as defined by the users interaction with the service, user demographics and geographical location. Yet additionally, advertising is provided with transactional facilities so that users can interact with it.

In preferred form, the method includes step for organizing advertising and applications as objects that collectively include presentation data and executable program instructions for generating the advertising and applications at the reception system. In accordance with the preferred form of the method, advertising and application objects are selectively distributed in the service network in accordance with a predetermined plan based on the likelihood the applications and advertising will be called by the respective user reception systems.

Also in preferred form, the method includes step for maintaining an advertising object identification queue, and an advertising object store that are replenished based on predetermined criteria as advertising is called for association and presentation with applications. In accordance with the method, as applications are executed at the reception system, the application objects provide generalized calls for advertising. The application calls for advertising are subsequently forwarded to the reception system advertising queue management facility which, in turn supplies an identification of advertising who's selection has been individualized to the user based on, as noted, the user's prior interaction history with the service, demographics and local. Thereafter, the object identification for the advertising is passed to the object store to determine if the object is available at the reception system. In preferred form, if the advertising object is not available at the reception system, a sequence of alternative advertising object identifications can be provided which if also are unavailable at the reception system will resulting in an advertising object being requested from the network. In this way, advertising of interest can be targeted to the user and secured in time-efficient manner to increase the likelihood of user interest and avoid service distraction.

**4**

BRIEF DESCRIPTION OF THE DRAWINGS

The above and further objects, features and advantages of the invention will become clear from the following more detailed description when read with reference to the accompanying drawings in which:

FIG. **1** is a block diagram of the interactive computer network in which the method of the present invention may be practiced;

FIG. **2** is a schematic diagram of the network illustrated in FIG. **1**;

FIGS. **3***a* and **3***b* are plan views of a display screen for a user reception system at which advertising can be presented to a user in accordance with the method of the present invention;

FIGS. **4***a*, **4***b*, **4***c* and **4***d* are schematic drawings that illustrate the structure of objects, and object segments that may be used for advertising and applications in accordance with the method of the present invention;

FIG. **5***a* is a schematic diagram that illustrates the configuration of the page template object which might be used for presentation of an application and advertising in accordance with the method of the present invention;

FIG. **5***b* is a schematic diagram that illustrates page composition which might be used for presentation of an application and advertising in accordance with the method of the present invention;

FIG. **6** is a schematic diagram that illustrates the protocol which might be used by a reception system for supporting applications and advertising in accordance with the method of the present invention;

FIG. **7** is a schematic diagram that illustrates major layers for a reception system which might be used for supporting applications and advertising in accordance with the method of the present invention;

FIG. **8** is a block diagram that illustrates native code modules for a reception system which might be used for supporting applications and advertising in accordance with the method of the present invention;

FIG. **9** is a schematic diagram that illustrates an example of a partitioned application to be processed by a reception system which might be used for supporting applications and advertising in accordance with the method of the present invention;

FIG. **10** illustrates generation of a page with a page processing table for a reception system which might be used for supporting applications and advertising in accordance with the method of the present invention;

FIG. **11** is a flow diagram for an aspect of the navigation method of a reception system which might be used for supporting applications and advertising in accordance with the method of the present invention.

DESCRIPTION OF THE PREFERRED EMBODIMENT

General System Description

FIGS. **1** and **2** show a network in which the method of the present invention for presenting advertising might be used. As seen the network, designated **10**, includes a plurality of reception units within a reception layer **401** for displaying information and providing transactional services. In this arrangement, many users each access network **10** with a conventional personal computer; e.g., one of the IBM or IBM-compatible type, which has been provided with application software to constitute a reception system (RS) **400**.

US 7,072,849 B1

**5**

As seen in FIG. **1**, interactive network **10** uses a layered structure that includes an information layer **100**, a switch/file server layer **200**, and cache/concentrator layer **300** as well as reception layer **401**. This structure maintains active application databases and delivers requested parts of the databases on demand to the plurality of RS **400**'s, shown in FIG. **2**. As seen in FIG. **2**, cache/concentrator layer **300** includes a plurality of cache/concentrator units **302**, each or which serve a plurality of RS **400** units over lines **301**. Additionally, switch/file server layer **200** is seen to include a server unit **205** connected to multiple cache/concentrator units **302** over lines **201**. Still further, server unit **205** is seen to be connected to information layer **100** and its various elements, which act as means for producing, supplying and maintaining the network databases and other information necessary to support network **10**. Continuing, switch/filer layer **200** is also seen to include gateway systems **210** connected to server **205**. Gateways **210** couple layer **200** to other sources of information and data; e.g., other computer systems. As will be appreciated by those skilled in the art, layer **200**, like layers **401** and **300**, could also include multiple servers, gateways and information layers in the event even larger numbers of users were sought to be served.

Continuing with reference to FIG. **2**, in preferred form, each RS **400** is seen to include a personal computer **405** having a CPU **410** including a microprocessor (as for example, one of the types made by INTEL Corporation in its X'86 family of microprocessors), companion RAM and ROM memory and other associated elements, such as monitor **412** with screen **414** and a keyboard **424**. Further, personal computer **405** may also include one or two floppy disk drives **416** for receiving diskettes **426** containing application software used to support the interactive service and facilitate the interactive sessions with network **10**. Additionally, personal computer **405** would include operating systems software; e.g., MS-DOS, supplied on diskettes **428** suitable for the personal computer being used. Personal computer **405** still further may also include a hard-disk drive **420** for storing the application software and operating system software which may be transferred from diskettes **426** and **428** respectfully.

Once so configured, each RS **400** provides: a common interface to other elements of interactive computer network **10**; a common environment for application processing; and a common protocol for user-application conversation which is independent of the personal computer brand used. RS **400** thus constitutes a universal terminal for which only one version of all applications on network **10** need be prepared, thereby rendering the applications interpretable by a variety of brands of personal computers.

RS **400** formulated in this fashion is capable of communication with the host system to receive information containing either of two types of data, namely objects and messages. Objects have a uniform, self-defining format known to RS **400**, and include data types, such as interpretable programs and presentation data for display at monitor screen **414** of the user's personal computer **405**. Applications presented at RS **400** are partitioned into objects which represent the minimal units available from the higher levels of interactive network **10** or RS **400**. In this arrangement, each application partition typically represents one screen or a partial screen of information, including fields filled with data used in transactions with network **10**. Each such screen, commonly called a page, is represented by its parts and is described in a page template object, discussed below. The

Applications, having been partitioned into minimal units, are available from higher elements of network **10** or RS **400**,

**6**

and are retrieved on demand by RS **400** for interpretive execution. Thus, not all partitions of a partitioned application need be resident at RS **400** to process a selected partition, thereby raising the storage efficiency of the user's RS **400** and minimizing response time. Each application partition is an independent, self-contained unit and can operate correctly by itself. Each partition may refer to other partitions either statically or dynamically. Static references are built into the partitioned application, while dynamic references are created from the execution of program logic using a set of parameters, such as user demographics or locale. Partitions may be chosen as part of the RS processing in response to user created events, or by selecting a key word of the partitioned application (e.g., "JUMP" or "INDEX," discussed below), which provides random access to all services represented by partitioned applications having key words.

Objects provide a means of packaging and distributing partitioned applications. As noted, objects make up one or more partitioned applications, and are retrieved on demand by a user's RS **400** for interpretive execution and selective storage. All objects are interpreted by RS **400**, thereby enabling applications to be developed independently of the personal computer brand used.

Objects may be nested within one another or referenced by an object identifier (object-id) from within their data structure. References to objects permit the size of objects to be minimized. Further, the time required to display a page is minimized when referenced objects are stored locally at RS **400** (which storage is determined by prior usage meeting certain retention criteria), or have been pre-fetched, or in fact, are already used for the current page.

Objects carry application program instructions and/or information for display at monitor screen **414** of RS **400**. Application program objects, called pre-processors and post-processors, set up the environment for the user's interaction with network **10** and respond to events created when the user inputs information at keyboard **424** of RS **400**. Such events typically trigger a program object to be processed, causing one of the following: sending of transactional information to the coapplications in one layer of the network **10**; the receiving of information for use in programs or for presentation in application-dependent fields on monitor screen **414**; or the requesting of a new objects to be processed by RS **400**. Such objects may be part of the same application or a completely new application.

The RS **400** supports a protocol by which the user and the partitioned applications communicate. All partitioned applications are designed knowing that this protocol will be supported in RS **400**. Hence, replication of the protocol in each partitioned application is avoided, thereby minimizing the size of the partitioned application.

RS **400** includes a means to communicate with network **10** to retrieve objects in response to events occurring at RS **400** and to send and receive messages.

RS **400** includes a means to selectively store objects according to a predetermined storage criterion, thus enabling frequently used objects to be stored locally at the RS, and causing infrequently used objects to forfeit their local storage location. The currency of objects stored locally at the RS **400** is verified before use according to the object's storage control parameters and the storage criterion in use for version checking.

Selective storage tailors the contents of the RS **400** memory to contain objects representing all or significant parts of partitioned applications favored by the user.

7

Because selective storage of objects is local, response time is reduced for those partitioned applications that the user accesses most frequently.

Since much of the application processing formerly done by a host computer in previously known time-sharing networks is now performed at the user's RS **400**, the higher elements of network **10**, particularly layer **200**, have as their primary functions the routing of messages, serving of objects, and line concentration. The narrowed functional load of the higher network elements permits many more users to be serviced within the same bounds of computer power and I/O capability of conventional host-centered architectures.

Network **10** provides information on a wide variety of topics, including, but not limited to news, industry, financial needs, hobbies and cultural interests. Network **10** thus eliminates the need to consult multiple information sources, giving users an efficient and timesaving overview of subjects that interest them.

The transactional features of interactive network **10** saves the user time, money, and frustration by reducing time spent traveling, standing in line, and communicating with sales personnel. The user may, through RS **400**, bank, send and receive messages, review advertising provided in accordance with the method of the present invention, place orders for merchandise, and perform other transactions.

In preferred form, network **10** provides information, advertising and transaction processing services for a large number of users simultaneously accessing the network via the public switched telephone network (PSTN), broadcast, and/or other media with their RS **400** units. Services available to the user include display of information such as movie reviews, the latest news, airlines reservations, the purchase of items such as retail merchandise and groceries, and quotes and buy/sell orders for stocks and bonds. Network **10** provides an environment in which a user, via RS **400** establishes a session with the network and accesses a large number of services. These services are specifically constructed applications which as noted are partitioned so they may be distributed without undue transmission time, and may be processed and selectively stored on a user's RS **400** unit.

### System Configuration

As shown in FIG. **1**, interactive computer network **10** includes four layers: information layer **100**, switch and file server layer **200**, concentrator layer **300**, and reception layer **401**.

Information layer **100** handles: (1) the production, storage and dissemination of data and (2) the collection and off-line processing of such data from each RS session with the network **10** so as to permit the targeting of information and advertising to be presented to users and for traditional business support.

Switch and file server layer **200** and cache/concentrator layer **300** together constitute a delivery system **20** which delivers requested data to the RS **400**'s of reception layer **401** and routes data entered by the user or collected at RS **400**'s to the proper application in network **10**. With reference to FIG. **2**, the information used in a RS **400** either resides locally at the RS **400**, or is available on demand from the cache/concentrator **300** or the file server **205**, via the gateway **210**, which may be coupled to external providers, or is available from information layer **100**.

There are two types of information in the network **10** which are utilized by the RS **400**: objects and messages.

8

Objects include the information requested and utilized by the RS **400** to permit a user to select specific parts of applications, control the flow of information relating to the applications, and to supply information to the network. Objects are self-describing structures organized in accordance with a specific data object architecture, described below. Objects are used to package presentation data and program instructions required to support the partitioned applications and advertising presented at a RS **400**. Objects are distributed on demand throughout interactive network **10**. Objects may contain: control information; program instructions to set up an application processing environment and to process user or network created events; information about what is to be displayed and how it is to be displayed; references to programs to be interpretively executed; and references to other objects, which may be called based upon certain conditions or the occurrence of certain events at the user's personal computer, resulting in the selection and retrieval of other partitioned applications packaged as objects.

Messages are information provided by the user or the network and are used in fields defined within the constructs of an object, and are seen on the user's RS **400** monitor **412**, or are used for data processing at RS **400**. Additionally, and as more fully described hereafter, messages are the primary means for communication within and without the network. The format of messages is application dependent. If the message is input by the user, it is formatted by the partitioned application currently being processed on RS **400**. Likewise, and with reference to FIG. **2**, if the data are provided from a co-application database residing in delivery system **20**, or accessed via gateway **210** or high function system **110** within the information layer **100**, the partitioned application currently being processed on RS **400** causes the message data to be displayed in fields on the user's display monitor as defined by the particular partitioned application.

All active objects reside in file server **205**. Inactive objects or objects in preparation reside in producer system **120**. Objects recently introduced into delivery system **20** from the producer system **120** will be available from file server **205**, but, may not be available on cache/concentrator **302** to which the user's RS **400** has dialed. If such objects are requested by the RS **400**, the cache/concentrator **302** automatically requests the object from file server **205**. The requested object is routed back to the requesting cache/concentrator **302**, which automatically routes it to the communications line on which the request was originally made, from which it is received by the RS **400**.

The RS **400** is the point of application session control because it has the ability to select and randomly access objects representing all or part of partitioned applications and their data. RS **400** processes objects according to information contained therein and events created by the user on personal computer **405**.

Applications on network **10** act in concert with the distributed partitioned applications running on RS **400**. Partitioned applications constructed as groups of objects and are distributed on demand to a user's RS **400**. An application partition represents the minimum amount of information and program logic needed to present a page or window, i.e. portion of a page presented to the user, perform transactions with the interactive network **10**, and perform traditional data processing operations, as required, including selecting another partitioned application to be processed upon a user generated completion event for the current partitioned application.

US 7,072,849 B1

**9**

Objects representing all or part of partitioned applications may be stored in a user's RS **400** if the objects meet certain criteria, such as being non-volatile, non-critical to network integrity, or if they are critical to ensuring reasonable response time. Such objects are either provided on diskettes **426** together with RS **400** system software used during the installation procedure or they are automatically requested by RS **400** when the user makes selections requiring objects not present in RS **400**. In the latter case, RS **400** requests from cache/concentrator layer **300** only the objects necessary to execute the desired partitioned application.

Reception system application software **426** in preferred form is provided for IBM and IBM-compatible brands of personal computers **405**, and all partitioned applications are constructed according to a single architecture which each such RS **400** supports. With reference to FIG. **2**, to access network **10**, a user preferably has a personal computer **405** with at least 512K RAM and a single disk drive **416**. The user typically accesses network **10** using a 1,200 or 2,400 bps modem (not shown). To initiate a session with network **10**, objects representing the logon application are retrieved from the user's personal diskette, including the R.S. application software, which was previously set up during standard installation and enrollment procedures with network **10**. Once communication between RS **400** and cache/concentrator layer **300** has been established, the user begins a standard logon procedure by inputting a personal entry code. Once the logon procedure is complete, the user can begin to access various desired services (i.e., partitioned applications) which provide display of requested information and/or transaction operations.

### Applications and Pages

Applications, i.e. information events, are composed of a sequence of one or more pages displayed at screen **414** of monitor **412**. This is better seen with reference to FIGS. **3a** and **3b** were a page **255** is illustrated as might appear at screen **414** of monitor **412**. With reference to FIG. **3a**, each page **255** is formatted with a service interface having page partitions **250**, **260**, **280**, and **290** (not to be confused with application partitions). Window page partitions **275**, well known in the art, are also available and are opened and closed conditionally on page **255** upon the occurrence of an event specified in the application being run. Each page partition **250**, **260**, **280** and **290** and window **275** is made up of a page element which defines the content of the partition or window.

Each page **255** includes: a header page partition **250**, which has a page element associated with it and which typically conveys information on the page's topic or sponsor; one or more body page partitions **260** and window page partitions **275**, each of which is associated with a page element which as noted gives the informational and transactional content of the page. For example, a page element may contain presentation data selected as a menu option in the previous page, and/or may contain prompts to which a user responds in pre-defined fields to execute transactions. As illustrated in FIG. **3b**, the page element associated with body page partition **260**—includes display fields **270**, **271**, **272**. A window page partition **275** seen in FIG. **3a** represents the same informational and transactional capability as a body partition, except greater flexibility is provided for its location and size.

Continuing with reference to FIG. **3a**, in accordance with the invention, advertising **280** is provided over network **10**, like page elements, also includes information for display on

**10**

page **255**, and may be included in any partition of a page. Advertising **280** is presented to the user on an individualized basis from queues of advertising object identifications (ids) that are constructed off-line by business system **130**, and sent to file server **205** where they are accessible to each RS **400**.

Individualized queues of advertising object ids are constructed based upon data collected on the partitioned applications that were accessed by a user, and upon events the user generated in response to applications. The data are collected and reported by RS **400** to a data collection co-application in file server **205** for later transmission to business system **130**. In addition to application access and use characteristics, a variety of other parameters, such as user demographics or postal ZIP code, may be used as targeting criteria. From such data, queues of advertising object ids are constructed that are targeted to either individual users or to sets of users who fall into certain groups according to such parameters. Stated otherwise, the advertising presented is individualized to the respective users based on characterizations of the respective users as defined by the interaction history with the service and such other information as user demographics and locale. As will be appreciated by those skilled in the art, conventional marketing analysis techniques can be employed to establish the user characterizations based on the collected application usage data above noted and other information.

Also with reference to FIG. **3b**, the service interface is seen to include a command region **285** which enables the user to interact with the network RS **400** and other elements of network **10**, so as to cause such operations as navigating from page to page, performing a transaction, or obtaining more information about other applications. As shown in FIG. **3b**, interface region **285** includes a command bar **290**—having a number of commands **291**–**298** which the user can execute. The functions of commands **291**–**298** are discussed in greater detail below.

### Network Objects

As noted above, in conventional time-sharing computer networks, the data and program instructions necessary to support user sessions are maintained at a central host computer. However, that approach has been found to create processing bottlenecks as greater numbers of users are connected to the network; bottlenecks which require increases in processing power and complexity; e.g., multiple hosts of greater computing capability, if the network is to meet demand. Further, such bottlenecks have been found to also slow response time as more users are connected to the network and seek to have their requests for data processing answered.

The consequences of the host processing bottlenecking is to either compel capital expenditures to expand host processing capability, or accept longer response times; i.e., a slower network, and risk user dissatisfaction.

However, even in the case where additional computing power is added, and where response time is allowed to increase, eventually the host becomes user saturated as more and more users are sought to be served by the network. The network described above, however, is designed to alleviate the effects of host-centered limitations, and extend the network saturation point. This objective is achieved by reducing the demand on the host for processing resources by structuring the network so that the higher network levels act primarily to maintain and supply data and programs to the

US 7,072,849 B1

**11**

lower levels of the network, particularly RS **400**, which acts to manage and sustain the user screen displays.

More particularly, the described network features procedures for parsing the network data and program instructions required to support the interactive user sessions into packets, referred to as objects, and distributing them into the network where they can be processed at lower levels, particularly, reception system **400**.

In accordance with the method of the present invention, the screens presented at the user's monitor are each divided into addressable partitions shown in FIG. **3**a, and the display text and graphics necessary to make up the partitions, as well as the program instructions and control data necessary to deliver and sustain the screens and partitions, are formulated from pre-created objects. Further, the objects are structured in accordance with an architecture that permits the displayed data to be relocatable on the screen, and to be reusable to make up other screens and other sessions, either as pre-created and stored sessions or interactive sessions, dynamically created in response to the user's requests.

As shown in FIG. **4**c, the network objects are organized as a family of objects each of which perform a specific function in support of the interactive session. More particularly, in accordance with the preferred form of the invention, the network object family is seen to include 6 members: page format objects **502**, page element objects **504**, window objects **506**, program objects **508**, advertisement objects **510** and page template objects **500**.

Within this family, page format objects **502** are designed to define the partitioning **250** to **290** of the monitor screen shown in FIG. **3**a. The page format objects **502** provide a means for pre-defining screen partitions and for ensuring a uniform look to the page presented on the reception system monitor. They provide the origin; i.e., drawing points, and dimensions of each page partition and different values for presentation commands such as palette and background color.

Page format objects **502** are referenced whenever non-window data is to be displayed and as noted ensure a consistent presentation of the page. In addition, page format objects **502** assures proper tessellation or "tiling" of the displayed partitions.

Page element objects **504**, on the other hand, are structured to contain the display data; i.e., text and graphic, to be displayed which is mapped within screen partitions **250** to **290**, and to further provide the associated control data and programs. More specifically, the display data is contained within the object as NAPLS data, and includes, PDI, ASCII, Incremental Point and other display encoding schemes. Page element objects also control the functionality within the screen partition by means of field definition segments **516** and program call segments **532**, as further described in connection with the description of such segments hereafter. Page element objects **504** are relocatable and may be reused by many pages. To enable the displayable data to be relocated, display data must be created by producers in the NAPLS relative mode.

Continuing with reference to FIG. **4**c, window objects **506** include the display and control data necessary to support window partitions **275** best seen in FIG. **3**a. Windows contain display data which overlay the base page and control data which supersede the base page control data for the underlying screen during the duration of the window. Window objects **506** contain data which is to be displayed or otherwise presented to the viewer which is relatively independent from the rest of the page. Display data within windows overlay the base page until the window is closed.

**12**

Logic associated with the window supersedes base page logic for the duration of the window. When a window is opened, the bit map of the area covered by window is saved and most logic functions for the overlaid page are deactivated. When the window is closed, the saved bit map is swapped onto the screen, the logic functions associated with the window are disabled, and prior logic functions are reactivated.

Windows are opened by user or program control. They do not form part of the base page. Windows would typically be opened as a result of the completion of events specified in program call segments **532**.

Window objects **506** are very similar in structure to page element objects **504**. The critical difference is that window objects **506** specify their own size and absolute screen location by means of a partition definition segment **528**.

Program objects **508** contain program instructions written in a high-level language called TRINTEX Basic Object Language, i.e., TBOL, described in greater detail hereafter, which may be executed on RS **400** to support the application. More particularly, program objects **508** include interpretable program code, executable machine code and parameters to be acted upon in conjunction with the presentation of text and graphics to the reception system monitors.

Program objects **508** may be called for execution by means of program call segments **532**, which specify when a program is to be executed (event), what program to execute (program pointer), and how programs should run (parameters).

Programs are treated as objects to conform to the open-ended design philosophy of the data object architecture (DOA), allowing the dissemination of newly developed programs to be easily and economically performed. As noted above, it is desirable to have as many of these program objects staged for execution at or as close to RS **400** as possible.

Still further, in accordance with the method of the present invention, advertising objects **510** include the text and graphics that may be presented at ad partition **280** presented on the monitor screen as shown in FIG. **3**b.

Finally, the object family includes page template objects **500**. Page template objects **500** are designed to define the components of the full screen presented to the viewer. Particularly, page template objects **500** include the entry point to a screen, the name of the page format objects which specify the various partitions a screen will have and the page element object that contain the display data and partitioning parameters for the page.

Additionally, page template object **500** includes the specific program calls required to execute the screens associated with the application being presented to the user, and may serve as the means for the user to selectively move through; i.e., navigate the pages of interest which are associated with various applications. Thus, in effect, page template objects **500** constitute the "recipe" for making up the collection of text and graphic information required to make the screens to be presented to the user.

Also in accordance with the invention, object **500** to **510** shown in FIG. **4**c are themselves made up of further sub-blocks of information that may be selectively collected to define the objects and resulting pages that ultimately constitute the application presented to the user in an interactive text and graphic session.

More specifically and as shown schematically in FIG. **4**a, objects **500** to **510** are predefined, variable length records consisting of a fixed length header **551** and one or more

US 7,072,849 B1

**13**

self-defining record segments **552** a list of which is presented in FIG. **4**c as segment types **512** to **540**.

In accordance with this design, and as shown in FIG. **4**b, object header **551** in preferred form is 18 bytes in length and contains a prescribed sequence of information which provides data regarding the object's identification, its anticipated use, association to other objects, its length and its version and currency.

More particularly, each of the 18 bytes of object header **551** are conventional hexadecimal, 8 bit bytes and are arranged in a fixed pattern to facilitate interpretation by the network **10**. Particularly, and as shown in FIG. **4**b, the first byte of header **551**; i.e., byte **1**, identifies the length of the object ID in hexadecimal. The next six bytes; i.e., bytes **2** to **7**, are allocated for identifying access control to the object so as to allow creation of closed user groups to whom the object(s) is to be provided. As will be appreciated by those skilled in the art, the ability to earmark objects in anticipation of user requests enables the network anticipate requests and pre-collect objects from large numbers of them maintained to render the network more efficient and reduce response time. The following 4 bytes of header **551**; bytes **8** to **11**, are used to identify the set of objects to which the subject object belongs. In this regard, it will be appreciated that, again, for speed of access and efficiency of selection, the objects are arranged in groups or sets which are likely to be presented to user sequentially in presenting the page sets; i.e., screens that go to make up a session.

Following identification of the object set, the next byte in header **551**; i.e., byte **12**, gives the location of the subject object in the set. As will be appreciated here also the identification is provided to facilitate ease of object location and access among the many thousands of objects that are maintained to, thereby, render their selection and presentation more efficient and speedy.

Thereafter, the following bytes of header **551**; i.e., byte **13**, designates the object type; e.g., page format, page template, page element, etc. Following identification of the object type, two bytes; i.e., bytes **14**, **15**, are allocated to define the length of the object, which may be of whatever length is necessary to supply the data necessary, and thereby provides great flexibility for creation of the screens. Thereafter, a single byte; i.e., byte **16**, is allocated to identify the storage characteristic for the object; i.e., the criterion which establishes at what level in network **10** the object will be stored, and the basis upon which it will be stored. At least a portion of this byte; i.e, the higher order nibble (first 4 bits reading from left to right) is associated with the last byte; i.e., byte **18**, in the header which identifies the version of the object, a control used in determining how often in a predetermined period of time the object will be updated by the network.

Following storage characteristic byte **16**, header **551** includes a byte; i.e., **17**, which identifies the number of objects in the set to which the subject object belongs. Finally, and as noted above, header **551** includes a byte; i.e., **18**, which identifies the version of the object. Particularly the object version is a number to establish the control for the update of the object that are resident at RS **400**.

As shown in FIG. **4**a, and as noted above, in addition to header **551**, the object includes one more of the various segment types shown in FIG. **4**c.

Segments **512** to **540** are the basic building blocks of the objects. And, as in the case of the object, the segments are also self-defining. As will be appreciated by those skilled in the art, by making the segments self-defining, changes in the

**14**

objects and their use in the network can be made without changing pre-existing objects.

As in the case of objects, the segments have also been provided with a specific structure. Particularly, and as shown in FIG. **4**a, segments **552** consists of a designation of segment type **553**, identification of segment length **554**, followed by the information necessary to implement the segment and its associated object **555**; e.g., either, control data, display data or program code.

In this structure, segment type **553** is identified with a one-byte hexadecimal code which describes the general function of the segment. Thereafter, segment length **554** is identified as a fixed two-byte long field which carries the segment length as a hexadecimal number in INTEL format; i.e., least significant byte first. Finally, data within segments may be identified either by position or keyword, depending on the specific requirements of the segment.

The specific structure for the objects and segments in shown in FIG. **4**c and is described below. In that description the following notation convention is used:

< >—mandatory item

( )—optional item

. . . —item may be repeated

{item} {item}

< > ( )—items in a column indicate either/or

{item} {item}

The structure for objects is:

PAGE TEMPLATE OBJECT,

[<header> (compression descriptor) <page format call> (page element call) . . . (program call) . . . (page element selector) (system table call) . . . external reference) (keyword/navigation) . . . ];

As noted above, page format objects **502** are designed to define the partitioning **250** to **290** of monitor screen **414** shown in FIG. **3**a.

PAGE FORMAT OBJECT,

[<header> (compression descriptor) (page defaults) <partition definition>];

PAGE ELEMENT OBJECT,

[<header> (compression descriptor) (presentation data) . . . (program call) . . . (custom cursor) . . . (custom text) . . . (field definition) . . . (field-level program call) . . . (custom cursor type 2) . . . (custom graphic) . . . (field definition type 2) . . . (array definition) . . . (inventory control)];

Page element objects, as explained, are structured to contain the display data; i.e., text and graphics, to be presented at screen partitions **250** to **290**.

WINDOW OBJECT,

[<header> (compression description) <partition definition> (page element call) (presentation data) . . . (program call) . . . (custom cursor) . . . (custom text) . . . (custom cursor type 2) . . . (custom graphic) . . . (field definition) . . . (field level program call) . . . (field definition type 2) . . . (array definition) . . . (inventory control)];

As noted, window objects include display and control data necessary to support window partition at screen **414**.

PROGRAM OBJECTS,

[<header> (compression descriptor) <program data> . . . ].

Program objects, on the other hand, contain program instructions written in higher-level language which may be executed at RS **400** to support the application.

US 7,072,849 B1

15

ADVERTISEMENT OBJECT,

[<header> (compression descriptor) (presentation data) . . . (program call) . . . (custom cursor) . . . (custom text) . . . (field definition) . . . (field-level program call) . . . (custom cursor type 2) . . . (custom graphic) . . . (field definition type 2) . . . (array definition) . . . (inventory control)];

In accordance with the invention, and as can be seen, advertisement objects are substantially the same as page element objects, with the difference being that, as their name implies, their subject matter is selected to concern advertising.

Continuing, the structure for the object segments follows from the above description, and is as described more fully in parent application Ser. No. 388,156 now issued as U.S. Pat. No. 5,347,632, the contents of which patent are incorporated herein by reference.

Network Messages

In addition to the network objects, and the display data, control data, and the program instructions they contain as previously described, network 10 also exchanges information regarding the support of user sessions and the maintenance of the network as "messenger". Specifically, messages typically relate to the exchange of information associated with initial logon of a reception system 400 to network 10, dialogue between RS 400 and other elements and communications by the other network elements amongst themselves.

To facilitate message exchange internally, and through gateway 210 to entities externally to network 10, a protocol termed the "Data Interchange Architecture" (DIA) is used to support the transport and interpretation of information. More particularly, DIA enables: communications between RS 400 units, separation of functions between network layers 100, 200, 300 and 401; consistent parsing of data; an "open" architecture for network 10; downward compatibility within the network; compatibility with standard industry protocols such as the IBM System Network Architecture; Open Systems Interconnections standard; support of network utility sessions; and standardization of common network and application return codes.

Thus DIA binds the various components of network 10 into a coherent entity by providing a common data stream for communications management purposes. DIA provides the ability to route messages between applications based in IBM System Network Architecture (SNA), (well known in the art, and more fully described in *Data and Computer Communications*, by W. Stallings, Chapter 12, McMillian Publishing, Inc. (1985)) and non-SNA reception system applications; e.g. home computer applications. Further, DIA provides common data structure between applications run at RS 400 units and applications that may be run on external computer networks; e.g. Dow Jones Services, accessed through gateway 210. As well, DIA provides support for utility sessions between backbone applications run within network 10. A more detailed description of network messaging in provided in above noted U.S. Pat. No. 5,347,632, the content of which is incorporated herein by reference.

Object Language

In accordance with the design of network 10, in order to enable the manipulation of the network objects, the application programs necessary to support the interactive text/graphic sessions are written in a high-level language referred

16

to as "TBOL", (TRINTEX Basic Object Language, "TRINTEX" being the former company name of one of the assignees of this invention). TBOL is specifically adapted for writing the application programs so that the programs may be compiled into a compact data stream that can be interpreted by the application software operating in the user personal computer, the application software being designed to establish the network Reception System 400 previously noted and described in more detail hereafter.

The Reception System application software supports an interactive text/graphics sessions by managing objects. As explained above, objects specify the format and provide the content; i.e., the text and graphics, displayed on the user's screen so as to make up the pages that constitute the application. As also explained, pages are divided into separate areas called "partitions" by certain objects, while other objects describe windows which can be opened on the pages. Further, still other objects contain TBOL application programs which facilitate the data processing necessary to present the pages and their associated text and graphics.

As noted, the object architecture allows logical events to be specified in the object definitions. An example of a logical event is the completion of data entry on a screen; i.e., an application page. Logical events are mapped to physical events such as the user pressing the <ENTER> key on the keyboard. Other logical events might be the initial display of a screen page or the completion of data entry in a field. Logical events specified in page and window object definitions can be associated with the call of TBOL program objects.

RS 400 is aware of the occurrence of all physical events during the interactive text/graphic sessions. When a physical event such as depression of the forward <TAB> key corresponds to a logical event such as completion of data entry in a field, the appropriate TBOL program is executed if specified in the object definition. Accordingly, the TBOL programs can be thought of as routines which are given control to perform initialization and post-processing application logic associated with the fields, partitions and screens at the text/graphic sessions.

RS 400 run time environment uses the TBOL programs and their high-level key-word commands called verbs to provide all the system services needed to support a text/graphic session, particularly, display management, user input, local and remote data access.

TBOL programs have a structure that includes three sections: a header section in which the program name is specified; a data section in which the data structure the program will use are defined; and a code section in which the program logic is provided composed of one or more procedures. More specifically, the code section procedures are composed of procedure statements, each of which begins with a TBOL key word called a verb.

The name of a procedure can also be used as the verb in a procedure statement exactly as if it were a TBOL key-word verb. This feature enables a programmer to extend the language vocabulary to include customized application-oriented verb commands.

Continuing, TBOL programs have a program syntax that includes a series of "identifiers" which are the names and labels assigned to programs, procedures, and data structures.

An identifier may be up to 31 characters long; contain only uppercase or lowercase letters A through Z, digits 0 through 9, and/or the special character underscore (); and must begin with a letter. Included among the system identifiers are: "header section identifiers" used in the header section for the program name; "data section identifiers" used

**17**

in the data section for data structure names, field names and array names; and finally, "code section identifiers" used in the code section for identification of procedure names and statement labels. A more detailed description of TBOL is provided in parent application Ser. No. 388,156 now issued as U.S. Pat. No. 5,347,632, the contents of which patent are incorporated herein by reference.

Reception System Operation

RS **400** of computer system network **10** uses software called native code modules (described below) to enable the user to select options and functions presented on the monitor screen **414** of personal computer **405**, to execute partitioned applications and to process user created events, enabling the partitioned application to interact with network **10**. Through this interaction, the user is able to input data into fields provided as part of the display, or may individually select choices causing a standard or personalized page to be built (as explained below) for display on the monitor of personal computer **405**. Such inputs will cause RS **400** to interpret events and trigger pre-processors or post-processors, retrieve specified objects, communicate with system components, control user options, cause the display of advertisements on a page, open or close window partitions to provide additional navigation possibilities, and collect and report data about events, including certain types of objects processed. For example, the user may select a particular option, such as opening or closing window partition **275**, which is present on the monitor and follow the selection with a completion key stroke, such as ENTER. When the completion keystroke is made, the selection is translated into a logical event that triggers the execution of a post-processor, (i.e., a partitioned application program object) to process the contents of the field.

Functions supporting the user-partitioned application interface can be performed using the command bar **290**, or its equivalent using pull down windows or an overlapping cascade of windows. These functions can be implemented as part of the RS native functions or can be treated as another partition(s) defined for every page for which an appropriate set of supporting objects exist and remain resident at RS **400**. If the functions are part of RS **400**, they can be altered or extended by verbs defined in the RS virtual machine that permit the execution of program objects to be triggered when certain functions are called, providing maximum flexibility.

To explain the functions the use of a command bar is assumed. Command bar **290** is shown in FIGS. 3*a* and 3*b* and includes a NEXT command **291**, a BACK command **292**, a PATH command **293**, a MENU command **294**, an ACTION command **295**, a JUMP command **296**, a HELP command **297**, and an EXIT command **298**.

NEXT command **291** causes the next page in the current page set to be built. If the last page of a page set has already been reached, NEXT command **291** is disabled by RS **400**, avoiding the presentation of an invalid option.

BACK command **292** causes the previous page of the current page set to be built. If the present page is the first in the page set, BACK command **292** is disabled, since it is not a valid option.

A filter program can be attached to both the NEXT or BACK functions to modify their implicit sequential nature based upon the value of the occurrence in the object set id.

PATH command **293** causes the next page to be built and displayed from a list of pages that the user has entered, starting from the first entry for every new session.

**18**

MENU command **294** causes the page presenting the previous set of choices to be rebuilt.

ACTION command **295** initiates an application dependent operation such as causing a new application partition to be interpreted, a window partition **275** to be opened and enables the user to input any information required which may result in a transaction or selection of another window or page.

JUMP command **296** causes window partition **275** to be opened, allowing the user to input a keyword or to specify one from an index that may be selected for display.

HELP command **297** causes a new application partition to be interpreted such as a HELP window pertaining to where the cursor is positioned to be displayed in order to assist the user regarding the present page, a particular partition, or a field in a page element.

EXIT command **298** causes a LOGOFF page template object (PTO) to be built, and a page logoff sequence to be presented at RS **400** monitor screen **414**.

Navigation Interface

Continuing, as a further feature, network **10** includes an improved procedure for searching and retrieving applications from the store of applications distributed throughout network **10**; e.g., server **205**, cache/concentrator **302** and RS **400**. More specifically, the procedure features use of precreated search tables which represent subsets of the information on the network arranged with reference to the page template objects (PTO) and object-ids of the available applications so that in accordance with the procedure, the relevant tables and associated objects can be provided to and searched at the requesting RS **400** without need to search the entire store of applications on the network. As will be appreciated, this reduces the demand on the server **205** for locating and retrieving applications for display at monitor **412**.

In conventional time-sharing networks that support large conventional databases, the host receives user requests for data records; locates them; and transmits them back to the users. Accordingly, the host is obliged to undertake the data processing necessary to isolate and supply the requested information. And, as noted earlier, where large numbers of users are to be served, the many user requests can bottleneck at the host, taxing resources and leading to response slowdown.

Further, users have experienced difficulty in searching data bases maintained on conventional time-sharing networks. For example, difficulties have resulted from the complex and varied way previously known database suppliers have organized and presented their information. Particularly, some database providers require searching be done only in selected fields of the data base, thus requiring the user to be fully familiar with the record structure. Others have organized their databases on hierarchial structures which require the user understand the way the records are grouped. Still further, yet other database suppliers rely upon keyword indices to facilitate searching of their records, thus requiring the user to be knowledgeable regarding the particular keywords used by the database provider.

Network **10**, however, is designed to avoid such difficulties. In the preferred embodiment, the network includes procedures for creating preliminary searches which represent subsets of the network applications users are believed likely to investigate. Particularly, in accordance with these procedures, for the active applications available on network **10**, a library of tables is prepared, and maintained within

US 7,072,849 B1

**19**

each of which a plurality of so called "keywords" are provided that are correlated with page template objects and object-ids of the entry screen (typically the first screen) for the respective application. In the preferred embodiment, approximately 1,000 tables are used, each having approximately 10 to 20 keywords arranged in alphabetical order to abstract the applications on the network. Further, the object-id for each table is associated with a code in the form of a character string mnemonic which is arranged in a set of alphabetically sequenced mnemonics termed the sequence set so that on entry of a character string at an RS **400**, the object-id for the relevant keyword table can be obtained from the sequence set. Once the table object-id is identified, the keyword table corresponding to the desired subset of the objects and associated applications can then be obtained from network **10**. Subsequently the table can be presented to the user's RS **400**, where the RS **400** can provide the data processing required to present the potentially relevant keywords, objects and associated applications to the user for further review and determination as to whether more searching is required. As will be appreciated, this procedure reduces demand on server **205** and thereby permits it to be less complex and costly, and further, reduces the likelihood of host overtaxing that may cause network response slowdown.

As a further feature of this procedure, the library of keywords and their associated PTOs and objects may be generated by a plurality of operations which appear at the user's screen as different search techniques. This permits the user to select a search technique he is most comfortable with, thus expediting his inquiry.

More particularly, the user is allowed to invoke the procedure by calling up a variety of operations. The various operations have different names and seemingly present different search strategies. Specifically, the user may invoke the procedure by initiating a "Jump" command at RS **400**. Thereafter, in connection with the Jump operation, the user, when prompted, may enter a word of the user's choosing at monitor screen **414** relating to the matter he is interested in locating; i.e., a subject matter search of the network applications. Additionally, the users may invoke the procedure by alternatively calling up an operation termed "Index" with selection of the Index command. When selected, the Index command presents the user with an alphabetical listing of keywords from the tables noted above which the user can select from; i.e., an alphabetical search of the network applications. Further, the user may evoke the procedure by initiating an operation termed "Guide." By selecting the Guide command, the user is provided with a series of graphic displays that presents a physical description of the network applications; e.g., department floor plan for a store the user may be electronically shopping in. Still further, the user may invoke the procedures by initiating an operation termed "Directory." By selecting the Directory command, the user is presented with the applications available on the network as a series of hierarchical menus which present the content of the network information in commonly understood categories. Finally, the user may invoke the procedure by selecting the "Path" command, which accesses a list of keywords the user has previously selected; i.e., a personally tailored form of the Index command described above. As described hereafter, Path further includes a Viewpath operation which permits the user to visually access and manage a list of keywords. In preferred form, where the user has not selected a list of personalized keywords, a default set

**20**

is provided which includes a predetermined list and associated applications deemed by network **10** as likely to be of interest to the user.

This ability to convert these apparently different search strategies in a single procedure for accessing pre-created library tables is accomplished by translating the procedural elements of the different search techniques into a single set of procedures that will produce a mnemonic; i.e., code word, which can first be searched at the sequence set, described above to identify the object-id for the appropriate library table and, thereafter, enable access of the appropriate table to permit selection of the desired keyword and associated PTO and object-ids. That is to say, the reception system native code simply relates the user-entered character string, alphabetical range, category, or list item of respectively, "Jump", "Index", "Directory", or "Path" to the table codes through the sequence set, so that the appropriate table can be provided to the reception system and application keyword selected. Thus, while the search techniques may appear different to the user, and in fact accommodate the user's preferences and sophistication level, they nonetheless invoke the same efficient procedure of relying upon pre-created searches which identify related application PTOs and object-ids so that the table and objects may be collected and presented at the user's RS **400** where they can be processed, thereby relieving server **205**.

In preferred form, however, in order to enhance presentation speed the Guide operation is specially configured. Rather than relating the keyword mnemonic to a sequence set to identify the table object-id and range of keywords corresponding to the entry PTO and associated object-ids, the Guide operation presents a series of overlapping windows that physically describe the "store" in which shopping is being conducted or the "building" from which information is being provided. The successive windows increase in degree of detail, with the final window presenting a listing of relevant keywords. Further, the PTO and object-ids for the application entry screen are directly related to the graphic presentation of the keywords. This eliminates the need to provide variable fields in the windows for each of the keywords and enables the entry screen to be correlated directly with the window graphic. As will be appreciated, this reduces the number of objects that would otherwise be required to be staged at RS **400** to support pretention of the keyword listing at monitor screen **414**, and thus speeds network response.

A more detailed understanding of the procedure may be had upon a reading of the following description and review of accompanying FIGS. **2**, **3**a and particularly FIG. **11** which presents a flow diagram for the Jump sequence of the search procedure.

To select a particular partitioned application from among thousands of such applications residing either at the RS **400** or within delivery system **20**, network **10** avoids the need for a user to know or understand, prior to a search, the organization of such partitioned applications and the query techniques necessary to access them. This is accomplished using a collection of related commands, as described below.

The Jump command **296** as seen in FIG. **3**a, can be selected, by the user from command bar **290**. When Jump command **296** is selected, a window partition **275** is opened. In window **275**, the user is presented and may select from a variety of displayed options that include among others, the Directory command, the Index command, and the Guide command, which when selected, have the effect noted above. Additionally, the user can select a command termed Viewpath which will presents the keywords that currently

US 7,072,849 B1

**21**

make up the list of keywords associated with the user's Path command, and from which list the user can select a desired keyword. Still further, and with reference FIG. **11**, which shows the sequence where a user offers a term to identify a subject of interest, the user may enter a keyword at display field **270** within window partition **275** as a "best guess" of the mnemonic character string that is assigned to a partitioned application the user desires (e.g., the user may input such english words as "news," "pet food," "games," etcetera). Where the user enters a character string it is displayed in field **270**, and then searched by RS **400** native code (discussed below) against the sequence sets above noted to identify the object-id for the appropriate table of keywords (not shown) that RS **400** may request from host **205**. While as noted above, a table may include 10 to 20 keywords, in the preferred embodiment, for the sake of speed and convenience, a typical keyword table includes approximately 12 keywords.

If the string entered by the user matches a keyword existing on one of the keyword tables, and is thus associated with a specific PTO, RS **400** fetches and displays associated objects of the partitioned applications and builds the entry page in accordance with the page composition dictated by the target PTO.

If the string entered by the user does not match a specific keyword, RS **400** presents the user with the option of displaying the table of keywords approximating the specific keyword. The approximate keywords are presented as initialized, cursorable selector fields of the type provided in connection with a Index command. The user may then move the cursor to the nearest approximation of the mnemonic he originally selected, and trigger navigation to the PTO associated with that keyword, navigation being as described hereafter in connection with the RS **400** native code.

If, after selecting the Jump command, the user selects the Index command, RS **400** will retrieve the keyword table residing at RS **400**, and will again build a page with initialized, cursorable fields of keywords. The table fetched upon invoking the Index command will be comprised of alphabetic keywords that occur within the range of the keywords associated with the page template object (PTO) from which the user invoked the Index command. As discussed above, the user may select to navigate to any of this range of PTOs by selecting the relevant keyword from the display. Alternatively, the user can, thereafter, select another range of alphabetical keywords by entering an appropriate character string in a screen field provided or move forward or backward in the collection by selecting the corresponding option.

By selecting the Directory command, RS **400** can be caused to fetch a table of keywords, grouped by categories, to which the PTO of the current partitioned application (as specified by the object set field **630** of the current PEO) belongs. Particularly, by selecting the Directory command, RS **400**, is causes to displays a series of screens each of which alphabetically arranged general subject categories from which the user may select. Following selection of a category, a series of keywords associated with the specified category are displayed in further screens together with descriptive statements about the application associated with the keywords. Thereafter, the user can, in the manner previously discussed with regard to the Index command, select from and navigate to the PTOs of keywords which are related to the present page set by subject.

The Guide command provides a navigation method related to a hierarchical organization of applications provided on network **10**, and are described by a series of

**22**

sequentially presented overlaying windows of a type known in the art, each of which presents an increasing degree of detail for a particular subject area, terminating in a final window that gives keywords associated with the relevant applications. The Guide command makes use of the keyword segment which describes the location of the PTO in a hierarchy (referred to, in the preferred embodiment, as the "BFD," or Building-Floor-Department) as well as an associated keyword character string. The BFD describes the set of menus that are to be displayed on the screen as the sequence of pop-up windows. The Guide command may be invoked by requesting it from the Jump window described above, or by selecting the Menu command on Command Bar **290**. As noted above, in the case of the Guide command, the PTO and object-ids for the application entry screen are directly associated with the graphic of the keyword presented in the final pop-up window. This enables direct access of the application entry screen without need to access the sequence set and keyword table, and thus, reduces response time by reducing the number of objects that must be processed at RS **400**.

Activation of the Path command accesses the user's list of pre-selected keywords without their display, and permits the user to step through the list viewing the respective applications by repeatedly invoking the Path command. As will be appreciated, the user can set a priority for selecting keywords and viewing their associated applications by virtue of where on the list the user places the keywords. More specifically, if the user has several application of particular interest; e.g., news, weather, etc., the user can place them at the top of the list, and quickly step through them with the Path command. Further, the user can view and randomly access the keywords of his list with the Viewpath operation noted above. On activation of Viewpath, the user's Path keywords are displayed and the user can cursor through them in a conventional manner to select a desired one. Further, the user can amend the list as desired by changing the keywords on the list and/or adjusting their relative position. This is readily accomplished by entering the amendments to the list presented at the screen **414** with a series of amendment options presented in a conventional fashion with the list. As noted, the list may be personally selected by the user in the manner described, or created as a default by network **10**.

Collectively, the Jump command, Index command, Directory command, Guide command, and Path command as described enable the user to quickly and easily ascertain the "location" of either the partitioned application presently displayed or the "location" of a desired partitioned application. "Location," as used in reference to the preferred embodiment means the specific relationships that a particular partitioned application bears to other such applications, and the method for selecting particular partitioned applications from such relationships. The techniques for querying a database of objects, embodied in network **10** is an advance over the prior art, insofar as no foreknowledge of either database structure or query technique or syntax is necessary, the structure and search techniques being made manifest to the user in the course of use of the commands.

RS Application Protocol

RS protocol defines the way the RS supports user application conversation (input and output) and the way RS **400** processes a partitioned application. Partitioned applications are constructed knowing that this protocol will be supported unless modified by the application. The protocol is illus-

US 7,072,849 B1

23

trated FIG. **6**. The boxes in FIG. **6** identify processing states that the RS **400** passes through and the arrows indicate the transitions permitted between the various states and are annotated with the reason for the transition.

The various states are: (A) Initialize RS, (B) Process Objects, (C) Interpretively Execute Pre-processors, (D) Wait for Event, (E) Process Event, and (F) Interpretively Execute Function Extension and/or Post-processors.

The transitions between states are: (1a) Logon Page Template Object Identification (PTO-id), (1b) Object Identification, (2) Trigger Program Object identification (PO-id) & return, (3) Page Partition Template (PPT) or Window Stack Processing complete, (4) Event Occurrence, and (5) Trigger PO-id and Return.

Transition (1a) from Initialize RS (A) to Process Objects (B) occurs when an initialization routine passes the object-id of the logon PTO to object interpreter **435**, when the service is first invoked. Transition (1b) from Process Event (E) to Process Objects (B) occurs whenever a navigation event causes a new page template object identification (PTO-id) to be passed to object interpreter **435**; or when a open window event (verb or function key) occurs passing a window object-id to the object interpreter **435**; or a close window event (verb or function key) occurs causing the current top-most window to be closed.

While in the process object state, object interpreter **435** will request any objects that are identified by external references in call segments. Objects are processed by parsing and interpreting the object and its segments according to the specific object architecture. As object interpreter **435** processes objects, it builds a linked list structure called a page processing table (PPT), shown in FIG. **10**, to reflect the structure of the page, each page partition, Page Element Objects (PEOs) required, program objects (POs) required and each window object (WO) that could be called. Object interpreter **435** requests all objects required to build a page except objects that could be called as the result of some event, such as a HELP window object.

Transition (2) from Process Objects (B) to Interpretively Execute Pre-processors (C) occurs when the object interpreter **435** determines that a pre-processor is to be triggered. Object processor **436** then passes the object-id of the program object to the TBOL interpreter **438**. TBOL interpreter **438** uses the RS virtual machine to interpretively execute the program object. The PO can represent either a selector or an initializer. When execution is complete, a transition automatically occurs back to Process Objects (B).

Selectors are used to dynamically link and load other objects such as PEOs or other PDOs based upon parameters that they are passed when they are called. Such parameters are specified in call segments or selector segments. This feature enables RS **400** to conditionally deliver information to the user base upon predetermined parameters, such as his personal demographics or locale. For example, the parameters specified may be the transaction codes required to retrieve the user's age, sex, and personal interest codes from records contained in user profiles stored at the switch/file server layer **200**.

Initializers are used to set up the application processing environment for a partitioned application and determine what events RS **400** may respond to and what the action will be.

Transition (3) from Process Objects (B) to Wait for Event (D) occurs when object interpreter **435** is finished processing objects associated with the page currently being built or opening or closing a window on a page. In the Wait for Event state (D), an input manager, which in the preferred form

24

shown includes keyboard manager **434** seen in FIG. **8**, accepts user inputs. All keystrokes are mapped from their physical codes to logical keystrokes by the Keyboard Manager **434**, representing keystrokes recognized by the RS virtual machine.

When the cursor is located in a field of a page element, keystrokes are mapped to the field and the partitioned external variable (PEV) specified in the page element object (PEO) field definition segment by the cooperative action of keyboard manager, **434** and display manager **461**. Certain inputs, such as RETURN or mouse clicks in particular fields, are mapped to logical events by keyboard manager **434**, which are called completion (or commit) events. Completion events signify the completion of some selection or specification process associated with the partitioned application and trigger a partition level and/or page level postprocessor to process the "action" parameters associated with the user's selection and commit event.

Such parameters are associated with each possible choice or input, and are set up by the earlier interpretive execution of an initializer pre-processor in state (C). Parameters usually specify actions to perform a calculation such as the balance due on an order of several items with various prices using sales tax for the user's location, navigate to PTO-id, open window WO-id or close window. Actions parameters that involve the specification of a page or window object will result in transition (1b) to the Process Objects (B) state after the post-processor is invoked as explained below.

Function keys are used to specify one or more functions which are called when the user strikes these keys. Function keys can include the occurrence of logical events, as explained above. Additionally, certain functions may be "filtered", that is, extended or altered by SET_FUNCTION or TRIGGER_FUNCTION verbs recognized by the RS virtual machine. Function keys cause the PO specified as a parameter of the verb to be interpretively executed whenever that function is called. Applications use this technique to modify or extend the functions provided by the RS.

Transition (5) from Process Event (E) to Interpretively Execute Pre-processors (F) occurs when Process Event State determines that a post-processor or function extension PDO is to be triggered. The id of the program object is then passed to the TBOL interpreter **438**. The TBOL interpreter **438** uses the RS virtual machine to interpretively execute the PO. When execution is complete a transition automatically occurs back to Process Event (E).

Reception System Software

The reception system **400** software is the interface between the user of personal computer **405** and interactive network **10**. The object of reception system software is to minimize mainframe processing, minimize transmission across the network, and support application extendibility and portability.

RS **400** software is composed of several layers, as shown in FIG. **7**. It includes external software **451**, which is composed of elements well known to the art such as device drivers, the native operating systems; i.e., MS-DOS, machine-specific assembler functions (in the preferred embodiment; e.g., CRC error checking), and "C" runtime library functions; native software **420**; and partitioned applications **410**.

Again with reference to FIG. **7**, native software **420** is compiled from the "C" language into a target machine-specific executable, and is composed of two components: the service software **430** and the operating environment **450**.

US 7,072,849 B1

25

Operating environment **450** is comprised of the Logical Operating System **432**, or LOS; and a multitasker **433**. Service software **430** provides functions specific to providing interaction between the user and interactive network **10**, while the operating environment **450** provides pseudo multitasking and access to local physical resources in support of service software **430**. Both layers of native software **420** contain kernel, or device independent functions **430** and **432**, and machine-specific or device dependent functions **433**. All device dependencies are in code resident at RS **400**, and are limited to implementing only those functions that are not common across machine types, to enable interactive network **10** to provide a single data stream to all makes of personal computer which are of the IBM or IBM compatible type. Source code for the native software **420** is included in parent application Ser. No. 388,156 now issued as U.S. Pat. No. 5,347,632, the contents of which patent are incorporated herein by reference. Those interested in a more detailed description of the reception system software may refer to the source code provided in the referenced patent.

Service software **430** is comprised of modules, which are device-independent software components that together obtain, interpret and store partitioned applications existing as a collection of objects. The functions performed by, and the relationship between, the service software **430** module is shown in FIG. **8** and discussed further below.

Through facilities provided by LOS **432** and multitasker **433**, here called collectively operating environment **450**, device-independent multitasking and access to local machine resources, such as multitasking, timers, buffer management, dynamic memory management, file storage and access, keyboard and mouse input, and printer output are provided. The operating environment **450** manages communication and synchronization of service software **430**, by supporting a request/response protocol and managing the interface between the native software **420** and external software **437**.

Applications software layer **410** consists of programs and data written in an interpretive language, "TRINTEX Basic Object Language" or "TBOL," described above. TBOL was written specifically for use in RS **400** and interactive network **10** to facilitate videotext-specific commands and achieve machine-independent compiling. TBOL is constructed as objects, which in interaction with one another comprise partitioned applications.

RS native software **420** provides a virtual machine interface for partitioned applications, such that all objects comprising partitioned applications "see" the same machine. RS native software provides support for the following functions: (1) keyboard and mouse input; (2) text and graphics display; (3) application interpretation; (4) application database management; (5) local application storage; (6) network and link level communications; (7) user activity data collection; and (8) advertisement management.

With reference to FIG. **8**, service software **430** is comprised of the following modules: start-up (not shown); keyboard manger **434**; object interpreter **435**; TBOL interpreter **438**; object storage facility **439**; display manager **461**; data collection manager **441**; ad manager **442**; object/communications manager interface **443**; link communications manager **444**; and fatal error manager **469**. Each of these modules has responsibility for managing a different aspect of RS **400**.

Startup reads RS **400** customization options into RAM, including modem, device driver and telephone number options, from the file CONFIG.SM. Startup invokes all RS **400** component startup functions, including navigation to

26

the first page, a logon screen display containing fields initialized to accept the user's id and password. Since Startup is invoked only at initialization, for simplicity, it has not been shown in FIG. **8**.

The principal function of keyboard manger **434** is to translate personal computer dependent physical input into a consistent set of logical keys and to invoke processors associated with these keys. Depending on the LOS key, and the associated function attached to it, navigation, opening of windows, and initiation of filter or post-processor TBOL programs may occur as the result input events handled by the keyboard manger **434**. In addition, keyboard manger **434** determines inter and intra field cursor movement, and coordinates the display of field text and cursor entered by the user with display manager **461**, and sends information regarding such inputs to data collection manager **441**.

Object interpreter **435** is responsible for opening and recursively processing a table called the "Page Processing Table," or PPT. Object interpreter **435** also manages the opening and closing of windows at the current page. Object interpreter **435** is implemented as two sub-components: the object processor **436** and object scanner **437**.

Object processor **436** provides an interface to keyboard manger **434** for navigation to new pages, and for opening and closing windows in the current page. Object processor **436** makes a request to object storage facility **439** for a page template object (PTO) or window object (WO), as requested by keyboard manger **434**, and for objects and their segments which comprise the PTO or WO returned by object storage facility **439** to object processor **436**. Based on the particular segments comprising the object(s) making up the new PTO or WO, object processor **436** builds or adds to the page processing table (PPT), which is an internal, linked-list, global data structure reflecting the structure of the page or page format object (PFO), each page partition or page element object (PEO), and program objects (POs) required and each window object (WO) that could be called. Objects are processed by parsing and interpreting each object and its-segment(s) according to their particular structure as formalized in the data object architecture (DOA). While in the process object state, (state "B" of FIG. **6**), object processor **436** will request any objects specified by the PTO that are identified by external references in call segments (e.g. field level program call **518**, page element selector call **524**, page format call **526** program call **532**, page element call **522** segments) of such objects, and will, through a request to TBOL interpreter **438**, fire initializers and selectors contained in program data segments of all PTO constituent program objects, at the page, element, and field levels. Object processor **436** requests all objects required to build a page, except objects that could only be called as the result of some event external to the current partitioned application, such as a HELP window object. When in the course of building or adding to the PPT and opening/closing WOs, object processor encounters a call to an "ADSLOT" object id, the next advertisement object id at ad manager **442** is fetched, and the identified advertisement object is retrieved either locally, if available, or otherwise from the network, so that the presentation data for the advertisement can be sent to display manager **461** along with the rest of the presentation data for the other objects to enable display to the user. Object processor **436** also passes to data collection manager **441** all object ids that were requested and object ids that were viewed. Upon completion of page or window processing, object processor **436** enters the wait for event state, and control is returned to keyboard manger **434**.

US 7,072,849 B1

27

The second component of object interpreter **435**, object scanner **437**, provides a file-like interface, shared with object storage facility **439**, to objects currently in use at RS **400**, to enable object processor **436** to maintain and update the PPT. Through facilities provided by object scanner **437**, object 5 processor recursively constructs a page or window in the requested or current partitioned application, respectively.

Object storage facility **439** provides an interface through which object interpreter **435** and TBOL interpreter **438** either synchronously request (using the TBOL verb operator 10 "GET") objects without which processing in either module cannot continue, or asynchronously request (using the TBOL verb operator "FETCH") objects in anticipation of later use. Object storage facility **439** returns the requested objects to the requesting module once retrieved from either local store 15 **440** or interactive network **10**. Through control structures shared with the object scanner **437**, object storage facility determines whether the requested object resides locally, and if not, makes an attempt to obtain it from interactive network **10** through interaction with link communications manager 20 **444** via object/communications manager interface **443**.

When objects are requested from object storage facility **439**, only the latest version of the object will be provided to guarantee currency of information to the user. Object storage facility **439** assures currency by requesting version verifi- 25 cation from network **10** for those objects which are available locally and by requesting objects which are not locally available from delivery system **20** where currency is maintained.

Version verification increases response time. Therefore, 30 not all objects locally available are version checked each time they are requested. Typically, objects are checked only the first time they are requested during a user session. However, there are occasions, as for example in the case of objects relating to news applications, where currency is 35 always checked to assure integrity of the information.

The frequency with which the currency of objects is checked depends on factors such as the frequency of updating of the objects. For example, objects that are designated as ultrastable in a storage control parameter in the header of 40 the object are never version checked unless a special version control object sent to the RS as part of logon indicates that all such objects must be version checked. Object storage facility **439** marks all object entries with such a stability category in all directories indicating that they must be 45 version checked the next time they are requested.

Object storage facility **439** manages objects locally in local store **440**, comprised of a cache (segmented between available RAM and a fixed size disk file), and stage (fixed size disk file). Ram and disk cached objects are retained only 50 during user sessions, while objects stored in the stage file are retained between sessions. The storage control field, located in the header portion of an object, described more fully hereafter as the object "storage candidacy", indicates whether the object is stageable, cacheable or trashable. 55

Stageable objects must not be subject to frequent change or update. They are retained between user sessions on the system, provided storage space is available and the object has not discarded by a least-recently-used (LRU) algorithm of a conventional type; e.g., see *Operating System Theory*, 60 by Coffman, Jr. and Denning, Prentice Hall Publishers, New York, 1973, which in accordance with the design of network **10**, operates in combination with the storage candidacy value to determine the object storage priority, thus rendering the stage self-configuring as described more fully hereafter. 65 Over time, the self-configuring stage will have the effect of retaining within local disk storage those objects which the

28

user has accessed most often. The objects retained locally are thus optimized to each individual user's usage of the applications in the system. Response time to such objects is optimized since they need not be retrieved from the interactive computer system.

Cacheable objects can be retained during the current user session, but cannot be retained between sessions. These objects usually have a moderate update frequency. Object storage facility **439** retains objects in the cache according to the LRU storage retention algorithm. Object storage facility **439** uses the LRU algorithm to ensure that objects that are least frequently used forfeit their storage to objects that are more frequently used.

Trashable objects can be retained only while the user is in the context of the partitioned application in which the object was requested. Trashable objects usually have a very high update frequency and must not be retained to ensure that the user has access to the most current data.

More particularly and, as noted above, in order to render a public informational and transactional network of the type considered here attractive, the network must be both economical to use and fast. That is to say, the network must supply information and transactional support to the user at minimal costs and with a minimal response time. These objectives are sought to be achieved by locating as many information and transactional support objects which the user is likely to request, as close to the user as possible; i.e., primarily at the user's RS **400** and secondarily at delivery system **20**. In this way, the user will be able to access objects required to support a desired application with minimal intervention of delivery system **20**, thus reducing the cost of the session and speeding the response time.

However, the number of objects that can be maintained at RS **400** is restricted by at least two factors: the RS **400** storage capacity; i.e., RAM and disk sizes, and the need to maintain the stored objects current.

In order to optimize the effectiveness of the limited storage space at RS **400**, the collection of objects is restricted to those likely to be requested by the user; i.e., tailored to the user's tastes—and to those least likely to be time sensitive; i.e., objects which are stable. To accomplish this, objects are coded for storage candidacy to identify when they will be permitted at RS **400**, and subject to the LRU algorithm to maintain presence at RS **400**. Additionally, to assure currency of the information and transaction support provided at RS **400**, objects are further coded for version identification and in accordance with a system of priorities that are reflected in the storage candidacy coding.

Specifically, to effect object storage management, objects are provided with a coded version id made up of the storage control byte and version control bytes identified above as elements of the object header, specifically, bytes **16** and **18** shown in FIG. **4**b. In preferred form, the version id is comprised of bytes **16** and **18** to define two fields, a first 13 bit field to identify the object version and a second three bite field to identify the object storage candidacy.

In this arrangement, the storage candidacy value of the object is addressed to not only the question of storage preference but also object currency. Specifically, the storage candidacy value establishes the basis upon which the object will be maintained at RS **400** and also identifies the susceptibility of the object to becoming stale by dictating when the object will be version checked to determine currency.

The version value of the object on the other hand, provides a parameter that can be checked against predetermined values available from delivery system **20** to deter-

US 7,072,849 B1

**29**

mine whether an object stored at RS **400** is sufficiently current to permit its continued use, or whether the object has become stale and needs to be replaced with a current object from delivery system **20**.

Still further, object storage management procedure further includes use of the LRU algorithm, for combination with the storage and version coding to enable discarding of objects which are not sufficiently used to warrant retention, thus personalizing the store of objects at RS **400** to the user's tastes. Particularly, object storage facility **439**, in accordance with the LRU algorithm maintains a usage list for objects. As objects are called to support the user's applications requests, the objects are moved to the top of a usage list. As other objects are called, they push previously called objects down in the list. If an object is pushed to the bottom of the list before being recalled, it will be forfeited from the list if necessary to make room for the next called object. As will be appreciated, should a previously called object be again called before it is displaced from the list, it will be promoted to the top of the list, and once more be subject to depression in the list and possible forfeiture as other objects are called.

As pointed out above, in the course of building the screens presented to the user, objects will reside at various locations in RS **400**. For example, objects may reside in the RS **400** RAM where the object is supporting a particular application screen then running or in a cache maintained at either RAM or disk **424** where the object is being held for an executing application or staged on the fixed size file on disk **424** noted above where the object is being held for use in application likely to be called by the user in the future.

In operation, the LRU algorithm is applied to all these regions and serves to move an object from RAM cache to disk cache to disk file, and potentially off RS **400** depending on object usage.

With regard to the storage candidacy value, in this arrangement, the objects stored at RS **400** include a limited set of permanent objects; e.g., those supporting logon and logoff, and other non-permanent objects which are subject to the LRU algorithm to determine whether the objects should be forfeited from RS **400** as other objects are added. Thus, in time, and based on the operation of the LRU algorithm and the storage candidacy value, the collection of objects at RS **400** will be tailored to the usage characteristics of the subscriber; i.e., self-configuring.

More particularly, the 3-bit field of the version id that contains the storage candidacy parameter can have 8 different values. A first candidacy value is applied where the object is very sensitive to time; e.g., news items, volatile pricing information such as might apply to stock quotes, etc. In accordance with this first value, the object will not be permitted to be stored on RS **400**, and RS **400** will have to request such objects from delivery system **20** each time it is accessed, thus assuring currency. A second value is applied where the object is sensitive to time but less so than the first case; e.g., the price of apples in a grocery shopping application. Here, while the price might change from day to day, it is unlikely to change during a session. Accordingly the object will be permitted to persist in RAM or at the disk cache during a session, but will not be permitted to be maintained at RS **400** between sessions.

Continuing down the hierarchy of time sensitivity, where the object concerns information sufficiently stable to be maintained between sessions, a third storage candidacy value is set to permit the object to be stored at RS **400** between sessions, on condition that the object will be version check the first time it is accessed in a subsequent session. As will be appreciated, during a session, and under

**30**

the effect of the LRU algorithm, lack of use at RS **400** of the object may result in it being forfeited entirely to accommodate new objects called for execution at RS **400**.

Still further, a fourth value of storage candidacy is applied where the object is considered sufficiently stable as not to require version checking between sessions; e.g., objects concerning page layouts not anticipated to change. In this case, the storage candidacy value may be encoded to permit the object to be retained from session to session without version checking. Here again, however, the LRU algorithm may cause the object to forfeit its storage for lack of use.

Where the object is of a type required to be stored at RS **400**, as for example, objects needed to support standard screens, it is coded for storage between sessions and not subject to the LRU algorithm forfeiture. However, where such objects are likely to change in the future they may be required to be version checked the first time they are accessed in a session and thus be given a fifth storage candidacy value. If, on the other hand, the required stored object is considered likely to be stable and not require even version checking; e.g., logon screens, it will be coded with a sixth storage candidacy value for storage without version checking so as to create a substantially permanent object.

Continuing, where a RS **400** includes a large amount of combined RAM and disk capacity, it would permit more objects to be stored. However, if objects were simply coded in anticipation of the larger capacity, the objects would potentially experience difficulty, as for example, undesired forfeiture due to capacity limitations if such objects were supplied to RS **400** units having smaller RAM and disk sizes. Accordingly, to take advantage of the increased capacity of certain RS **400** units without creating difficulty in lower capacity units, objects suitable for storage in large capacity units can be so coded for retention between sessions with a seventh and eighth storage candidacy value depending upon whether the stored large capacity object requires version checking or not. Here, however, the coding will be interpreted by smaller capacity units to permit only cacheable storage to avoid undesirable forfeiture that might result from over filling the smaller capacity units.

Where an object is coded for no version checking need may nonetheless arise for a version check at some point. To permit version checking of such objects, a control object is provided at RS **400** that may be version checked on receipt of a special communication from delivery system **20**. If the control object fails version check, then a one shot version checking attribute is associated with all existing objects in RS **400** that have no version checking attributes. Thereafter, the respective objects are version checked, the one shot check attribute is removed and the object is caused to either revert to its previous state if considered current or be replaced if stale.

Still further, objects required to be stored at RS **400** which are not version checked either because of lack of requirement or because of no version check without a control object, as described above, can accumulate in RS **400** as dead objects. To eliminate such accumulation, all object having required storage are version checked over time. Particularly, the least recently used required object is version checked during a session thus promoting the object to the top of the usage list if it is still to be retained at RS **400**. Accordingly, one such object will be checked per session and over time, all required objects will be version checked thereby eliminating the accumulation of dead objects.

However, in order to work efficiently, the version check attribute of the object should be ignored, so that even required object can be version checked. Yet, in certain

US 7,072,849 B1

**31**

circumstances, e.g., during deployment of new versions of the reception system software containing new objects not yet supported on delivery system **20** which may be transferred to the fixed storage file of RS **400** when the new version is loaded, unconditional version checking may prematurely deletes the object from the RS **400** as not found on delivery system **20**. To avoid this problem, a sweeper control segment in the control object noted above can be used to act as a switch to turn the sweep of dead objects on and off.

With respect to version checking for currency, where an object stored at RS **400** is initially fetched or accessed during a session, a request to delivery system **20** is made for the object by specifying the version id of the object stored at RS **400**.

In response, delivery system **20** will advise the reception system **400** either that the version id of the stored object matches the currency value; i.e., the stored object is acceptable, or deliver a current object that will replace the stored object shown to be stale. Alternatively, the response may be that the object was not found. If the version of the stored object is current, the stored object will be used until verified again in accordance with its storage candidacy. If the stored object is stale, the new object delivered will replace the old one and support the desired screen. If the response is object not found, the stored object will be deleted.

Therefore, based on the above description, network **10** is seen to include steps for execution at storage facility **439** which enables object reception, update and deletion by means of a combination of operation of the LRU algorithm and interpretation of the storage candidacy and version control values. In turn, these procedures cooperate to assure a competent supply of objects at RS **400** so as to reduce the need for intervention of delivery system **20**, thus reducing cost of information supply and transactional support so as to speed the response to user requests.

TBOL interpreter **438** shown in FIG. **8** provides the means for executing program objects, which have been written using an interpretive language, TBOL described above. TBOL interpreter **438** interprets operators and operand contained in program object **508**, manages TBOL variables and data, maintains buffer and stack facilities, and provides a runtime library of TBOL verbs.

TBOL verbs provide support for data processing, program flow control, file management, object management, communications, text display, command bar control, open/close window, page navigation and sound. TBOL interpreter also interacts with other native modules through commands contained in TBOL verbs. For example: the verb "navigate" will cause TBOL interpreter **438** to request object interpreter **435** to build a PPT based on the PTO id contained in the operand of the NAVIGATE verb; "fetch" or "GET" will cause TBOL interpreter **438** to request an object from object storage facility **439**; "SET_FUNCTION" will assign a filter to events occurring at the keyboard manger **434**; and "FORMAT," "SEND," and "RECEIVE" will cause TBOL interpreter **438** to send application level requests to object/communications manager interface **433**.

Data areas managed by TBOL interpreter **438** and available to TBOL programs are Global External Variables (GEVs), Partition External Variables (PEVs), and Runtime Data Arrays (RDAs).

GEVs contain global and system data, and are accessible to all program objects as they are executed. GEVs provide a means by which program objects may communicate with other program objects or with the RS native code, if declared in the program object. GEVs are character string variables that take the size of the variables they contain. GEVs may

**32**

preferably contain a maximum of 32,000 variables and are typically used to store such information as program return code, system date and time, or user sex or age. TBOL interpreter **438** stores such information in GEVs when requested by the program which initiated a transaction to obtain these records from the RS or user's profile stored in the interactive system.

Partition external variables (PEVs) have a scope restricted to the page partition on which they are defined. PEVs are used to hold screen field data such that when PEOs and window objects are defined, the fields in the page partitions with which these objects are to be associated are each assigned to a PEV. When applications are executed, TBOL interpreter **438** transfers data between screen fields and their associated PEV. When the contents of a PEV are modified by user action or by program direction, TBOL interpreter **428** makes a request to display manager **461** to update the screen field to reflect the change. PEVs are also used to hold partition specific application data, such as tables of information needed by a program to process an expected screen input.

Because the scope of PEVs is restricted to program objects associated with the page partition in which they are defined, data that is to be shared between page partitions or is to be available to a page-level processor must be placed in GEVs or RDAs.

RDAs are internal stack and save buffers used as general program work areas. RDAs are dynamically defined at program object "runtime" and are used for communication and transfer of data between programs when the data to be passed is not amenable to the other techniques available. Both GEVs and RDAs include, in the preferred embodiment, 8 integer registers and 8 decimal registers. Preferably, there are also 9 parameter registers limited in scope to the current procedure of a program object.

All variables may be specified as operand of verbs used by the virtual machine. The integer and decimal registers may be specified as operand for traditional data processing. The parameter registers are used for passing parameters to "called" procedures. The contents of these registers are saved on an internal program stack when a procedure is called, and are restored when control returns to the "calling" procedure from the "called" procedure.

TBOL interpreter **438**, keyboard manger **434**, object interpreter **435**, and object storage facility **439**, together with device control provided by operating environment **450**, have principal responsibility for the management and execution of partitioned applications at the RS **400**. The remaining native code modules function in support and ancillary roles to provide RS **400** with the ability display partitioned applications to the user (display manager **461**), display advertisements (ad manager **442**), to collect usage data for distribution to interactive network **10** for purposes of targeting such advertisements (data collection manager **441**), and prepare for sending, and send, objects and messages to interactive network **10** (object/communications manager interface **443** and link communications manager **444**) Finally, the fatal error manager exists for one purpose: to inform the user of RS **400** and transmit to interactive network **10** the inability of RS **400** to recover from a system error.

Display manager **461** interfaces with a decoder using the North American Presentation Level Protocol Syntax (NA-PLPS), a standard for encoding graphics data, or text code, such as ASCII, which are displayed on monitor **412** of the user's personal computer **405** as pictorial codes. Codes for other presentation media, such as audio, can be specified by

US 7,072,849 B1

33

using the appropriate type code in the presentation data segments. Display manager **461** supports the following functions: send NAPLPS strings to the decoder; echo text from a PEV; move the cursor within and between fields; destructive or non-destructive input field character deletion; "ghost" and "unghost" fields (a ghosted field is considered unavailable, unghosted available); turn off or on the current field cursor; open, close, save and restore bit maps for a graphics window; update all current screen fields by displaying the contents of their PEVs, reset the NAPLPS decoder to a known state; and erase an area of the screen by generating and sending NAPLPS to draw a rectangle over that area. Display manager **461** also provides a function to generate a beep through an interface with a machine-dependent sound driver.

In accordance with the method of the present invention, Ad manager **442** is invoked by object interpreter **435** to return the object id of the next available advertisement to be displayed. Ad manager **442** maintains a queue of advertising object id's targeted to the specific user currently accessing interactive network **10**. Advertising objects are pre-fetched from interactive system **10** from a personalized queue of advertising ids that is constructed using data previously collected from user generated events and/or reports of objects used in the building of pages or windows, compiled by data collection manager **466** and transmitted to interactive system **10**.

Advertising objects **510** are PEOs that, through user invocation of a "LOOK" command, cause navigation to partitioned applications that may themselves support, for example, ordering and purchasing of merchandise.

An advertising object id list, or "ad queue," is requested in a transaction message to delivery system **20** by ad manager **442** immediately after the initial logon response. The logon application at RS **400** places the advertising list in a specific RS global storage area called a SYS_GEV (system global external variable), which is accessible to all applications as well as to the native RS code). The Logon application also obtains the first two ad object id's from the queue and provides them to object storage facility **439** so the advertising objects can be requested. However, at logon, since no advertising objects are available at RS local storage facilities **440**, ad objects, in accordance with the described storage candidacy, not being retained at the reception system between sessions, they must be requested from interactive network **10**.

In a preferred embodiment, the following parametric values are established for ad manager **442**: advertising object is queue capacity, replenishment threshold for advertising object id's and replenishment threshold for number of outstanding pre-fetched advertising objects. These parameters are set up in GEVs of the RS virtual machine by the logon application program object from the logon response from high function system **110**. The parameters are then also accessible to the ad manager **442**. Preferred values are an advertising queue capacity of 15, replenishment value of 10 empty queue positions and a pre-fetched advertising object threshold of 3.

Ad manager **442** pre-fetches advertising objects by passing advertising object id's from the advertising queue to object storage facility **439** which then retrieves the object from the interactive system if the object is not available locally. Advertising objects are pre-fetched, so they are available in RS local store **440** when requested by object interpreter **435** as it builds a page. The ad manager **442** pre-fetches additional advertising objects whenever the number of pre-fetched advertising objects not called by

34

object interpreter **435**; i.e. the number of remaining advertising objects, falls below the pre-fetch advertising threshold.

Whenever the advertising object id queue has more empty positions than replenishment threshold value, a call is made to the advertising object id queue application in high function system **110** shown in FIG. **2**, via object/communications manager interface **443** for a number of advertising object id's equal to the threshold value. The response message from system **110** includes a list of advertising object id's, which ad manager **442** enqueues.

Object interpreter **435** requests the object id of the next advertising object from ad manager **442** when object interpreter **435** is building a page and encounters an object call for a partition and the specified object-id equals the code word, "ADSLOT." If this is the first request for an advertising object id that ad manager **442** has received during this user's session, ad manager **442** moves the advertising object id list from the GEV into its own storage area, which it uses as an advertising queue and sets up its queue management pointers, knowing that the first two advertising objects have been pre-fetched.

Ad manager **442** then queries object storage facility **439**, irrespective of whether it was the first request of the session. The query asks if the specified advertising object id pre-fetch has been completed, i.e., is the object available locally at the RS. If the object is available locally, the object-id is passed to object interpreter **435**, which requests it from object storage facility **439**. If the advertising object is not available in local store **440**, ad manager **442** attempts to recover by asking about the next ad that was pre-fetched. This is accomplished by swapping the top and second entry in the advertising queue and making a query to object storage facility **439** about the new top advertising object id. If that object is not yet available, the top position is swapped with the third position and a query is made about the new top position.

Besides its ability to provide advertising that have been targeted to each individual user, two very important response time problems have been solved by ad manager **442** of the present invention. The first is to eliminate from the new page response time the time it takes to retrieve an advertising object from the host system. This is accomplished by using the aforementioned pre-fetching mechanism.

The second response is caused by pre-fetching, which results in asynchronous concurrent activities involving the retrieval of objects from interactive system **10**. If an advertising object is pre-fetched at the same time as other objects required for a page are requested, the transmission of the advertising object packets could delay the transmission of the other objects required to complete the current page by the amount of time required to transmit the advertising object(s). This problem is solved by the structuring the requests from object interpreter **435** to the ad manager **442** in the following way:

1. Return next object id of pre-fetched advertising object & pre-fetch another;

2. Return next advertising object id only; and

3. Pre-fetch next advertising object only.

By separating the function request (1) into its two components, (2) and (3), object interpreter **435** is now able to determine when to request advertising object id's and from its knowledge of the page build process, is able to best determine when another advertising object can be pre-fetched, thus causing the least impact on the page response time. For example, by examining the PPT, object interpreter **435** may determine whether any object requests are out-

US 7,072,849 B1

35

standing. If there are outstanding requests, advertising request type 2 would be used. When all requested objects are retrieved, object interpreter **435** then issues an advertising request type 3. Alternatively, if there are no outstanding requests, object interpreter **435** issues an advertising request type 1. This typically corresponds to the user's "think time" while examining the information presented and when RS **400** is in the Wait for Event state (D).

Data collection manager **441** is invoked by object interpreter **435** and keyboard manger **434** to keep records about what objects a user has obtained (and, if a presentation data segment **530** is present, seen) and what actions users have taken (e.g. "NEXT," "BACK," "LOOK," etc.)

The data collection events that are to be reported during the user's session are sensitized during the logon process. The logon response message carries a data collection indicator with bit flags set to "on" for the events to be reported. These bit flags are enabled (on) or disabled (off) for each user based on information contained in the user's profile stored and sent from high function host **110**. A user's data collection indicator is valid for the duration of his session. The type of events to be reported can be changed at will in the host data collection application. However, such changes will affect only users who logon after the change.

Data collection manager **441** gathers information concerning a user's individual system usage characteristics. The types of informational services accessed, transactions processed, time information between various events, and the like are collected by data collection manager **441**, which compiles the information into message packets (not shown). The message packets are sent to network **10** via object/communication manager interface **443** and link communications manager **444**. Message packets are then stored by high function host **110** and sent to an offline processing facility for processing. The characteristics of users are ultimately used as a means to select or target various display objects, such as advertising objects, to be sent to particular users based on consumer marketing strategies, or the like, and for system optimization.

Object/communications manager interface **443** is responsible for sending and receiving DIA (Data Interchange Architecture described above) formatted messages to or from interactive network **10**. Object/communications manager **443** also handles the receipt of objects, builds a DIA header for messages being sent and removes the header from received DIA messages or objects, correlates requests and responses, and guarantees proper block sequencing. Object/communications manager interface **443** interacts with other native code modules as follows: object/communications manager **443** (1) receives all RS **400** object requests from object storage facility **439**, and forwards objects received from network **10** via link communications manager **444** directly to the requesting modules; (2) receives ad list requests from ad manager **442**, which thereafter periodically calls object/communications manager **443** to receive ad list responses; (3) receives data collection messages and send requests from data collection manager **441**; (4) receives application-level requests from TBOL interpreter **438**, which also periodically calls object/communications manager interface **443** to receive responses (if required); and (5) receives and sends DIA formatted objects and messages from and to link communications manager **444**.

Object/communications manager interface **443** sends and receives DIA formatted messages on behalf of TBOL interpreter **438** and sends object requests and receives objects on behalf of object storage facility **439**. Communication packets received containing parts of requested objects are passed

36

to object storage facility **439** which assembles the packets into the object before storing it. If the object was requested by object interpreter **435**, all packets received by object storage facility **439** are also passed to object interpreter **435** avoiding the delay required to receive an entire object before processing the object. Objects which are pre-fetched are stored by object storage facility **439**.

Messages sent to interactive network **10** are directed via DIA to applications in network **10**. Messages may include transaction requests for records or additional processing of records or may include records from a partitioned application program object or data collection manager **441**. Messages to be received from network **10** usually comprise records requested in a previous message sent to network **10**. Requests received from object storage facility **439** include requests for objects from storage in interactive system **10**. Responses to object requests contain either the requested object or an error code indicating an error condition.

Object/communications manager **443** is normally the exclusive native code module to interface with link communications manager **444** (except in the rare instance of a fatal error). Link communications manager **444** controls the connecting and disconnecting of the telephone line, telephone dialing, and communications link data protocol. Link communications manager **444** accesses network **10** by means of a communications medium (not shown) link communications manager **444**, which is responsible for a dial-up link on the public switched telephone network (PSTN). Alternatively, other communications means, such as cable television or broadcast media, may be used. Link communications manager **444** interfaces with TBOL interpreter for connect and disconnect, and with interactive network **10** for send and receive.

Link communications manager **444** is subdivided into modem control and protocol handler units. Modem control (a software function well known to the art) hands the modem specific handshaking that occurs during connect and disconnect. Protocol handler is responsible for transmission and receipt of data packets using the TCS (TRINTEX Communications Subsystem) protocol (which is a variety of OSI link level protocol, also well known to the art).

Fatal error manager **469** is invoked by all reception system components upon the occurrence of any condition which precludes recovery. Fatal error manager **469** displays a screen to the user with a textual message and an error code through display manager **461**. Fatal error manager **469** sends an error report message through the link communications manager **444** to a subsystem of interactive network **10**.

The source code for the reception system software as noted above is described in parent application Ser. No. 388,156 filed Jul. 28, 1989, now issued as U.S. Pat. No. 5,347,632, the contents of which are incorporated herein by reference.

Sample Application

Page **255** illustrated in FIG. 3*b* corresponds to a partitioned application that permit's a user to purchase apples. It shows how the monitor screen **414** of the reception system **400** might appear to the user. Displayed page **255** includes a number of page partitions and corresponding page elements.

The page template object (PTO) **500** representing page **255** is illustrated in FIG. **9**. PTO **500** defines the composition of the page, including header **250**, body **260**, display fields **270**, **271**, **272**, advertising **280**, and command bar **290**. Page element objects (PEOs) **504** are associated with page parti-

**37**

tions numbered; e.g., **250**, **260**, **280**. They respectively, present information in the header **250**, identifying the page topic as ABC APPLES; in the body **260**, identifying the cost of apples; and prompt the user to input into fields within body **260** the desired number of apples to be ordered. In advertising **280**, presentation data and a field representing a post-processor that will cause the user to navigate to a targetable advertising, is presented.

In FIG. **9**, the structure of PTO **500** can be traced. PTO **500** contains a page format call segment **526**, which calls page format object (PFO) **502**. PFO **502** describes the location and size of partitions on the page and numbers assigned to each partition. The partition number is used in page element call segments **522** so that an association is established between a called page element object (PEO) **504** and the page partition where it is to be displayed. Programs attached to this PEO can be executed only when the cursor is in the page partition designated within the PEO.

PTO **500** contains two page element call segments **522**, which reference the PEOs **504** for partitions **250** and **260**. Each PEO **504** defines the contents of the partition. The header in partition **250** has only a presentation data segment **530** in its PEO **504**. No input, action, or display fields are associated with that partition.

The PEO **504** for partition **260** contains a presentation data segment **530** and field definition segments **516** for the three fields that are defined in that partition. Two of the fields will be used for display only. One field will be used for input of user supplied data.

In the example application, the PEO **504** for body partition **260** specifies that two program objects **508** are part of the body partition. The first program, shown in Display field **270**, **271**, **272**, is called an initializer and is invoked unconditionally by TBOL interpreter **438** concurrently with the display of presentation data for the partition. In this application, the function of the initializer is represented by the following pseudo-code:

1. Move default values to input and display fields;

2. "SEND" a transaction to the apple application that is resident on interactive system **10**;

3. "RECEIVE" the result from interactive system **10**; i.e. the current price of an apple;

4. Move the price of an apple to PEV **271** so that it will be displayed;

5. Position the cursor on the input field; and

6. Terminate execution of this logic.

The second program object **508** is a field post-processor. It will be invoked conditionally, depending upon the user keystroke input. In this example, it will be invoked if the user changes the input field contents by entering a number. The pseudo code for this post-processor is as follows:

1. Use the value in PEV **270** (the value associated with the data entered by the user into the second input data field **270**) to be the number of apples ordered.

2. Multiply the number of apples ordered times the cost per apple previously obtained by the initializer;

3. Construct a string that contains the message "THE COST OF THE APPLES YOU ORDERED IS $45.34;";

4. Move the string into PEV **272** so that the result will be displayed for the user; and

5. Terminate execution of this logic.

The process by which the "APPLES" application is displayed, initialized, and run is as follows.

The "APPLES" application is initiated when the user navigates from the previous partitioned application, with the navigation target being the object id of the "APPLES" PTO **500** (that is, object id ABC**1**). This event causes keyboard

**38**

manager **434** to pass the PTO object id, ABC**1** (which may, for example, have been called by the keyword navigation segment **520** within a PEO **504** of the previous partitioned application), to object interpreter **435**. With reference to the RS application protocol depicted in FIG. **6**, when the partitioned application is initiated, RS **400** enters the Process Object state (B) using transition (1). Object interpreter **435** then sends a synchronous request for the PTO **500** specified in the navigation event to object storage facility **439**. Object storage facility **439** attempts to acquire the requested object from local store **440** or from delivery system **20** by means of object/communication manager **443**, and returns an error code if the object cannot be acquired.

Once the PTO **500** is acquired by object/communications manager **443**, object interpreter **435** begins to build PPT by parsing PTO **500** into its constituent segment calls to pages and page elements, as shown in FIG. **4***d* and interpreting such segments. PFO and PEO call segments **526** and **522** require the acquisition of the corresponding objects with object id's <ABCF>, <ABCX> and <ABCY>. Parsing and interpretation of object ABCY requires the further acquisition of program objects <ABCI> and <ABCJ>.

During the interpretation of the PEOs **504** for partitions **250** and **260**, other RS **400** events are triggered. This corresponds to transition (2) to interpret pre-processors state (C) in FIG. **6**. Presentation data **530** is sent to display manager **461** for display using a NAPLPS decoder within display manager **461**, and, as the PEO <ABCY> for partition **260** is parsed and interpreted by object interpreter **435**, parameters in program call segment **532** identify the program object <ABCI> as an initializer. Object interpreter **435** obtains the program object from object storage facility **439**, and makes a request to TBOL interpreter **438** to execute the initializer program object **508** <ABCI>. The initializer performs the operations specified above using facilities of the RS virtual machine. TBOL interpreter **438**, using operating environment **450**, executes initializer program object **506** <ABCI>, and may, if a further program object **508** is required in the execution of the initializer, make a synchronous application level object request to object storage facility **439**. When the initializer terminates, control is returned to object interpreter **435**, shown as the return path in transition (2) in FIG. **6**.

Having returned to the process object state (B), object processor **435** continues processing the objects associated with PTO <ABCI>. Object interpreter continues to construct the PPT, providing RS **400** with an environment for subsequent processing of the PTO <ABCI> by pre-processors and post-processors at the page, partition, and field levels. When the PPT has been constructed and the initializer executed, control is returned to keyboard manager **434**, and the RS enters the wait for event (E) State, via transition (4), as shown in FIG. **6**.

In the wait for event state, the partitioned application waits for the user to create an event. In any partitioned application, the user has many options. For example, the user may move the cursor to the "JUMP" field **296** on the command bar **290**, which is outside the current application, and thus cause subsequent navigation to another application. For purposes of this example, it is assumed that the user enters the number of apples he wishes to order by entering a digit in display field **271**.

Keyboard manager **434** translates the input from the user's keyboard to a logical representation independent of any type of personal computer. Keyboard manager. **434** saves the data entered by the user in a buffer associated with the current field defined by the location of the cursor. The

**39**

buffer is indexed by its PEV number, which is the same as the field number assigned to it during the formation of the page element. Keyboard manager **434** determines for each keystroke whether the keystroke corresponds to an input event or to an action or completion event. Input events are logical keystrokes and are sent by keyboard manager to display manager **461**, which displays the data at the input field location. Display manager **461** also has access to the field buffer as indexed by its PEV number.

The input data are available to TBOL interpreter **438** for subsequent processing. When the cursor is in a partition, only the PEVs for that partition are accessible to the RS virtual machine. After the input from the user is complete (as indicated by a user action such as pressing the RETURN key or entry of data into a field with an action attribute), RS **400** enters the Process Event state (E) via transition (4).

For purposes of this example, let us assume that the user enters the digit "5" in input field **270**. A transition is made to the process event state (E). Keyboard manager **434** and display manager **437** perform a number of actions, such as the display of the keystroke on the screen, the collection of the keystroke for input, and optionally, the validation of the keystroke, i.e. numeric input only in numeric fields. When the keystroke is processed, a return is made to the wait for event state (D) Edit attributes are specified in the field definition segment.

Suppose the user inputs a "6" next. A transition occurs to the PE state and after the "6" is processed, the Wait for Event (D) state is reentered. If the user hits the "completion" key (e.g., ENTER) the Process Event (E) state will be entered. The action attributes associated with field **272** identify this as a system event to trigger post-processor program object <ABCJ>. When the interpretive execution of program object <ABCJ> is complete, the wait for event state (D) will be entered. The user is then free to enter another value in the input field, or select a command bar function and exit the apples application.

While this invention has been described in its preferred form, it will be appreciated that changes may be made in the form, construction, procedure and arrangement of its various elements and steps without departing from its spirit or scope.

We claim:

**1**. A method for presenting advertising obtained from a computer network, the network including a multiplicity of user reception systems at which respective users can request applications, from the network, that include interactive services, the respective reception systems including a monitor at which at least the visual portion of the applications can be presented as one or more screens of display, the method comprising the steps of:

  a. structuring applications so that they may be presented, through the network, at a first portion of one or more screens of display; and

  b. structuring advertising in a manner compatible to that of the applications so that it may be presented, through the network, at a second portion of one or more screens of display concurrently with applications, wherein structuring the advertising includes configuring the advertising as objects that include advertising data and;

  c. selectively storing advertising objects at a store established at the reception system.

**2**. The method of claim **1** wherein storing advertising objects at the reception system includes replenishing the store of advertising objects from the network when the store of advertising objects falls below a predetermined level.

**3**. The method of claim **2** wherein storing advertising objects at the reception system includes storing advertising

**40**

object identifications at the reception system, and wherein the storing of advertising object identification is based on an establishing of a characterization for the respective reception system users.

**4**. The method of claim **3** wherein establishing the characterization for the respective reception system users includes basing the characterization at least in part on the applications requested by the respective users.

**5**. The method of claim **3** wherein establishing the characterization for the respective reception system users includes basing the characterization at least in part on the demographic data for the respective users.

**6**. The method of claim **3** wherein establishing the characterization for the respective reception system users includes basing the characterization at least in part on data concerning the geographical location of the respective user's reception system.

**7**. The method of claim **3** wherein establishing the characterization for the respective reception system users includes basing the characterization at least in part on a combination of data concerning user application requests, user demographics and geographical location of the respective user's reception system.

**8**. A method for presenting advertising in a computer network, the network including a multiplicity of user reception systems at which respective users can request applications that include interactive services, the method comprising the steps of:

  a. compiling data concerning the respective users;

  b. establishing characterizations for respective users based on the compiled data; and

  c. structuring advertising so that it may be selectively supplied to and retrieved at the reception systems for presentation to the respective users in accordance with the characterizations established for the respective reception system users, wherein structuring advertising includes supplying advertising data to the reception system and storing a predetermined amount of the advertising data in a store established at the respective reception systems.

**9**. The method of claim **8** wherein supplying advertising data to the reception system includes pre-fetching advertising data from the network when the store of advertising data falls below a predetermined level.

**10**. The method of claim **9** wherein pre-fetching advertising data is dependent on the size of the advertising data store.

**11**. The method of claim **10** wherein storing advertising data at the reception system includes maintaining a list identifying the advertising data to be presented.

**12**. The method of claim **8** wherein the supplying of advertising data to the reception system for presentation includes the reception system requesting advertising data from the network when advertising data sought to be presented is unavailable at the reception system.

**13**. A method for presenting advertising in a computer network, the network including a multiplicity of user reception systems at which respective users can request applications that include interactive services, the respective reception systems including a monitor at which at least the visual portion of the applications can be presented as one or more screens of display, the method comprising the steps of:

  a. structuring applications so that they may be presented at a first portion of one or more screens of display;

  b. configuring the advertising as objects that include advertising data,

US 7,072,849 B1

**41**

c. structuring the advertising objects in a manner compatible to that of the applications so that advertising data from an advertising object may be presented at a second portion of one or more screens of display concurrently with applications, and;

d. selectively storing advertising objects at a store established at the reception system.

**14**. A method for presenting advertising obtained from a computer network, the network including a multiplicity of user reception systems at which respective users can request applications from the network that include interactive services, the respective reception systems including a monitor at which at least the visual portion of the applications can be presented as one or more screens of display, the method comprising the steps of:

a. structuring applications so that a user requested application may be presented, through the network, at a first portion of one or more screens of display;

b. separately structuring the advertising in a manner compatible to that of the applications so that advertising may be presented, through the network, at a second portion of one or more screens of display concurrently with any one of a plurality of user requested applications,

c. configuring the advertising as objects that include advertising data, and

d. selectively storing advertising objects at a store established at the reception system.

**15**. The method of claim **14** wherein storing advertising objects at the reception system includes replenishing the store of advertising objects from the network when the store of advertising objects falls below a predetermined level.

**16**. The method of claim **15** wherein storing advertising objects at the reception system includes storing advertising object identifications at the reception system, and wherein the storing of advertising object identification is based on an establishing of a characterization for the respective reception system users.

**17**. The method of claim **16** wherein establishing the characterization for the respective reception system users includes basing the characterization at least in part on the applications requested by the respective users.

**18**. The method of claim **16** wherein establishing the characterization for the respective reception system users includes basing the characterization at least in part on the demographic data for the respective users.

**19**. The method of claim **16** wherein establishing the characterization for the respective reception system users

**42**

includes basing the characterization at least in part on data concerning the geographical location of the respective user's reception system.

**20**. The method of claim **16** wherein establishing the characterization for the respective reception system users includes basing the characterization at least in part on a combination of data concerning user application requests, user demographics and geographical location of the respective user's reception system.

**21**. A method for presenting advertising obtained from a computer network, the network including a multiplicity of user reception systems at which respective users can request, from the network, applications that include interactive services, the method comprising the steps of:

a. compiling data concerning the respective users;

b. establishing characterizations for respective users based on the compiled data; and

c. structuring advertising separately from the applications so that the advertising may be selectively supplied, through the network, to and retrieved at the reception systems for presentation to the respective users along with a requested application in accordance with the characterizations established for the respective reception system users,

wherein supplying advertising data to the reception system includes storing a predetermined amount of the advertising data in a store established at the respective reception systems.

**22**. The method of claim **21** wherein supplying advertising data to the reception system includes pre-fetching advertising data from the network when the store of advertising data falls below a predetermined level.

**23**. The method of claim **22** wherein pre-fetching advertising data is dependent on the size of the advertising data store.

**24**. The method of claim **23** wherein storing advertising data at the reception system includes maintaining a list identifying the advertising data to be presented.

**25**. The method of claim **21** wherein the supplying of advertising data to the reception system for presentation includes the reception system requesting advertising data from the network when advertising data sought to be presented is unavailable at the reception system.

* * * * *

# EXHIBIT B

US007631346B2

(12) **United States Patent**  (10) **Patent No.:**     **US 7,631,346 B2**
Hinton et al.                                           (45) **Date of Patent:**        **Dec. 8, 2009**

(54) **METHOD AND SYSTEM FOR A RUNTIME USER ACCOUNT CREATION OPERATION WITHIN A SINGLE-SIGN-ON PROCESS IN A FEDERATED COMPUTING ENVIRONMENT**

(75) Inventors: **Heather Maria Hinton**, Austin, TX (US); **Ivan Matthew Milman**, Austin, TX (US); **Venkat Raghavan**, Austin, TX (US); **Shane Bradley Weeden**, Gold Coast (AU)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 827 days.

(21) Appl. No.: **11/097,587**

(22) Filed:     **Apr. 1, 2005**

(65)              **Prior Publication Data**

US 2006/0236382 A1      Oct. 19, 2006

(51) **Int. Cl.**
   *G06F 7/04*          (2006.01)
   *G06F 15/16*         (2006.01)
   *G04L 9/32*          (2006.01)
   *G06F 17/30*         (2006.01)
(52) **U.S. Cl.** ......................................... **726/8**; 380/279
(58) **Field of Classification Search** .............. 726/6, 726/5, 4, 8; 709/223, 229, 219; 713/202, 713/186, 169; 380/279; 715/500
   See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,290,278 | B2 * | 10/2007 | Cahill et al. | ................... 726/6 |
| 2003/0149781 | A1 | 8/2003 | Yared et al. | |
| 2003/0154266 | A1 * | 8/2003 | Bobick et al. | ............... 709/223 |
| 2004/0010607 | A1 * | 1/2004 | Lee et al. | ................... 709/229 |
| 2004/0158746 | A1 * | 8/2004 | Hu et al. | ................... 713/202 |
| 2004/0205176 | A1 * | 10/2004 | Ting et al. | ................... 709/223 |
| 2005/0074126 | A1 * | 4/2005 | Stanko | ........................ 380/279 |
| 2005/0210270 | A1 * | 9/2005 | Rohatgi et al. | .............. 713/186 |
| 2005/0240763 | A9 * | 10/2005 | Bhat et al. | .................. 713/169 |
| 2005/0257130 | A1 * | 11/2005 | Ito | .......................... 715/500.1 |
| 2006/0048213 | A1 * | 3/2006 | Cheng et al. | ................... 726/5 |

(Continued)

OTHER PUBLICATIONS

Gross, T.; Security analysis of the SAML single sign-on browser/artifact profile; Publication Date: Dec. 8-12, 2003; IBM Zurich Res. Lab; On pp. 298-307.*

*Primary Examiner*—Kambiz Zand
*Assistant Examiner*—Monjour Rahim
(74) *Attorney, Agent, or Firm*—Jeffrey S. LaBaw; David H. Judson

(57)              **ABSTRACT**

A method, system, apparatus, and computer program product are presented to support computing systems of different enterprises that interact within a federated computing environment. Federated single-sign-on operations can be initiated at the computing systems of federation partners on behalf of a user even though the user has not established a user account at a federation partner prior to the initiation of the single-sign-on operation. For example, an identity provider can initiate a single-sign-on operation at a service provider while attempting to obtain access to a controlled resource on behalf of a user. When the service provider recognizes that it does not have a linked user account for the user that allows for a single-sign-on operation with the identity provider, the service provider creates a local user account. The service provider can also pull user attributes from the identity provider as necessary to perform the user account creation operation.

**20 Claims, 14 Drawing Sheets**



**US 7,631,346 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2006/0059544 A1* | 3/2006 | Guthrie et al. ................. | 726/4 |
| 2006/0195893 A1* | 8/2006 | Caceres et al. ................. | 726/8 |
| 2007/0005730 A1* | 1/2007 | Torvinen et al. ............ | 709/219 |

* cited by examiner

U.S. Patent        Dec. 8, 2009        Sheet 1 of 14        US 7,631,346 B2



*FIG. 1A*
*(PRIOR ART)*



*FIG. 1B*
*(PRIOR ART)*



*FIG. 1C*
*(PRIOR ART)*

*FIG. 1D*
*(PRIOR ART)*



*FIG. 1E*

*(PRIOR ART)*



*FIG. 2*



*FIG. 4*

FIG. 3

USER 312
CLIENT DEVICE 314
BROWSER APPLICATION 316
HTTP 320
ML INTERPRETER 322
WEB SERVICES CLIENT 324
OTHER APPS 318
FEDERATION FRONT-END FOR ENTERPRISE/DOMAIN 340
POINT-OF-CONTACT (POC) SERVER 342
FEDERATION CONFIGURATION APPL. 348
FEDERATION INTERFACE UNIT 350
FEDERATION USER REGISTRY 358
FEDERATED USER LIFECYCLE MANAGEMENT (FULM) APPLICATION 352
TRUST PROXY (TP) (TRUST SERVICE) 344
SECURITY TOKEN SERVICE (STS) 346
SINGLE-SIGN-ON PROTOCOL SERVICE (SPS) 354
IDENTITY AND ATTRIBUTE SERVICE (IAS) 356
LEGACY APPLICATIONS OR BACK-END PROCESSING FOR ENTERPRISE/DOMAIN 330
AUTHENTICATION SERVICE RUNTIME (ASR) SERVERS 332
APPLICATION SERVERS 334
PROTECTED RESOURCES 335
ENTERPRISE USER REGISTRY 338
LEGACY USER REGISTRATION APPLICATION 336

DIRECT TRUST RELATIONSHIP
FEDERATED DOMAIN Y 504
TRUST PROXY 510
DIRECT TRUST RELATIONSHIP
514
516
FEDERATED DOMAIN X 502
TRUST PROXY 508
522
BROKERED TRUST RELATIONSHIP
TRUST BROKER 520
FEDERATED DOMAIN Z 506
TRUST PROXY 512
DIRECT TRUST RELATIONSHIP
518

FIG. 5



USER 600
ENTERPRISE A 610
POINT-OF-CONTACT (POC) SERVER 612
TRUST PROXY (TP) 614
ENTERPRISE B 620
POC SERVER 622
TP 624
ENTERPRISE C 630
POC SERVER 632
TP 634
TRUST BROKER 650

FIG. 6

FIREWALL
FIREWALL
EXTERNAL DMZ
710
712
PROTECTED RESOURCES 706
APPLICATION SERVERS 704
REQUESTS 730
POINT-OF-CONTACT (POC) SERVER 702
REQUESTS FOR PROTECTED RESOURCES 732
ENTERPRISE USER REGISTRY 722
FULM REQUESTS 734
FEDERATED USER LIFECYCLE MANAGEMENT (FULM) APPLICATION/SERVICE 708
FEDERATION USER REGISTRY 720
TRUST SERVICE 714
SINGLE-SIGN-ON PROTOCOL SERVICE (SPS) 716
IDENTITY AND ATTRIBUTE SERVICE (I&AS) 718
FULM PLUG-INS 724

FIG. 7



**TYPICAL SINGLE-SIGN-ON OPERATION**
**(INITIATED BY IDENTITY PROVIDER -- USER PREVIOUSLY PROVISIONED AT SP)**

*FIG. 8*
*(PRIOR ART)*



**PUSH-TYPE SINGLE-SIGN-ON OPERATION WITH RUNTIME USER ACCOUNT CREATION AT SP
(USER NOT PREVIOUSLY PROVISIONED AT SP)**

*FIG. 9A*



**PUSH-TYPE SINGLE-SIGN-ON OPERATION WITH RUNTIME USER ACCOUNT CREATION AT SP**
**(ADDITIONAL PULLING OF USER ATTRIBUTES BY SP FROM IdP)**

*FIG. 9B*



**PUSH-TYPE SINGLE-SIGN-ON OPERATION WITH RUNTIME USER ACCOUNT CREATION AT SP
(ADDITIONAL PULLING OF USER ATTRIBUTES BY SP FROM IDP)**

*FIG. 9C*



**COMPLETION OF PUSH-TYPE SSO OPERATION WITH RUNTIME USER ACCOUNT CREATION AT SP
(FRONT-CHANNEL USER ATTRIBUTE RETRIEVAL BY SP FROM IDP)**

*FIG. 9D*



**COMPLETION OF PUSH-TYPE SSO OPERATION WITH RUNTIME USER ACCOUNT CREATION AT SP
(BACK-CHANNEL USER ATTRIBUTE RETRIEVAL BY SP FROM IDP)**

*FIG. 9E*



BEGIN
SERVICE PROVIDER RECEIVES REQUEST FROM IDENTITY PROVIDER TO ACCESS PROTECTED RESOURCE BASED ON SINGLE-SIGN-ON OPERATION 1002
EXTRACT USER IDENTIFIER FROM RECEIVED REQUEST MESSAGE 1004
RECOGNIZE USER IDENTITY? 1006
NO
YES
EXTRACT ANY USER ATTRIBUTES FROM RECEIVED REQUEST MESSAGE 1008
SUFFICIENT INFORMATION FOR PROVISIONING USER? 1010
YES
NO
SEND REQUEST TO IDENTITY PROVIDER TO OBTAIN USER ATTRIBUTES 1012
RECEIVE RESPONSE FROM IDENTITY PROVIDER WITH ADDITIONAL USER ATTRIBUTES 1014
PROVISION USER AT SERVICE PROVIDER 1016
SUFFICIENT INFORMATION FOR MAKING USER ACTIVE? 1018
YES
NO
UPPER LIMIT EXCEEDED? 1020
NO
YES
ERROR HANDLING 1022
CREATE ACTIVE SESSION FOR USER 1024
GENERATE RESPONSE BASED ON ACCESS TO PROTECTED RESOURCE 1026
SEND RESPONSE TO IDENTITY PROVIDER 1028
END

FIG. 10



**PULL-TYPE SINGLE-SIGN-ON OPERATION WITH RUNTIME USER PROVISIONING AT SP**
**(USER NOT PREVIOUSLY PROVISIONED AT SP)**

*FIG. 11A*



**PULL-TYPE SINGLE-SIGN-ON OPERATION WITH RUNTIME USER PROVISIONING AT SP
(REQUIRES ADDITIONAL PULLING OF USER ATTRIBUTES BY SP FROM IDP)**

*FIG. 11B*



**COMPLETION OF PULL-TYPE SSO OPERATION WITH RUNTIME USER ACCOUNT CREATION AT SP (FRONT-CHANNEL USER ATTRIBUTE RETRIEVAL BY SP FROM IDP)**

*FIG. 11C*



**COMPLETION OF PULL-TYPE SSO OPERATION WITH RUNTIME USER ACCOUNT CREATION AT SP (BACK-CHANNEL USER ATTRIBUTE RETRIEVAL BY SP FROM IDP)**

*FIG. 11D*

US 7,631,346 B2

**1**

# METHOD AND SYSTEM FOR A RUNTIME USER ACCOUNT CREATION OPERATION WITHIN A SINGLE-SIGN-ON PROCESS IN A FEDERATED COMPUTING ENVIRONMENT

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an improved data processing system and, in particular, to a method and apparatus for multicomputer data transferring. Still more particularly, the present invention is directed to networked computer systems.

2. Description of Related Art

Enterprises generally desire to provide authorized users with secure access to protected resources in a user-friendly manner throughout a variety of networks, including the Internet. Although providing secure authentication mechanisms reduces the risks of unauthorized access to protected resources, those authentication mechanisms may become barriers to accessing protected resources. Users generally desire the ability to change from interacting with one application to another application without regard to authentication barriers that protect each particular system supporting those applications.

As users get more sophisticated, they expect that computer systems coordinate their actions so that burdens on the user are reduced. These types of expectations also apply to authentication processes. A user might assume that once he or she has been authenticated by some computer system, the authentication should be valid throughout the user's working session, or at least for a particular period of time, without regard to the various computer architecture boundaries that are almost invisible to the user. Enterprises generally try to fulfill these expectations in the operational characteristics of their deployed systems, not only to placate users but also to increase user efficiency, whether the user efficiency is related to employee productivity or customer satisfaction.

More specifically, with the current computing environment in which many applications have a Web-based user interface that is accessible through a common browser, users expect more user-friendliness and low or infrequent barriers to movement from one Web-based application to another. In this context, users are coming to expect the ability to jump from interacting with an application on one Internet domain to another application on another domain without regard to the authentication barriers that protect each particular domain. However, even if many systems provide secure authentication through easy-to-use, Web-based interfaces, a user may still be forced to reckon with multiple authentication processes that stymie user access across a set of domains. Subjecting a user to multiple authentication processes in a given time frame may significantly affect the user's efficiency.

For example, various techniques have been used to reduce authentication burdens on users and computer system administrators. These techniques are generally described as "single-sign-on" (SSO) processes because they have a common purpose: after a user has completed a sign-on operation, i.e. been authenticated, the user is subsequently not required to perform another authentication operation. Hence, the goal is that the user would be required to complete only one authentication process during a particular user session.

To reduce the costs of user management and to improve interoperability among enterprises, federated computing spaces have been created. A federation is a loosely coupled affiliation of enterprises which adhere to certain standards of interoperability; the federation provides a mechanism for trust among those enterprises with respect to certain compu-

**2**

tational operations for the users within the federation. For example, a federation partner may act as a user's home domain or identity provider. Other partners within the same federation may rely on the user's identity provider for primary management of the user's authentication credentials, e.g., accepting a single-sign-on token that is provided by the user's identity provider.

As enterprises move to support federated business interactions, these enterprises should provide a user experience that reflects the increased cooperation between two businesses. As noted above, a user may authenticate to one party that acts as an identity provider and then single-sign-on to a federated business partner that acts as a service provider. In conjunction with single-sign-on functionality, additional user lifecycle functionality, such as single-sign-off, user provisioning, and account linking/delinking, should also be supported.

Single-sign-on solutions require that a user is identifiable in some form or another at both an identity provider and a service provider; the identity provider needs to be able to identify and authenticate a user, and the service provider needs to be able to identify the user based on some form of assertion about the user in response to a single-sign-on request. Various prior art single-sign-on solutions, e.g., such as those described in the Liberty Alliance ID-FF specifications, require that a user have an authenticatable account at both an identity provider and a service provider as a prerequisite to a federated single-sign-on operation. Some federated solutions support an a priori user account creation event across domains to be used to establish these accounts, thereby satisfying a requirement that a user have an authenticatable account at both an identity provider and a service provider as a prerequisite to a federated single-sign-on operation. Although some federated solutions provide a robust set of federated user lifecycle management operations, such as user account creation, user account management, user attribute management, account suspension, and account deletion, these federated management systems do not provide a lightweight solution that is suitable for certain federation partners or for certain federated purposes.

Therefore, it would be advantageous to have methods and systems in which enterprises can provide comprehensive single-sign-on experiences to users in a federated computing environment in a lightweight manner that does not require an extensive amount of a priori processing.

## SUMMARY OF THE INVENTION

A method, system, apparatus, and computer program product are presented to support computing systems of different enterprises that interact within a federated computing environment. Federated single-sign-on operations can be initiated at the computing systems of federation partners on behalf of a user even though the user has not established a user account at a federation partner prior to the initiation of the single-sign-on operation. For example, an identity provider can initiate a single-sign-on operation at a service provider while attempting to obtain access to a controlled resource on behalf of a user. When the service provider recognizes that it does not have a linked user account for the user that allows a single-sign-on operation from the identity provider, the service provider creates a local user account based at least in part on information from the identity provider. The service provider

US 7,631,346 B2

**3**

can also pull user attributes from the identity provider as necessary to perform the user account creation operation.

## BRIEF DESCRIPTION OF THE DRAWINGS

The novel features believed characteristic of the invention are set forth in the appended claims. The invention itself, further objectives, and advantages thereof, will be best understood by reference to the following detailed description when read in conjunction with the accompanying drawings, wherein:

FIG. **1A** depicts a typical network of data processing systems, each of which may implement the present invention;

FIG. **1B** depicts a typical computer architecture that may be used within a data processing system in which the present invention may be implemented;

FIG. **1C** depicts a data flow diagram that illustrates a typical authentication process that may be used when a client attempts to access a protected resource at a server;

FIG. **1D** depicts a network diagram that illustrates a typical Web-based environment in which the present invention may be implemented;

FIG. **1E** depicts a block diagram that illustrates an example of a typical online transaction that might require multiple authentication operations from a user;

FIG. **2** depicts a block diagram that illustrates the terminology of the federated environment with respect to a transaction that is initiated by a user to a first federated enterprise, which, in response, invokes actions at downstream entities within the federated environment;

FIG. **3** depicts a block diagram that illustrates the integration of pre-existing data processing systems at a given domain with some federated architecture components that may be used to support an embodiment of the present invention;

FIG. **4** depicts a block diagram that illustrates an example of a manner in which some components within a federated architecture may be used to establish trust relationships to support an implementation of the present invention;

FIG. **5** depicts a block diagram that illustrates an exemplary set of trust relationships between federated domains using trust proxies and a trust broker in accordance with an exemplary federated architecture that is able to support the present invention;

FIG. **6** depicts a block diagram that illustrates a federated environment that supports federated single-sign-on operations;

FIG. **7** depicts a block diagram that illustrates some of the components in a federated domain for implementing federated user lifecycle management functionality in order to support the present invention;

FIG. **8** depicts a dataflow diagram that shows a typical prior art HTTP-redirection-based single-sign-on operation that is initiated by a federated identity provider to obtain access to a protected resource at a federated service provider;

FIGS. **9A-9B** depicts dataflow diagrams that show an HTTP-redirection-based single-sign-on operation that is initiated by a federated identity provider to obtain access to a protected resource at a federated service provider while performing a runtime linked-user-account creation operation at the federated service provider in accordance with an embodiment of the present invention;

FIGS. **9C-9E** depict dataflow diagrams that show an HTTP-redirection-based single-sign-on operation that is initiated by a federated identity provider to obtain access to a protected resource at a federated service provider with alter-

**4**

native methods for obtaining user attributes by the federated service provider in accordance with an embodiment of the present invention;

FIG. **10** depicts a flowchart that shows a more detailed process for performing a runtime linked-user-account creation operation at a service provider during a single-sign-on operation that has been initiated by an identity provider;

FIG. **11A** depicts a dataflow diagram that shows an HTTP-redirection-based pull-type single-sign-on operation that is initiated by a federated service provider to allow access to a protected resource at the federated service provider while performing a runtime linked-user-account creation operation at the federated service provider in accordance with an embodiment of the present invention; and

FIGS. **11B-11D** depict a set of dataflow diagrams that show an HTTP-redirection-based pull-type single-sign-on operation that is initiated by a federated service provider to allow access to a protected resource at the federated service provider with additional retrieval of user attribute information from a federated identity provider while performing a runtime linked-user-account creation operation at the federated service provider in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

In general, the devices that may comprise or relate to the present invention include a wide variety of data processing technology. Therefore, as background, a typical organization of hardware and software components within a distributed data processing system is described prior to describing the present invention in more detail.

With reference now to the figures, FIG. **1A** depicts a typical network of data processing systems, each of which may implement the present invention. Distributed data processing system **100** contains network **101**, which is a medium that may be used to provide communications links between various devices and computers connected together within distributed data processing system **100**. Network **101** may include permanent connections, such as wire or fiber optic cables, or temporary connections made through telephone or wireless communications. In the depicted example, server **102** and server **103** are connected to network **101** along with storage unit **104**. In addition, clients **105-107** also are connected to network **101**. Clients **105-107** and servers **102-103** may be represented by a variety of computing devices, such as mainframes, personal computers, personal digital assistants (PDAs), etc. Distributed data processing system **100** may include additional servers, clients, routers, other devices, and peer-to-peer architectures that are not shown.

In the depicted example, distributed data processing system **100** may include the Internet with network **101** representing a worldwide collection of networks and gateways that use various protocols to communicate with one another, such as LDAP (Lightweight Directory Access Protocol), TCP/IP (Transport Control Protocol/Internet Protocol), HTTP (HyperText Transport Protocol), etc. Of course, distributed data processing system **100** may also include a number of different types of networks, such as, for example, an intranet, a local area network (LAN), or a wide area network (WAN). For example, server **102** directly supports client **109** and network **110**, which incorporates wireless communication links. Network-enabled phone **111** connects to network **110** through wireless link **112**, and PDA **113** connects to network **110** through wireless link **114**. Phone **111** and PDA **113** can also directly transfer data between themselves across wireless link **115** using an appropriate technology, such as Bluetooth™

US 7,631,346 B2

5

wireless technology, to create so-called personal area networks or personal ad-hoc networks. In a similar manner, PDA 113 can transfer data to PDA 107 via wireless communication link 116.

The present invention could be implemented on a variety of hardware platforms and software environments. FIG. 1A is intended as an example of a heterogeneous computing environment and not as an architectural limitation for the present invention.

With reference now to FIG. 1B, a diagram depicts a typical computer architecture of a data processing system, such as those shown in FIG. 1A, in which the present invention may be implemented. Data processing system 120 contains one or more central processing units (CPUs) 122 connected to internal system bus 123, which interconnects random access memory (RAM) 124, read-only memory 126, and input/output adapter 128, which supports various I/O devices, such as printer 130, disk units 132, or other devices not shown, such as a audio output system, etc. System bus 123 also connects communication adapter 134 that provides access to communication link 136. User interface adapter 148 connects various user devices, such as keyboard 140 and mouse 142, or other devices not shown, such as a touch screen, stylus, microphone, etc. Display adapter 144 connects system bus 123 to display device 146.

Those of ordinary skill in the art will appreciate that the hardware in FIG. 1B may vary depending on the system implementation. For example, the system may have one or more processors, such as an Intel® Pentium®-based processor and a digital signal processor (DSP), and one or more types of volatile and non-volatile memory. Other peripheral devices may be used in addition to or in place of the hardware depicted in FIG. 1B. The depicted examples are not meant to imply architectural limitations with respect to the present invention.

In addition to being able to be implemented on a variety of hardware platforms, the present invention may be implemented in a variety of software environments. A typical operating system may be used to control program execution within each data processing system. For example, one device may run a Unix® operating system, while another device contains a simple Java® runtime environment. A representative computer platform may include a browser, which is a well known software application for accessing hypertext documents in a variety of formats, such as graphic files, word processing files, Extensible Markup Language (XML), Hypertext Markup Language (HTML), Handheld Device Markup Language (HDML), Wireless Markup Language (WML), and various other formats and types of files. It should also be noted that the distributed data processing system shown in FIG. 1A is contemplated as being fully able to support a variety of peer-to-peer subnets and peer-to-peer services.

With reference now to FIG. 1C, a data flow diagram illustrates a typical authentication process that may be used when a client attempts to access a protected resource at a server. As illustrated, the user at a client workstation 150 seeks access over a computer network to a protected resource on a server 151 through the user's web browser executing on the client workstation. A protected or controlled resource is a resource (an application, an object, a document, a page, a file, executable code, or other computational resource, communication-type resource, etc.) for which access is controlled or restricted. A protected resource is identified by a Uniform Resource Locator (URL), or more generally, a Uniform Resource Identifier (URI), that can only be accessed by an authenticated and/or authorized user. The computer network

6

may be the Internet, an intranet, or other network, as shown in FIG. 1A or FIG. 1B, and the server may be a web application server (WAS), a server application, a servlet process, or the like.

The process is initiated when the user requests a server-side protected resource, such as a web page within the domain "ibm.com" (step 152). The terms "server-side" and "client-side" refer to actions or entities at a server or a client, respectively, within a networked environment. The web browser (or associated application or applet) generates an HTTP request (step 153) that is sent to the web server that is hosting the domain "ibm.com". The terms "request" and "response" should be understood to comprise data formatting that is appropriate for the transfer of information that is involved in a particular operation, such as messages, communication protocol information, or other associated information.

The server determines that it does not have an active session for the client (step 154), so the server initiates and completes the establishment of an SSL (Secure Sockets Layer) session between the server and the client (step 155), which entails multiple transfers of information between the client and the server. After an SSL session is established, subsequent communication messages are transferred within the SSL session; any secret information remains secure because of the encrypted communications within the SSL session.

However, the server needs to determine the identity of the user before allowing the user to have access to protected resources, so the server requires the user to perform an authentication process by sending the client some type of authentication challenge (step 156). The authentication challenge may be in various formats, such as an HTML form. The user then provides the requested or required information (step 157), such as a username or other type of user identifier along with an associated password or other form of secret information.

The authentication response information is sent to the server (step 158), at which point the server authenticates the user or client (step 159), e.g., by retrieving previously submitted registration information and matching the presented authentication information with the user's stored information. Assuming the authentication is successful, an active session is established for the authenticated user or client. The server creates a session identifier for the client, and any subsequent request messages from the client within the session would be accompanied by the session identifier.

The server then retrieves the originally requested web page and sends an HTTP response message to the client (step 160), thereby fulfilling the user's original request for the protected resource. At that point, the user may request another page within "ibm.com" (step 161) by clicking a hypertext link within a browser window, and the browser sends another HTTP request message to the server (step 162). At that point, the server recognizes that the user has an active session (step 163) because the user's session identifier is returned to the server in the HTTP request message, and the server sends the requested web page back to the client in another HTTP response message (step 164). Although FIG. 1C depicts a typical prior art process, it should be noted that other alternative session state management techniques may be depicted, such as URL rewriting or using cookies to identify users with active sessions, which may include using the same cookie that is used to provide proof of authentication.

With reference now to FIG. 1D, a diagram illustrates a typical Web-based environment in which the present invention may be implemented. In this environment, a user of browser 170 at client 171 desires to access a protected

**7**

resource on web application server **172** in DNS domain **173**, or on web application server **174** in DNS domain **175**.

In a manner similar to that shown in FIG. **1**C, a user can request a protected resource at one of many domains. In contrast to FIG. **1**C, which shows only a single server at a particular domain, each domain in FIG. **1**D has multiple servers. In particular, each domain may have an associated authentication server **176** and **177**.

In this example, after client **171** issues a request for a protected resource at domain **173**, web application server **172** determines that it does not have an active session for client **171**, and it requests that authentication server **176** perform an appropriate authentication operation with client **171**. Authentication server **176** communicates the result of the authentication operation to web application server **172**. If the user (or browser **170** or client **171** on behalf of the user) is successfully authenticated, then web application server **172** establishes a session for client **171** and returns the requested protected resource. Typically, once the user is authenticated by the authentication server, a cookie may be set and stored in a cookie cache in the browser. FIG. **1**D is merely an example of one manner in which the processing resources of a domain may be shared amongst multiple servers, particularly to perform authentication operations.

In a similar manner, after client **171** issues a request for a protected resource at domain **175**, authentication server **177** performs an appropriate authentication operation with client **171**, after which web application server **174** establishes a session for client **171** and returns the requested protected resource. Hence, FIG. **1**D illustrates that client **171** may have multiple concurrent sessions in different domains yet is required to complete multiple authentication operations to establish those concurrent sessions.

With reference now to FIG. **1**E, a block diagram depicts an example of a typical online transaction that might require multiple authentication operations from a user. Referring again to FIG. **1**C and FIG. **1**D, a user may be required to complete an authentication operation prior to gaining access to a controlled resource, as shown in FIG. **1**C. Although not shown in FIG. **1**C, an authentication manager may be deployed on server **151** to retrieve and employ user information that is required to authenticate a user. As shown in FIG. **1**D, a user may have multiple current sessions within different domains **173** and **175**, and although they are not shown in FIG. **1**D, each domain may employ an authentication manager in place of or in addition to the authentication servers. In a similar manner, FIG. **1**E also depicts a set of domains, each of which support some type of authentication manager. FIG. **1**E illustrates some of the difficulties that a user may experience when accessing multiple domains that require the user to complete an authentication operation for each domain.

User **190** may be registered at ISP domain **191**, which may support authentication manager **192** that authenticates user **190** for the purpose of completing transactions with respect to domain **191**. ISP domain **191** may be an Internet Service Provider (ISP) that provides Internet connection services, email services, and possibly other e-commerce services. Alternatively, ISP domain **191** may be an Internet portal that is frequently accessed by user **190**.

Similarly, domains **193**, **195**, and **197** represent typical web service providers. Government domain **193** supports authentication manager **194** that authenticates users for completing various government-related transactions. Banking domain **195** supports authentication manager **196** that authenticates users for completing transactions with an online bank. E-commerce domain **197** supports authentication manager **198** that authenticates users for completing online purchases.

**8**

As noted previously, when a user attempts to move from one domain to another domain within the Internet or World Wide Web by accessing resources at the different domains, a user may be subjected to multiple user authentication requests or requirements, which can significantly slow the user's progress across a set of domains. Using FIG. **1**E as an exemplary environment, user **190** may be involved in a complicated online transaction with e-commerce domain **197** in which the user is attempting to purchase an on-line service that is limited to users who are at least 18 years old and who have a valid driver license, a valid credit card, and a U.S. bank account. This online transaction may involve domains **191**, **193**, **195**, and **197**.

Typically, a user might not maintain an identity and/or attributes within each domain that participates in a typical online transaction. In this example, user **190** may have registered his or her identity with the user's ISP, but to complete the online transaction, the user might also be required to authenticate to domains **193**, **195**, and **197**. If each of the domains does not maintain an identity for the user, then the user's online transaction may fail. Even if the user can be authenticated by each domain, it is not guaranteed that the different domains can transfer information between themselves in order to complete the user's transaction.

Given the preceding brief description of some current technology, the description of the remaining figures relates to federated computer environments in which the present invention may operate. Prior to discussing the present invention in more detail, however, some terminology is introduced.

Terminology

The terms "entity" or "party" generally refers to an organization, an individual, or a system that operates on behalf of an organization, an individual, or another system. The term "domain" connotes additional characteristics within a network environment, but the terms "entity", "party", and "domain" can be used interchangeably. For example, the term "domain" may also refer to a DNS (Domain Name System) domain, or more generally, to a data processing system that includes various devices and applications that appear as a logical unit to exterior entities.

The terms "request" and "response" should be understood to comprise data formatting that is appropriate for the transfer of information that is involved in a particular operation, such as messages, communication protocol information, or other associated information. A protected resource is a resource (an application, an object, a document, a page, a file, executable code, or other computational resource, communication-type resource, etc.) for which access is controlled or restricted.

A token provides direct evidence of a successful operation and is produced by the entity that performs the operation, e.g., an authentication token that is generated after a successful authentication operation. A Kerberos token is one example of an authentication token that may be used with the present invention. More information on Kerberos may be found in Kohl et al., "The Kerberos Network Authentication Service (V5)", Internet Engineering Task Force (IETF) Request for Comments (RFC) 1510, 09/1993.

An assertion provides indirect evidence of some action. Assertions may provide indirect evidence of identity, authentication, attributes, authorization decisions, or other information and/or operations. An authentication assertion provides indirect evidence of authentication by an entity that is not the authentication service but that listened to the authentication service.

A Security Assertion Markup Language (SAML) assertion is an example of a possible assertion format that may be used with the present invention. SAML has been promulgated by

US 7,631,346 B2

9

the Organization for the Advancement of Structured Information Standards (OASIS), which is a non-profit, global consortium. SAML is described in "Assertions and Protocol for the OASIS Security Assertion Markup Language (SAML)", Committee Specification 01, May 31, 2002, as follows:

The Security Assertion Markup Language (SAML) is an XML-based framework for exchanging security information. This security information is expressed in the form of assertions about subjects, where a subject is an entity (either human or computer) that has an identity in some security domain. A typical example of a subject is a person, identified by his or her email address in a particular Internet DNS domain. Assertions can convey information about authentication acts performed by subjects, attributes of subjects, and authorization decisions about whether subjects are allowed to access certain resources. Assertions are represented as XML constructs and have a nested structure, whereby a single assertion might contain several different internal statements about authentication, authorization, and attributes. Note that assertions containing authentication statements merely describe acts of authentication that happened previously. Assertions are issued by SAML authorities, namely, authentication authorities, attribute authorities, and policy decision points. SAML defines a protocol by which clients can request assertions from SAML authorities and get a response from them. This protocol, consisting of XML-based request and response message formats, can be bound to many different underlying communications and transport protocols; SAML currently defines one binding, to SOAP over HTTP. SAML authorities can use various sources of information, such as external policy stores and assertions that were received as input in requests, in creating their responses. Thus, while clients always consume assertions, SAML authorities can be both producers and consumers of assertions.

The SAML specification states that an assertion is a package of information that supplies one or more statements made by an issuer. SAML allows issuers to make three different kinds of assertion statements: authentication, in which the specified subject was authenticated by a particular means at a particular time; authorization, in which a request to allow the specified subject to access the specified resource has been granted or denied; and attribute, in which the specified subject is associated with the supplied attributes. As discussed further below, various assertion formats can be translated to other assertion formats when necessary.

Authentication is the process of validating a set of credentials that are provided by a user or on behalf of a user. Authentication is accomplished by verifying something that a user knows, something that a user has, or something that the user is, i.e. some physical characteristic about the user. Something that a user knows may include a shared secret, such as a user's password, or by verifying something that is known only to a particular user, such as a user's cryptographic key. Something that a user has may include a smartcard or hardware token. Some physical characteristic about the user might include a biometric input, such as a fingerprint or a retinal map.

An authentication credential is a set of challenge/response information that is used in various authentication protocols. For example, a username and password combination is the most familiar form of authentication credentials. Other forms of authentication credential may include various forms of challenge/response information, Public Key Infrastructure (PKI) certificates, smartcards, biometrics, etc. An authentica-

10

tion credential is differentiated from an authentication assertion: an authentication credential is presented by a user as part of an authentication protocol sequence with an authentication server or service, and an authentication assertion is a statement about the successful presentation and validation of a user's authentication credentials, subsequently transferred between entities when necessary.

Federation Model for Computing Environment that May Incorporate the Present Invention

In the context of the World Wide Web, users are coming to expect the ability to jump from interacting with an application on one Internet domain to another application on another domain with minimal regard to the information barriers between each particular domain. Users do not want the frustration that is caused by having to authenticate to multiple domains for a single transaction. In other words, users expect that organizations should interoperate, but users generally want domains to respect their privacy. In addition, users may prefer to limit the domains that permanently store private information. These user expectations exist in a rapidly evolving heterogeneous environment in which many enterprises and organizations are promulgating competing authentication techniques.

The present invention is supported within a federation model that allows enterprises to provide a single-sign-on experience to a user. In other words, the present invention may be implemented within a federated, heterogeneous environment. As an example of a transaction that would benefit from a federated, heterogeneous environment, referring again to FIG. 1E, user **190** is able to authenticate to domain **191** and then have domain **191** provide the appropriate assertions to each downstream domain that might be involved in a transaction. These downstream domains need to be able to understand and trust authentication assertions and/or other types of assertions, even though there are no pre-established assertion formats between domain **191** and these other downstream domains. In addition to recognizing the assertions, the downstream domains need to be able to translate the identity contained within an assertion to an identity that represents user **190** within a particular domain, even though there is no pre-established identity mapping relationship. It should be noted, though, that the present invention is applicable to various types of domains and is not limited to ISP-type domains that are represented within FIG. 1E as exemplary domains.

The present invention is supported within a federated environment. In general, an enterprise has its own user registry and maintains relationships with its own set of users. Each enterprise typically has its own means of authenticating these users. However, the federated scheme for use with the present invention allows enterprises to cooperate in a collective manner such that users in one enterprise can leverage relationships with a set of enterprises through an enterprise's participation in a federation of enterprises. Users can be granted access to resources at any of the federated enterprises as if they had a direct relationship with each enterprise. Users are not required to register at each business of interest, and users are not constantly required to identify and authenticate themselves. Hence, within this federated environment, an authentication scheme allows for a single-sign-on experience within the rapidly evolving heterogeneous environments in information technology.

In the context of the present invention, a federation is a set of distinct entities, such as enterprises, organizations, institutions, etc., that cooperate to provide a single-sign-on, ease-of-use experience to a user; a federated environment differs from a typical single-sign-on environment in that two enterprises need not have a direct, pre-established, relationship

US 7,631,346 B2

**11**

defining how and what information to transfer about a user. Within a federated environment, entities provide services which deal with authenticating users, accepting authentication assertions, e.g., authentication tokens, that are presented by other entities, and providing some form of translation of the identity of the vouched-for user into one that is understood within the local entity.

Federation eases the administrative burden on service providers. A service provider can rely on its trust relationships with respect to the federation as a whole; the service provider does not need to manage authentication information, such as user password information, because it can rely on authentication that is accomplished by a user's authentication home domain or an identity provider.

The system that supports the present invention also concerns a federated identity management system that establishes a foundation in which loosely coupled authentication, user enrollment, user profile management and/or authorization services collaborate across security domains. Federated identity management allows services residing in disparate security domains to securely interoperate and collaborate even though there may be differences in the underlying security mechanisms and operating system platforms at these disparate domains.

Identity Provider vs. Service Provider

As mentioned above and as explained in more detail further below, a federated environment provides significant user benefits. A federated environment allows a user to authenticate at a first entity, which may act as an issuing party to issue an authentication assertion about the user for use at a second entity. The user can then access protected resources at a second, distinct entity, termed the relying party, by presenting the authentication assertion that was issued by the first entity without having to explicitly re-authenticate at the second entity. Information that is passed from an issuing party to a relying party is in the form of an assertion, and this assertion may contain different types of information in the form of statements. For example, an assertion may be a statement about the authenticated identity of a user, or it may be a statement about user attribute information that is associated with a particular user.

With reference now to FIG. **2**, a block diagram depicts the terminology of the federated environment with respect to a transaction that is initiated by a user to a first federated enterprise, which, in response, invokes actions at downstream entities within the federated environment. FIG. **2** shows that the terminology may differ depending on the perspective of an entity within the federation for a given federated operation. More specifically, FIG. **2** illustrates that a computing environment that supports the present invention supports the transitivity of trust and the transitivity of the authentication assertion process; a domain or an entity can issue an assertion based on its trust in an identity as asserted by another domain or another entity.

User **202** initiates a transaction through a request for a protected resource at enterprise **204**. If user **202** has been authenticated by enterprise **204** or will eventually be authenticated by enterprise **204** during the course of a transaction, then enterprise **204** may be termed the user's home domain for this federated session. Assuming that the transaction requires some type of operation by enterprise **206** and enterprise **204** transfers an assertion to enterprise **206**, then enterprise **204** is the issuing entity with respect to the particular operation, and enterprise **206** is the relying entity for the operation.

The issuing entity issues an assertion for use by the relying domain; an issuing entity is usually, but not necessarily, the

**12**

user's home domain or the user's identity provider. Hence, it would usually be the case that the issuing party has authenticated the user using a typical authentication operation. However, it is possible that the issuing party has previously acted as a relying party whereby it received an assertion from a different issuing party. In other words, since a user-initiated transaction may cascade through a series of enterprises within a federated environment, a receiving party may subsequently act as an issuing party for a downstream transaction. In general, any entity that has the ability to issue authentication assertions on behalf of a user can act as an issuing entity.

The relying entity is an entity that receives an assertion from an issuing entity. The relying party is able to accept, trust, and understand an assertion that is issued by a third party on behalf of the user, i.e. the issuing entity; it is generally the relying entity's duty to use an appropriate authentication authority to interpret an authentication assertion. A relying party is an entity that relies on an assertion that is presented on behalf of a user or another entity. In this manner, a user can be given a single-sign-on experience at the relying entity instead of requiring the relying entity to prompt the user for the user's authentication credentials as part of an interactive session with the user.

Referring again to FIG. **2**, assuming that the transaction requires further operations such that enterprise **206** transfers an assertion to enterprise **208**, then enterprise **206** is an upstream entity that acts as the issuing entity with respect to the subsequent or secondary transaction operation, and enterprise **208** is a downstream entity that acts as the relying entity for the operation; in this case, enterprise **208** may be regarded as another downstream entity with respect to the original transaction, although the subsequent transaction can also be described with respect to only two entities.

As shown in FIG. **2**, a federated entity may act as a user's home domain, which provides identity information and attribute information about federated users. An entity within a federated computing environment that provides identity information, identity or authentication assertions, or identity services may be termed an identity provider. Other entities or federation partners within the same federation may rely on an identity provider for primary management of a user's authentication credentials, e.g., accepting a single-sign-on token that is provided by the user's identity provider; a domain at which the user authenticates may be termed the user's (authentication) home domain. The identity provider may be physically supported by the user's employer, the user's ISP, or some other commercial entity.

An identity provider is a specific type of service that provides identity information as a service to other entities within a federated computing environment. With respect to most federated transactions, an issuing party for an authentication assertion would usually be an identity provider; any other entity can be distinguished from the identity provider. Any other entity that provides a service within the federated computing environment can be categorized as a service provider. Once a user has authenticated to the identity provider, other entities or enterprises in the federation may be regarded as merely service providers for the duration of a given federated session or a given federated transaction.

In some circumstances, there may be multiple entities within a federated environment that may act as identity providers for a user. For example, the user may have accounts at multiple federated domains, each of which is able to act as an identity provider for the user; these domains do not necessarily have information about the other domains nor about a user's identity at a different domain.

US 7,631,346 B2

**13**

Although it may be possible that there could be multiple enterprises within a federated environment that may act as identity providers, e.g., because there may be multiple enterprises that have the ability to generate and validate a user's authentication credentials, etc., a federated transaction usually involves only a single identity provider. If there is only a single federated entity that is able to authenticate a user, e.g., because there is one and only one entity within the federation with which the user has performed a federated enrollment or registration operation, then it would be expected that this entity would act as the user's identity provider in order to support the user's transactions throughout the federated environment.

Within some federated transactions that require the interoperation of multiple service providers, a downstream service provider may accept an assertion from an upstream service provider; the conditions in which an upstream service provider may act as an issuing entity to a downstream service provider that is acting as a relying party may depend upon the type of trust relationship between the service providers and the type of transaction between the service providers. Within the scope of a simple federated transaction, however, there is only one entity that acts as an issuing entity.

The present invention may be supported within a given computing environment in which a federated infrastructure can be added to existing systems while minimizing the impact on an existing, non-federated architecture. Hence, operations, including authentication operations, at any given enterprise or service provider are not necessarily altered by the fact that an entity may also participate within a federated environment. In other words, even though an entity's computing systems may be integrated into a federated environment, a user may be able to continue to perform various operations, including authentication operations, directly with an enterprise in a non-federated manner. However, the user may be able to have the same end-user experience while performing a federated operation with respect to a given entity as if the user had performed a similar operation with the given entity in a non-federated manner. Hence, it should be noted that not all of a given enterprise's users necessarily participate federated transactions when the given enterprise participates in a federation; some of the enterprise's users may interact with the enterprise's computing systems without performing any federated transactions.

Moreover, user registration within the computing environment of a given enterprise, e.g., establishment of a user account in a computer system, is not necessarily altered by the fact that the enterprise may also participate within a federated environment. For example, a user may still establish an account at a domain through a legacy or pre-existing registration process that is independent of a federated environment. Hence, in some cases, the establishment of a user account at an enterprise may or may not include the establishment of account information that is valid across a federation when the enterprise participates within a federated computing environment.

Federated Architecture—Federation Front-End for Legacy Systems

With reference now to FIG. **3**, a block diagram depicts the integration of pre-existing data processing systems at a given domain with some federated architecture components that may be used to support an embodiment of the present invention. A federated environment includes federated entities that provide a variety of services for users. User **312** interacts with client device **314**, which may support browser application **216** and various other client applications **318**. User **312** is distinct from client device **314**, browser **316**, or any other

**14**

software that acts as interface between user and other devices and services. In some cases, the following description may make a distinction between the user acting explicitly within a client application and a client application that is acting on behalf of the user. In general, though, a requester is an intermediary, such as a client-based application, browser, SOAP client, etc., that may be assumed to act on behalf of the user.

Browser application **316** may be a typical browser, including those found on mobile devices, that comprises many modules, such as HTTP communication component **320** and markup language (ML) interpreter **322**. Browser application **316** may also support plug-ins, such as web services client **324**, and/or downloadable applets, which may or may not require a virtual machine runtime environment. Web services client **324** may use Simple Object Access Protocol (SOAP), which is a lightweight protocol for defining the exchange of structured and typed information in a decentralized, distributed environment. SOAP is an XML-based protocol that consists of three parts: an envelope that defines a framework for describing what is in a message and how to process it; a set of encoding rules for expressing instances of application-defined datatypes; and a convention for representing remote procedure calls and responses. User **312** may access webbased services using browser application **316**, but user **312** may also access web services through other web service clients on client device **314**. Some of the federated operations may employ HTTP redirection via the user's browser to exchange information between entities in a federated environment. However, it should be noted that the present invention may be supported over a variety of communication protocols and is not meant to be limited to HTTP-based communications. For example, the entities in the federated environment may communicate directly when necessary; messages are not required to be redirected through the user's browser.

The present invention may be supported in a manner such that components that are required for a federated environment can be integrated with pre-existing systems. FIG. **3** depicts one embodiment for implementing these components as a front-end to a pre-existing system. The pre-existing components at a federated domain can be considered as legacy applications or back-end processing components **330**, which include authentication service runtime (ASR) servers **332** in a manner similar to that shown in FIG. **4**. ASR servers **332** are responsible for authenticating users when the domain controls access to application servers **334**, which can be considered to generate, retrieve, or otherwise support or process protected resources **335**. The domain may continue to use legacy user registration application **336** to register users for access to application servers **334**. Information that is needed to authenticate a registered user with respect to legacy operations is stored in enterprise user registry **338**; enterprise user registry **338** may be accessible to federation components as well.

After joining a federated environment, the domain may continue to operate without the intervention of federated components. In other words, the domain may be configured so that users may continue to access particular application servers or other protected resources directly without going through a point-of-contact server or other component implementing this point-of-contact server functionality; a user that accesses a system in this manner would experience typical authentication flows and typical access. In doing so, however, a user that directly accesses the legacy system would not be able to establish a federated session that is known to the domain's point-of-contact server.

US 7,631,346 B2

15

The domain's legacy functionality can be integrated into a federated environment through the use of federation front-end processing **340**, which includes point-of-contact server **342** and trust proxy server **344** (or more simply, trust proxy **344** or trust service **344**) which itself interacts with Security Token Service (STS) **346**, which are described in more detail below with respect to FIG. **4**. Federation configuration application **348** allows an administrative user to configure the federation front-end components to allow them to interface with the legacy back-end components through federation interface unit **350**. Federated functionality may be implemented in distinct system components or modules. In a preferred embodiment, most of the functionality for performing federation operations may be implemented by a collection of logical components within a single federation application; federated user lifecycle management application **352** includes trust service **344** along with single-sign-on protocol service (SPS) **354**. Trust service **344** may comprise identity-and-attribute service (I&AS) **356**, which is responsible for identity mapping operations, attribute retrieval, etc., as part of federation functionality. Identity-and-attribute service **356** may also be employed by single-sign-on protocol service **354** during single-sign-on operations. A federation user registry **358** may be employed in certain circumstances to maintain user-related information for federation-specific purposes.

Legacy or pre-existing authentication services at a given enterprise may use various, well known, authentication methods or tokens, such as username/password or smart card token-based information. However, in a preferred embodiment computing system for supporting the present invention, the functionality of a legacy authentication service can be used in a federated environment through the use of point-of-contact servers. Users may continue to access a legacy authentication server directly without going through a point-of-contact server, although a user that accesses a system in this manner would experience typical authentication flows and typical access; a user that directly accesses a legacy authentication system would not be able to generate a federated authentication assertion as proof of identity in accordance with the present invention. One of the roles of the federation front-end is to translate a federated authentication token received at a point-of-contact server into a format understood by a legacy authentication service. Hence, a user accessing the federated environment via the point-of-contact server would not necessarily be required to re-authenticate to the legacy authentication service. Preferably, the user would be authenticated to a legacy authentication service by a combination of the point-of-contact server and a trust proxy such that it appears as if the user was engaged in an authentication dialog.

Federated Architecture—Point-of-Contact Servers, Trust Proxies, and Trust Brokers

With reference now to FIG. **4**, a block diagram depicts an example of a manner in which some components within a federated architecture may be used to establish trust relationships to support an implementation of the present invention. A federated environment includes federated enterprises or similar entities that provide a variety of services for users. A user, through an application on a client device, may attempt to access resources at various entities, such as enterprise **410**. A point-of-contact server at each federated enterprise, such as point-of-contact (POC) server **412** at enterprise **410**, is the entry point into the federated environment for requests from a client to access resources that are supported and made available by enterprise **410**. The point-of-contact server minimizes the impact on existing components within an existing, non-federated architecture, e.g., legacy systems, because the point-of-contact server handles many of the federation

16

requirements. The point-of-contact server provides session management, protocol conversion, and possibly initiates authentication and/or attribute assertion conversion. For example, the point-of-contact server may translate HTTP or HTTPS messages to SOAP and vice versa. As explained in more detail further below, the point-of-contact server may also be used to invoke a trust proxy to translate assertions, e.g., a SAML token received from an issuing party can be translated into a Kerberos token understood by a receiving party.

A trust service (also termed a trust proxy, a trust proxy server, or a trust service), such as trust proxy (TP) **414** at enterprise **410**, establishes and maintains a trust relationship between two entities in a federation. A trust service generally has the ability to handle authentication token format translation (through the security token service, which is described in more detail further below) from a format used by the issuing party to one understood by the receiving party.

Together, the use of a point-of-contact server and a trust service minimize the impact of implementing a federated architecture on an existing, non-federated set of systems. Hence, the exemplary federated architecture requires the implementation of at least one point-of-contact server and at least one trust service per federated entity, whether the entity is an enterprise, a domain, or other logical or physical entity. The exemplary federated architecture, though, does not necessarily require any changes to the existing, non-federated set of systems. Preferably, there is a single trust service for a given federated entity, although there may be multiple instances of a trust service component for availability purposes, or there may be multiple trust services for a variety of smaller entities within a federated entity, e.g., separate subsidiaries within an enterprise. It is possible that a given entity could belong to more than one federation, although this scenario would not necessarily require multiple trust services as a single trust service may be able to manage trust relationships within multiple federations.

One role of a trust service may be to determine or to be responsible for determining the required token type by another domain and/or the trust service in that domain. A trust service has the ability or the responsibility to handle authentication token format translation from a format used by the issuing party to one understood by the receiving party. Trust service **414** may also be responsible for any user identity translation or attribute translation that occurs for enterprise **410**, or this responsibility may be supported by a distinct identity-and-attribute service, e.g., such as identity-and-attribute service **356** as shown in FIG. **3**. In addition, a trust service can support the implementation of aliases as representatives of a user identity that uniquely identify a user without providing any addition information about the user's real world identity. Furthermore, a trust proxy can issue authorization and/or session credentials for use by the point-of-contact server. However, a trust service may invoke a trust broker for assistance, as described further below. Identity translation may be required to map a user's identity and attributes as known to an issuing party to one that is meaningful to a receiving party. This translation may be invoked by either a trust service at an issuing entity, a trust service at a receiving entity, or both.

Trust service **414**, or a distinct identity-and-attribute service as mentioned above, may include (or interact with) an internalized component, shown as security token service (STS) component **416**, which will provide token translation and will invoke authentication service runtime (ASR) **418** to validate and generate tokens. The security token service provides the token issuance and validation services required by

US 7,631,346 B2

17

the trust service, which may include identity translation. The security token service therefore includes an interface to existing authentication service runtimes, or it incorporates authentication service runtimes into the service itself. Rather than being internalized within the trust service, the security token service component may also be implemented as a stand-alone component, e.g., to be invoked by the trust service, or it may be internalized within a transaction server, e.g., as part of an application server.

For example, an security token service component may receive a request to issue a Kerberos token. As part of the authentication information of the user for whom the token is to be created, the request may contain a binary token containing a username and password. The security token service component will validate the username and password against, e.g., an LDAP runtime (typical authentication) and will invoke a Kerberos KDC (Key Distribution Center) to generate a Kerberos ticket for this user. This token is returned to the trust service for use within the enterprise; however, this use may include externalizing the token for transfer to another domain in the federation.

In a manner similar to that described with respect to FIG. 1D, a user may desire to access resources at multiple enterprises within a federated environment, such as both enterprise **410** and enterprise **420**. In a manner similar to that described above for enterprise **410**, enterprise **420** comprises point-of-contact server **422**, trust service **424**, security token service (STS) **426**, and authentication service runtime **428**. Although the user may directly initiate separate transactions with each enterprise, the user may initiate a transaction with enterprise **410** which cascades throughout the federated environment. Enterprise **410** may require collaboration with multiple other enterprises within the federated environment, such as enterprise **420**, to complete a particular transaction, even though the user may not have been aware of this necessity when the user initiated a transaction. Enterprise **420** becomes involved as a downstream entity, and enterprise **410** may present a assertion to enterprise **420** if necessary in order to further the user's federated transaction.

It may be the case that a trust service does not know how to interpret the authentication token that is received by an associated point-of-contact server and/or how to translate a given user identity and attributes. In this case, the trust service may choose to invoke functionality at a trust broker component, such as trust broker **430**. A trust broker maintains relationships with individual trust proxies/services, thereby providing transitive trust between trust services. Using a trust broker allows each entity within a federated environment, such enterprises **410** and **420**, to establish a trust relationship with the trust broker rather than establishing multiple individual trust relationships with each entity in the federated environment. For example, when enterprise **420** becomes involved as a downstream entity for a transaction initiated by a user at enterprise **410**, trust service **414** at enterprise **410** can be assured that trust service **424** at enterprise **420** can understand an assertion from trust service **414** by invoking assistance at trust broker **430** if necessary. Although FIG. **4** depicts the federated environment with a single trust broker, a federated environment may have multiple trust brokers.

It should be noted that although FIG. **4** depicts point-of-contact server **412**, trust service **414**, security token service component **416**, and authentication service runtime **418** as distinct entities, it is not necessary for these components to be implemented on separate components. For example, it is possible for the functionality of these separate components to be implemented as a single application, as applications on a single physical device, or as distributed applications on mul-

18

tiple physical devices. In addition, FIG. **4** depicts a single point-of-contact server, a single trust service, and a single security token server for an enterprise, but an alternative configuration may include multiple point-of-contact servers, multiple trust services, and multiple security token servers for each enterprise. The point-of-contact server, the trust service, the security token service, and other federated entities may be implemented in various forms, such as software applications, objects, modules, software libraries, etc.

A trust service/STS may be capable of accepting and validating many different authentication credentials, including traditional credentials such as a username and password combinations and Kerberos tickets, and federated authentication token formats, including authentication tokens produced by a third party. A trust service/STS may allow the acceptance of an authentication token as proof of authentication elsewhere. The authentication token is produced by an issuing party and is used to indicate that a user has already authenticated to that issuing party. The issuing party produces the authentication token as a means of asserting the authenticated identity of a user. A trust service/STS is also able to process attribute tokens or tokens that are used to secure communication sessions or conversations, e.g., those that are used to manage session information in a manner similar to an SSL session identifier.

A security token service invokes an authentication service runtime as necessary. The authentication service runtime supports an authentication service capable of authenticating a user. The authentication service acts as an authentication authority that provides indications of successful or failed authentication attempts via authentication responses. The trust service/STS may internalize an authentication service, e.g., a scenario in which there is a brand-new installation of a web service that does not need to interact with an existing legacy infrastructure. Otherwise, the security token service component will invoke external authentication services for validation of authentication tokens. For example, the security token service component could "unpack" a binary token containing a username/password and then use an LDAP service to access a user registry to validate the presented credentials.

When used by another component such as an application server, the security token service component can be used to produce tokens required for single-sign-on to legacy authentication systems; this functionality may be combined with or replaced by functionality within a single-sign-on protocol service, such as SPS **354** that is shown in FIG. **3**. Hence, the security token service component can be used for token translation for internal purposes, i.e. within an enterprise, and for external purposes, i.e. across enterprises in a federation. As an example of an internal purpose, a Web application server may interface to a mainframe via an IBM CICS (Customer Information Control System) transaction gateway; CICS is a family of application servers and connectors that provides enterprise-level online transaction management and connectivity for mission-critical applications. The Web application server may invoke the security token service component to translate a Kerberos ticket (as used internally by the Web application server) to an IBM RACF® passticket required by the CICS transaction gateway.

The entities that are shown in FIG. **4** can be explained using the terminology that was introduced above, e.g., "identity provider" and "service provider". As part of establishing and maintaining trust relationships, an identity provider's trust service can determine what token types are required/accepted by a service provider's trust service. Thus, trust services use this information when invoking token services from a security token service. When an identity provider's trust service is

US 7,631,346 B2

**19**

required to produce an authentication assertion for a service provider, the trust service determines the required token type and requests the appropriate token from the security token service.

When a service provider's trust service receives an authentication assertion from an identity provider, the trust service knows what type of assertion that it expected and what type of assertion that it needs for internal use within the service provider. The service provider's trust service therefore requests that the security token service generate the required internal-use token based on the token in the received authentication assertion.

Both trust services and trust brokers have the ability to translate an assertion received from an identity provider into a format that is understood by a service provider. The trust broker has the ability to interpret the assertion format (or formats) for each of the trust services with whom there is a direct trust relationship, thereby allowing the trust broker to provide assertion translation between an identity provider and a service provider. This translation can be requested by either party through its local trust service. Thus, the identity provider's trust service can request translation of an assertion before it is sent to the service provider. Likewise, the service provider's trust service can request translation of an assertion received from an identity provider.

Assertion translation comprises user identity translation, authentication assertion translation, attribute assertion translation, or other forms of assertion translation. Reiterating the point above, assertion translation is handled by the trust components within a federation, e.g., trust services and trust brokers. A trust service may perform the translation locally, either at the identity provider or at the service provider, or a trust service may invoke assistance from a trust broker.

Assuming that an identity provider and a service provider already have individual trust relationships with a trust broker, the trust broker can dynamically create, i.e. broker, new trust relationships between issuing parties and relying parties if necessary. After the initial trust relationship brokering operation that is provided by the trust broker, the identity provider and the service provider may directly maintain the relationship so that the trust broker need not be invoked for future translation requirements. It should be noted that translation of authentication tokens can happen at three possible places: the identity provider's trust service, the service provider's trust service, and the trust broker. Preferably, the identity provider's trust service generates an authentication assertion that is understood by the trust broker to send to the service provider. The service provider then requests a translation of this token from the trust broker into a format recognizable by the service provider. Token translation may occur before transmission, after transmission, or both before and after transmission of the authentication assertion.

Trust Relationships within Federated Architecture

Within an exemplary federated environment that is able to support the present invention, there are two types of "trust domains" that must be managed: enterprise trust domains and federation trust domains. The differences between these two types of trust domain are based in part on the business agreements governing the trust relationships with the trust domain and the technology used to establish trust. An enterprise trust domain contains those components that are managed by the enterprise; all components within that trust domain may implicitly trust each other. In general, there are no business agreements required to establish trust within an enterprise because the deployed technology creates inherent trust within an enterprise, e.g., by requiring mutually authenticated SSL sessions between components or by placing components

**20**

within a single, tightly controlled data center such that physical control and proximity demonstrate implicit trust. Referring to FIG. 2B, the legacy applications and back-end processing systems may represent an enterprise trust domain, wherein the components communicate on a secure internal network.

Federation trust domains are those that cross enterprise boundaries; from one perspective, a federation trust domain may represent trust relationships between distinct enterprise trust domains. Federation trust domains are established through trust proxies across enterprise boundaries between federation partners. Trust relationships involve some sort of a bootstrapping process by which initial trust is established between trust proxies. Part of this bootstrap process may include the establishment of shared secret keys and rules that define the expected and/or allowed token types and identifier translations. In general, this bootstrapping process can be implemented out-of-band as this process may also include the establishment of business agreements that govern an enterprise's participation in a federation and the liabilities associated with this participation.

There are a number of possible mechanisms for establishing trust in a federated business model. In a federation model, a fundamental notion of trust between the federation participants is required for business reasons in order to provide a level of assurance that the assertions (including tokens and attribute information) that are transferred between the participants are valid. If there is no trust relationship, then the service provider cannot depend upon the assertions received from the identity provider; they cannot be used by the service provider to determine how to interpret any information received from the identity provider.

For example, a large corporation may want to link several thousand global customers, and the corporation could use non-federated solutions. As a first example, the corporation could require global customers to use a digital certificate from a commercial certificate authority to establish mutual trust. The commercial certificate authority enables the servers at the corporation to trust servers located at each of the global customers. As a second example, the corporation could implement third-party trust using Kerberos; the corporation and its global customers could implement a trusted third-party Kerberos domain service that implements shared-secret-based trust. As a third example, the corporation could establish a private scheme with a proprietary security message token that is mutually trusted by the servers of its global customers.

Any one of these approaches may be acceptable if the corporation needed to manage trust relationships with a small number of global customers, but this may become unmanageable if there are hundreds or thousands of potential federation partners. For example, while it may be possible for the corporation to force its smaller partners to implement a private scheme, it is unlikely that the corporation will be able to impose many requirements on its larger partners.

An enterprise may employ trust relationships established and maintained through trust proxies and possibly trust brokers. An advantage of the exemplary federated architecture that is shown in the figures is that it does not impose additional requirements above and beyond the current infrastructures of an enterprise and its potential federation partners.

However, this exemplary federation architecture does not relieve an enterprise and its potential federation partners from the preliminary work required to establish business and liability agreements that are required for participation in the federation. In addition, the participants cannot ignore the technological bootstrapping of a trust relationship. The

US 7,631,346 B2

**21**

exemplary federation architecture allows this bootstrapping to be flexible, e.g., a first federation partner can issue a Kerberos ticket with certain information, while a second federation partner can issue a SAML authentication assertion with certain information.

In the exemplary federation architecture, the trust relationships are managed by the trust proxies, which may include (or may interact with) a security token service that validates and translates a token that is received from an identity provider based on the pre-established relationship between two trust proxies. In situations where it is not feasible for a federated enterprise to establish trust relationships (and token translation) with another federated enterprise, a trust broker may be invoked; however, the federated enterprise would need to establish a relationship with a trust broker.

With reference now to FIG. **5**, a block diagram depicts an exemplary set of trust relationships between federated domains using trust proxies and a trust broker in accordance with an exemplary federated architecture that is able to support the present invention. Although FIG. **4** introduced the trust broker, FIG. **5** illustrates the importance of transitive trust relationships within the exemplary federated architecture.

Federated domains **502-506** incorporate trust proxies **508-512**, respectively. Trust proxy **508** has direct trust relationship **514** with trust proxy **510**. Trust broker **520** has direct trust relationship **516** with trust proxy **510**, and trust broker **520** has direct trust relationship **518** with trust proxy **512**. Trust broker **520** is used to establish, on behalf of a federation participant, a trust relationship based on transitive trust with other federation partners. The principle of transitive trust allows trust proxy **510** and trust proxy **512** to have brokered trust relationship **522** via trust broker **520**. Neither trust proxy **510** nor **512** need to know how to translate or validate the other's assertions; the trust broker may be invoked to translate an assertion into one that is valid, trusted, and understood at the other trust proxy.

Business agreements that specify contractual obligations and liabilities with respect to the trust relationships between federated enterprises can be expressed in XML through the use of the ebXML (Electronic Business using XML) standards. For example, a direct trust relationship could be represented in an ebXML document; each federated domain that shares a direct trust relationship would have a copy of a contract that is expressed as an ebXML document. Operational characteristics for various entities within a federation may be specified within ebXML choreographies and published within ebXML registries; any enterprise that wishes to participate in a particular federation, e.g., to operate a trust proxy or trust broker, would need to conform to the published requirements that were specified by that particular federation for all trust proxies or trust brokers within the federation. A security token service could parse these ebXML documents for operational details on the manner in which tokens from other domains are to be translated. It should be noted, though, that other standards and mechanisms could be employed to support the present invention for specifying the details about the manner in which the trust relationships within a federation are implemented.

Single-Sign-on within Federated Architecture

During a given user's session, the user may visit many federated domains to use the web services that are offered by those domains. Domains can publish descriptions of services that they provide using standard specifications such as UDDI and WSDL, both of which use XML as a common data format. The user finds the available services and service providers through applications that also adhere to these standard

**22**

specifications. SOAP provides a paradigm for communicating requests and responses that are expressed in XML. Entities within a federated environment may employ these standards among others.

Within a federation, a user expects to have a single-sign-on experience in which the user completes a single authentication operation, and this authentication operation suffices for the duration of the user's session, regardless of the federation partners visited during that session. A session can be defined as the set of transactions from (and including) the initial user authentication, i.e. logon, to logout. Within a session, a user's actions will be governed in part by the privileges granted to the user for that session.

The federated architecture that is described hereinabove supports single-sign-on operations. To facilitate a single-sign-on experience, web services that support the federated environment will also support using an authentication assertion or security token generated by a third-party to provide proof of authentication of a user. This assertion will contain some sort of evidence of the user's successful authentication to the issuing party together with an identifier for that user. For example, a user may complete traditional authentication operation with one federation partner, e.g., by providing a username and password that the federation partners uses to build authentication credentials for the user, and then the federation partner is able to provide a SAML authentication assertion that is generated by the authenticating/issuing party to a different federation partner.

The federated environment also allows web services or other applications to request web services, and these web services would also be authenticated. Authentication in a web services environment is the act of verifying the claimed identity of the web services request so that the enterprise can restrict access to authorized clients. A user who requests or invokes a web service would almost always authenticated, so the need for authentication within a federated environment that supports the present invention is not any different from current requirements of web services for user authentication.

Authentication of users that are accessing the computational resources of an enterprise without participating in a federated session are not impacted by the presence of a federated infrastructure. For example, an existing user who authenticates with a forms-based authentication mechanism over HTTP/S to access non-federated resources at a particular domain is not affected by the introduction of support at the domain for the federated environment. Authentication is handled in part by a point-of-contact server, which in turn may invoke a separate trust proxy or trust service component; the use of a point-of-contact server minimizes the impact on the infrastructure of an existing domain. For example, the point-of-contact server can be configured to pass through all non-federated requests to be handled by the back-end or legacy applications and systems at the domain.

The point-of-contact server may choose to invoke an HTTP-based authentication method, such as basic authentication, forms-based authentication, or some other authentication method. The point-of-contact server also supports a federation domain by recognizing an assertion that has been presented by the user as proof of authentication, such as an SAML authentication assertion, wherein the assertion has crossed between enterprise domains. The point-of-contact server may invoke the trust service, which in turn may invoke its security token service for validation of authentication credentials/security tokens.

Authentication of web services or other applications comprises the same process as authentication of users. Requests from web services carry a security token containing an

US 7,631,346 B2

23

authentication assertion, and this security token would be validated by the trust service in the same manner as a token presented by a user. A request from a web service should be accompanied by this token because the web service would have discovered what authentication assertions/security tokens were required by the requested service as advertised in UDDI.

With reference now to FIG. **6**, a block diagram depicts a federated environment that supports federated single-sign-on operations. User **600**, through a client device and an appropriate client application, such as a browser, desires to access a web service that is provided by enterprise/domain **610**, which supports data processing systems that act as a federated domain within a federated environment. Domain **610** supports point-of-contact server **612** and trust proxy or trust service **614**; similarly, domain **620** supports point-of-contact server **622** and trust proxy or trust service **624**, while domain **630** supports point-of-contact server **632** and trust proxy or trust service **634**. The trust proxies/services rely upon trust broker **650** for assistance, as described above. Additional domains and trust proxies/services may participate in the federated environment. FIG. **6** is used to describe a federated single-sign-on operation between domain **610** and domain **620**; a similar operation may occur between domain **610** and domain **630**.

The user completes an authentication operation with respect to domain **610**; this authentication operation is handled by point-of-contact server **612**. The authentication operation is triggered when the user requests access to some resource that requires an authenticated identity, e.g., for access control purposes or for personalization purposes. Point-of-contact server **612** may invoke a legacy authentication service, or it may invoke trust proxy **614** to validate the user's presented authentication credentials. Domain **610** becomes the user's identity provider or home domain for the duration of the user's federated session.

At some later point in time, the user initiates a transaction at a federation partner, such as enterprise **620** that also supports a federated domain, thereby triggering a federated single-sign-on operation. For example, a user may initiate a new transaction at domain **620**, or the user's original transaction may cascade into one or more additional transactions at other domains. As another example, the user may invoke a federated single-sign-on operation to a resource in domain **620** via point-of-contact server **612**, e.g., by selecting a special link on a web page that is hosted within domain **610** or by requesting a portal page that is hosted within domain **610** but that displays resources hosted in domain **620**. Point-of-contact server **612** sends a request to trust proxy **614** to generated a federation single-sign-on token for the user that is formatted to be understood or trusted by domain **620**. Trust proxy **614** returns this token to point-of-contact server **612**, which sends this token to point-of-contact server **622** in domain. Domain **610** acts as an issuing party for the user at domain **620**, which acts as a relying party. The user's token would be transferred with the user's request to domain **620**; this token may be sent using HTTP redirection via the user's browser, or it may be sent by invoking the request directly of point-of-contact server **622** (over HTTP or SOAP-over-HTTP) on behalf of the user identified in the token supplied by trust proxy **614**.

Point-of-contact server **622** receives the request together with the federation single-sign-on token and invokes trust proxy **624**. Trust proxy **624** receives the federation single-sign-on token, validates the token, and assuming that the token is valid and trusted, generates a locally valid token for the user. Trust proxy **624** returns the locally valid token to point-of-contact server **622**, which establishes a session for

24

the user within domain **620**. If necessary, point-of-contact server **622** can initiate a federated single-sign-on at another federated partner.

Validation of the token at domain **620** is handled by the trust proxy **624**, possibly with assistance from a security token service. Depending on the type of token presented by domain **610**, the security token service may need to access a user registry at domain **620**. For example, domain **620** may provide a binary security token containing the user's name and password to be validated against the user registry at domain **620**. Hence, in this example, an enterprise simply validates the security token from a federated partner. The trust relationship between domains **610** and **620** ensures that domain **620** can understand and trust the security token presented by domain **610** on behalf of the user.

Federated single-sign-on requires not only the validation of the security token that is presented to a relying domain on behalf of the user but the determination of a locally valid user identifier at the relying domain based on information contained in the security token. One result of a direct trust relationship and the business agreements required to establish such a relationship is that at least one party, either the issuing domain or the relying domain or both, will know how to translate the information provided by the issuing domain into an identifier valid at the relying domain. In the brief example above, it was assumed that the issuing domain, i.e. domain **610**, is able to provide the relying domain, i.e. domain **620**, with a user identifier that is valid in domain **620**. In that scenario, the relying domain did not need to invoke any identity mapping functionality. Trust proxy **624** at domain **620** will generate a security token for the user that will "vouchfor" this user. The types of tokens that are accepted, the signatures that are required on tokens, and other requirements are all pre-established as part of the federation's business agreements. The rules and algorithms that govern identifier translation are also pre-established as part of the federation's business agreements. In the case of a direct trust relationship between two participants, the identifier translation algorithms will have been established for those two parties and may not be relevant for any other parties in the federation.

However, it is not always the case that the issuing domain will know how to map the user from a local identifier for domain **610** to a local identifier for domain **620**. In some cases, it may be the relying domain that knows how to do this mapping, while in yet other cases, neither party will know how to do this translation, in which case a third party trust broker may need to be invoked. In other words, in the case of a brokered trust relationship, the issuing and relying domains do not have a direct trust relationship with each other. They will, however, have a direct trust relationship with a trust broker, such as trust broker **650**. Identifier mapping rules and algorithms will have been established as part of this relationship, and the trust broker will use this information to assist in the identifier translation that is required for a brokered trust relationship.

Domain **620** receives the token that is issued by domain **610** at point-of-contract server **622**, which invokes trust proxy **624** to validate the token and perform identity mapping. In this case, since trust proxy **624** is not able to map the user from a local identifier for domain **610** to a local identifier for domain **620**, trust proxy **624** invokes trust broker **650**, which validates the token and performs the identifier mapping. After obtaining the local identifier for the user, trust proxy **624**, possibly through its security token service, can generate any local tokens that are required by the back-end applications at domain **620**, e.g., a Kerberos token may be required to facilitate single-sign-on from the point-of-contact server to the

**25**

application server. After obtaining a locally valid token, if required, the point-of-contact server is able to build a local session for the user. The point-of-contact server will also handle coarse-grained authorization of user requests and forward the authorized requests to the appropriate application servers within domain **620**.

Federated User Lifecycle Management

A portion of the above description of FIGS. **2-6** explained an organization of components that may be used in a federated environment while other portions explained the processes for supporting single-sign-on operations across the federated environment. Service providers or relying domains within a federated environment do not necessarily have to manage a user's authentication credentials, and those relying domains can leverage a single single-sign-on token that is provided by the user's identity provider or home domain. The description of FIGS. **2-6** above, though, does not explain an explicit process by which federated user lifecycle management may be accomplished in an advantageous manner at the federated domains of federation partners.

Federated user lifecycle management functionality/service comprises functions for supporting or managing federated operations with respect to the particular user accounts or user profiles of a given user at multiple federated domains; in some cases, the functions or operations are limited to a given federated session for the user. In other words, federated user lifecycle management functionality refers to the functions that allow management of federated operations across a plurality of federated partners, possibly only during the lifecycle of a single user session within a federated computing environment.

Each federated domain might manage a user account, a user profile, or a user session of some kind with respect to the functions at each respective federated domain. For example, a particular federated domain might not manage a local user account or user profile within the particular federated domain, but the federated domain might manage a local user session for a federated transaction after the successful completion of a single-sign-on operation at the federated domain. As part of the federated user lifecycle management functionality that is supported by that particular federated domain, the federated domain can participate in a single-sign-off operation that allows the federated domain to terminate the local user session after the federated transaction is complete, thereby improving security and promoting efficient use of resources.

In another example of the use of federated user lifecycle management functionality, a user may engage in an online transaction that requires the participation of multiple federated domains. A federated domain might locally manage a user profile in order to tailor the user's experience with respect to the federated domain during each of the user's federated sessions that involve the federated domain. As part of the federated user lifecycle management functionality that is supported by that particular federated domain, the information in the federated domain's local user profile can be used in a seamless manner during a given federated transaction with information from other profiles at other federated domains that are participating in the given federated transaction. For example, the information from the user's multiple local user profiles might be combined in some type of merging operation such that the user's information is visually presented to the user, e.g., within a web page, in a manner such that the user is not aware of the different origins or sources of the user's information.

Federated user lifecycle management functionality may also comprise functions for account linking/delinking. A user is provided with a common unique user identifier across

**26**

federation partners, which enables single-sign-on and the retrieval of attributes (if necessary) about a user as part of the fulfillment of a request at one federation partner. Furthermore, the federation partner can request additional attributes from an identity provider using the common unique user identifier to refer to the user in an anonymous manner.

With reference now to FIG. **7**, a block diagram depicts some of the components in a federated domain for implementing federated user lifecycle management functionality in order to support the present invention. FIG. **7** depicts elements at a single federated domain, such as the federated domain that is shown in FIG. **3**. Some of the elements in FIG. **7** are similar or identical to elements that have been discussed hereinabove with respect to other figures, such as FIG. **3**: point-of-contact server/service **702** is equivalent to point-of-contact server **342**; application servers **704**, which run services that control access to protected resources, are equivalent to application servers **334**; protected or controlled resources **706** are equivalent to protected resources **335**; and federated user lifecycle management (FULM) application **708** is equivalent to federated user lifecycle management application **352**. Although firewalls were not illustrated within FIG. **3**, firewalls are illustrated within FIG. **7**. Firewall **710** and firewall **712** create an external DMZ (electronic DeMilitarized Zone) that protects the enterprise's computing environment from computing threats outside of the enterprise's domain, e.g., via the Internet.

The different perspectives that are shown in FIG. **3** and FIG. **7** are not incompatible or at cross-purposes. In contrast with the example that is shown in FIG. **7**, FIG. **3** does not illustrate the firewalls, yet point-of-contact server **342** resides within federation front-end **340**; in addition, federated user lifecycle management application **352** is contained within federation front-end **340**. In FIG. **7**, point-of-contact server **702** is illustrated as residing within the DMZ between firewalls **710** and **712**, which form an electronic or physical front-end to the enterprise domain; in addition, federated user lifecycle management application/service **708** resides electronically behind firewall **712**. Trust service **714**, single-sign-on protocol service **716**, and identity-and-attribute service **718** employ enterprise user registry **720** and federation user registry **722** as necessary. The different perspectives of FIG. **3** and FIG. **7** can be reconciled by regarding federation front-end **340** and back-end **330** in FIG. **3** as a logical organization of components while regarding the DMZ and the other components in FIG. **7** as forming a physical or electronic front-end and a physical or electronic back-end, either of which may contain federated components.

Reiterating the roles of a point-of-contact entity/service, the point-of-contact entity provides session management, at least with respect to a user's interaction with the federation functionality with an enterprise's computing environment; applications within a legacy back-end of the enterprise's computing environment may also implement its own session management functionality. Assuming that an enterprise implements policy functionality with respect to the federated computing environment, the point-of-contact entity may act as a policy enforcement point to some other federation partner's policy decision point. In addition, assuming that it is permissible given the implementation of the federation functionality, the point-of-contact entity is responsible for initiating a direction authentication operation against a user in those scenarios in which a single-sign-on operation is not employed. As such, the point-of-contact entity may be implemented in a variety of forms, e.g., as a reverse proxy server, as a web server plug-in, or in some other manner. The point-of-contact functionality may also be implemented within an

US 7,631,346 B2

**27**

application server itself, in which case the federated user lifecycle management services may be logically located within the DMZ.

More importantly, referring again to FIG. **7**, federated user lifecycle management application **708** also comprises support for interfacing to, interacting with, or otherwise interoperating with federated user lifecycle management plug-ins **724**, which are not shown in FIG. **3**. In the exemplary architecture that is shown in FIG. **7**, federated protocol runtime plug-ins provide the functionality for various types of independently published or developed federated user lifecycle management standards or profiles, such as: WS-Federation Passive Client; and Liberty Alliance ID-FF Single Sign On (B/A, B/P and LECP), Register Name Identifier, Federation Termination Notification, and Single Logout. Different sets of federated protocols may be accessed at different URI's. This approach allows the federated user lifecycle management application to concurrently support multiple standards or specifications of federated user lifecycle management, e.g., the WS-Federation web services specification versus the Liberty Alliance's specifications, within a single application, thereby minimizing the configuration impact on the overall environment for supporting different federation protocols.

More specifically, the appropriate federated user lifecycle management functionality is invoked by the point-of-contact server by redirecting and/or forwarding user requests to the federated user lifecycle management application as appropriate. Referring again to FIG. **7**, point-of-contact server **702** receives user requests **730**, which are then analyzed to determine the type of request that has been received, which might be indicated by the type of request message that has been received or, as noted above, by determining the destination URI within the request message. While requests **732** for protected resources continue to be forwarded to application servers **704**, requests **734** for federated user lifecycle management functions, e.g., requests to invoke a single-sign-off operation, are forwarded to federated user lifecycle management application **708**, which invokes the appropriate federated user lifecycle management plug-in as necessary to fulfill the received request. When a new federation protocol or a new federated function is defined, or when an existing one is somehow modified or refined, support can be added simply by plugging a new support module or can be refined by modifying a previously installed plug-in.

The exemplary implementation of a federated user lifecycle management application in FIG. **7** illustrates that the federated user lifecycle management application is able to support multiple, simultaneous, federated user lifecycle management functions while providing a pluggability feature, thereby allowing new functionality to be added to the federated user lifecycle management application in the form of a plug-in when needed without requiring any changes to the existing infrastructure. For example, assuming that the present invention is implemented using a Java™-based federated user lifecycle management application, support for a new federation protocol, such as a newly published single-sign-on protocol, can be added by configuring newly developed Java™ classes to the Java™ CLASSPATH of the federated user lifecycle management application, wherein these new classes support the new standard along with the protocol interface for supporting the present invention.

The exemplary federated architecture leverages the existing environment in which a federated user lifecycle management solution is to be integrated. The federated user lifecycle management application can be easily modified to support new protocols/standards as they evolve with minimal changes to the overall infrastructure. Any changes that might be

**28**

required to support new federated user lifecycle management functionality are located almost exclusively within the federated user lifecycle management application, which would require configuring the federated user lifecycle management application to understand the added functionality.

There may be minimal configuration changes in other federated components, e.g., at a point-of-contact server, in order to allow the overall infrastructure to be able to invoke new federated user lifecycle management functionality while continuing to support existing federated user lifecycle management functionality. However, the federated user lifecycle management applications are functionally independent from the remainder of the federated components in that the federated user lifecycle management applications may require only minimal interaction with other federated components of the federated environment. For example, in an exemplary embodiment, the federated user lifecycle management functionality may integrate with an enterprise-based datastore, e.g., an LDAP datastore, if federated user lifecycle management information, such as NameIdentifier values in accordance with the Liberty Alliance profiles, are to be stored in an externally-accessible federated user lifecycle management datastore as opposed to a private, internal, federated user lifecycle management datastore that is not apparent or accessible to external entities.

Hence, an existing environment needs minimal modifications to support federated user lifecycle management functionality. Moreover, changes to federated user lifecycle management functionality, including the addition of new functionality, have minimal impact on an existing federated environment. Thus, when a new single-sign-on standard is published, support for this standard is easily added.

Traditional user authentication involves interaction between an enterprise's computing environment and the end-user only; the manner in which the enterprise chooses to implement this authentication interchange is the choice of the enterprise, which has no impact on any other enterprise. When federation or cross-domain single-sign-on functionality is desired to be supported, however, it becomes a requirement that enterprise partners interact with each other. This requirement cannot be done scalably using proprietary protocols. Although adding support for standards-based federation protocols directly to a point-of-contact entity seems like a robust solution, the point-of-contact entity, which is already an existing component within the enterprise's computing environment, must be modified; moreover, it must be modified every time that one of these public federation protocols changes. Moving this functionality out of the point-of-contact entity provides a more modular approach, wherein this pluggable functionality makes it easy to maintain migrations or updates to these protocols.

Runtime Linked-User-Account Creation During a Single-Sign-On Operation

With reference now to FIG. **8**, a dataflow diagram depicts a typical prior art HTTP-redirection-based single-sign-on operation that is initiated by a federated identity provider to obtain access to a protected resource at a federated service provider. Although the processes that are illustrated within FIG. **8** and the subsequent figures employ HTTP-based communications, the present invention is not limited to HTTP-based communications, and other communication protocols may be employed; in particular, the present invention is not limited to front-channel communications as represented by HTTP redirection-based techniques but may be equally applied to back-channel techniques, such as SOAP/HTTP or SOAP/MQ. In the dataflow in FIG. **8**, the user of a client, also known as a user agent, such as a web browser application, has

29

already established a user account not only at the identity provider but also at the service provider (step **802**) and that the user has already authenticated to the identity provider (step **804**).

One of the prerequisites for the exemplary dataflow in FIG. **8** is that, at a minimum, that the user already has a federated account with the service provider; in other words, the service provider is required to recognize user identity information for the user when it receives this information from an identity provider in order to perform a single-sign-on operation for the user when initiated by an identity provider. With step **804**, the prerequisite is simply that the user has authenticated to the identity provider at some previous point in time and currently has a valid session with the identity provider; there are no requirements on the reasons for which a session was established at step **804**. It should be noted that other scenarios are possible, e.g., in which the identity provider determines at some later point in time after some interaction with the user that the identity provider only performs certain operations for authenticated users. It should also be noted that other scenarios for initiating a single-sign-on process are possible; for example, a user could initiate a single-sign-on operation by requesting a protected resource at the service provider, e.g., by using a bookmarked URL within a browser application.

The single-sign-on process commences at the identity provider by sending to the client from the identity provider an offer to provide access to federated resources (step **806**); the offer may be in the form of hyperlinks to resources at federated web sites or, more generally, at federated domains, and the offer may be made in the form of an HTTP response message in response to a previous HTTP request message from the client (not shown) to view a particular web page on the identity provider's web site. The user then selects one of the offered federated resources at service providers that are known to the identity provider (step **808**); the selection may be facilitated by an HTTP request message from the client to the identity provider.

The identity provider builds a message for requesting access to the selected federated resource on behalf of the user such that the message also includes a single-sign-on request (step **810**), and the identity provider sends the resource request with the single-sign-on request to the client (step **812**), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). The redirect message redirects the client to the appropriate service, e.g., as identified by a URI within the "Location" header of the redirect message, that identifies the appropriate service at the service provider that controls access to the requested federated resource.

It should be noted that, in the prior art, a preferred manner of initiating a push-type single-sign-on operation is to include the single sign-on assertion information in a request initiated by the identity provider and sent to the service provider in response to a request triggered directly at the service provider. For example, in a computing environment that implements a single-sign-on operation as specified in the Liberty Alliance ID-FF 1.2 specifications, an AuthnResponse is built. In some scenarios, it is required that the identity provider redirect the client to a trigger URL at the service provider, whereafter the trigger URL will cause the service provider to build a message, e.g., an AuthnRequest message within the Liberty Alliance specifications, that is redirected to the identity provider, which in turn causes the identity provider to build response, e.g., an AuthnResponse; this is the means by which a push-based SSO is implemented with Liberty ID-FF 1.1.

The outgoing request message may comprise two distinct requests: one requested operation for a single-sign-on opera-

30

tion on behalf of the user of the client, and another requested operation for accessing the protected resource that has been selected by the user of the client. Alternatively, the request to access the federated resource may include an implicit request to perform a single-sign-on operation for the user such that the single-sign-on process is merely part of a larger process for accessing the selected resource. The manner in which information is provided for the requested single-sign-on operation may vary. For example, the "Location" HTTP header of the redirect message may also include a query component, e.g., appended to a URI and demarcated within the URI with a "?" character, that contains various information, including security tokens for accomplishing the single-sign-on operation.

In response to receiving the redirect message from the identity provider, the client sends an HTTP Get message to the appropriate service at the service provider as indicated by the URI in the HTTP redirect message from the identity provider (step **814**). In this manner, the client accesses the appropriate service at the service provider because the URI in the HTTP Get message still contains the attached information that is required by the service at the service provider.

The service provider receives the request message from the client, and assuming that the single-sign-on aspect of the request is successfully completed (step **816**) such that the user has an active session at the service provider, the service provider then processes the resource access aspect of the request message (step **818**). After processing the request message, the service provider responds by sending an HTTP response message to the client (step **820**), thereby concluding the process.

With reference now to FIGS. **9A**-**9B**, dataflow diagrams depict an HTTP-redirection-based single-sign-on operation that is initiated by a federated identity provider to obtain access to a protected resource at a federated service provider while performing a runtime linked-user-account creation operation at the federated service provider in accordance with an embodiment of the present invention. In a manner similar to that shown in FIG. **8**, both FIGS. **9A**-**9B** depict a process by which an identity provider may request a single-sign-on operation at a selected service provider. However, whereas FIG. **8** depicts only a generalized single-sign-on operation at step **816**, the processes that are shown in FIGS. **9A**-**9B** differs from the process that is shown in FIG. **8** with respect to the single-sign-on operation. Unlike the process that is shown in FIG. **8**, there is no prerequisite to the processes that are shown in FIGS. **9A**-**9B** that the user of a client has already established a user account at the service provider.

More specifically, prior art solutions for single-sign-on operations have certain prerequisites, namely that the service provider and the identity provider must both recognize the user, and they must have an agreed-upon means of referring to this user, i.e. an alias identifier, or more simply, an alias; both prerequisites must be true before the initiation of a single-sign-on operation in order for the single-sign-on operation to be successful, otherwise it would fail. In these prior art solutions, the alias is included in the single-sign-on response that is sent from the identity provider to the service provider and used by the service provider to identify the user and build a session for the user. These prerequisites exist within prior art solutions whether: (a) the single-sign-on operation is triggered by the service provider, e.g., when a user accesses a protected resource that is hosted at the service provider and the service provider needs a session for the user, thereby initiating a single-sign-on operation by sending a request to an identity provider; or (b) the single-sign-on operation is triggered by the identity provider, e.g., when an identity provider has a list of linked resources that are hosted by related

US 7,631,346 B2

31

service providers, and after a user selects one of these links, a single-sign-on operation is initiated by the identity provider. In contrast, the present invention eliminates these prerequisites, as shown by multiple exemplary embodiments of the present invention that are described hereinbelow.

Referring to FIG. 9A, the user has already authenticated to the identity provider (step 902). With step 902, the user has authenticated to the identity provider at some previous point in time and currently has a valid session with the identity provider; there are no requirements on the reasons for which a session was established at step 902. It should be noted that other scenarios for initiating a single-sign-on operation may have a different sequence of steps. For example, a user might browse information that is provided by an identity provider without an authenticated session; at some later point in time after some interaction with the user, the user requests a resource such that the identity provider determines that the identity provider only performs certain operations for authenticated users, thereafter initiating an authentication operation with the user.

The single-sign-on process commences at the identity provider by sending to the client from the identity provider an offer to provide access to federated resources (step 904); the offer may be in the form of hyperlinks to resources at federated web sites or, more generally, at federated domains, and the offer may be made in the form of an HTTP response message in response to a previous HTTP request message from the client (not shown) to view a particular web page on the identity provider's web site. The user then selects one of the offered federated resources at service providers that are known to the identity provider (step 906); the selection may be accomplished by an HTTP request message from the client to the identity provider.

If the user does yet have a federated identity that may be used for a federated single-sign-on operation, then the identity provider creates an alias for the user (step 908). The identity provider builds a message for requesting access to the selected federated resource on behalf of the user such that the message also includes a single-sign-on request (step 910), i.e. a push-type single-sign-on request. A push-type single-sign-on request originates with an identity provider and is pushed to a service provider in an unsolicited manner in order to provide the service provider with information that authenticates a user identity; in contrast, a pull-type single-sign-on request originates with a service provider that is attempting to pull authentication information for a user in a solicited manner. Alternatively, a push-type single-sign-on operation can be emulated, particularly when a push-type single-sign-on operation is not supported explicitly. An emulated push-type single-sign-on operation occurs when an identity provider issues a request to a service provider, e.g., via a specialized service at the service provider such as an intersite transfer service, whereupon the service provider issues a single-sign-on request to the identity provider; after the identity provider responds to the request from the service provider, the processing steps are the same as if an explicit push-type single-sign-on operation has occurred.

The identity provider sends the resource request with the single-sign-on request to the client (step 912), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). The redirect message redirects the client to the appropriate location, e.g., as identified by a URI within the "Location" header of the redirect message, that identifies the appropriate service at the service provider that controls access to the requested federated resource. In response to receiving the redirect message from the identity provider, the client sends an HTTP Get message to the appro-

32

priate service at the service provider as indicated by the URI in the HTTP redirect message from the identity provider (step 914).

The service provider receives and processes the received request message from the client (step 916). At step 916, the service provider retrieves from the received message an alias identifier or alias information that has been associated with the user by the identity provider but which is not recognized by the service provider as being associated with a previously existing user account at the service provider. Hence, at step 916, the service provider determines that the user does not have a user account that links the user with the identity provider, i.e. a linked user account that informs the service provider that the service provider should accept information for a single-sign-on operation from the identity provider in order to authenticate the user. In other words, at step 916, the service provider determines that the service provider does not have a user account that links a user account at the service provider with a user account at the identity provider.

This recognition is significant for the following reasons. It should be noted that the user may already have one or more accounts at the service provider. These accounts may be used independently because a unique user account is based on a unique user identifier; given a user identifier, the service provider determines the privileges that are associated with the user identifier, i.e. a particular user account. Given that a linked user account is independent of any other user account that the user may have at the service provider, and given that a linked user account requires a unique user identifier to be associated with the linked user account, a linked user account is based on a user identifier that is independent and unique in comparison with any other user identifier that is known to the service provider; this particular user identifier is known as an alias identifier, although some form of alias information within multiple data variables may be used in place of a single alias data variable in some embodiments.

Therefore, after the service provider recognizes that a provided alias identifier is not associated with a previously existing user account at the service provider, the service provider begins to perform operations in order to ensure that the single-sign-on operation is performed successfully. Since the user had not yet been federated with the service provider, the service provider creates a new account for the user with the alias information that has been provided by the identity provider within the request message (step 918) such that the user has an active session at the service provider.

It should be noted that the minimum information required to create this account will be any local information that is required to identify the account (which is generated internally by the service provider) and any alias information that is provided by the identity provider; thereafter, the newly created user account is linked to the identity provider based on the provided alias for the user such that the service provider is able to perform a single-sign-on operation on behalf of the user in cooperation with the identity provider. If the request to the service provider includes user attributes as well as an alias identifier for the user, then these attributes may be added to the local account; however, it should be noted that, in some embodiments, the service provider may create a linked user account using only the alias identifier without any additional user attribute information from the identity provider, possibly by assigning a local set of default user attributes that are determined by the service provider and that are independent of any information that is received from the identity provider. Whether any additional attributes are provided or not, what should be noted is that this account would preferably not be enabled for direct authentication; hence, the only manner for

US 7,631,346 B2

33

the user to gain access to resources at the service provider would be as the result of a session established from a single-sign-on operation triggered by the identity provider.

After the linked user account has been created, the service provider then performs the requested resource access (step **920**). After performing the resource access, the service provider responds by sending an HTTP response message to the client (step **922**), thereby concluding the process.

The single-sign-on operation of the present invention, e.g., the embodiment that is shown in FIG. **9**A, differs from the single-sign-on solutions of the prior art, e.g., the operation that is shown in FIG. **8**, because the service provider recognizes during the single-sign-on operation of the present invention that the service provider does not have a user account for the user that links the user to an account at an identity provider in order to support single-sign-on operations, yet with the present invention the service provider is able to dynamically perform operations to allow the single-sign-on operation to proceed. More specifically, the service provider does not have, e.g., within its user registries or databases, enough information that allows the service provider to determine the user's local identity, and therefore the user's privileges, for the single-sign-on operation; without this information, the service provider cannot determine the appropriate set of privileges to be given to the user and, therefore, the type of session/access control rights to give the user, if the service provider were to allow the single-sign-on operation to proceed. In the prior art, the service provider cannot automatically create an active session for the user and allow access to protected resources; with the present invention, the service provider dynamically performs a runtime linked-user-account creation operation at the service provider by creating a linked user account based on the user identity, and possibly attribute information, that has been provided by the identity provider to the service provider, e.g., as provided in a request that has been redirected from the identity provider through the client. The service provider is willing and able to perform such operations based on its trust relationship with the identity provider with their federated computing environment. In this manner, the single-sign-on request can be fulfilled by the service provider, which results in the creation of an active session for the user, and the request for access to the protected resource can proceed.

In a manner similar to that shown in FIG. **9**A, FIG. **9**B depicts a process by which an identity provider may request a single-sign-on operation at a selected service provider; similar elements in the figures are identified by similar reference numerals. However, whereas FIG. **9**A depicts only a generalized runtime user account creation operation at step **918**, the process that is shown in FIG. **9**B differs from the process that is shown in FIG. **9**A with respect to the runtime linked-user-account creation operation, which stretches over steps **930-942** in FIG. **9**B. Unlike the process that is shown in FIG. **9**A, in the process that is shown in FIG. **9**B, the service provider is not able to immediately create, or to complete immediately the creation of, a user account at the service provider based on the information that has been provided by the identity provider to the service provider.

Referring now to FIG. **9**B, the single-sign-on processing in FIG. **9**B (step **930**) differs because the service provider recognizes during the single-sign-on operation that the service provider does not have a pre-existing user account for the identity that is claimed or asserted in the single-sign-on request from the identity provider, i.e. a pre-existing user account that links the service provider to the identity provider on behalf of the user, and further that the information contained in the single-sign-on request is not sufficient to create

34

a valid account at the service provider. Thus, the service provider recognizes that it requires additional information about the user from the identity provider. More specifically, the service provider does not have sufficient user attribute information to create an active account for the user; for example, there may be attributes that are required by the service provider but were not included in the received single-sign-on request. Because of these additional requirements, the service provider is not yet able to create, or to completely create, whatever user account registry/database entries that it requires based on the information it has received.

In the embodiment that is shown in FIG. **9**B, the service provider responds by sending an HTTP redirect message (HTTP Response message with status/reason code "302") to the client (step **932**); the message from the service provider contains a request for additional user attribute information. The redirect message redirects the client to the identity provider using a return URI that was previously provided by the identity provider to the service provider. In response to receiving the redirect message from the service provider, the client sends an HTTP Get message to the identity provider as indicated by the URI in the HTTP redirect message from the service provider (step **934**).

The identity provider then processes the received message (step **936**) to build a response that contains user attribute information that is stored by the identity provider about the user of the client. The manner in which specific user attributes are identified may vary. For example, the user attribute information that is provided by the identity provider may include user attribute information that was explicitly requested by the service provider. Additionally or alternatively, the user attribute information that is provided by the identity provider may include user attribute information that was implicitly requested by the service provider, i.e. user attribute information that has been determined by the identity provider to be sufficient for performing a user account creation operation at the service provider. In addition, the identity provider may perform an operation to reconcile the received request for additional user attribute information with the identity provider's previous single-sign-on request to ensure that a service provider is not attempting to obtain user attributes without sufficient reason to do so.

After the identity provider builds the message at step **936**, the identity provider sends the message with the additional user attributes to the client (step **938**), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). The redirect message redirects the client to the appropriate location, e.g., as identified by a URI within the "Location" header of the redirect message, that identifies the appropriate service at the service provider; the appropriate location may have been provided by the service provider in its request for the additional user attributes. In response to receiving the redirect message from the identity provider, the client sends an HTTP Get message to the appropriate service at the service provider as indicated by the URI in the HTTP redirect message from the identity provider (step **940**).

Given the additional user attribute information in the received message, the service provider performs a runtime linked-user-account creation operation at the service provider (step **942**) by creating a linked user account based on the received user attribute information; in this manner, the single-sign-on request (and any subsequent single-sign-on requests) can be fulfilled by the service provider, which also creates an active session for the user, and the request for access to the protected resource can proceed at steps **920** and **924**. In some embodiments, the service provider may preliminarily create

US 7,631,346 B2

**35**

the user account yet postpone the completion of the creation of the user account; in these embodiments, the service provider completes the creation of the user account at step **942**. It should be noted that the processes are described in the context of an HTTP redirection-based attribute retrieval, but these processes could be implemented with a back-channel approach, such as a SOAP/HTTP-based SAML attribute query from the service provider to the identity provider.

With reference now to FIGS. **9**C-**9**E, dataflow diagrams depict an HTTP-redirection-based single-sign-on operation that is initiated by a federated identity provider to obtain access to a protected resource at a federated service provider with alternative methods for obtaining user attributes by the federated service provider in accordance with an embodiment of the present invention. The processes that are shown in FIGs. FIGS. **9**C-**9**E differ from the processes that are shown in FIGS. **9**A-**9**B primarily in the manner in which the service provider obtains user attributes during a single-sign-on operation; the processes that are shown in FIGS. **9**A-**9**B and in FIGS. **9**C-**9**E are both initiated by an identity provider. In addition, in the dataflow that is shown in FIG. **9**B, a service provider performs the runtime linked-user-account creation operation at step **942**; in contrast, in the dataflow that is shown in FIGS. **9**C-**9**E, the service provider may perform the runtime linked-user-account creation operation over multiple steps by partially creating a linked user account and then later completing the runtime linked-user-account creation operation, as described in more detail hereinbelow.

Referring now to FIG. **9**C, the process commences with a user browsing public resources that are hosted by an identity provider (step **952**), i.e. resources that are not protected resources that require an authentication operation with respect to the user prior to accessing the resources. At some subsequent point in time, the user's client sends to the identity provider a request for access to a protected resource that requires an authentication operation (step **954**); for example, the user might attempt to browse information that the identity provider maintains about resources at service providers within a federated computing environment in which the identity provider participates with service providers, i.e. the identity provider's federated partners. In response to the user request, the identity provider performs an authentication operation with the user (step **956**). In this example, the identity provider thereafter offers links to resources at federated service providers (step **958**), and the user then selects or initiates an operation to access a resource at a service provider (step **960**).

If the user does yet have an alias identifier that may be used for a federated single-sign-on operation, then the identity provider creates an alias for the user (step **962**), which may include performing other operations to associate the alias identifier with the user, particular to associate the alias identifier with other information that is associated with the user, e.g., user attribute information. The identity provider builds a message for requesting access to the selected federated resource on behalf of the user such that the message also includes a single-sign-on request (step **964**), i.e. a push-type single-sign-on request. The identity provider sends the resource request with the single-sign-on request to the client (step **966**), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). The redirect message redirects the client to the appropriate location, e.g., as identified by a URI within the "Location" header of the redirect message, that identifies the appropriate service at the service provider that controls access to the requested federated resource. In response to receiving the redirect message from the identity provider, the client sends

**36**

an HTTP Get message to the appropriate service at the service provider as indicated by the URI in the HTTP redirect message from the identity provider (step **968**).

The service provider then processes the single-sign-on response (step **970**), which may include, e.g., extracting the newly created alias identifier for the user and extracting any user attribute information about the user that has been preliminarily provided by the identity provider to the service provider. The service provider attempts to create a new user account (step **972**) but either is not able to immediately create or is not able to create a fully appropriate user account at the service provider based on the federated user identity information that has been provided by the identity provider to the service provider in the single-sign-on response. In other words, depending on the implementation, the service provider either fails to create or determines that it cannot create a user account at this point in time, or the service provider creates a user account with limited-time or limited-access privileges. More specifically, the service provider does not have, e.g., within the combination of its user registries or databases and the information that is initially provided by the identity provider, the information required to allow the service provider to determine the user's appropriate set of privileges; without this information, the service provider cannot determine the type of session/access control rights to give the user. Hence, the service provider recognizes during the single-sign-on operation that the service provider does not yet have a linked user account for the user while also recognizing that the service provider requires additional information about the user from the identity provider (step **974**).

The manner in which the service provider pulls additional user attribute information from the identity provider to complete the user account creation operation may vary; two examples of variations are shown in FIG. **9**D and FIG. **9**E. FIG. **9**D illustrates a front-channel attribute retrieval operation, whereas FIG. **9**E illustrates a back-channel attribute retrieval operation. Hence, the data flow diagram that is shown in FIG. **9**C continues into either FIG. **9**D or FIG. **9**E; in both cases, the dataflow diagrams in FIG. **9**D and FIG. **9**E conclude with similar steps that are denoted with similar reference numerals.

Referring now to FIG. **9**D, the service provider responds to its determination of its lack of user attribute information by sending an HTTP redirect message (HTTP Response message with status/reason code "302") to the client (step **976**); the message from the service provider contains a request for additional user attribute information. The redirect message redirects the client to the identity provider using a return URI that was previously provided by the identity provider to the service provider. In response to receiving the redirect message from the service provider, the client sends an HTTP Get message to the identity provider as indicated by the URI in the HTTP redirect message from the service provider (step **978**). The identity provider then processes the received message (step **980**) to build a response that contains user attribute information that is stored by the identity provider about the user of the client. The manner in which specific user attributes are identified may vary. For example, the user attribute information that is provided by the identity provider may include user attribute information that was explicitly requested by the service provider. Additionally or alternatively, the user attribute information that is provided by the identity provider may include user attribute information that was implicitly requested by the service provider, i.e. user attribute information that has been determined by the identity provider to be sufficient for performing a user account creation operation at the service provider. In addition, the identity provider may

US 7,631,346 B2

37                                                                                             38

perform an operation to reconcile the received request for additional user attribute information with the service provider's previous single-sign-on request to ensure that a service provider is not attempting to obtain user attributes without sufficient reason to do so.

After the identity provider builds the message at step **980**, the identity provider sends the message with the user attributes to the client (step **982**), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). In response to receiving the redirect message from the identity provider, the client sends an HTTP Get message to the appropriate service at the service provider as indicated by the URI in the HTTP redirect message from the identity provider (step **984**).

Given the user attribute information in the received message, the service provider performs or completes a user account creation operation at the service provider (step **986**) based on the received user attribute information; in this manner, the single-sign-on request can be fulfilled by the service provider, which also creates an active session for the user, and the request for access to the protected resource can proceed. In both FIG. **9**D and FIG. **9**E, the service provider provides access to the originally requested protected resource (step **988**), and the service provider sends an HTTP Response message to the client that contains information that is derived from accessing the protected resource (step **990**), thereby concluding the process.

Referring now to FIG. **9**E, the service provider responds to its determination of its lack of user attribute information by sending a SOAP message directly from the service provider to the identity provider (step **992**); the message from the service provider contains a request for required user attribute information. The identity provider then processes the received message (step **994**) to build a response that contains user attribute information that is stored by the identity provider about the user of the client; again, the manner in which specific user attributes are identified may vary as described above. The identity provider sends a SOAP response message with the required user attributes to the client (step **996**). Given the user attribute information in the received message, the service provider performs or completes a runtime user account creation operation at the service provider (step **998**) based on the received user attribute information; in this manner, the single-sign-on request can be fulfilled by the service provider, which also creates an active session for the user, and the request for access to the protected resource can proceed at steps **988** and **990**.

With reference now to FIG. **10**, a flowchart depicts a more detailed process for performing a runtime linked-user-account creation operation at a service provider during a single-sign-on operation that has been initiated by an identity provider. The flowchart that is shown in FIG. **10** depicts a service-provider-centered perspective for some of the processing that occurs at a service provider within the dataflow diagram that is shown in FIG. **9**B.

The process commences when the service provider receives a request from an identity provider to access a protected resource at the service provider on behalf of a user of a client based on a single-sign-on operation (step **1002**). It should be noted that the protected resource may be an endpoint that corresponds to the service provider's functionality for fulfilling a single-sign-on request; in other words, it is possible that the request from the identity provider is redirected directly to the known functionality to accomplish the single-sign-on operation because the user has not requested a particular back-end resource but simply overall access to the service provider. The service provider extracts a user identi-

fier from the received request message (step **1004**) and makes a determination as to whether or not the user identifier is recognized (step **1006**).

If the user identifier is not recognized by the service provider, then the service provider cannot create an active session with the appropriate security considerations for protected access to its hosted computational resources. The service provider extracts any user attribute information that might be embedded in the received message (step **1008**), and a determination is made as to whether or not the service provider has sufficient information about the user to create a user account for the user at that time (step **1010**), e.g., as would be required to generate an entry into a user registry or whatever operations are typically performed by the service provider to create a local user account for the user at the service provider.

If the service provider does not have sufficient information about the user to create a user account for the user, the service provider may send a request to the identity provider to obtain additional user attribute information (step **1012**); this may be performed in a synchronous or asynchronous manner. The service provider subsequently receives additional user attributes from the identity provider (step **1014**).

It should be noted that an embodiment of the present invention may be implemented such that a user attribute retrieval operation by a service provider may be performed with respect to an attribute information provider. For example, a service provider may send a request for user attributes to an attribute information provider rather than an identity provider. Alternatively, a service provider may send a request for user attributes to an identity provider, which subsequently enlists assistance by sending a request to an attribute information provider, thereby acting as an intermediate trusted agent on behalf of the service provider. Additional information about the usage of an attribute information provider within the context of a federated computing environment may be found in Blakley et al., "Method and system for user-determined attribute storage in a federated environment", U.S. Patent Application Publication US 2004/0128378 A1, published Jul. 1, 2004, based on U.S. patent application Ser. No. 10/334,605, filed Dec. 31, 2002, which has a common assignee with the present patent application and is hereby incorporated by reference.

After receiving the additional user attributes at step **1014**, or based on any user attribute information that may have been within the original request as extracted at step **1008**, the service provider performs a linked user account creation operation (step **1016**); as noted above, the operations that are performed to create a linked user account for the user at the service provider may vary. After the linked user account has been created at the service provider, the service provider may be able to proceed with the processing of the original request.

The service provider then determines whether there is sufficient information for activating the newly created account for the user (step **1018**). If the service provider does not yet have sufficient information for activating the user's account, then a determination is made as to whether the service provider has already made too many attempts to obtain user attributes for activating the user account (step **1020**); if not, then the process branches back to step **1012** to make an attempt to obtain the necessary user attributes. Otherwise, the service provider performs some type of error handling (step **1022**), which may entail sending an error response back to the identity provider.

If the service provider has sufficient information for activating the user's account at step **1018**, then the service provider creates an active session for the user (step **1024**), either based on a successful authentication of a recognized user

US 7,631,346 B2

39

identity at step **1006** or based on the newly created user identity at step **1016**. The service provider then generates a response for the original request to access the protected resource (step **1026**), and the response is sent by the service provider to the identity provider (step **1028**), thereby concluding the process.

The exemplary dataflow that is described with respect to FIG. **9**B or the exemplary process that is described with respect to FIG. **10** can be described in the context of the exemplary data processing systems that are shown in FIG. **7** or in FIG. **3**.

In order to perform a single-sign-on operation, the identity and attribute service (I&AS) **356** or **718** needs to be able to recognize a user identity from a single-sign-on request within a user registry in some manner. The user registry can be a local registry, e.g., private to the installation of the federated functionality, such as federation user registry **358** or **720**, or it could be an enterprise registry that is shared by other applications within an enterprise, such as enterprise user registry **338** or **722**. The user account information or user registry information needs to allow I&AS **356** or **718** to build the appropriate information that identifies the user locally. This information may be represented by a username, a set of attributes, e.g., groups and/or roles and/or entitlements, or an opaque identifier, e.g., a NameIdentifier as described within the Liberty Alliance specifications. If the information asserted by the identity provider about the user for which a single-sign-on is being requested cannot be found within a local registry, then I&AS **356** or **718** is not able to build information about the user in a local manner, e.g., to create valid credentials that are used by entities within the local enterprise; in addition, the point-of-contact server **342** or **702** is not able establish a session for the user, and the user is not able to access protected resources.

The present invention provides a mechanism to prevent the generation of some form of error code for an unrecognized user as would be performed in prior art approaches. In the embodiment of the present invention that is shown in the figures, I&AS **356** or **718** may attempt to create a user account, record, or entry, as appropriate for the data storage requirements of the enterprise when the received user identity information is unrecognized. I&AS **356** or **718** performs these operations based on the trust relationship between the federated partners of the identity provider and the service provider, e.g., as provided for within a configured policy that allows for this type of action. The user identity information that is received in the original request may be an actual username value or an opaque data value such as a Liberty Alliance NameIdentifier; this user identity information may be used as a pointer into a user registry from which this user's information would be accessed at some subsequent point in time, or it may be used in a temporary manner until permanent data records are created, e.g., as a pointer into a cache that contains temporary information.

If the original single-sign-on request contains attribute data about a user, then the attribute information may be added directly to a user registry when creating a user account for the user locally. However, the originally received request does not necessarily contain all of the information that is required locally to create a user account for the user. In this case, I&AS **356** or **718** working with single-sign-on protocol service (SPS) **354** or **716** may issue an attribute query, such as a SAML attribute query and/or a WS-AttributeService request, to the user's identity provider to retrieve additional information about the user. As a result, the service provider is able to create a user account for the user in a runtime manner, i.e.

40

while the single-sign-on operation is suspended or, from another temporal viewpoint, concurrently with or as part of the single-sign-on operation.

The level of trust that is accorded to this type of runtime linked-user-account creation operation by the service provider may vary; it is not necessarily the case that all service providers would be willing to allow a completely automated, dynamically determined, linked-user-account creation operation. Hence, in some cases, a service provider may require that a local workflow operation must be undertaken, e.g., a type of local administrative approval process. Rather than directly creating a user account for a user in a completely automated process, the federated user lifecycle management (FULM) application/service **352** or **708** might store the user information, including additional, out-of-band-retrieved user attributes, into some form of local datastore, which may, in turn, trigger a local workflow/approval process. This requirement allows a administrative user at the service provider to approve the creation of the user account in accordance with local policy requirements, etc. As a result, the runtime user account creation operation may be asynchronous, in which case the service provider may send a message to the user to indicate that an account is being created for the user at the service provider and to indicate that the user can attempt to perform a login operation at the service provider at some subsequent point in time. If the user needs to be added to more than an I&AS-accessible user registry, then FULM service **352** or **708** may send this information to a local datastore, from which a local user account creation process is initiated; in this case, accounts/records can be created for the user in multiple destinations in addition to a local I&AS-accessible datastore. It should be noted that the service provider may choose to grant the user a limited-time, limited-access session, thereby restricting the user to a subset of accessible resources rather than a complete set of resources until some later event, e.g., completion of some type of workflow process for approving broader access, or until some later determination is made as to the privileges that should be given to the user; thereafter, the user account would be created with an appropriate level of access to resources.

With reference now to FIG. **11**A, a dataflow diagram depicts an HTTP-redirection-based pull-type single-sign-on operation that is initiated by a federated service provider to allow access to a protected resource at the federated service provider while performing a runtime linked-user-account creation operation at the federated service provider in accordance with an embodiment of the present invention. The processes that are shown in FIGS. **11**A-**11**D differ from the processes that are shown in FIGS. **9**A-**9**B primarily in the perspective of the origination of the single-sign-on operation; the processes that are shown in FIGS. **9**A-**9**B are initiated by an identity provider, whereas the processes that are shown in FIGS. **11**A-**11**D are initiated by a service provider.

Referring now to FIG. **11**A, the process commences with a user browsing public resources that are hosted by a service provider (step **1102**), i.e. resources that are not protected resources that require an authentication operation with respect to the user prior to accessing the resources. At some subsequent point in time, the user's client sends to the service provider a request for access to a protected resource that requires an authentication operation (step **1104**). The service provider recognizes that it does not have an identifier for the user's preferred identity provider, and the service provider prompts the user to provide the information in some manner (step **1106**), e.g., through user-selectable controls in a web page. The client then sends to the service provider the appro-

US 7,631,346 B2

41

priate information about the preferred identity provider as selected by the user (step **1108**).

The service provider then builds a pull-type single-sign-on request for the user (step **1110**). In this example, the service provider assumes that the user is a federated user, e.g., by assuming that the identity provider maintains some type of federated alias identifier for the user. The service provider sends the single-sign-on request to the client (step **1112**), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). In response to receiving the redirect message from the service provider, the client sends an HTTP Get message to the identity provider as indicated by the URI in the HTTP redirect message from the service provider (step **1114**).

In response to receiving the pull-type single-sign-on request, the identity provider performs an authentication operation with the client with respect to the user of the client, if required (step **1116**); for example, the authentication operation may not be required if the user is already logged on at the identity provider, i.e. if the user already has an active session at the identity provider. The identity provider evaluates the received request (step **1118**), and the identity provider determines that the service provider has not provided a user identity to the identity provider as part of the federation request. If the identity provider further determines that the user does not yet have a federated identity, then the identity provider creates a federated identity for the user, e.g., an alias identifier for the user (step **1120**). The identity provider builds a pull-type single-sign-on response (step **1122**) that contains the newly created, federated identity for the user and optionally contains additional user attribute information that is managed by the identity provider about the user; this pull-type single-sign-on response may or may not have the same data format characteristics as a push-type single-sign-on response. The identity provider sends the single-sign-on response to the client (step **1124**), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). In response to receiving the redirect message from the identity provider, the client sends an HTTP Get message to the service provider as indicated by the URI in the HTTP redirect message from the identity provider (step **1126**).

The service provider then processes the single-sign-on response (step **1128**), which may include, e.g., extracting the newly created federated identifier for the user and may also include the extraction of additional user attribute information about the user. The service provider then creates a new linked user account for the user with the federated identifier that was provided by the identity provider (step **1130**), which may possibly also entail using some user attribute information about the user from the identity provider if the identity provider has sent such information while creating the new user account. After the user has an active session based on the newly created user account, the service provider provides access to the originally requested protected resource (step **1132**), and the service provider sends an HTTP Response message to the client that contains information that is derived from accessing the protected resource (step **1134**), thereby concluding the process.

With reference now to FIGS. **11B-11D**, a set of dataflow diagrams depict an HTTP-redirection-based pull-type single-sign-on operation that is initiated by a federated service provider to allow access to a protected resource at the federated service provider with additional retrieval of user attribute information from a federated identity provider while performing a runtime linked-user-account creation operation at the federated service provider in accordance with an embodi-

42

ment of the present invention. In a manner similar to that shown in FIG. **11A**, FIG. **11B** depicts a process by which a service provider may request a single-sign-on operation at a selected identity provider; similar elements in the figures are identified by similar reference numerals. However, whereas FIG. **11A** depicts only a generalized runtime linked-user-account creation operation at step **1130**, the process that is shown in FIG. **11B** differs from the process that is shown in FIG. **11A** with respect to the runtime linked-user-account creation operation, which stretches over steps **1150-1164** in FIGS. **11A-11B**.

Referring now to FIG. **11B**, unlike the process that is shown in FIG. **11A**, the service provider attempts to create a new user account (step **1150**) but either is not able to immediately create or is not able to create a fully appropriate user account at the service provider based on the federated user identity information that has been provided by the identity provider to the service provider in the single-sign-on. In other words, depending on the implementation, the service provider either fails to create or determines that it cannot create a user account at this point in time, or the service provider creates a user account with limited-time or limited-access privileges. Hence, the single-sign-on processing in FIG. **11B** differs because the service provider recognizes during the single-sign-on operation that the service provider does not yet have a linked user account for the user while also recognizing that the service provider requires additional information about the user from the identity provider (step **1152**). More specifically, the service provider does not have, e.g., within its user registries or databases, enough information that allows the service provider to determine the user's appropriate set of privileges; without this information, the service provider cannot determine the type of session/access control rights to give the user.

The manner in which the service provider pulls additional user attribute information from the identity provider to complete the linked-user-account creation operation may vary; two examples of variations are shown over steps **1154-1164** in FIG. **11C** or over steps **1172-1178** in FIG. **11D**. FIG. **11C** illustrates a front-channel attribute retrieval operation, whereas FIG. **11D** illustrates a back-channel attribute retrieval operation. Hence, the data flow diagram that is shown in FIG. **11B** continues into either FIG. **11C** or FIG. **11D**; in both cases, the dataflow diagrams in FIG. **11C** and FIG. **11D** conclude with similar steps. In both FIG. **11C** and FIG. **11D**, the service provider provides access to the originally requested protected resource at step **1132**, and the service provider sends an HTTP Response message to the client that contains information that is derived from accessing the protected resource at step **1134**, thereby concluding the process.

Referring now to FIG. **1C**, the service provider responds to its determination of its lack of user attribute information by sending an HTTP redirect message (HTTP Response message with status/reason code "302") to the client (step **1154**); the message from the service provider contains a request for additional user attribute information. The redirect message redirects the client to the identity provider using a return URI that was previously provided by the identity provider to the service provider. In response to receiving the redirect message from the service provider, the client sends an HTTP Get message to the identity provider as indicated by the URI in the HTTP redirect message from the service provider (step **1156**). The identity provider then processes the received message (step **1158**) to build a response that contains user attribute information that is stored by the identity provider about the user of the client. The manner in which specific user

US 7,631,346 B2

43

attributes are identified may vary. For example, the user attribute information that is provided by the identity provider may include user attribute information that was explicitly requested by the service provider. Additionally or alternatively, the user attribute information that is provided by the identity provider may include user attribute information that was implicitly requested by the service provider, i.e. user attribute information that has been determined by the identity provider to be sufficient for performing a linked-user-account creation operation at the service provider. In addition, the identity provider may perform an operation to reconcile the received request for additional user attribute information with the service provider's previous single-sign-on request to ensure that a service provider is not attempting to obtain user attributes without sufficient reason to do so.

After the identity provider builds the message at step **1158**, the identity provider sends the message with the additional user attributes to the client (step **1160**), e.g., in the form of an HTTP redirect message (HTTP Response message with status/reason code "302"). In response to receiving the redirect message from the identity provider, the client sends an HTTP Get message to the appropriate service at the service provider as indicated by the URI in the HTTP redirect message from the identity provider (step **1162**).

Given the additional user attribute information in the received message, the service provider performs or completes a runtime linked-user-account creation operation at the service provider (step **1164**) based on the received user attribute information; in this manner, the single-sign-on request can be fulfilled by the service provider, which also creates an active session for the user, and the request for access to the protected resource can proceed at steps **1132** and **1134**.

Referring now to FIG. **11D**, the service provider responds to its determination of its lack of user attribute information by sending a SOAP message directly from the service provider to the identity provider (step **1172**); the message from the service provider contains a request for additional user attribute information. The identity provider then processes the received message (step **1174**) to build a response that contains user attribute information that is stored by the identity provider about the user of the client; again, the manner in which specific user attributes are identified may vary as described above. The identity provider sends a SOAP response message with the additional user attributes to the client (step **1176**). Given the additional user attribute information in the received message, the service provider performs or completes a runtime linked-user-account creation operation at the service provider (step **1178**) based on the received user attribute information; in this manner, the single-sign-on request can be fulfilled by the service provider, which also creates an active session for the user, and the request for access to the protected resource can proceed at steps **1132** and **1134**.

CONCLUSION

The advantages of the present invention should be apparent in view of the detailed description of the invention that is provided above. When an identity provider attempts to initiate a single-sign-on operation on behalf of a user at a service provider in order to obtain access to a controlled resource that is hosted by the service provider, it is possible that the service provider would not recognize the user identifier or other user identity information in the received request. In the prior art, this scenario would generate an error.

With the present invention, the service provider may dynamically perform a linked-user-account creation opera-

44

tion as part of the single-sign-on operation. If necessary, the service provider can pull additional user attribute information from the identity provider in order to obtain the required user attributes for the user in a manner that is locally required by the identity management functionality of the service provider.

"It is important to note that while the present invention has been described in the context of a fully functioning data processing system, those of ordinary skill in the art will appreciate that the processes associated with the present invention are capable of being distributed in the form of instructions in a computer readable medium. Examples of computer readable media include media such as EPROM, ROM, tape, paper, floppy disc, hard disk drive, RAM, and CD-ROMs."

A method is generally conceived to be a self-consistent sequence of steps leading to a desired result. These steps require physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It is convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, parameters, items, elements, objects, symbols, characters, terms, numbers, or the like. It should be noted, however, that all of these terms and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities.

The description of the present invention has been presented for purposes of illustration but is not intended to be exhaustive or limited to the disclosed embodiments. Many modifications and variations will be apparent to those of ordinary skill in the art. The embodiments were chosen to explain the principles of the invention and its practical applications and to enable others of ordinary skill in the art to understand the invention in order to implement various embodiments with various modifications as might be suited to other contemplated uses.

What is claimed is:

**1**. A method for managing user authentication within a distributed data processing system, wherein a first system and a second system interact within a federated computing environment and support single-sign-on operations in order to provide access to protected resources, at least one of the first system and the second system comprising a processor, the method comprising;

triggering a single-sign-on operation on behalf of the user in order to obtain access to a protected resource that is hosted by the second system, wherein the second system requires a user account for the user to complete the single-sign-on operation prior to providing access to the protected resource;

receiving from the first system at the second system an identifier associated with the user; and

creating a user account for the user at the second system based at least in part on the received identifier associated with the user after triggering the single-sign-on operation but before generating at the second system a response for accessing the protected resource, wherein the created user account supports single-sign-on operations between the first system and the second system on behalf of the user.

**2**. The method of claim **1** further comprising:

creating an alias identifier for the user at the first system after triggering the single-sign-on operation.

**3**. The method of claim **1** further comprising:

sending a message from the second system to the first system to pull authentication information for the user

US 7,631,346 B2

**45**

from the first system to the second system in order to trigger the single-sign-on operation for the user at the second system.

**4**. The method of claim **1** further comprising:

receiving a message from the first system at the second system to push authentication information for the user from the first system to the second system in order to trigger the single-sign-on operation for the user at the second system.

**5**. The method of claim **1** further comprising:

in response to a determination at the second system that the second system does not have sufficient user attribute information to complete creation of a user account for the user at the second system, sending a request message from the second system to the first system to retrieve user attribute information; and

receiving at the second system from the first system a response message that contains user attribute information that is employed by the second system to complete creation of a user account for the user at the second system.

**6**. The method of claim **5** further comprising:

employing a front-channel information retrieval mechanism to obtain user attribute information.

**7**. The method of claim **6** further comprising:

using HyperText Transport Protocol (HTTP) in the front-channel information retrieval mechanism.

**8**. The method of claim **5** further comprising:

employing a back-channel information retrieval mechanism to obtain user attribute information.

**9**. The method of claim **8** further comprising:

using Simple Object Access Protocol (SOAP) in the back-channel information retrieval mechanism.

**10**. The method of claim **5** further comprising:

performing a preliminary user account creation operation to commence creation of the user account for the user prior to retrieving user attribute information for the user; and

performing a concluding user account creation operation to complete creation of the user account for the user after retrieving user attribute information for the user.

**11**. The method of claim **5** further comprising:

retrieving user attribute information from a fourth system by the first system.

**12**. The method of claim **1** wherein the first system supports an identity provider and the second system supports a service provider.

**13**. The method of claim **12** further comprising:

prompting the user by the service provider to provide or to select an identifier for the identity provider prior to receiving an identifier associated with the user.

**14**. The method of claim **1** further comprising:

in response to a determination at the second system that the second system does not have sufficient user attribute information to complete creation of a user account for the user at the second system, sending a request message to a fourth system to retrieve user attribute information; and

receiving at the second system from the fourth system a response message that contains user attribute information that is employed by the second system to complete creation of a user account for the user at the second system.

**15**. A computer program product on a computer-readable medium for managing user authentication within a data processing system, wherein a first system and a second system interact within a federated computing environment and sup-

**46**

port single-sign-on operations in order to provide access to protected resources, at least one of the first system and the second system comprising a processor, the computer program product holding computer program instructions which when executed by the data processing system perform a method comprising:

triggering a single-sign-on operation on behalf of the user in order to obtain access to a protected resource that is hosted by the second system, wherein the second system requires a user account for the user to complete the single-sign-on operation prior to providing access to the protected resource;

receiving from the first system at the second system an identifier associated with the user; and

creating a user account for the user at the second system based at least in part on the received identifier associated with the user after triggering the single-sign-on operation but before generating at the second system a response for accessing the protected resource, wherein the created user account supports single-sign-on operations between the first system and the second system on behalf of the user.

**16**. The computer program product of claim **15** wherein the method further comprises:

creating an alias identifier for the user at the first system after triggering the single-sign-on operation.

**17**. The computer program product of claim **15** wherein the method further comprises:

sending a request message from the second system to the first system to retrieve user attribute information in response to a determination at the second system that the second system does not have sufficient user attribute information to complete creation of a user account for the user at the second system; and

receiving at the second system from the first system a response message that contains user attribute information that is employed by the second system to complete creation of a user account for the user at the second system.

**18**. An apparatus for managing user authentication within a data processing system, wherein a first system and a second system interact within a federated computing environment and support single-sign-on operations in order to provide access to protected resources, at least one of the first system and the second system comprising a processor, the apparatus comprising:

a processor;

a computer memory holding computer program instructions which when executed by the processor perform a method comprising:

triggering a single-sign-on operation on behalf of the user in order to obtain access to a protected resource that is hosted by the second system, wherein the second system requires a user account for the user to complete the single-sign-on operation prior to providing access to the protected resource;

receiving from the first system at the second system an identifier associated with the user; and

creating a user account for the user at the second system based at least in part on the received identifier associated with the user after triggering the single-sign-on operation but before generating at the second system a response for accessing the protected resource, wherein the created user account supports single-sign-on operations between the first system and the second system on behalf of the user.

US 7,631,346 B2

**47**

**19**. The apparatus of claim **18** wherein the method further comprises:

creating an alias identifier for the user at the first system after triggering the single-sign-on operation.

**20**. The apparatus of claim **18** wherein the method further comprises:

sending a request message from the second system to the first system to retrieve user attribute information in response to a determination at the second system that the

**48**

second system does not have sufficient user attribute information to complete creation of a user account for the user at the second system; and

receiving at the second system from the first system a response message that contains user attribute information that is employed by the second system to complete creation of a user account for the user at the second system.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.            : 7,631,346 B2                                    Page 1 of 1
APPLICATION NO. : 11/097587
DATED                   : December 8, 2009
INVENTOR(S)       : Hinton et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


On the Title Page:


The first or sole Notice should read --


Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b)
by 1217 days.


Signed and Sealed this

Twenty-first Day of December, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

(12) **INTER PARTES REVIEW CERTIFICATE** (1619th)

# United States Patent
Hinton et al.

(10) **Number:** US 7,631,346 K1

(45) **Certificate Issued:** Jan. 28, 2020

(54) **METHOD AND SYSTEM FOR A RUNTIME USER ACCOUNT CREATION OPERATION WITHIN A SINGLE-SIGN-ON PROCESS IN A FEDERATED COMPUTING ENVIRONMENT**

(75) Inventors: **Heather Maria Hinton; Ivan Matthew Milman; Venkat Raghavan; Shane Bradley Weeden**

(73) Assignee: **INTERNATIONAL BUSINESS MACHINES CORPORATION**

**Trial Number:**

IPR2016-00609 filed Feb. 10, 2016

**Inter Partes Review Certificate for:**

Patent No.: **7,631,346**
Issued: **Dec. 8, 2009**
Appl. No.: **11/097,587**
Filed: **Apr. 1, 2005**

The results of IPR2016-00609 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 7,631,346 K1**
**Trial No. IPR2016-00609**
**Certificate Issued Jan. 28, 2020**

**1**

**2**

AS A RESULT OF THE INTER PARTES
REVIEW PROCEEDING, IT HAS BEEN
DETERMINED THAT:

Claims **1**, **3**, **12**, **13**, **15** and **18** are found patentable.

\* \* \* \* \*

# EXHIBIT C

US006785676B2

(12) **United States Patent**
Oblinger

(10) Patent No.: **US 6,785,676 B2**
(45) Date of Patent: **Aug. 31, 2004**

(54) **CUSTOMER SELF SERVICE SUBSYSTEM FOR RESPONSE SET ORDERING AND ANNOTATION**

(75) Inventor: **Daniel A. Oblinger**, New York, NY (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 310 days.

(21) Appl. No.: **09/778,139**

(22) Filed: **Feb. 7, 2001**

(65) **Prior Publication Data**

US 2002/0105532 A1 Aug. 8, 2002

(51) **Int. Cl.**[7] .......................... **G06F 17/30**; G06F 17/00
(52) **U.S. Cl.** ................................ **707/5**; 707/4; 715/512
(58) **Field of Search** ........................ 707/1–8, 101–102, 707/104.1; 345/700–702, 748, 744, 707–708; 715/512

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,303,361 A | 4/1994 | Colwell et al. | |
| 5,321,833 A | 6/1994 | Chang et al. | |
| 5,375,244 A | 12/1994 | McNair | |
| 5,446,891 A | 8/1995 | Kaplan et al. | |
| 5,524,187 A | 6/1996 | Feiner et al. | |
| 5,546,516 A | 8/1996 | Austel et al. | |
| 5,600,835 A | 2/1997 | Garland et al. | |
| 5,608,899 A | 3/1997 | Li et al. | |
| 5,619,709 A | 4/1997 | Caid et al. | |
| 5,710,899 A | 1/1998 | Eick | |
| 5,724,567 A | 3/1998 | Rose et al. | |
| 5,754,939 A | 5/1998 | Herz et al. | |
| 5,768,578 A | 6/1998 | Kirk et al. | |
| 5,787,422 A | 7/1998 | Tukey et al. | |
| 5,794,178 A | 8/1998 | Caid et al. | |

(List continued on next page.)

OTHER PUBLICATIONS

"The Answer Machine" (Information Services Management) (Industry Trend or Event), by Susan Feldman, Jan. 2000, The Magazine for Database Professionals, 41 pages.

(List continued on next page.)

Primary Examiner—Alford Kindred
(74) Attorney, Agent, or Firm—Scully, Scott, Murphy & Presser; Daniel P. Morris, Esq.

(57) **ABSTRACT**

A system and method for annotating resource results obtained in a customer self service system that performs resource search and selection. The method comprising the steps of: receiving a resource response set of results obtained in response to a current user query and receiving a user context vector associated with the current user query, the user context vector comprising data associating an interaction state with the user; applying an ordering and annotation function for mapping the user context vector with the resource response set to generate an annotated response set having one or more annotations; and, controlling the presentation of the resource response set to the user according to the annotations, wherein the ordering and annotation function is executed interactively at the time of each user query. In an off-line process, a supervised learning algorithm is implemented for receiving user interaction data from among a database of user interaction records and an annotation scoring metric representing a measure of performance in locating resource response results displayed via a graphical interface. The algorithm generates ordering and annotation functions which are adaptable based on history of user interactions as provided in the database of user interaction records. The result of this invention is the ability to drive visualization systems for presenting resource response results in the most beneficial and meaningful way to the user via an interface when performing search and resource selection. The system and method is especially applicable for a self service system in a variety of customer self service domains including education, real estate and travel.

**28 Claims, 7 Drawing Sheets**



**US 6,785,676 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,802,515 A | | 9/1998 | Adar et al. |
| 5,826,260 A | | 10/1998 | Byrd, Jr. et al. |
| 5,841,437 A | | 11/1998 | Fishkin et al. |
| 5,850,531 A | | 12/1998 | Cox et al. |
| 5,918,217 A | | 6/1999 | Maggioncalda et al. |
| 5,930,501 A | | 7/1999 | Neil |
| 5,956,707 A | | 9/1999 | Chu |
| 5,974,412 A | | 10/1999 | Hazlehurst et al. |
| 5,999,927 A | | 12/1999 | Tukey et al. |
| 6,006,221 A | | 12/1999 | Liddy et al. |
| 6,009,422 A | | 12/1999 | Ciccarelli |
| 6,012,053 A | | 1/2000 | Pant et al. |
| 6,012,067 A | | 1/2000 | Sarkar |
| 6,014,661 A | | 1/2000 | Ahlberg et al. |
| 6,097,386 A | | 8/2000 | Bardon et al. |
| 6,105,023 A | | 8/2000 | Callan |
| 6,134,541 A | | 10/2000 | Castelli et al. |
| 6,173,287 B1 | * | 1/2001 | Eberman et al. ............ 707/102 |
| 6,226,408 B1 | | 5/2001 | Sirosh |
| 6,256,633 B1 | | 7/2001 | Dharap |
| 6,282,540 B1 | | 8/2001 | Goldensher et al. |
| 6,327,590 B1 | | 12/2001 | Chidlovskii et al. |
| 6,347,313 B1 | | 2/2002 | Ma et al. |
| 6,490,577 B1 | | 12/2002 | Anwar |
| 6,502,091 B1 | | 12/2002 | Chundi et al. |
| 6,513,031 B1 | | 1/2003 | Fries et al. |
| 6,519,586 B2 | | 2/2003 | Anick et al. |
| 6,578,037 B1 | | 6/2003 | Wong et al. |
| 2001/0051958 A1 | * | 12/2001 | deVries et al. ............. 707/511 |
| 2002/0129015 A1 | | 9/2002 | Caudill et al. |
| 2003/0018632 A1 | * | 1/2003 | Bays et al. ................... 707/3 |

OTHER PUBLICATIONS

Billsus, D., et al., "A learning agent for wireless news access," Proceedings of IUI 2000: International Conference on Intelligent User Interfaces, ACM, Jan. 9–12, 2000, pp. 33–36, XP–002205011.

Olsen, K., et al., "Visualization of a Document Collection: The Vibe System", Information Processing & Management, Elsevier, Barking, GB, vol. 29, No. 1, 1993, pp. 69–81, XP 000574984.

MIadenic, D, "Text–learning and related intelligent agents: a survey", IEEE Intelligent Systems, IEEE, vol. 14, No. 4, Jul. 1999, pp. 44–54, XP–002205012.

Göker, A., "Capturing Information Need by Learning User Context", 16th International Joint Conferent in Artificial Intelligence: Learning About User Workshop, Jul. 31, 1999, pp. 21–27, XP–002205013.

Anonymous, "Taxonomized Web Search", IBM Technical Disclosure Bulletin, IBM Corp. New York, US, vol. 40, No. 5, May 1, 1997, pp. 195–196, XP–002133594.

Davies, J., et al., "Knowledge Discovery and Delivery", British Telecommunications Engineering, London, GB, vol. 17, No. 1, Apr. 1, 1998, pp. 25–35, XP–000765546.

* cited by examiner



FIG. 1

Case 1:21-cv-00461-GBW   Document 18-1   Filed 06/23/21   Page 89 of 235 PageID #: 431

*FIG. 2*

CONTEXT
SELECTION
WORKSPACE

DETAIL
SPECIFICATION
WORKSPACE

RESULTS
DISPLAY
WORKSPACE



U.S. Patent     Aug. 31, 2004     Sheet 3 of 7     US 6,785,676 B2

## FIG. 3

| | EDUCATION (EX: ENVIRONMENT) ⌐60 | EDUCATION (EX: SUBJECT MATTER) ⌐70 | REAL ESTATE ⌐80 | TRAVEL ⌐90 |
|---|---|---|---|---|
| USER QUERY | LEARN LOTUS NOTES AT HOME 61 | BECOME A LINUX DEVELOPER BY JUNE 71 | FIND HOUSING NEAR NEW JOB BY AUGUST 81 | PLAN A TRIP TO VERMONT IN JUNE 91 |
| USER CONTEXT | CORP EXEC AT HQ **REMOTE STAFFIE** COMMUTING TECHIE TRAVELING CONSULTANT 62 | CORP EXEC AT HQ REMOTE STAFFIE **COMMUTING TECHIE** TRAVELING CONSULTANT 72 | **RELOCATING BUSINESS PROFESSIONAL** EMPTY NESTER COLLEGE STUDENT 82 | **SINGLE MOM W/KIDS** SWINGING SINGLES BUSINESS TRAVELER 92 |
| CONTEXT ATTRIBUTE | **CONNECTIVITY** LEARNING MODE(S) TECHNICAL FIELD 63 | CONNECTIVITY LEARNING MODE(S) **TECHNICAL FIELD** 73 | MODE OF COMMUTE TO WORK/SCHOOL MODE OF HOUSING **MAINTENANCE STYLE** 83 | **MODE OF TRANSPORTATION** MODE OF HOUSING FOOD STYLE 93 |
| ATTRIBUTE VALUE | LAN CONNECTED DIAL UP DSL **DISCONNECTED** 64 | SECURITY **GRAPHICAL INTERFACES** PROGRAMMING SYSTEMS INTEGRATION 74 | CAREFREE LIVING SUBCONTRACT IT ALL **DO-IT-YOURSELF-ER** 84 | DRIVE **FLY** TRAIN 94 |
| VALUE RESOURCE PARAMETERS | INCLUDE: DOWNLOAD & PLAY RESOURCES ---------------- EXCLUDE: ON LINE COLLABORATIVE RESOURCES 65 | INCLUDE KDE ---------------- EXCLUDE GNOME 75 | INCLUDE WALLS INCLUDE PAINT INCLUDE LAWN MOWING ---------------- EXCLUDE PLUMBING EXCLUDE ELECTRICAL EXCLUDE LANDSCAPING 85 | INCLUDE ALL MAJOR CARRIERS ---------------- EXCLUDE PROP PLANES EXCLUDE BAD SAFETY RECORDS 95 |
| RESOURCE SELECTION CRITERIA & VALUES | COST TIME QUALITY RISK 66 | COST TIME QUALITY RISK 76 | COST TIME QUALITY RISK 86 | COST TIME QUALITY RISK 96 |

FIG. 4

12
13
SELECT USER CONTEXT:
132
USER CONTEXT ICON
RECOMMENDED
USER CONTEXT ICON
GOOD POSSIBILITY
USER CONTEXT ICON
ANOTHER POSSIBILITY
USER CONTEXT ICON
ALL AVAILABLE
ENTER QUERY HERE:
134
SEARCH
135
DETAIL SPECIFICATION
131



FIG. 5

*FIG. 6*





FIG. 7

**1**

# CUSTOMER SELF SERVICE SUBSYSTEM FOR RESPONSE SET ORDERING AND ANNOTATION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to the field of customer self service systems for resource search and selection, and more specifically, to a novel mechanism for annotating response sets via an adaptive algorithm, wherein the annotations supplied are used to drive any visualization system that presents resource response results.

### 2. Discussion of the Prior Art

Currently there exist many systems designed to perform search and retrieval functions. These systems may be classified variously as knowledge management systems, information portals, search engines, data miners, etc. However, providing effective customer self service systems for resource search and selection presents several significant challenges. The first challenge for current systems with query capability is that serving queries intelligently requires a large amount of user supplied contextual information, while at the same time the user has limited time, patience, ability and interest to provide it. The second challenge is that searching without sufficient context results in a very inefficient search (both user time and system resource intensive) with frequently disappointing results (overwhelming amount of information, high percentage of irrelevant information). The third challenge is that much of a user's actual use and satisfaction with search results differ from that defined at the start of the search: either because the users behave contrary to their own specifications, or because there are other contextual issues at play that have not been defined into the search. The prior art has addressed the use of some of the features of the resources (content and other) in relation to the user's context and/or prior use of other resource search and selection systems, for selection of responses to current user's queries. Representative prior art approaches systems described in U.S. Pat. No. 5,724,567 entitled "System for Directing Relevance-Ranked Data Objects to Computer Users"; U.S. Pat. No. 5,754,939 entitled "System for Generation of User Profiles For a System For Customized Electronic Identification of Desirable Objects"; and, U.S. Pat. No. 5,321,833 entitled "Adaptive Ranking System for Information Retrieval".

U.S. Pat. No. 5,321,833 describes an adaptive record ranking method for full text information retrieval, which quantifies the relevance of retrieved records to query terms occurring in the record. The method utilizes a multilevel weighting technique which permits user input to affect record weighting at each level of the ranking process. The method utilizes weighted attributes of properties of terms occurring in the records of a database and compensates for the distance between adjacent words of complex terms. The method has been implemented on large full text databases and the resulting rankings achieve a relatively high level of precision in ranking the relevance of retrieved records to a user query. However, this method does not take into account user context data, and thus is not specialized based on a user situation within the whole system.

U.S. Pat. No. 5,724,567 describes an information access system that stores items of information in an unstructured global database. When a user requests access to the system, the system delivers to that user an identification of only those items of information which are believed to be relevant

**2**

to the user's interest. The determination as to the items of information that are relevant to a user is carried out by ranking each available item in accordance with any one or more techniques. In one approach, the content of each document is matched with an adaptive profile of a user's interest. In another approach, a feedback mechanism is provided to allow users to indicate their degree of interest in each item of information. These indications are used to determine whether other users, who have similar or dissimilar interests, will find a particular item to be relevant.

For instance, U.S. Pat. No. 5,754,939 describes a method for customized electronic identification of desirable objects, such as news articles, in an electronic media environment, and in particular to a system that automatically constructs both a "target profile" for each target object in the electronic media based, for example, on the frequency with which each word appears in an article relative to its overall frequency of use in all articles, as well as a "target profile interest summary" for each user, which target profile interest summary describes the user's interest level in various types of target objects. The system then evaluates the target profiles against the users' target profile interest summaries to generate a user-customized rank ordered listing of target objects most likely to be of interest to each user so that the user can select from among these potentially relevant target objects, which were automatically selected by this system from the plethora of target objects that are profiled on the electronic media.

A major limitation of these prior art approaches, however, is the absence of a mechanism for implementing user context in informing the ranking of the resources. Moreover, these prior art approaches are limited in that they do not enable user tutoring of the application for ranking information. That is, prior art approaches do not provide for the adaptation or changing the ranking over time, for example, based on a history of user interactions with the system. Another major limitation of the prior art is that these systems do not annotate the response sets via an adaptive algorithm and moreover, do not use the resulting annotations to drive visualization systems.

It would be highly desirable to provide for a customer self service system, a mechanism that annotates query response sets via an adaptive algorithm and wherein the annotations the mechanism supplies may be used to drive any visualization system.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide for a customer self service system for resource search and selection a mechanism for supplying annotations to a set of query response sets via an adaptive algorithm.

It is a further object of the present invention to provide for a customer self service system for resource search and selection an annotation mechanism for annotating query response sets wherein the annotations affect the order that these resources are presented to the user.

It is another object of the present invention to provide for a customer self service system for resource search and selection, an annotation mechanism for annotating query response sets wherein the annotations provided affect the order that these resources are presented to the user and wherein the ordering is based on features of the resource itself when viewed through the user's context.

It is yet another object of the present invention to provide an annotation function for a customer self service system for resource search and selection that implements a supervised

US 6,785,676 B2

3

learning algorithm wherein training data utilized for this algorithm is derived from prior user interactions and the annotation function is optimized based on an annotation scoring metric.

According to the invention, there is provided a system and method for annotating resource results obtained in a customer self service system that performs resource search and selection. The method comprising the steps of: receiving a resource response set of results obtained in response to a current user query and receiving a user context vector associated with the current user query, the user context vector comprising data associating an interaction state with the user; applying an ordering and annotation function for mapping the user context vector with the resource response set to generate an annotated response set having one or more annotations; and, controlling the presentation of the resources response set to the user according to the annotations, wherein the ordering and annotation function is executed interactively at the time of each user query.

Further, in an off-line process, a supervised learning algorithm is implemented for receiving user interaction data from among a database of user interaction records and an annotation scoring metric representing a measure of performance in locating resource response results displayed via a graphical interface. The algorithm generates ordering and annotation functions which are adaptable based on history of user interactions as provided in the database of user interaction records. The result of this invention is the ability to drive any visualization system for presenting resource response results in the most beneficial and meaningful way to the user via an interface when performing search and resource selection.

Advantageously, such a system and method of the invention is applicable for a customer self service system in a variety of customer self service domains including education, real estate and travel.

BRIEF DESCRIPTION OF THE DRAWINGS

Further features, aspects and advantages of the apparatus and methods of the present invention will become better understood with regard to the following description, appended claims, and the accompanying drawings where:

FIG. 1 is a flowchart showing the steps of the control flow between the components comprising the customer self service system according to the invention.

FIG. 2 is a flowchart showing the generic process steps of the user's interaction with the customer self service system through various iconic interfaces.

FIG. 3 provides examples of data elements from the education, real estate and travel domains given example user interactions with the customer self service system via the iconic interfaces.

FIG. 4 illustrates the first iconic Graphical User Interface 12 including the Context Entry Workspace 13.

FIG. 5 illustrates the second iconic Graphical User Interface 22 including the Detail Specification Workspace 23.

FIG. 6 is a flowchart depicting the methodology for adaptive response ordering and annotation according to the preferred embodiment of the invention.

FIG. 7 illustrates in detail the third iconic graphical user interface 32 including the Results Display Workspace 33 that enables the user to visualize and explore the response set that the system has found to best match the user's initial query and related subject and context variables.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 illustrates a customer self service system ("system") 10 which is described in detail commonly-

4

owned, co-pending U.S. patent application Ser. No. 09/778, 146 entitled CUSTOMER SELF SERVICE SYSTEM FOR RESOURCE SEARCH AND SELECTION the contents and disclosure of which are incorporated by reference as if fully set forth herein. The system 10 is a comprehensive self service system providing an end-to-end solution that integrates the user and system, the content and context, and, the search and result so that the system may learn from each and all users and make that learning operationally benefit all users over time. The present invention comprises a particular aspect of this system that focuses on annotating a set of response resources by implementing a supervised training algorithm. Particularly, the present invention is directed to a response set ordering and annotation sub-process that generates annotations that affect, among other things, the order that these resources are presented to the user of the resource search and selection system. The ordering is based on features of the resource itself when viewed through the user's context.

Particularly, as shown in FIG. 1, the self service system provides a three-part intuitive iconic interface comprising interface components 12, 22 and 32 for visualizing and exploring the set of resources that the system has found to match the user's initial query and related subject and context variables. The system 10 preferably enables the expression of a user's context as part of the query and expresses the relevance of the results to a particular user via the interface in terms beyond that of the results' content. The resource set is presented to the user in a way which clearly illustrates their degree of fit with the user's most important context variables, as indicated by their prior usage of the system, as well as by context choices for the current query. The system displays the resources in the sequence specified by the user and enables the user to select and weight the criteria to be used in interpreting and selecting between resources. This provides a shifting of the user's focus from finding something, to making choices among the set of resources available. Via the interface components 12, 22 and 32, the user may redefine their query, preview some or all of the suggested resources or further reduce, and redisplay the response set to extract those with the best degree of fit with that user's current needs. The system generates and displays via the interface a listing of the currently active inclusionary and exclusionary content filters and provides a means for modifying them. More specifically, the intuitive user interface of the invention enables users to specify the variables of their resource needs.

FIG. 2 particularly depicts reduced-size displays illustrating the three iconic user interfaces 12, 22, 32 which comprise the respective workspaces according to the invention. As will be described in greater detail herein, the first graphical user interface 12 comprises an initial Context Selection Workspace 13 that enables the expression of user context as part of a query in a manner optimized for ease of use; the graphical user interface 22 shown in FIG. 2 provides a Detailed Specification Workspace 23 including a visual representation of multi-dimensional data for expressing query and results that enables users to completely manage their search in a manner optimized for simplicity and clarity of logic; and, the graphical user interface 32 is directed to a Results Display Workspace 33 that enables expression of relevance of results in terms of user context in a manner optimized to facilitate resource selection using user supplied decision criteria. Aspects of interfaces 12, 22 and 32 shown in FIG. 2 are described in greater detail in commonly-owned, co-pending U.S. patent application Ser. No. 09,778, 136 entitled CUSTOMER SELF SERVICE ICONIC

US 6,785,676 B2

**5**

INTERFACE FOR PORTAL ENTRY AND SEARCH SPECIFICATION and commonly-owned, co-pending U.S. patent application Ser. No. 09/778,147 entitled CUSTOMER SELF SERVICE ICONIC INTERFACE FOR RESOURCE SEARCH RESULTS DISPLAY AND SELECTION, the contents and disclosure of each of which are incorporated by reference as if fully set forth herein.

Referring back to FIG. 1, there is depicted a conceptual control flow 10 for the customer self service resource search and selection system according to a preferred embodiment. Via the three-part intuitive graphic user interface (GUI) users are enabled to enter queries and manipulate the system's responses according to their resource needs. Behind the scenes, as will be described, is a set of sub-system components that cooperate to derive, assume, sense and infer particular user contexts with minimal user effort.

These components include databases such as: 1) a Context Attributes Master database 14 which stores the definitions of all the attributes known to the system and their relationships to predefined user contexts; 2) an Attribute Value Functions database 16 which stores the definitions and logic associated with assigning a value to an attribute for specific instances (context default, groups of users); 3) a Resource Indexing Functions database 18 which stores the definitions and logic for mapping specific resources to specific context sets; and, 4) a historical User Interaction Records database 15 which stores the users' prior queries, responses, and interactions with the system 10. The first three databases are created before system startup and the User Interaction Records 15 is created with the first user/use of the system, however, it is understood that all four databases are maintained and enhanced through system operations described below.

First, prior to a user signing on to the system, and before the user first views the iconic interface 12, the system 10 performs several pre-processing steps including: 1) creating of an empty "user context vector" 25 and populating the context vector with minimal information from external data elements 11 integrated with the system or, from system sensing/discovery; and, 2) processing the minimal user context vector 25 against the Context Attributes database 14, the Attribute Value Functions database 16, and the User Interaction Records database 15 using context classification logic to result in a "suggestion" that this particular user may be classified into one of a small number of user context definitions from the system's predefined long list of context definitions. After these pre-processing steps, the first iconic interface 12 is then displayed for the user at the user's terminal, or web-browser, in the case of resource searches conducted over a web-based communication link. The iconic Context Selection Workspace 13 initially displays a small set of User Context Icons it has determined are most appropriate, captures the user's selection of the one that seems most fitting for the current user search session, and captures the user's actual query. In most cases, this minimal entry will suffice to begin the search because the system has already determined the relevant attributes, default values and parameters to drive the system forward through the user search without any additional entry on the user's part. However, if the user wishes to review their defaults or to fine tune some context or resource variables, there is an option to proceed to the iconic Detailed Specification Workspace display 22 before starting the search.

Regardless of the screen navigation path chosen, when the user initiates the query, the system 10 packages the user query with a detailed User Context Vector 25 summarizing what is known of the user's needs at this point. Once the search is initiated, the query and context vector are pro-

**6**

cessed sequentially through three distinct sub-processes: 1) the Classifying User Contexts sub-process 24 according to the invention; 2) an Adaptive Indexing of Resource Solutions and Resource Lookup sub-process 28; and, 3) a Response Set Ordering and Annotation sub-process 34 according to the invention.

Particularly, the Classifying User Contexts sub-process 24, receives as input the user query and the raw context vector 25 and External User Data 11, and processes these against the User Interaction records 19 for this user/user group, data from the Context Attributes Master 14 and Attribute Value Functions 16. The system classifies this specified user interaction state and annotates the context vector 25' with a complete set of context parameters for use in subsequent processing. The Classifying User Contexts sub-process 24 particularly applies an inductive learning algorithm as an attempt to predict derived contexts. Additionally, the Classifying User Contexts sub-process 24 updates the Attribute Value Functions database 16 with more enhanced functions. The actual processing via Context Classifier and Context Applier is described in greater detail in commonly-owned, co-pending U.S. patent application Ser. No. 09/778,378 entitled CUSTOMER SELF SERVICE SUBSYSTEM FOR CLASSIFYING USER CONTEXTS, the contents and disclosure of which are incorporated by reference as if fully set forth herein.

As the customer self service system is provided with functionality enabling a user to "bookmark" their stopping point in a prior session and to resume with a "work-in-process" data set, the initial settings may be modified based upon system discovery or user override at the time of inquiry, resulting in the raw contexts associated with the user's current inquiry transaction. It is this raw context data which serves as input to the context classifier sub-process 24.

The Adaptive Indexing of Resource Solutions and Resource Lookup sub-process 28 receives as input the user query and the context vector 25' and processes them against a Resource Library 42, the User Interaction Records for this user/user group 19, and the Resource Indexing Functions 27. This sub-process particularly maps specific contexts to specific resources so as to increase the relevance of search results for a given user in their current context without requiring the user to explicitly train the system. The primary output of the Adaptive Indexing of Resource Solutions and Resource Lookup sub-process 28 is a newly identified Resource Response Set 35 which is input to the Response Set Ordering and Annotation sub-process 34. The Adaptive Indexing of Resource Solutions and Resource Lookup sub-process 28 additionally generates a secondary output which comprises updates to the Resource Indexing Functions database 18 with yet more enhanced functions 27'. Further details regarding the Adaptive Indexing of Resource Solutions and Resource Lookup sub-process 28 may be found in commonly-owned, co-pending U.S. patent application Ser. No. 09/778,135 entitled CUSTOMER SELF SERVICE SUBSYSTEM FOR ADAPTIVE INDEXING OF RESOURCE SOLUTIONS, the contents and disclosure of which are incorporated by reference as if fully set forth herein.

According to the invention, Response Set Ordering and Annotation sub-process 34 receives as input the User Context Vector and Resource Response Set 35 and processes it against data from an Annotation Scoring Metric database 46 and User Interaction Records 19 for the particular user/group. This sub-process 34 weights and ranks the potential responses according to the resource selection criteria speci-

US 6,785,676 B2

7

fied by the user on the Detailed Specification Workspace described herein, and takes into consideration the scoring metric. The sub-process **34** additionally tags the response set with data elements necessary for display and manipulation on a visualization system, including, but not limited to, the Results Display Workspace **32** described in the co-pending U.S. patent application Ser. No. 09/778,147, and particularly generates as output an Annotated Resource Response Set **38**.

More particularly, FIG. **6** is a flowchart depicting the response ordering and annotation sub-process methodology **34** for ordering a result set according to the preferred embodiment of the invention. As shown in FIG. **6**, the User Interaction Records **19** (which include the actual resources selected by the users and the annotation schemes used to present them) and the Annotation Scoring Metric **46** are input to an Adaptive Annotation Algorithm **341** which is a supervised learning algorithm that generates functions for optimally annotating the response set for ease of use as defined by the Annotation Scoring Metric. For the purpose of this invention the terms rule and function are used interchangeably. Both refer to any data structure that can be executed by an interpreter in a way as to compute a set of labeled output values given a set of labeled input values. An example of an arithmetic rule is "Fahrenheit<−Centigrade*⅝+32". Rule languages include but are not limited to: neural nets, decision trees, functional languages, polynomial functions. User Interaction Records **15** particularly comprises traces of previous interactions with users of the system including: all types of raw context information that were available during those interactions, whether it be static, historical, or transient, organizational or community context, environment context, or any other context associated with the user and dependent upon that user's interaction state and query domain, e.g., education, real estate, travel, etc. user queries, the system's responses, and, in addition, user feedback generated by the user regarding the resources that were provided during those sessions. User feedback, for example, may include a specification of which resource was chosen by the user given a list of displayed resources. The Annotation Scoring Metric **46**, for example, may include a parameter representing the measure of "goodness" in terms of how easily the user may find the resources in the response set **35**. As another example, the Annotation Scoring Metric **46** may be set up to penalize an annotation which does not make it "easy" for the user to find the resources in the response set, i.e., a metric that places most of the resources ultimately selected by the user on a second screen on the user interface or at the bottom of the first screen. As another example, one measure of performance is closeness of the selected items to the top of the response set (assuming that the annotations of the response set specify an ordering of the response set).

Each of the user interaction records and annotation metric serves as a training set for learning an ordering and annotation function **343**. That is, the adaptive annotation algorithm **341** is designed to optimize the annotation function **343** as measured by the feedback in the received interaction records **19**. That is, the annotation function **343** accepts an annotated list of resources, along with the user interaction records associated with the interactions that happened when this annotated list was presented to the user and returns a real value representing the performance of that annotation. For example, an annotation evaluation metric of a score computed by counting how far down from the top of the list was the user's selection given the annotation. Thus, according to this metric, a given annotation set would get the highest possible score if it had placed the resource eventu-

8

ally selected by the user at the top of the list of resources presented to the user. It should be understood that this adaptive process **341** need not be interactive, but may be performed in batch or off-line.

The sub-process methodology **34** further includes an ordering annotation step **345**, during which the ordering and annotation function **343** which comprises the functions to be used in mapping the user context vector **25'** with the resource response set **35** in order to generate an annotated response set **38** is executed interactively, e.g., at the time of every user query. It is the application of the ordering and annotation function **343** to the user context **25'** and resource response set **35** that result in the annotations **38** for the responses in the input response set, which annotations control the presentation of the resources to the user. As an example, these annotations may include ordering, which resources to bold, which would be placed on the primary screen of query results seen by the user and which would be placed on a secondary screen requiring an additional step by the user such as clicking on a button "give me additional resources", which resources to gray out, etc.

As mentioned, the ordered and annotated set of resources that the system has found to best match the user's initial query and related subject and context variables may be displayed through any visualization system, including, but not limited to, the intuitive iconic interface **32** for visualizing and exploring the response set. In that case, the annotations **38** specifically are used to inform the iconic user interface **32** (FIG. **7**) what resources to display in response to the query and how to display them.

FIG. **7** illustrates in detail the third iconic graphical user interface **32** described in greater detail in commonly-owned, co-pending U.S. patent application Ser. No. 09/778,147. As shown in FIG. **7**, the graphical user interface **32** is divided into the following sections: a section for displaying the Query Entry field **131** as entered on the prior interface screen (FIG. **4**) and available for editing; a section for displaying a navigation arrow **135** for enabling the user to proceed back to the Detailed specification Workspace **23** of FIG. **5**, and arrow **136** for returning to the initial Context Selection screen via the first iconic interface to initiate a new query or select a different user context; and, a Results Display Workspace **33** that enables the user to visualize and explore the response set that the system has found to best match the user's initial query and related subject and context variables and that enables the user to continue working to learn about the resources suggested (detail/preview), narrow their results (selection) or re-display them in a more meaningful view for decision making (graphically).

The Results Display Workspace **33** particularly includes a graphic element **333** which comprises a list of ranked resources **338** returned by the user's query. Via this graphic element, the user is provided with ability to select via checkboxes **348**, for example, one or more resources for viewing of additional details. The response set **338** is ranked by the aggregate value and weighting defined by resource selection criteria and value ranges as described herein.

As shown in FIG. **7**, the Results Display Workspace **33** displays the weighting **332** for each of the available resource selection criteria **339**$a$, . . . , **339**$e$. The choices of weighting and selection of resource selection criteria are made on the Detail Specification Workspace described generally herein with respect to FIG. **5**. Preferably, the system generates for display in the Results Display Workspace **33** a multidimensional plot **335** comprising one or more axes, e.g., **331**$a$, . . . ,

US 6,785,676 B2

**9**

331$e$, with each axis corresponding to each previously specified results selection criterion such as cost 339$c$, time 339$a$, timing 339$b$, quality 339$d$ and risk 339$c$. The plot is initiated in response to user selection of graph icon 337, and the user's selection of one or more resources 338 from the displayed list 333 of ranked resources. Each axis 331$a$, . . . , 331$e$ is displayed in the sequence specified by the user in the detail specification workspace 23 and includes one or more data points 349 corresponding to each resource 348 selected from the list 333. Each data point represents the value of the particular resource selection criteria represented by the axis for that resource. As the user moves his/her mouse over a data point resource on one of the axes 331$a$, . . . , 331$e$, for example, data point 330$a$ on axis 331$a$ in FIG. 7, the resource represented by that data point is visually connected, e.g., by line 334, to all the other points for that same resource, e.g., points 330$b$–330$e$. Additionally, in response to such showing, the values for all the resource selection criteria and name and rank of the resource 342 is displayed. It is understood that the locations of the data points 349 on each axis reside between the minimum and maximum resource selection criteria values indicated by the slider bars 252$a$, 252$b$ as previously set by the user in the detailed specification workspace 23 of FIG. 5.

The interface 32 is additionally provisioned with an icon 346 selectable for initiating the display of a Resource Detail Display portion 336 shown in FIG. 7, which is a graphical element used to provide further details or previews of the resources 338 selected from the list of ranked resources 333. Besides providing a text description 329 of the resource, including name, cost, timing, and terms and conditions, the graphical element 336 may be provided with hyperlinks 351–353 enabling the user to read more details regarding the resource, see pictures of the resource, or preview the resource, respectively. It should be understood that icon 337 for viewing the graph or the icon 346 for viewing detailed descriptions of the actual resources are independently selectable.

As further shown in FIG. 7, the user has the additional option 347 to view a detailed description of a currently plotted resource highlighted or shown in the graphic portion 335. The detailed description of a currently plotted resource is displayed via the Resource Detail Display portion 336.

As the user works with the system, particularly through the Results Display Workspace 33 (FIG. 7) and the Detail Specification Workspace 22 (FIG. 5) his/her interactions are captured and stored in the User Interaction Records database 15. Thus, in addition to the user query, context vector and response data set, the system retains adjustments to user context, results display manipulation, and results viewing and selection behavior 51.

Having completed the transaction, there is one more sub-process which is essential to this system: the sub-process for Context Cluster Discovery and Validation 48. This batch process, occurring asynchronously and constantly, applies unsupervised (machine) learning to cluster user interaction records and to assist in the identification of new user contexts, attribute value functions and resource indexing functions. The User Interaction Records 19 are processed against the Context Attributes Master database 14, the Attribute Value Functions database 16 and the Resource Indexing Functions database 18 and a Distance Metric 44 which helps determine "how close is close", i.e., "what's good enough" for a variety of factors. When validated by a system administrator, additional user contexts may be implemented (manually or semi-automatically) in the databases and visibly as new icons on the Context Selection Workspace 13.

**10**

Attribute functions may also be identified and resource indexing functions may be discovered and updated in the appropriate files automatically. All of these additional classifications improve the ease of use, accuracy, and predictability of the system over time. Further details regarding the Context Cluster Discovery and Validation sub-process 48 may be found in commonly-owned, co-pending U.S. patent application Ser. No. 09/778,149 entitled CUSTOMER SELF SERVICE SUBSYSTEM FOR CONTEXT CLUSTER DIS-COVERY AND VALIDATION, the contents and disclosure of which are incorporated by reference as if fully set forth herein.

The customer self-service system and the interaction with the system through the iconic interfaces of FIGS. 2, 4, 5 and 7, will now be described with respect to example domains such as education, travel and real estate, and further will be described from the point of view of the following users: a learner, a traveler and a real estate transactor, e.g., renter/buyer. In describing the user's interaction with the system through the iconic interfaces, a set of data elements used in the system and their characteristics are first defined as follows:

Query: an entry field for entering search data by using text or voice methods, for example, but not limited to these methods

User Context: a User Context represents a predefined set of context attributes which are relevant to the search behavior/needs of a group of people.

More particularly, the User Context enables the packaging of a rich set of attributes about the user with a rich set of attributes about their searching and execution environment in response to "one click" of an icon for the user presented via the interface. While there are potentially a large number of potential user contexts for any user population, each individual user would likely settle on a small number that apply to them in different circumstances. The naming of these contexts is important so that the user may recognize him/herself as potentially fitting into that group. The attributes associated with a particular user context are pre-defined by system administration and cannot be modified by the user. Over time, by implementing the Classifying User Context sub-process 24 (FIG. 1), the system will identify changes to the attribute set that will make a particular user context perform better for its repeated users. Over time the system will detect different attribute sets which appear to predict user needs/behaviors and might suggest new user contexts for the system.

Context Attribute: An attribute is used to describe a characteristic associated with the User Context.

There are potentially an unlimited number of attributes defined to the system with a master list maintained in the Context Attributes Master File. New attributes are discovered and added with system administrator validation. End users may not modify the definition of a context attribute, nor its' packaging into user contexts, nor the list of values associated with each.

Attribute Value: A list of attribute value choices is pre-defined for each context attribute.

The system sets a default value to each attribute based upon data lookup, sensed, or historically derived from prior user entry or behavior. Either the system or the user may modify the value initially set based upon explicit preferences or observed behavior. This value is added to the context vector used for resource lookup, and is retained in the historical User Interaction Records database 15 so it may be used to set default values for each individual each time they use the system.

US 6,785,676 B2

**11**

Value Resource Parameters: Parameters defined in terms of inclusion and exclusion that may be used as a filter to increase the relevance of the response set.

That is, with the basic search logic established, the user's query may be satisfied. However, the response set may contain a large number of resources which are not satisfactory to this individual. Value Resource Parameters defined in terms of inclusion and exclusion may be used as a filter to increase the relevance of the response set. The inclusionary parameters may be easier to establish by users new to the system and that exclusionary parameters will become more evident as users gain experience in working with the response sets.

Resource Selection Criteria and Value Ranges: Parameters and specifications for ranking a user's response set to enable more informed resource selection.

Thus, even with the degree of specificity enabled by the system, and even with the constant improvement in search relevance/efficiency as it relates to user contexts, there usually may be more than one resource to present to the user (in fact, if the search is too narrow, the user may miss the opportunity to explore/discover different approaches to meeting their actual needs). As most users know (or think they know) the criteria they will apply to selecting between options, a limited set of resource selection criteria are provided by the system (the set would differ by domain). However, via an interactive graphical display provided by the iconic interface of the invention, the user may now specify acceptable value ranges and relative weighting of each criteria for ranking their response set and/or may customize the use of these criteria.

When the actual response set data is offered, most users face the reality of many options, few options, more subjective information about specific resources; and they may make tradeoffs around the selection logic. For example, the response set may be refreshed as the user may decide to eliminate a criteria, change the weight of a criteria, or change the acceptable value ranges for a criteria. From these specifications, accessible via the iconic interface of the invention, the user may determine for example, whether time, timing, flexibility, and risk may be sacrificed in order to bring the cost down below a certain dollar ($) value, and, for example, determine how much more would the user need to pay to get exactly what he/she wants exactly when he/she wants it.

FIGS. **2**, **4**, **5** and **7** depict in greater detail the iconic interfaces for the customer self service system that enable the use of a rich set of assumed, sensed, inferred, and derived contexts with minimal user effort.

With initial logon, as shown in FIG. **2**, the system first presents a set of user contexts which are available to the user via the simplified iconic interface **12** of FIG. **2**. The system will suggest one context over the others, but the user may select the one most appropriate to their current situation. In each session, the user selects only one user context to use, however over time each user may discover that a couple of different user contexts serve their needs in differing circumstances. On this screen **13** particularly, the user then enters a query via one or more methods including text via a web browser display interface, for example, or via voice, for example, with help of voice recognition software. It should be understood however, that query entry is not limited to these types of methods. The user will then initiate a lookup and proceed either to a third process step (via most direct path **52**) for viewing a search result response set via the Results Display Workspace interface **32**, or, proceed to a second step (via path **50**) to optionally refine/override search variables via the Detail Specification Workspace interface **22**.

**12**

FIG. **4** illustrates in detail the first graphical user interface **12** including the initial Context Selection Workspace **13** that enables the expression of user context as part of a query. As shown in FIG. **4**, the Context Selection Workspace **13** includes: a series of one or more selectable User Context Icons **132** presented to the user for selecting user contexts; and, a Query Entry Field **131** enabling user entry of search terms via text or voice entry, for example. In accordance with the principles of the invention, the User Context Icons **132** are graphical user interface elements from which the user selects the one context most representative of his/her current situation. The icons presented in this interface each represent a packaging of sets of attribute-value pairs which describe a kind of user in a particular situation. Particularly, a user context represents a predefined set of context attributes which are relevant to the search behavior/needs of a group of users. For example, as described herein, context may include aspects of the user's knowledge, their relationship to organizations and/or communities, their user environment(s), and their resource need. All of these combine to provide a rich context surrounding the actual query which can significantly improve the outcome of the search through resources.

The Context Selection Workspace **13** thus enables the expression of user context as part of the query and is optimized for ease of use. Particularly, the user selects from one or more of the several displayed context icons **132** by clicking on them. A context "applier" pre-process described in commonly-owned, co-pending U.S. patent application Ser. No. 09/778,378 is invoked at each session initiation for a user's search transaction, using a minimal or null user data set to produce defaults for user context, attributes, values, and resource parameters for the initial display of the Context Selection Workspace **13**. This pre-processing step delivers additional benefits to the user by ensuring the use of the most current data and functions operating in the system. After making the initial query entry, by selecting hyperlink **134**, the user is able to initiate the search and proceed directly to the third interface **32** which displays the actual search results. Alternately, by selecting hyperlink **135**, the user may proceed to the second interface **22** having the Detail Specification Workspace **23** for further query editing and/or context refinement.

Returning to FIG. **2**, with respect to the second step, the user is able to fine tune or override context attribute values, value resource parameters, and resource selection criteria and value ranges, using a drag and drop interface, iconic pulldowns, and/or slide buttons. The user may return to this screen as many times as needed to find a suitable response set. Particularly, via the second iconic interface **22**, the User Context selected in the first step has been made explicit by its default settings on all the iconic interface elements listed. Thus, via a Detail Specification Workspace **23** the user may: 1) modify the query (via text entry or voice, for example); 2) change the value of attributes associated with the user context (using pull down menus); alter the value resource parameters (e.g., include/exclude) using checkboxes; 3) customize the subset of responses by altering the resource selection criteria, including the weighting of criteria and the ordering of criteria on the final display, (e.g., using checkbox and/or numeric entry); and, 4) further refine the selection by specifying minimum/maximum acceptable value ranges for resource selection criteria through drag and drop of "tabs" on sliders, for example. After making the necessary adjustment, the user re-initiates the lookup and may proceed to the third step via path **51**.

FIG. **5** illustrates in detail aspects of the second iconic graphical user interface **22** which enables the user to define

US 6,785,676 B2

13

or change all the parameters associated with their query **131** and (single) selected user context **132**. As shown in FIG. **5**, the graphical user interface **22** is divided into the following sections: a section for displaying the Query Entry field **131** as entered on the prior interface screen (FIG. **4**) and available for editing; a section for displaying navigation arrows which allow the user to proceed with the search **134**, or return to the initial Context Selection screen **136** via the first iconic interface to initiate a new query or select a different user context; and, a Detailed Specification Workspace **23** which is where all the search parameters can be explicitly viewed and modified. There are only two things the user cannot change from this screen: the user context selected (which they may change only on the Context Selection screen) and the context attributes which are linked to the user context (and which are predefined in the Context Attributes Master database **14**).

As shown in FIG. **5**, within the Detailed Specification Workspace **23** there comprises: an Attribute-Value Workspace **231**, for enabling the user to change the attribute values for all the context attributes, represented as graphic elements **232**, associated with the selected user context icon **132** (FIG. **4**); and, a Resource Selection Criteria Workspace **238**, for enabling the user to define the criteria **245** to be used in evaluating resources, define minimum and maximum acceptable values provided on slider elements **250** corresponding to each criteria, specify the weight assigned to those criteria via selection boxes **242**, and specify the positioning of those criteria in a graphical display of the resources selected via selection boxes **241**. As will be described, FIG. **3** provides sample data for the context attribute, attribute value, value resource parameters, and partial resource selection criteria from different domains which may be represented in the Detailed Specification Workspace **23**.

With more particularity, the Detailed Specification Workspace **23** additionally includes the Value-Resource Parameter Workspace **235**, for enabling the user to change or create resource parameters using include logic **237** or exclude logic **239** for any attribute value **232** selected in the Attribute-Value Workspace **231**. More specifically, the Attribute-Value Workspace **231** includes graphical representations of all the context attributes **232** associated with the single (currently active) selected user context **132**. Each context attribute **232** is displayed with a text title **233** for the attribute. The currently active attribute value for that context attribute is shown on each context attribute icon. In addition, if the user has substituted, as described below, a context attribute value different than the default value provided for this user session, a marker **253** is displayed on the corner of the context attribute icon. If the user "mouse clicks" on the context attribute element, e.g., icon **232b**, the system displays a pull down menu **234** of graphic elements showing all the possible attribute values for this context attribute. If the user "mouses over" any of the values from pull down menu **234**, e.g., attribute value **236**, a textual description **236'** supporting the element may appear. By selecting a context attribute element from the pull down menu **234**, e.g., element **236** shown highlighted in FIG. **5**, the user is enabled to fine tune their selected context based upon their current situation. If the user "mouse clicks" on a value other than the current default, the new value is "selected" to substitute for the default. If the user "double clicks" on the attribute value, the system prepares the Value-Resource Parameter Workspace **235** for this single attribute value, as will be described. FIG. **3** provides sample data for context attributes and attribute values from different domains which may be represented in the Attribute Value Workspace **231**.

14

In the Value-Resource Parameter Workspace **235**, the user may change or create resource parameters using include logic or exclude logic for any context attribute value **232** selected in the workspace **231**. Regarding FIG. **5**, with more particularity, the Value-Resource Parameter Workspace **235** is displayed for one attribute value at a time and is only displayed when requested via a double click, for example, on one of the attribute values displayed in the attribute Value Workspace **231**, e.g., attribute value **236**. The Value-Resource Parameter Workspace **235** is a pre-formatted two-column space (dialog box) where the user may establish inclusionary resource filters via checkboxes **237** and/or exclusionary resource filters via checkboxes **239**, based upon pre-established resource characteristics **236"** for that selected attribute value. The value resource parameter data elements are pre-set by the user's know context, prior history of selecting from resources identified by the system, and potentially by corporate/organizational policy implemented through the system. By making these additional specifications, the user is enabled to increase the relevance of the resource response set based upon their current situation and personal preferences. When finished with these specifications, the user may double click to close this box **235** and return to the Attribute Value Workspace **231**. This step can be repeated for as many attribute values as the user would like to refine and may be executed either before or after the search is conducted. Value resource parameter data elements associated with context attribute values for different domains, are provided in FIG. **3** as samples of data which may be represented in this Value-Resource Parameter Workspace **235**.

Regarding FIG. **5**, with more particularity, the Resource Selection Criteria Workspace **238** includes a list of criteria **245** which may be used in evaluating resources. This list, provided by the system, is customized by domain; but in all domains, it involves criteria including, but not limited to issues such as: cost, time, timing, quality and risk associated with using a particular resource to satisfy the user's specific need. The initial system default might be to use all criteria and weight them equally. Over time, however, the default criteria may be set by the system based upon user context, user prior transaction history and user behavior on prior searches. If the user wishes to further reduce the set of criteria, they may do so by assigning a weight, for example a percentage weight, to each criteria they want used in the entry boxes **242**. Along with each of the criteria selected there exists a range of acceptable values specified on an associated individual slider element **250**. The initial system default, may be "unlimited" and then, may be set over time based upon user context, use and behavior. Additionally, the user may use drag and drop tabs **252a,b** on the slider element **250** to set a minimum and/or maximum value for the associated resource selection criteria. It is understood that the unit of measure on the sliders may vary by criteria. Further, via entry boxes **241**, the user may select to view via "check" or specify via number entry the display sequence of these criteria when arrayed as the axes on an n-dimensional graphic display provided in the Results Display Workspace via graphic interface **32** as described in commonly owned, co-pending U.S. patent application Ser. No. 09/778,147, or when viewed on another visualization system.

The Detailed Specification Workspace **23** thus provides full disclosure of system defaults and enables the user to completely manage their search.

With respect to the third step, a display of the annotated response set is provided in a form ready for preview or selection as described herein with respect to FIG. **7**. The user

US 6,785,676 B2

**15**

may rework this screen as many times as needed to better understand and make decisions about resource(s) to use. More particularly, via the Results Display Workspace **33** the user may: 1) view the response set, ranked by the aggregate value and weighting as defined by resource selection criteria and value ranges; 2) select one or many of the ranked responses for graphical display in multi-dimensions along the multiple axes of the resource selection criteria; and, 3) initiate a "roll over" of one or more resources from either the ranked list or the graphical display to view detailed descriptions or to "preview" the resource. If there are too many responses, too few, or if they are incorrect, the user may return to the second step to further refine/redefine, and re-execute the lookup. Alternately, the user may return to the first step to choose a different context for their search.

While the system is intended to operate on a fully enabled graphic workstation or personal computer, it is intended that search definition and the results visualization processes described herein with respect to FIGS. **4, 5** and **7** may be operated by users of reduced graphics-enabled devices such as text screen workstations, Organizers, or any type of Personal Digital Assistants (PDAs). Accordingly, in alternative embodiments, all the context icons may have names, all the graphical displays may be reduced to lists, all the pull downs may be viewed as indented lists or secondary servers, and all the min-max sliders may convert to fill-in boxes. Further, as mentioned, the customer self service system described herein is applicable to many applications including the domains of education, real estate, and travel. The generic process flow described with respect to FIG. **2**, will now be described with specific examples from the education, real estate and travel domains as shown in FIG. **3**.

With respect to the education domain, the user is a learner and FIG. **3** depicts an example interaction with the system through the iconic interfaces (FIG. **2**) included in the embodiment of the invention as applied to the education domain. The three iconic workspaces of FIG. **2** enable the learner to specify example data elements, such as the example data elements depicted in the Education (e.g., Environmental) column **60** of FIG. **3**, and view results, as follows: In the first process step, the learner uses the Context Selection Workspace (interface **12** of FIG. **4**) to specify their query **61** as "Learn Lotus Notes at home." The learner may select the User Context "Remote Staffie", for example (where the icon's name is highlighted in FIG. **3**), from among the available set of context icons **62**. The learner may then elect to go to the Detail Specification Workspace (interface **22** of FIG. **5**) in the second process step in order to view the context attributes **63** associated with the "Remote Staffie" User Context. Preferably, the default assigned context attribute value ("DSL", for example) for any context attribute ("Connectivity", for example) is visible on the context attribute icon ("Connectivity", for example, whose name is shown highlighted in FIG. **3**). The learner may click on the context attribute "Connectivity" to see the menu of associated attribute values 64. The learner, for example, may select the "Disconnected" attribute value shown highlighted in FIG. **3**. By double clicking on this attribute value the list of Value Resource Parameters, i.e., include/exclude filters **65**, for the attribute value "Disconnected" is displayed. The learner, for example, may indicate that they want to include download and play resources and exclude online collaborative resources when searching for relevant resources. The learner may additionally specify resource priorities **66** by selecting, sequencing and weighting and specifying minimum and maximum values for

**16**

relevant criteria such as cost, time, quality and risk on the Resource Selection Criteria Definition graphical user interface element on the Detail Specification Workspace (interface **22** of FIG. **5**). In the third step of the process, the results of the learner's search are listed in the user view of the Results Display Workspace (interface **32** of FIG. **2**). The learner may immediately select one or more of the listed education resources, request to see additional details on them, or request to see a response set graphic indicating the relative positioning of each resource along each of the axes (n-dimensions, relating to cost, time, quality and risk) specified earlier. If no acceptable education resources were provided, the learner may return to the Context Selection Workspace to redefine their query or select a different User Context such as "Commuting Techie" via the first interface. The learner may additionally elect to return to the Detail Specification Workspace of the second interface to change the default value of the context attribute "Connectivity" from Disconnected to Dial-up and add or remove Value Resource Parameters for the attribute value Dial-up or other context attribute values associated with context attributes such as "Learning Mode" or "Technical Field". The learner may also change their selection criteria, the weighting of the selection criteria, and the minimum/maximum values for any selection criteria, in hopes of identifying additional relevant resources.

With respect to the education domain, the user is a "learner" however, the three iconic workspaces of FIG. **2** provide the process for enabling the learner to specify example data elements, such as the example data elements depicted in the Education (e.g., Subject Matter) column **70** of FIG. **3**, and view results, as follows: In the first process step, the learner uses the Context Selection Workspace (interface **12** of FIG. **4**) to specify their query **71** as "Become a Linux developer by June" for example. The learner selects the User Context "Commuting Techie" from among the available context icons **72**. The learner may elect to go to the Detail Specification Workspace in order to view the context attributes **73** associated with the "Commuting Techie" user context. Preferably, the default assigned context attribute value ("Programming", for example) for any context attribute ("Technical Field", for example) is visible on the context attribute icon ("Technical Field", for example, whose name is shown highlighted in FIG. **3**). In addition, the learner may click on the context attribute ("Technical Field, to stay with the example) to display a pull down menu to view the other values **74** (in either picture or word format) that could be assigned to this attribute. The learner, for example, may select "Graphical Interfaces" shown highlighted in FIG. **3**. By double clicking on this attribute value, the list of Value Resource Parameters (include/exclude filters **75**) for the attribute value "Graphical Interfaces" will be displayed. For example, the learner may indicate that they want to include the KDE interface and exclude the GNOME interface when searching for relevant resources. The learner may additionally specify resource priorities **76** by selecting, sequencing and weighting and specifying minimum and maximum values for relevant criteria such as cost, time, quality and risk on the Resource Selection Criteria Definition graphical user interface element on the Detail Specification Workspace. The results of the learner's search are listed on the Results Display Workspace via the interface **32**. The learner may immediately select one or more of the listed education resources, request to see additional details on them, or request to see a response set graphic indicating the relative positioning of each resource along each of the axes (n-dimensions, relating to cost, time, quality and risk) speci-

17                                          18

fied earlier. If no acceptable education resources were provided, the learner may return to the Context Selection Workspace **13** via the first interface **12** to redefine their query or select a different user context such as "Traveling Consultant." The learner may also elect to return to the Detail Specification Workspace via the second interface **22** to change the default value of the context attribute "Technical Field" from Graphical Interfaces to Programming and add or remove Value Resource Parameters for the attribute value Programming or other context attribute values associated with context attributes such as "Learning Mode" or "Connectivity." The learner may also change their selection criteria, the weighting of the selection criteria, and the minimum/maximum values for any selection criteria, in hopes of identifying additional relevant resources.

With respect to the real-estate domain, the user is a real estate transactor (renter/buyer) and FIG. **3** depicts an example interaction with the system through the iconic interfaces (FIG. **2**) included in the embodiment of the invention as applied to the real estate domain. The three iconic workspaces of FIG. **2** enable a real estate renter or buyer to specify example data elements, such as the example data elements depicted in the Real Estate column **80** of FIG. **3**, and view results, as follows: In the first process step, the renter or buyer uses the Context Selection Workspace to specify their query **81** as "Find housing near new job by August." The renter or buyer selects the user context "Relocating Business Professional" from among the available context icons **82**. The renter or buyer may elect to go to the Detail Specification Workspace in the second interface in order to view the context attributes **83** associated with the "Relocating Business Professional" user context. Preferably, the default assigned context attribute value ("Subcontract it all", for example) for any context attribute ("Maintenance Style", for example) is visible on the context attribute icon ("Maintenance Style", for example, whose name is shown highlighted in FIG. **3**). In addition, the renter/buyer may click on the context attribute ("maintenance style, to stay with the example) to display a pull down menu to view the other values **84** (in either picture or word format) that could be assigned to this attribute. Upon renter or buyer double clicking on attribute value "Do-It-YourSelf-er", for example, the list of Value Resource Parameters (include/exclude filters **85**) for the attribute value "Do-It-YourSelf-er" is displayed. For example, as shown in FIG. **3**, the renter or buyer may indicate that they want to include walls, paint and lawn mowing and exclude plumbing, electrical and landscaping when searching for relevant resources. The renter or buyer may additionally specify resource priorities **86** by selecting, sequencing and weighting and specifying minimum and maximum values for relevant criteria such as cost, time, quality and risk on the Resource Selection Criteria Definition graphical user interface element on the Detail Specification Workspace. The results of the renter or buyer's search are listed on the Results Display Workspace of the third interface **32** in which the renter or buyer may immediately select one or more of the listed real estate resources, request to see additional details on them, or request to see a response set graphic indicating the relative positioning of each resource along each of the axes (n-dimensions, relating to cost, time, quality and risk) specified earlier. If no acceptable housing resources were provided, the renter or buyer may return to the Context Selection Workspace to redefine their query or select a different user context such as "Empty Nester." The renter or buyer can also elect to return to the Detail Specification Workspace to change the default value of the context

attribute "Maintenance Style" from Do-It-Yourself-er to Subcontract It All, for example, and add or remove Value Resource Parameters for the attribute value "Subcontract It All" or other context attribute values associated with context attributes such as "Mode of Commute to Work/School" or "Mode of Housing." The real estate transactor may also change their selection criteria, the weighting of the selection criteria, and the minimum/maximum values for any selection criteria, in hopes of identifying additional relevant resources.

With respect to the travel domain, the user is a traveler and FIG. **3** depicts an example interaction with the customer self service system through the iconic interfaces (FIG. **2**) included in the embodiment of the invention as applied to the travel domain. The three iconic workspaces of FIG. **2** enable a traveler to specify data elements, such as the example data elements depicted in the Travel column **90** of FIG. **3**, and view results, as follows: In the first process step, the traveler uses the Context Selection Workspace to specify their query **91** such as "Plan a trip to Vermont in June", for example. The traveler may then select the User Context Icon "Single Mom with kids", for example, from among the available user context icons **132**, (where the icon's name **92** is highlighted in FIG. **3**). The traveler may then elect to go to the Detail Specification Workspace in order to view the context attributes **93** associated with the "Single Mom with Kids" user context.

Preferably, the default assigned context attribute value ("Drive", for example) for any context attribute ("Mode of Transportation", for example) is visible on the context attribute icon ("Mode of Transportation", for example, whose name is shown highlighted in FIG. **3**). In addition, the traveler may click on the context attribute ("mode of transportation", to stay with the example) to display a pull down menu to view the other values **94** (in either picture or word format) that could be assigned to this attribute ("Fly" for example). The traveler selects "fly" as an alternative to "drive", as illustrated with highlighting in FIG. **3**. By "overriding" this attribute value and double clicking on it, the list of Value Resource parameters (include/exclude filters **95**) for the attribute value "Fly" is displayed. The traveler may indicate that he/she wants to include all major carriers and exclude prop planes and airlines with bad safety records when searching for relevant resources. The traveler may also specify resource priorities **96** by selecting, sequencing and weighting and specifying minimum and maximum values for relevant criteria such as cost, time, quality and risk on the Resource Selection Criteria Definition graphical user interface element on the Detail Specification Workspace. The results of the traveler's search are then displayed via the Results Display Workspace of the third iconic interface **32** of FIG. **2**. The traveler may immediately select one or more of the listed travel resources, request to see additional details on them, or request to see a response set graphic indicating the relative positioning of each resource along each of the axes (n-dimensions relating to cost, time, quality and risk) specified earlier. If no acceptable travel resources were provided, the traveler may return to the Context Selection Workspace in Step **1** to redefine their query or select a different user context such as "Swinging Singles." The traveler may also elect to return to the Detail Specification Workspace in Step **2** to change the default value of the context attribute "Mode of Transportation" from Fly to Train and add or remove Value Resource Parameters for the attribute value Train or other context attribute values associated with context attributes such as "Mode of Housing" or "Food Style". The traveler may also change their selection

**19**

criteria, the weighting of the selection criteria, and the minimum/maximum values for any selection criteria, in hopes of identifying additional relevant resources.

Referring back to FIG. **1**, the customer self service system implements an n-dimensional context vector **25'**, derived from the combination of user context and previous interaction with the system, to map specific contexts to specific resources. This increases the relevance of search results for a given user in their current context without requiring the user to explicitly train the system. Inferences and conclusions are made regarding both the individual user's preferred resource characteristics and those of a common set of users. These are used as input to the sub-processes of the invention described herein and in sub-systems described in above-mentioned commonly-owned, co-pending U.S. patent application Ser. Nos. 09/778,378, 09,778,135 and, to modify the ionic interfaces presented to each particular user for their subsequent search using the current invention as well as to modify the results that would be selected for presentation to the user via the interface described in Ser. No. 09,778,147 in response to an identical search. Over time, the system will improve in its ability to serve individual needs and evolve to an ability to suggest preferred answers to groups of users.

The overall system also uses a batch background process described in commonly-owned, co-pending U.S. patent application Ser. No. 09,778,149 to cluster user interaction records to assist in the identification of new user contexts which serves to improve the system over time.

While the prior art has made use of adaptive learning in information retrieval systems, the overall customer self service system for resource search and selection enables the use of a large, rich set of contextual attribute-value pairs, is focused on learning about the user/user groups rather than the resources/resource groups and is able to discover user group characteristics and apply them to individuals. Much of the prior art is focused on the discovery of database structure, the clustering of data within the resources, or discovering relevant taxonomy for resources but the current system discovers contexts and context attributes among users which can be used predictively. The customer self-service system of the invention uses a highly specialized and optimized combination of supervised & unsupervised logic along with both automated and semi-automated entry of learned results and is able to deliver higher value because contexts are used in a closed loop self improvement system; front end (entry) middle (search and display) and back end (results and user feedback) are integrated. Other systems apply machine learning at the front, middle, or back, but not integrated throughout. The current system identifies context classifications and functions, and applies them to individual users to reduce the burden of fully communicating their question and increasing the specificity and accuracy of a query's search parameters. The current system identifies and improves selection logic and identifies and improves response sets to common queries based upon a rich set of contextual variables. The current system additionally orders the response set, potentially further limiting it, and prepares the response set for display in a way that identifies the "best" resources for a particular user based upon the rich set of context variables. The display of the invention additionally illustrates the decision making characteristics of the alternatives presented.

While the invention has been particularly shown and described with respect to illustrative and preformed embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and

**20**

scope of the invention which should be limited only by the scope of the appended claims.

Having thus described my invention, what I claim as new, and desire to secure by Letters Patent is:

**1**. A resource results annotator for a customer self service system that performs resource search and selection comprising:

mechanism for receiving a resource response set of results obtained in response to a current user query;

mechanism for receiving a user context vector associated with said current user query, said user context vector comprising data associating an interaction state with said user and including context that is a function of the user; and,

an ordering and annotation function for mapping the user context vector with the resource response set to generate an annotated response set having one or more annotations for controlling the presentation of the resources to the user, wherein the ordering and annotation function is executed interactively at the time of each user query.

**2**. The resource results annotator as claimed in claim **1**, wherein said annotations include elements for ordering resource results to be displayed via a graphical user interface.

**3**. The resource results annotator as claimed in claim **1**, wherein said annotations include elements for bolding one or more resource results to be displayed via a graphical user interface.

**4**. The resource results annotator as claimed in claim **1**, wherein said annotations include elements for determining one or more primary resource results to be displayed on a first display screen via a graphical user interface and which are secondary resource results for presentation via a secondary display screen.

**5**. The resource results annotator as claimed in claim **1**, wherein said self service system includes a database of user interaction records including actual resources selected by the users and the annotation schemes used for presenting them via a graphical interface, said annotator further comprising a processing mechanism for receiving user interaction data from among said database of user interaction records and an annotation scoring metric representing a measure of performance in locating resource response results displayed via said graphical interface, and generating said ordering and annotation function, said annotation function being adaptable based on history of user interactions as provided in said database of user interaction records.

**6**. The resource results annotator as claimed in claim **1**, wherein said processing mechanism for generating said ordering and annotation function is performed off-line.

**7**. The resource results annotator as claimed in claim **5**, wherein said user interaction data comprises past and present user queries.

**8**. The resource results annotator as claimed in claim **5**, wherein said user interaction data comprises system responses to said user queries.

**9**. The resource results annotator as claimed in claim **5**, wherein said user interaction data comprises raw context information including: one or more of static, historical context, transient context, organizational context, community context, and environment context.

**10**. The resource results annotator as claimed in claim **9**, wherein said user interaction data comprises other raw context associated with the user and dependent upon that user's interaction state and query domain.

**11**. The resource results annotator as claimed in claim **10**, wherein a query domain includes one of: education, travel and real estate.

US 6,785,676 B2

21

**12**. The resource results annotator as claimed in claim **5**, wherein said processing mechanism implements a supervised learning algorithm.

**13**. The resource results annotator as claimed in claim **12**, wherein said user interaction data comprises user interaction feedback, said supervised learning algorithm optimizing said annotation scoring metric as measured by said user interaction feedback.

**14**. A method for annotating resource results obtained in a customer self service system that performs resource search and selection, said method comprising the steps of:

  a) receiving a resource response set of results obtained in response to a current user query;

  b) receiving a user context vector associated with said current user query, said user context vector comprising data associating an interaction state with said user and including context that is a function of the user;

  c) applying an ordering and annotation function for mapping the user context vector with the resource response set to generate an annotated response set having one or more annotations; and,

  d) controlling the presentation of the resource response set to the user according to said annotations, wherein the ordering and annotation function is executed interactively at the time of each user query.

**15**. The method as claimed in claim **14**, wherein said controlling step d) further includes the step of bolding one or more resource results to be displayed via a graphical user interface.

**16**. The method as claimed in claim **14**, wherein said controlling step d) further includes the step of determining one or more primary resource results to be displayed on a first display screen via a graphical user interface and which are secondary resource results for presentation via a secondary display screen.

**17**. The method as claimed in claim **14**, wherein said self service system includes a database of user interaction records including actual resources selected by the users and the annotation schemes used for presenting them via a a graphical interface, said method further comprising the steps of:

  receiving user interaction data from among said database of user interaction records and an annotation scoring metric representing a measure of performance in locating resource response results displayed via said graphical interface; and,

  generating said ordering and annotation function, said annotation function being adaptable based on history of user interactions as provided in said database of user interaction records.

**18**. The method as claimed in claim **17**, wherein said step of generating said ordering and annotation function is performed off-line.

**19**. The method as claimed in claim **17**, further including implementing a supervised learning algorithm for generating said ordering and annotation function.

**20**. The method as claimed in claim **18**, wherein said user interaction data comprises user interaction feedback, said supervised learning algorithm optimizing said annotation scoring metric as measured by said user interaction feedback.

**21**. A program storage device readable by machine, tangibly embodying a program of instructions executable by the

22

machine to perform method steps for annotating resource results obtained in a customer self service system that performs resource search and selection, said method comprising the steps of:

  a) receiving a resource response set of results obtained in response to a current user query;

  b) receiving a user context vector associated with said current user query, said user context vector comprising data associating an interaction state with said user and including context tat is a function of the user;

  c) applying an ordering and annotation function for mapping the user context vector with the resource response set to generate an annotated response set having one or more annotations; and,

  d) controlling the presentation of the resource response set to the user according to said annotations, wherein the ordering and annotation function is executed interactively at the time of each user query.

**22**. The program storage device readable by machine as claimed in claim **21**, wherein said controlling step d) further includes the step of ordering resources results to be displayed via a graphical user interface.

**23**. The program storage device readable by machine as claimed in claim **21**, wherein said controlling step d) further includes the step of bolding one or more resources results to be displayed via a graphical user interface.

**24**. The program storage device readable by machine as claimed in claim **21**, wherein said controlling step d) further includes the step of determining one or more primary resource results to be displayed on a first display screen via a graphical user interface and which are secondary resource results for presentation via a secondary display screen.

**25**. The program storage device readable by machine as claimed in claim **21**, wherein said self service system includes a database of user interaction records including actual resources selected by the users and the annotation schemes used for presenting them via a graphical interface, said method further comprising the steps of:

  receiving user interaction data from among said database of user interaction records and an annotation scoring metric representing a measure of performance in locating resource response results displayed via said graphical interface; and,

  generating said ordering arid annotation function, said annotation function being adaptable based on history of user interactions as provided in said database of user interaction records.

**26**. The program storage device readable by machine as claimed in claim **21**, wherein said step of generating said ordering and annotation function is performed off-line.

**27**. The program storage device readable by machine as claimed in claim **25**, further including implementing a supervised learning algorithm for generating said ordering and annotation function.

**28**. The method as claimed in claim **26**, wherein said user interaction data comprises user interaction feedback, said supervised learning algorithm optimizing said annotation scoring metric as measured by said user interaction feedback.

\* \* \* \* \*

# EXHIBIT D

US007543234B2

(12) **United States Patent**
    Daniels et al.

(10) Patent No.: **US 7,543,234 B2**
(45) Date of Patent: **Jun. 2, 2009**

(54) **STACKING PORTLETS IN PORTAL PAGES**

(75) Inventors: **Fonda J. Daniels**, Cary, NC (US); **David Bruce Kumhyr**, Austin, TX (US); **Paul Franklin McMahan**, Apex, NC (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 320 days.

(21) Appl. No.: **11/173,041**

(22) Filed: **Jul. 1, 2005**

(65) **Prior Publication Data**

US 2007/0006083 A1      Jan. 4, 2007

(51) **Int. Cl.**
    **G06F 3/00**      (2006.01)

(52) **U.S. Cl.** ...................... **715/742**; 715/790; 715/766; 715/767

(58) **Field of Classification Search** ................ 715/790, 715/742, 513, 766, 767, 802
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,491,785 | A | * | 2/1996 | Robson et al. .............. 715/210 |
| 5,835,094 | A | * | 11/1998 | Ermel et al. ................ 715/848 |
| 6,374,237 | B1 | | 4/2002 | Reese ............................ 707/3 |
| 6,448,956 | B1 | * | 9/2002 | Berman et al. .............. 345/156 |
| 6,591,261 | B1 | | 7/2003 | Arthurs ......................... 707/2 |
| 6,613,101 | B2 | * | 9/2003 | Mander et al. .............. 715/273 |
| 6,658,626 | B1 | | 12/2003 | Aiken .......................... 715/526 |
| 6,782,421 | B1 | | 8/2004 | Soles et al. ................. 709/223 |
| 6,829,615 | B2 | | 12/2004 | Schirmer et al. ............. 707/102 |
| 6,857,020 | B1 | | 2/2005 | Chaar et al. ................. 709/226 |
| 7,216,295 | B2 | * | 5/2007 | Wu et al. ..................... 715/203 |

| | | | |
|---|---|---|---|
| 2002/0038228 | A1 | 3/2002 | Waldorf et al. ................. 705/7 |
| 2002/0046257 | A1 | 4/2002 | Killmer ...................... 709/218 |
| 2002/0167538 | A1 | 11/2002 | Bhetanabhotla ............. 345/700 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          112668 A2      8/2001

OTHER PUBLICATIONS

Rodriguez et al., "Adding Voice to your Portlet Applications", Jul. 23, 2004, IBM, pp. 1-142. http://www.redbooks.ibm.com/redpapers/pdfs/redp3878.pdf.

(Continued)

*Primary Examiner*—Stephen S Hong
*Assistant Examiner*—Omar Abdul-Ali
(74) *Attorney, Agent, or Firm*—Yee & Associates, P.C.; Robert E. Straight, II

(57) **ABSTRACT**

A portal is comprised of a plurality of portlets. Each portlet accesses hardware and software to gather data. Each portlet offers information to the portal page. Each portlet's information has a specific content type and markup. A subset of portlets are determined stackable if the subset of portlets have in common one or more of the same hardware, software, content type or markup. Once a subset of portlets is determined stackable, the user's preference for stacking the portlets is obtained by loading a user profile or asking the user. If the subset of portlets are stackable and the user desires the subset of portlets stacked, then the subset of portlets are stacked such that the stack of portlets present a first portlet and a control for selecting a second portlet from within the subset of portlets that is not currently presented.

**18 Claims, 6 Drawing Sheets**



**US 7,543,234 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0173997 A1 | 11/2002 | Menard et al. | 705/7 |
| 2003/0187967 A1 | 10/2003 | Walsh et al. | 709/223 |
| 2003/0197735 A1 | 10/2003 | Woltzen | 345/777 |
| 2004/0034553 A1 | 2/2004 | Cole et al. | 705/7 |
| 2004/0158799 A1 | 8/2004 | Breuel | 715/513 |
| 2004/0189707 A1 | 9/2004 | Moore et al. | 345/777 |
| 2004/0230557 A1* | 11/2004 | Bales et al. | 707/1 |
| 2004/0254851 A1* | 12/2004 | Himeno et al. | 705/26 |
| 2005/0015716 A1 | 1/2005 | Lavoie et al. | 715/511 |
| 2005/0034553 A1 | 2/2005 | Kamen et al. | 74/491 |
| 2005/0049924 A1 | 3/2005 | DeBettencourt et al. | 705/21 |
| 2005/0055634 A1* | 3/2005 | Burns et al. | 715/517 |
| 2005/0065913 A1* | 3/2005 | Lillie et al. | 707/3 |
| 2006/0004913 A1* | 1/2006 | Chong | 709/217 |
| 2006/0031851 A1* | 2/2006 | Laird et al. | 719/320 |
| 2006/0129935 A1* | 6/2006 | Deinlein et al. | 715/733 |
| 2007/0214449 A1* | 9/2007 | Choi et al. | 717/100 |

### OTHER PUBLICATIONS

Rokosz et al., "Computer-Implemented Method, System and Program Product for Analyzing a Collaborative Space", DOSS # LOT920030053.

Velasquez et al., "Combining the web content and usage mining to understand the visitor behavior in a website", Third IEEE International Conference on Data Mining, ISBN: 0 7695 1978 4, 2003, pp. 669-672.

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4





FIG. 5



FIG. 6



*700*

BEGIN

RECEIVE REQUEST FOR GENERATING A
PORTAL PAGE INCLUDING A SUBSET OF PORTLETS  ~*702*

DETERMINE SOFTWARE PROCESSES AND HARDWARE
RESOURCES ACCESSED BY EACH PORTLET  ~*704*

DETERMINE CONTENT AND MARKUP OF EACH PORTLET  ~*706*

LOAD USER PROFILE/PREFERENCES  ~*708*

IDENTIFY ONE OR MORE SETS OF
PORTLETS THAT ARE STACKABLE  ~*710*

GENERATE THE PORTAL PAGE WITH ONE
OR MORE SUBSETS OF PORTLETS STACKED  ~*712*

RETURN THE PORTAL PAGE  ~*714*

END

FIG. 7

US 7,543,234 B2

**1**

## STACKING PORTLETS IN PORTAL PAGES

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to graphical user interface (GUI). Still more particularly the present invention relates to an improved method, apparatus, and computer usable code for customizing portal pages.

2. Description of the Related Art

A portal displays information aggregated from different sources. The information is customized for a specific user and is dynamically updated. The user interacts with the portal by specifying what information is displayed and how it is displayed. A user may customize a portal by specifying the user's preferences so that each time the user accesses the portal, the portal checks the user's preferences and displays the information that the user wants in the form in which the user wants the information to be displayed. The user may also vary which information is displayed or how it is displayed by interacting with the portal in real-time in addition to using user preferences.

For example, a user can specify which publicly traded companies the user is interested in and the portal may display stock quotes and recent news items about those companies. Because each user may be interested in different companies, each user's portal displays only what that user wants to see and in the way the user wants to see it. A portal may also be used to monitor a computer network by monitoring the status of different network resources.

Each time a user preference is added, the portlet(s) associated with that preference are added to the portal. Thus, customization of a portal page may result in many portlets being crowded into the portal page, which may result in a cluttered portal that makes it difficult for the user to view all the portlets clearly.

### BRIEF SUMMARY OF THE INVENTION

The present invention provides a method, apparatus, and computer useable code for displaying information from a plurality of portlets. A portal is comprised of a plurality of portlets. Each portlet accesses hardware and software to gather data. Each portlet offers information to the portal page. Each portlet's information has a specific content type and markup. A subset of portlets is determined stackable if the subset of portlets has in common one or more of the same hardware, software, content type, or markup. Once a subset of portlets is determined stackable, the user's preference for stacking the portlets is obtained by loading a user profile or asking the user. If the subset of portlets is stackable and the user desires the subset of portlets stacked, then the subset of portlets is stacked such that the stack of portlets presents a first portlet and a control for selecting a second portlet from within the subset of portlets that is not currently presented.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The novel features believed characteristic of the invention are set forth in the appended claims. The invention itself, however, as well as a preferred mode of use, further objectives and advantages thereof, will best be understood by reference to the following detailed description of an illustrative embodiment when read in conjunction with the accompanying drawings, wherein:

**2**

FIG. **1** depicts a pictorial representation of a network of data processing systems in which aspects of the present invention may be implemented;

FIG. **2** is a block diagram of a data processing system that may be implemented as a server in accordance with an illustrative embodiment of the present invention;

FIG. **3** is a block diagram of portlets monitoring software processes and hardware in accordance with an embodiment of the present invention;

FIG. **4** is a block diagram of a portal with portlets in accordance with an embodiment of the present invention;

FIG. **5** is a block diagram of a portal with stacked portlets in accordance with an embodiment of the present invention;

FIG. **6** is a block diagram of a portal architecture in accordance with an embodiment of the present invention; and

FIG. **7** depicts a flowchart illustrating how portlets are stacked in accordance with an embodiment of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

FIGS. **1** and **2** are provided as exemplary diagrams of data processing environments in which embodiments of the present invention may be implemented. It should be appreciated that FIGS. **1** and **2** are only exemplary and are not intended to assert or imply any limitation with regard to the environments in which aspects or embodiments of the present invention may be implemented. Many modifications to the depicted environments may be made without departing from the spirit and scope of the present invention.

Typically, a user sends a request to a portal page generator to create a portal. The request to create a portal may involve accessing a specific web page, logging on to a specific web page, or other means. Typically, each portal is customized to a specific user's requirements. A given portal displays information aggregated from different sources and the information is dynamically updated while the portal is being generated. Each source may be hosted by a different web server.

If the user's identity is sent with the request to generate the portal page, then a user profile may be loaded and the portal generated based on information in the user's profile. The user's identity may be determined by asking the user to login, a cookie placed on the user's computer or other means.

If there is no user profile then a default profile may be used. The user may specify what information is displayed and how it is displayed and these preferences may be stored in the user's profile, so that each time the user accesses the portal, the portal loads the user's profile and displays the appropriate information in the appropriate form. The user may also vary which information is displayed or how it is displayed by interacting with the portal in real-time in addition to specifying that information in a user profile.

For example, if a user specifies which publicly traded companies the user is interested in, then the portal will display stock quotes and recent news items about those companies. Because each user may be interested in different companies, each user's portal displays only what that user wants to see and in the way the user wants to see it. A portal may also be used to monitor a computer network by monitoring the status of different network resources.

Typically, each piece of information displayed on a portal page is created by a portlet. The portlet accesses specific software processes or hardware to gather information. The portlet then takes the gathered information, and displays it on the portal page using a markup language user interface component.

**3**

Each time a user requests additional information be displayed on the portal page the portlet(s) associated with that information are added to the portal. Thus, customization of a portal page may result in many portlets being crowded into the portal page, which may result in a cluttered portal that makes it difficult for the user to view all the portlets clearly.

This invention provides an improved method, apparatus, and computer useable code for organizing the portlets as the number of portlets displayed increases to prevent the portal from becoming crowded.

With reference now to the figures, FIG. **1** depicts a pictorial representation of a network of data processing systems in which aspects of the present invention may be implemented. Network data processing system **100** is a network of computers in which embodiments of the present invention may be implemented. Network data processing system **100** contains a network **102**, which is the medium used to provide communications links between various devices and computers connected together within network data processing system **100**. Network **102** may include connections, such as wire, wireless communication links, or fiber optic cables.

In the depicted example, server **104** connects to network **102** along with storage unit **106**. In addition, clients **108**, **110**, and **112** connect to network **102**. These clients **108**, **110**, and **112** may be, for example, personal computers or network computers. In the depicted example, server **104** may be a web server that providers portal pages and applications to clients **108**-**112**. Clients **108**, **110**, and **112** are clients to server **104**. Network data processing system **100** may include additional servers, clients, and other devices not shown.

In the depicted example, network data processing system **100** is the Internet with network **102** representing a worldwide collection of networks and gateways that use the Transmission Control Protocol/Internet Protocol (TCP/IP) suite of protocols to communicate with one another. At the heart of the Internet is a backbone of high-speed data communication lines between major nodes or host computers, consisting of thousands of commercial, government, educational and other computer systems that route data and messages. Of course, network data processing system **100** also may be implemented as a number of different types of networks, such as for example, an intranet, a local area network (LAN), or a wide area network (WAN). FIG. **1** is intended as an example, and not as an architectural limitation for different embodiments of the present invention.

Referring to FIG. **2**, a block diagram of a data processing system that may be implemented as a server, such as server **104** in FIG. **1**, is depicted in accordance with an illustrative embodiment of the present invention. Data processing system **200** may be asymmetric multiprocessor (SMP) system including a plurality of processors **202** and **204** that connect to system bus **206**. Alternatively, a single processor system may be employed. Also connected to system bus **206** is memory controller/cache **208**, which provides an interface to local memory **209**. I/O bus bridge **210** connects to system bus **206** and provides an interface to I/O bus **212**. Memory controller/cache **208** and I/O bus bridge **210** may be integrated as depicted.

Peripheral component interconnect (PCI) bus bridge **214** connects to I/O bus **212** provides an interface to PCI local bus **216**. A number of modems may be connected to PCI local bus **216**. Typical PCI bus implementations will support four PCI expansion slots or add-in connectors. Communications links to clients **108**-**112** in FIG. **1** may be provided through modem **218** and network adapter **220** connected to PCI local bus **216** through add-in connectors.

**4**

Additional PCI bus bridges **222** and **224** provide interfaces for additional PCI local buses **226** and **228**, from which additional modems or network adapters may be supported. In this manner, data processing system **200** allows connections to multiple network computers. A memory-mapped graphics adapter **230** and hard disk **232** may also be connected to I/O bus **212** as depicted, either directly or indirectly.

Those of ordinary skill in the art will appreciate that the hardware depicted in FIG. **2** may vary. For example, other peripheral devices, such as optical disk drives and the like, also may be used in addition to or in place of the hardware depicted. The depicted example is not meant to imply architectural limitations with respect to the present invention.

The data processing system depicted in FIG. **2** may be, for example, an IBM eServer™ pSeries® computer system, running the Advanced Interactive Executive (AIX®) operating system or LINUX operating system (eServer, pSeries and AIX are trademarks of International Business Machines Corporation in the United States, other countries, or both while Linux is a trademark of Linus Torvalds in the United States, other countries, or both).

Those of ordinary skill in the art will appreciate that the hardware in FIGS. **1** and **2** may vary depending on the implementation. Other internal hardware or peripheral devices, such as flash memory, equivalent non-volatile memory, or optical disk drives and the like, may be used in addition to or in place of the hardware depicted in FIGS. **1** and **2**. Also, the processes of the present invention may be applied to a multiprocessor data processing system.

Referring to FIG. **3**, the reference numeral **300** generally designates a block diagram showing portlets monitoring one or more resources in accordance with an embodiment of the present invention. A resource may be a software process, a hardware subsystem, or a similar network resource.

FIG. **3** comprises portlets **302**, **304**, **306**, and **308**, software processes **310**, **312**, and **314**, hardware **316**, **318**, and **320**, monitor **322**, and transactional logs **324**, **326**, **328**, and **330**. The software processes and hardware may reside anywhere in the computer network. The number of portlets, software processes, and hardware shown are purely for purposes of illustration and are not meant to imply architectural limitations with respect to the invention.

In this example, portlet **302** accesses hardware **316**, software process **310** and software process **312**. Portlet **304** accesses software process **312** and software process **314**. Portlet **306** accesses software process **312**, software process **314**, hardware **318**, and hardware **320**. Portlet **308** accesses software process **310**, software process **312**, hardware resource **316**, hardware resource **318** and hardware resource **320**.

Monitor **322** monitors portlets **302**, **304**, **306**, and **308** and produces a transactional log for each portlet. Thus, transactional log **324** corresponds to portlet **302**, transactional log **326** corresponds to portlet **304**, transactional log **328** corresponds to portlet **306**, and transactional log **330** corresponds to portlet **308**.

Transactional logs **324**, **326**, **328** and **330** each contain information about the resources, such as software processes and hardware that each portlet accesses to gather data. By comparing transactional logs, an application such as a portal page generator can determine whether two or more portlets are accessing the same resources or the same type of resources. Portlets that access the same resources or same type of resources are considered stackable and may be stacked based on the user's preferences. Note that additional items, such as content and markup, may also be looked at when determining whether two or more portlets are stackable.

US 7,543,234 B2

**5**

Any characteristic of a portlet, such as the resource monitored or the output display may be used to compare two or more portlets to determine if they are stackable.

For example, portlet **302** and portlet **308** both access resources **310**, **312**, and **316** and can be stacked if a stackable portlet requires three or more common characteristics. If two or more common characteristics are required, portlet **304** and portlet **306** both monitor **312** and **314**, and therefore, may be stackable. If only one common characteristic is required, **302**, **304**, **306**, and **308** may be stackable because **312** is common. See Table 1.

TABLE 1

| Number in common | Common Software Process or Hardware | Stackable Portlets |
|---|---|---|
| 1 | 312 | 302, 304, 306, 308 |
| 2 | 312, 314 | 304 and 306 |
| 3 | 310, 312, 316 | 302 and 308 |
| 3 | 312, 318, 320 | 306 and 308 |

The rules for when to stack may be based on how many characteristics the portlets have in common. Two or more portlets are stackable if they have sufficient elements in common, where sufficient is predefined by a user. When two or more portlets are determined to be stackable, the user may be asked whether the user wishes to stack the portlets or the portal may automatically stack the portlets based on rules pre-defined by the user. For example, two or more portlets may be stacked only if they access at least two common elements or only if at least 50% of each portlet's accessed elements are common. Any graphical user interface capable of displaying portlets, such as a portal, may be used.

Referring to FIG. **4**, numeral **400** generally designates a block diagram showing a portal with portlets in accordance with an embodiment of the present invention.

Portal **402** comprises portlet **404**, **406**, **408**, and **410**. Portlet **404** outputs to display **412**, portlet **406** outputs to display **414**, portlet **408** outputs to display **416**, and portlet **410** outputs to display **418**. Display **412** comprises content **420** and markup **422**, display **414** comprises content **424** and markup **426**, display **416** comprises content **428** and markup **430**, and display **418** comprises content **432** and markup **434**.

Monitor **436** monitors portlets **404**, **406**, **408**, and **410** and produces a transactional log for each portlet. Thus, transactional log **438** corresponds to portlet **404**, transactional log **440** corresponds to portlet **406**, transactional log **442** corresponds to portlet **408**, and transactional log **444** corresponds to portlet **410**. Each transactional log contains information as to which elements, hardware and software processes, for example, that each portlet accesses.

FIG. **4** depicts an example of the portlets prior to stacking. Portal **402** compares the common characteristics of a portal, such as the transactional log, content and markup of each portlet, to determine if there is sufficient commonality between two or more portlets to consider the portlets stackable. For example, to determine if portlets **404** and **406** are stackable, portal **402** may look at transaction logs **438** and **440**, contents **420** and **424**, and markups **422** and **426**. If portal **402** finds portlets **404** and **406** access common resources or display common content or markup, then portal **402** may consider portlets **404** and **406** stackable.

Referring to FIG. **5**, numeral **500** generally designates a block diagram showing a portal with stacked portlets in accordance with an embodiment of the present invention.

**6**

Portal **502** comprises stacked portlet **504**. Stacked portlet **504** comprises portlets **512**, **514**, **516** and **518**.

FIG. **5** is an example of how, once two or more portlets have been determined to be stackable and the user has allowed them to be stacked, the portal displays stacked portlets. In this example, portlets **512**, **514**, **516**, and **518** have been determined stackable because they access common resources or because they display common content or markup.

Two or more portlets typically occupy less space when stacked than they do when displayed individually, thereby reducing portlet clutter. The user may toggle between the individual portlets that comprise a specific stacked portlet by using tabs, forward and back buttons, cascading, scroll bars, or any other similar stacking and selection method.

For example, multiple scroll bars may be used to navigate a set of stacked portlets, with each scroll bar navigating a different set of portlet characteristics. A vertical scroll bar could allow the user to go lower or higher in the hierarchy of a set of portlets while the horizontal scroll bar could allow the user to navigate between portlets at the same level in the hierarchy. For example, the vertical scroll bar could select between viewing a stock index like the Dow Jones Industrial Average (DJIA) to viewing an individual stock that is a component of the DJIA, while the horizontal scroll bar could select which stock index (DJIA, Standard and Poors 500, etc.) or which individual stock to view, depending on the setting of the vertical scroll bar.

This technique may be used, for example, to present an entire portal as a stack of portlets so that one given portlet is presented on top of the stack at a given time. This would be useful, for example, when presenting a portal on a device with limited screen real estate such as a smartphone or personal digital assistant (PDA).

This technique may also be used, for example, to take a large number of portlets and present more than one portlet, with the control selecting another set of portlets not currently presented. For example, forty portlets could be stacked with five portlets presented, and the control selecting five portlets not presented.

Referring to FIG. **6**, the reference numeral **600** generally designates a block diagram showing a portal architecture in accordance with an embodiment of the present invention. FIG. **6** illustrates portal **602**, portal page generator **604**, user preferences **606**, and portlets **608**, **610**, **612**, and **614**.

Portal page generator **604** is a server application that dynamically generates a portal page comprised of portlets. The portal page may be generated using Java or other language. The portal page may contain a markup language such as hypertext markup language (HTML) or extensible markup language (XML). The portal page generator may be an active server page generator, for example.

When a user requests a portal page, portal page generator **604** may receive information about the client's identity. If portal page generator **604** receives the user's identity, portal page generator **604** then loads user profile **606**. The user's identity may be obtained through the use of a cookie, asking the user to login, or other similar means. If portal page generator **604** does not receive the identity of the user, user profile **606** may be a default set of user preferences. Once portal page generator **604** has the user's preferences, portal page generator **604** activates the portlets required to display the information for those user preferences.

In this example portlets **608**, **610**, **612**, and **614** are required to display the information for portal **602** based on user profile **606**. Based on user profile **606**, portal page generator **604** can determine if any of portlets **608**, **610**, **612** and **614** are stackable. That is, portal page generator **604** may examine the

US 7,543,234 B2

7

software processes and hardware that portlets **608**, **610**, **612** and **614** access, as well as the content and markup of each portelet's respective display, and determine which portlets have sufficient commonality to be stackable. Portal page generator **604** may then ask the client whether to stack the portlets. Alternatively, portal page generator **604** may automatically stack the portlets without prompting the user. The portlets might automatically be stacked because that is the default setting or because portal page generator **604** knows that the portal is being displayed on a screen with very little real estate, such as that of a PDA.

Referring to FIG. **7**, the reference numeral **700** generally designates a flowchart illustrating how portlets are stacked in accordance with an embodiment of the present invention. Operation begins when a portal page generator receives a request to generate a portal page including a plurality of portlets in block **702**. The software and hardware resources each portlet accesses is determined in block **704**. The content and markup of the information each portlet displays is determined in block **706**. The user's profile/preferences are obtained in block **708**. The user's profile/preferences may be obtained, for example, by loading the user's profile or asking the user. A commonality is identified in a subset of portlets in block **710**, and, based on the commonality, which portlets are stackable. Based on which portlets have been identified as stackable, the portal is generated with one or more subsets of portlets stacked in block **712**. Finally, the portal page is returned in block **714**, and operation ends.

The invention can take the form of an entirely hardware embodiment, an entirely software embodiment or an embodiment containing both hardware and software elements. In a preferred embodiment, the invention is implemented in software, which includes but is not limited to firmware, resident software, microcode, etc.

Furthermore, the invention can take the form of a computer program product accessible from a computer-usable or computer-readable medium providing program code for use by or in connection with a computer or any instruction execution system. For the purposes of this description, a computer-usable or computer readable medium can be any apparatus that can contain, store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device.

The medium can be an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system (or apparatus or device) or a propagation medium. Examples of a computer-readable medium include a semiconductor or solid state memory, magnetic tape, a removable computer diskette, a random access memory (RAM), a read-only memory (ROM), a rigid magnetic disk and an optical disk. Current examples of optical disks include compact disk—read only memory (CD-ROM), compact disk—read/write (CD-R/W) and DVD.

A data processing system suitable for storing and/or executing program code will include at least one processor coupled directly or indirectly to memory elements through a system bus. The memory elements can include local memory employed during actual execution of the program code, bulk storage, and cache memories which provide temporary storage of at least some program code in order to reduce the number of times code must be retrieved from bulk storage during execution.

Input/output or I/O devices (including but not limited to keyboards, displays, pointing devices, etc.) can be coupled to the system either directly or through intervening I/O controllers.

Network adapters may also be coupled to the system to enable the data processing system to become coupled to other

8

data processing systems or remote printers or storage devices through intervening private or public networks. Modems, cable modem and Ethernet cards are just a few of the currently available types of network adapters.

The description of the present invention has been presented for purposes of illustration and description, and is not intended to be exhaustive or limited to the invention in the form disclosed. Many modifications and variations will be apparent to those of ordinary skill in the art. The embodiment was chosen and described in order to best explain the principles of the invention, the practical application, and to enable others of ordinary skill in the art to understand the invention for various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

**1**. A method of generating a portal page, wherein the portal page includes a plurality of includes a plurality or portlets, the method comprising:

determining whether a subset of portlets is stackable; and

responsive to the subset of portlets being stackable, identifying two or more stacks of portlets that are stackable, and generating the portal page such that the two or more stacks of portlets are generated as a stack of stacks, wherein the stack of stacks presents a first stack of portlets and a control for selecting a second stack of portlets from within the two or more stacks of portlets that is not currently presented.

**2**. The method of claim **1**, wherein determining whether the subset of portlets is stackable includes:

examining software processes and hardware resources each portlet accesses; and

identifying at least one software process or hardware resource common to the subset of portlets.

**3**. The method of claim **1**, wherein determining whether the subset of portlets is stackable includes:

examining content elements and markup elements each portlet displays; and

identifying at least one content element or markup element common to the subset of portlets.

**4**. The method of claim **1**, wherein determining whether the subset of portlets is stackable includes:

obtaining a user's preference for stacking portlets by loading a user profile, wherein the subset of portlets is determined to be stackable based on the user's preference.

**5**. The method of claim **1**, wherein determining whether the plurality of portlets is stackable includes:

obtaining a user's preference for stacking portlets by querying the user, wherein the subset of portlets is determined to be stackable based on the user's preference.

**6**. The method of claim **1**, wherein the control is a tab, a scroll bar, a button, or a link.

**7**. An apparatus comprising:

a processor connected to a memory storing instructions that when executed by the processor provide for:

a plurality of portlet generators, wherein each portlet generator generates a portlet; and

a portal page generator, wherein the portal page generator receives a client request for a portal page that includes a subset of portlets, examines the subset of portlets, identifies at least one commonality in the subset of portlets, determines whether the subset of portlets is stackable, and, responsive to the subset of portlets being stackable, identifies two or more stacks of portlets that are stackable, and generating the portal page such that the two or more stacks of portlets are generated as a stack of stacks, wherein the stack of stacks presents a first stack of port-

US 7,543,234 B2

9

lets and a control for selecting a second stack of portlets from within the two or more stacks of portlets that is not currently presented.

**8**. The apparatus of claim **7**, wherein the portal page generator determines whether the subset of portlets is stackable by examining software processes and hardware resources each portlet accesses, and identifying at least one software process or hardware resource common to the subset of portlets.

**9**. The apparatus of claim **7**, wherein the portal page generator determines whether the subset of portlets is stackable by examining content elements and markup elements each portlet displays, and identifying at least one content element or markup element common to the subset of portlets.

**10**. The apparatus of claim **7**, wherein the portal page generator determines whether the plurality of portlets is stackable by obtaining a user's preference for stacking portlets by loading a user profile, wherein the subset of portlets is determined to be stackable based on the user's preference.

**11**. The apparatus of claim **7**, wherein the portal page generator determines whether the plurality of portlets is stackable by obtaining a user's preference for stacking portlets by querying the user wherein the subset of portlets is determined to be stackable based on the user's preference.

**12**. The apparatus of claim **7**, wherein the control is a tab, a scroll bar, a button, or a link.

**13**. A computer program product for generating a portal page, wherein the portal page includes a plurality of portlets, said computer program including:

a computer usable medium including computer usable program code stored thereon, the computer usable program code comprising:

computer usable program code for determining whether a subset of portlets is stackable; and

computer usable code responsive to the subset of portlets being stackable, for identifying two or more stacks of portlets that are stackable, and generating the portal page such that the two or more stacks of portlets are generated

10

as a stack of stacks, wherein the stack of stacks presents a first stack of portlets and a control for selecting a second stack of portlets from within the two or more stacks of portlets that is not currently presented.

**14**. The computer program product of claim **13**, wherein the computer usable program code for determining whether the subset of portlets is stackable includes:

computer usable program code for examining software processes and hardware resources each portlet accesses; and

computer usable program code for identifying at least one software process or hardware resource common to the subset of portlets.

**15**. The computer program product of claim **13**, wherein the computer usable program code for determining whether the subset of portlets is stackable includes:

computer usable program code for examining content elements and markup elements each portlet displays; and

computer usable program code for identifying at least one content element or markup element common to the subset of portlets.

**16**. The computer program product of claim **13**, wherein the computer usable program code for determining whether the subset of portlets is stackable includes:

computer usable program code for obtaining a user's preference for stacking portlets by loading a user profile, wherein the subset of portlets is determined to be stackable based on the user's preference.

**17**. The computer program product of claim **13**, wherein the computer usable program code for determining whether the subset of portlets is stackable includes:

computer usable program code for obtaining a user's preference for stacking portlets by querying the user, wherein the subset of portlets is determined to be stackable based on the user's preference.

**18**. The computer program product of claim **13**, wherein the control is a tab, a scroll bar, a button, or a link.

\*   \*   \*   \*   \*

# EXHIBIT E

US009569414B2

(12) **United States Patent**
Lai et al.

(10) Patent No.: **US 9,569,414 B2**
(45) Date of Patent: *Feb. 14, 2017

(54) **METHOD, FRAMEWORK, AND PROGRAM PRODUCT FOR FORMATTING AND SERVING WEB CONTENT**

(71) Applicant: **International Business Machines Corporation**, Armonk, NY (US)

(72) Inventors: **Jennifer Lai**, Garrison, NY (US); **Zhiqiang Liu**, Duluth, GA (US); **Brian J. McDonald**, Minneapolis, MN (US); **Laurie Miller**, Lyons, CO (US); **Yael Ravin**, Mount Kisco, NY (US); **Karen A. Ughetta**, Salem, VA (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/602,460**

(22) Filed: **Jan. 22, 2015**

(65) **Prior Publication Data**

US 2015/0134736 A1    May 14, 2015

**Related U.S. Application Data**

(60) Continuation of application No. 13/571,003, filed on Aug. 9, 2012, now Pat. No. 8,972,932, which is a
(Continued)

(51) **Int. Cl.**
G06F 9/44      (2006.01)
G06F 17/22     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... *G06F 17/2247* (2013.01); *G06F 9/4443* (2013.01); *G06F 9/45529* (2013.01); *H04L 67/42* (2013.01)

(58) **Field of Classification Search**
CPC   G06F 17/2247; G06F 9/4443; G06F 9/45529; G06F 8/33; G06F 8/71; G06F 8/38
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,189,137  B1    2/2001  Hoffman
6,620,204  B1    9/2003  Malcolm
(Continued)

OTHER PUBLICATIONS

Pham, Office Action Communication for U.S. Appl. No. 11/835,768 dated Mar. 13, 2012, 18 pages.
(Continued)

*Primary Examiner* — Anna Deng
(74) *Attorney, Agent, or Firm* — Maeve McCarthy; Hoffman Warnick LLC

(57)      **ABSTRACT**

The present invention provides an approach and corresponding framework that separates data from its formatting/view by generating the dynamic JavaScript (data) as a set (e.g., at least one) of JavaScript (data) objects, without any HTML formatting. Then, a set of JavaScript functions can be created that takes the set of JavaScript objects as a parameter, and outputs all or a subset of this data object in a format determined by this JavaScript function. In general, these formatting functions can be static, rather than dynamic, JavaScript. This approach has the advantage of providing a much greater degree of formatting flexibility, without the need for each new format to establish a connection with the back-end system providing the data.

**5 Claims, 3 Drawing Sheets**



**US 9,569,414 B2**

Page 2

### Related U.S. Application Data

division of application No. 11/835,768, filed on Aug. 8, 2007, now Pat. No. 8,316,348.

(51) **Int. Cl.**
*G06F 9/455* (2006.01)
*H04L 29/06* (2006.01)

(58) **Field of Classification Search**
USPC ........................................................ 717/110
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,701,514 | B1 | 3/2004 | Haswell et al. |
| 6,865,593 | B1 | 3/2005 | Reshef et al. |
| 7,171,670 | B2 | 1/2007 | Motoyama et al. |
| 7,376,653 | B2 | 5/2008 | Hart, III |
| 7,406,498 | B2 | 7/2008 | Reshef et al. |
| 7,680,883 | B2 | 3/2010 | Reshef et al. |
| 8,001,551 | B2 | 8/2011 | LeRoy et al. |
| 2002/0154172 | A1 | 10/2002 | Linsey et al. |
| 2003/0172197 | A1 | 9/2003 | Dencker et al. |
| 2005/0262037 | A1 | 11/2005 | Christensen et al. |
| 2005/0262070 | A1* | 11/2005 | Christensen ...... G06F 17/30893 |
| 2006/0015842 | A1 | 1/2006 | DeSantis |
| 2007/0174486 | A1 | 7/2007 | Holstege |
| 2007/0266176 | A1* | 11/2007 | Wu ..................... G06F 17/2247 |
| | | | 709/242 |

### OTHER PUBLICATIONS

Pham, Notice of Allowance and Fee(s) Due for U.S. Appl. No. 11/835,768 dated Jul. 13, 2012, 16 pages.
Deng, Non-Final Rejection for U.S. Appl. No. 13/571,003 dated Apr. 7, 2014, 14 pages.
Deng, Final Rejection for U.S. Appl. No. 13/571,003 dated Aug. 5, 2014, 13 pages.
Deng, Notice of Allowance and Fee(s) Due for U.S. Appl. No. 13/571,003 dated Oct. 22, 2014, 10 pages.

\* cited by examiner



FIG. 1

**U.S. Patent**   Feb. 14, 2017   Sheet 2 of 3   US 9,569,414 B2

| int | String | String | float | int | float | float | float | boolean | boolean | Date | Date | ValuesList | | | | |
|-----|--------|--------|-------|-----|-------|-------|-------|---------|---------|------|------|------------|---|---|---|---|
| id | type | address | price | bedrooms | bathrooms | lotsize | size | hasBasement | finished | dateBuilt | dateAvailable | rooms | | | | |
| | | | | | | | | | | | | String | float | int | String | String |
| | | | | | | | | | | | | name | size | windows | floor-type | other-description |
| 102101 | Single Family Home | 1001 Lucky Lake Drive, Kennesaw, Georgia 30152 | 499000 | 4 | 3.5 | 0.56 | 3200 | true | false | Wed May 20 12:52:55 EDT 1998 | Fri Aug 11 12:52:55 EDT 2006 | Bedroom | 250 | 2 | carpet | walkin closet |
| | | | | | | | | | | | | Bedroom | 310 | 3 | carpet | walkin closet |
| | | | | | | | | | | | | Bedroom | 200 | 1 | carpet | closet |
| | | | | | | | | | | | | Bedroom | 180 | 1 | carpet | closet |
| | | | | | | | | | | | | Bathroom | 150 | 1 | granite tile | jet bathtub and shower |
| | | | | | | | | | | | | Bathroom | 120 | 1 | granite tile | bathtub and shower |
| | | | | | | | | | | | | Bathroom | 100 | 0 | ceramic tile | bathtub and shower |
| | | | | | | | | | | | | Bathroom | 80 | 1 | vinyl | no shower |
| | | | | | | | | | | | | Mediaroom | 210 | 1 | hardwood | bose system |
| | | | | | | | | | | | | studyroom | 112 | 1 | hardwood | built-in bookshelf |
| | | | | | | | | | | | | String | float | int | String | String |
| | | | | | | | | | | | | name | size | windows | floor-type | other-description |
| 102105 | Town House | 332 Cloud Drift Lane, Atlanta, Georgia 30002 | 159000 | 2 | 2 | 0.24 | 1180 | false | false | Thu Oct 6 12:52:55 EDT 1988 | Fri Jun 23 12:52:55 EDT 2006 | Bedroom | 210 | 1 | carpet | walkin closet |
| | | | | | | | | | | | | Bedroom | 180 | 1 | carpet | closet |
| | | | | | | | | | | | | Bathroom | 140 | 1 | ceramic tile | bathtub and shower |
| | | | | | | | | | | | | Bathroom | 80 | 0 | ceramic tile | NULL |

FIG. 2

| String | ValuesList |
|---|---|
| description | items |
| each individual row can contain different objects | NULL |
| this row has two circles | *(Circle list below)* |
| this row has three ellipses | *(Ellipse list below)* |
| this row has one rectangle | *(Rectangle list below)* |
| this row has one triangles | *(Triangle list below)* |

Circles:

| String | float |
|---|---|
| type | radius |
| Circle | 1.5 |
| Circle | 3.14 |

Ellipses:

| String | float | float |
|---|---|---|
| type | majoraxis | minoraxis |
| Ellipse | 8 | 6 |
| Ellipse | 11.2 | 7 |
| Ellipse | 13.14 | 11.11 |

Rectangle:

| String | float | float |
|---|---|---|
| type | len | width |
| Rectangle | 4.1 | 5.3 |

Triangles:

| String | float | float | float |
|---|---|---|---|
| type | side1 | side2 | side3 |
| Triangle | 3 | 5 | 4 |
| Triangle | 11 | 13 | 17 |

FIG. 3

US 9,569,414 B2

**1**

## METHOD, FRAMEWORK, AND PROGRAM PRODUCT FOR FORMATTING AND SERVING WEB CONTENT

### FIELD OF THE INVENTION

The present invention generally relates to formatting and serving of web content. Specifically, the present invention relates to the conglomeration, management and control of dynamic web content.

### BACKGROUND OF THE INVENTION

The use of a JavaScript library that contains dynamically generated content is a relatively new approach to embedding content on a web page. This approach has many labels, including JavaScript syndication and web content syndication. It also has several advantages. For example, because this approach requires no back-end integration, a web page developer simply embeds a URL to a JavaScript library and the dynamic content is added. This significantly reduces the complexities required to integrate third party content into a page. Because there is no back-end integration, there is no need to worry about software compatibility between the server generating the web page and the server generating the JavaScript library to embed the content. Also, there is no need for the web page developer to access an API to integrate the embedded content into the web page. The integration occurs when the page is rendered by the browser, not when the HTML is being generated on the web server.

Typically, the dynamically generated JavaScript library provides a function to embed its content of this library directly on the web page. Optionally, CSS (or similar technology) is used to adjust the 'look and feel' of the content to more closely match that of the included page. A disadvantage of this approach is that if the formatting provided by the JavaScript library does not provide the formatting desired for the including page, then a new dynamically generated JavaScript library must be created. This additional JavaScript library passes the same or similar content as the first JavaScript library, but formats the output in a different way. As more variations of this dynamically generated JavaScript library are created for various formats, maintaining updates across all variations can become difficult to maintain. Also, every additional dynamically generated JavaScript library must interface with whatever back-end system is providing the data.

In view of the foregoing, there exists a need for an approach that solves at least one of the deficiencies in the related art.

### SUMMARY OF THE INVENTION

In general, the present invention provides an approach and corresponding framework that separates data from its formatting/view by generating the dynamic JavaScript (data) as a set (e.g., at least one) of JavaScript (data) objects, without any HTML formatting. Then, a set of JavaScript functions can be created that takes the set of JavaScript objects as a parameter, and outputs all, or a subset, of this data object in a format determined by this JavaScript function. In general, these formatting functions can be static, rather than dynamic, JavaScript. This approach has the advantage of providing a much greater degree of formatting flexibility, without the need for each new format to establish a connection with the back-end system providing the data. This separation of data and format also allows for the

**2**

possibility of the dynamically generated set of JavaScript objects to be obtained from one server while the set of JavaScript functions used for formatting be obtained from an entirely different server. In a typical embodiment, the set of JavaScript functions are written in a way that is compatible with the format of the dynamically generated set of JavaScript objects being passed as a parameter. As the data format changes, the HTML formatting JavaScript function can change too.

A first aspect of the present invention provides a method for formatting and serving web content, comprising: providing a set of JavaScript objects that represents dynamic JavaScript data; providing a set of JavaScript functions to format the set of JavaScript objects, the set of JavaScript objects being distinct from the set of JavaScript functions; and formatting the set of JavaScript objects using the set of JavaScript functions.

A second aspect of the present invention provides a framework for formatting and serving web content, comprising: a data conglomeration engine for receiving and processing data conglomeration requests, and for serving requested data conglomeration services; a services registration database for storing data conglomeration service metadata; a data conglomeration services module for maintaining a set of data conglomeration services, the data conglomeration services module interfacing with the data conglomeration engine via a data conglomeration services interface; a data conglomeration configuration repository for storing data conglomeration engine configurations and data conglomeration service configurations; and a source manager for interfacing with static and dynamic data sources that are accessed in response to the data conglomeration requests.

A third aspect of the present invention provides a program product stored on a computer readable medium for formatting and serving web content, the computer readable medium comprising program code for causing a computer system to: receive and process a data conglomeration request into a data conglomeration service call; obtain data in response to the data conglomeration service call; utilize a set of JavaScript objects to represent the data as JavaScript data; format the set of JavaScript objects using a set of JavaScript functions; and serve formatted JavaScript objects as web content to a caller issuing the data conglomeration request.

A fourth aspect of the present invention provides a method for deploying a system for formatting and serving web content, comprising: providing a computer infrastructure being operable to: receive and process a data conglomeration request into a data conglomeration service call; obtain data in response to the data conglomeration service call; utilize a set of JavaScript objects to represent the data as JavaScript data; format the set of JavaScript objects using a set of JavaScript functions; and serve formatted JavaScript objects as web content to a caller issuing the data conglomeration request.

A fifth aspect of the present invention provides a computer-implemented business method for formatting and serving web content, comprising: receiving and processing a data conglomeration request into a data conglomeration service call; obtaining data in response to the data conglomeration service call; utilizing a set of JavaScript objects to represent the data as JavaScript data; formatting the set of JavaScript objects using a set of JavaScript functions; and serving formatted JavaScript objects as web content to a caller issuing the data conglomeration request.

A sixth aspect of the present invention provides computer software embodied in a propagated signal for formatting and

US 9,569,414 B2

**3**

serving web content, the computer software comprising instructions for causing a computer system to: receive and process a data conglomeration request into a data conglomeration service call; obtain data in response to the data conglomeration service call; utilize a set of JavaScript objects to represent the data as JavaScript data; format the set of JavaScript objects using a set of JavaScript functions; and serve formatted JavaScript objects as web content to a caller issuing the data conglomeration request.

A seventh aspect of the present invention provides a data processing system for formatting and serving web content, comprising a memory medium having instructions, a bus coupled to the memory medium, and a processor coupled to the bus that when executing the instructions cause the data processing system to: receive and process a data conglomeration request into a data conglomeration service call; obtain data in response to the data conglomeration service call; utilize a set of JavaScript objects to represent the data as JavaScript data; format the set of JavaScript objects using a set of JavaScript functions; and serve formatted JavaScript objects as web content to a caller issuing the data conglomeration request.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of this invention will be more readily understood from the following detailed description of the various aspects of the invention taken in conjunction with the accompanying drawings in which:

FIG. **1** depicts an illustrative framework for formatting and serving web content according to the present invention.

FIG. **2** depicts an illustrative ValuesList on a web page according to the present invention.

FIG. **3** depicts illustrative data served in a web page according to the present invention.

The drawings are not necessarily to scale. The drawings are merely schematic representations, not intended to portray specific parameters of the invention. The drawings are intended to depict only typical embodiments of the invention, and therefore should not be considered as limiting the scope of the invention. In the drawings, like numbering represents like elements.

### DETAILED DESCRIPTION OF THE INVENTION

For convenience, the Detailed Description of the Invention will have the following sections:

I. General Description
II. Expert and Knowledge Tracker
III. Computerized Implementation

#### I. General Description

In general, the present invention provides an approach and corresponding framework that separates data from its formatting/view by generating the dynamic JavaScript (data) as a set (e.g., at least one) of JavaScript (data) objects, without any HTML formatting. Then, a set of JavaScript functions can be created that takes the set of JavaScript object as a parameter, and outputs all or a subset of this data object in a format determined by this JavaScript function. In general, these formatting functions can be static, rather than dynamic, JavaScript. This approach has the advantage of providing a much greater degree of formatting flexibility, without the need for each new format to establish a connection with the back-end system providing the data. This

**4**

separation of data and format also allows for the possibility of the dynamically generated set of JavaScript objects to be obtained from one server while the set of JavaScript functions used for formatting be obtained from an entirely different server. In a typical embodiment, the set of JavaScript functions are written in a way that is compatible with the format of the dynamically generated set of JavaScript objects being passed as a parameter. As the data format changes, the HTML formatting JavaScript function can change too.

For clarity, the technique of combining data elements from different data sources into a single data content will be referred to herein as Data Conglomeration, or DC. In addition, the data format representing the DC content will be referred to herein as ValuesList. In any event, an aspect of this invention is to provide a framework to integrate DC Services to stream dynamic content from different data sources to any web site, and to update portions of the web page. In an illustrative embodiment, the data format of choice being used is ValuesList, which will be explained in detail. The technique used to dynamically refresh content is dynamic JavaScript reload and callback to process the data in JavaScript.

Some advantages of this invention are that: it allows a page to request dynamic content and automatic update portion of the page when the content is changed on a timely basis; it provides an interface to register installable services; it uses an innovative data structure (ValuesList) to map any server side data to web client; it provides an interface for user to dynamically pick and choose and configure the data elements from different data sources to be sent to the client; under the present invention, server side configuration changes will be reflected immediately on the next service call; it provides an interface or configuration file to setup different data sources; and, it provides a standard client JavaScript library to make server calls and parse and process the result data format.

Referring now to FIG. **1**, a DC server framework **10** according to the present invention is shown. It should be understood in advance that framework **10** can be implemented in a number of ways. All components could be implemented and deployed on a single application server such as DC application server **12**. However, many or all of these components could also be implemented on entirely separate servers, connected via network interfaces.

In a typical embodiment, DC Server Framework **10** includes the following components:

DC Engine **14**: A program responsible for serving requested DC services. DC Engine acts as a controller for incoming requests. It breaks down a request and translates requested methods and parameters into a matching DC Service call. If the caller is a web page, the resulting ValuesList is encoded as a JavaScript String, and sent back to the client. The calling web page may pass a callback JavaScript function name, that function will be called when the request is returned. If the caller is an application, the engine has the option to encode the resulting ValuesList into Web Service XML.

Services Registration Database **16**: A database that stores the DC Service metadata (e.g., method name, parameters). Services can be added or removed from the registry. This allows people to find new services easily and develop new web pages or applications to utilize them.

DC Configuration Repository **18**: A configuration repository that holds DC Engine configurations and DC Service configurations. DC Configuration Repository **18** is used by DC Engine **14** to gather additional parameters such as SQL

US 9,569,414 B2

5

statement, attribute list for LDAP, search criteria, and/or simple list of data elements for each DC Service. This allows the user to define in detail what data elements are included and how data elements are fetched from each data source for DC Service.

Configuration User Interface **20**: A user interface to DC configuration repository **18** and Service Registration module **16**. It can be used by DC Administrators to register new services and configure the service parameters and list of data elements.

DC Service Interface **22**: An agreed interface between DC Engine **14** and DC Services module **24**. All DC Services implement this interface. DC calls each service through this common interface. In this interface, the resulting data format returned to the caller is always the same. The data format is flexible enough to allow for easy addition and subtraction of data elements from different data sources. The data format is simple and mirrors a table representation but can grow in depth to handle more complexity.

DC Services module **24**: A module that hold/maintains DC Services that are a set of services built according to DC Service Interface **22**. Each DC Service is an installable component that can be installed through Configuration User Interface **20**.

Source Manager **26**: Source manager **26** maintains all static and dynamic data sources. It can also provide interfaces to databases **30**A-N of preexisting web content, LDAPs **32**, online statuses **34**, real-time web content **36**, etc.

Date Source **30**: The data source such as database, LDAP, some real time content, user online status, etc.

Client Component **38**: The client component comprises a JavaScript library that contains the JavaScript objects and JavaScript functions. Specifically, there are JavaScript functions to make a client call to server from any web page **40**A-N. There are JavaScript functions to parse and process the resulting encoded String into common data format ValuesList. FIG. **2** depicts examples of real ValuesList showings on web pages. ValuesList is a table like presentation of data and one can view them as rows and columns. ValuesList has a column name and type to describe a column. The content can be stored as columns or rows. As depicted, the data types are all mapped to JavaScript primitive types and internal object types such as number (float), integer, String, Boolean, Date. One advantage of ValuesList is that its columns can contain ValuesList type thus giving it great ability to recursive down to complex data structures. Another example is shown in FIG. **3** that depicts illustrative data on a web page.

Using framework **10** of FIG. **1**, the present invention provides a way to format and serve web content by: receiving and processing a data conglomeration request into a data conglomeration service call; obtaining data in response to the data conglomeration service call; utilizing a set of JavaScript objects to represent the data as JavaScript data; formatting the set of JavaScript objects using a set of JavaScript functions; and serving formatted JavaScript objects as web content to a caller issuing the data conglomeration request.

## II. Expert and Knowledge Tracker

The present invention also provides an Expert and Knowledge Tracker that is an application that allows users/learners to chat real-time with experts about questions that pertain directly to that expert's area of expertise, and it retains and shows questions that have already been asked and answered. The application has been written to best serve the expert (as

6

well as the user/learner) to encourage experts to share their knowledge—with features that will engage the busiest experts and allow them to disseminate information in the fastest way and the fewest times possible. Below is the workflow from the expert's point of view:

Set "office hours" to appear as available to users/learners, using the expert's instant messaging status. There are four ways to achieve this (to accommodate different working styles). Note that options 1, 2, and 3 allow an expert to be using their instant messaging services but NOT appear as available to learners if desired:

1. Ad hoc—simply tell the Expert Tracker bot one is available "now" and then turn off this function when no longer available.

2. Calendar schedule—use calendar function in office software to set times when to be available. At those times, if the expert is logged into instant messaging, s/he will appear as available during those times.

3. Web schedule—use web function to set times when to be available. At those times, if the expert is logged into instant messaging, s/he will appear as available during those times.

4. Default to instant messaging—use the expert's instant messaging status to determine availability.

When a learner wants to chat, s/he sees the expert's actual availability (which is updated real-time). The learner and the expert receive an instant message asking them to join a session. The learner and expert chat. At the end of the chat session, both the learner and the expert receive a short questionnaire, asking for the perceived value of the chat, whether the chat can be stored for future use, and for any other comments either may have.

The expert receives periodical reports of how much time s/he has spent in chats, what the value has been, the content of saved chats, and any other comments supplied. The expert can therefore have an accurate record of his/her participation and the value of that participation to IBM.

The expert is able to review all chats and pick any to decide if s/he wants to turn the chat into a publishable FAQ. The question the learner asked is placed in the "Q" field and the rest of the chat session is placed in the "A" field. The expert may edit the Q and A as desired, and then hit "publish". The FAQ may be published anywhere, but at least on the page where the learner sees him/her available to chat, so that if the question the learner has matches an existing FAQ, the expert is not asked that question again.

### III. Computerized Implementation

It should be understood that any of the teachings of the present invention could be deployed on one or more computing devices (e.g., servers, clients, etc.) within a computer infrastructure. This is intended to demonstrate, among other things, that the present invention could be implemented within a network environment (e.g., the Internet, a wide area network (WAN), a local area network (LAN), a virtual private network (VPN), etc.), or on a stand-alone computer system. In the case of the former, communication throughout the network can occur via any combination of various types of communications links. For example, the communication links can comprise addressable connections that may utilize any combination of wired and/or wireless transmission methods. Where communications occur via the Internet, connectivity could be provided

US 9,569,414 B2

7

by conventional TCP/IP sockets-based protocol, and an Internet service provider could be used to establish connectivity to the Internet. Still yet, the computer infrastructure is intended to demonstrate that some or all of the components of such an implementation could be deployed, managed, serviced, etc. by a service provider who offers to implement, deploy, and/or perform the functions of the present invention for others.

Where computer hardware is provided, it is understood that such any computers utilized will include standard elements such as a processing unit, a memory medium, a bus coupling the memory medium to the bus, input/output (I/O) interfaces coupled to the bus, etc. Further, such computer system(s) can be in communication with external I/O devices/resources. In general, processing units execute computer program code such as one or more of the components depicted in FIG. 1 to provide the functionality described above, which is stored are memory medium(s). While executing computer program code, the processing unit can read and/or write data to/from memory, I/O interfaces, etc. The bus provides a communication link between each of the components in a computer. External devices can comprise any device (e.g., keyboard, pointing device, display, etc.) that enable a user to interact with the computer system and/or any devices (e.g., network card, modem, etc.) that enable the computer to communicate with one or more other computing devices.

The hardware used to implement the present invention can comprise any specific purpose computing article of manufacture comprising hardware and/or computer program code for performing specific functions, or any computing article of manufacture that comprises a combination of specific purpose and general purpose hardware/software, or the like. In each case, the program code and hardware can be created using standard programming and engineering techniques, respectively. Moreover, the processing unit therein may comprise a single processing unit, or be distributed across one or more processing units in one or more locations, e.g., on a client and server. Similarly, the memory medium can comprise any combination of various types of data storage and/or transmission media that reside at one or more physical locations. Further, the I/O interfaces can comprise any system for exchanging information with one or more external device. Still further, it is understood that one or more additional components (e.g., system software, math co-processing unit, etc.) can be included in the hardware.

While shown and described herein as a method, framework, and program product for formatting and serving web content, it is understood that the invention further provides various alternative embodiments. For example, in one embodiment, the invention provides a computer-readable/ useable medium that includes computer program code to enable a computer infrastructure to format and serve web content. To this extent, the computer-readable/useable medium includes program code that implements the process (es) of the invention. It is understood that the terms computer-readable medium or computer useable medium comprises one or more of any type of physical embodiment of the program code. In particular, the computer-readable/ useable medium can comprise program code embodied on one or more portable storage articles of manufacture (e.g., a compact disc, a magnetic disk, a tape, etc.), on one or more data storage portions of a computing device (e.g., a fixed disk, a read-only memory, a random access memory, a cache memory, etc.), and/or as a data signal (e.g., a propagated

8

signal) traveling over a network (e.g., during a wired/ wireless electronic distribution of the program code).

In another embodiment, the invention provides a business method that performs the process of the invention on a subscription, advertising, and/or fee basis. That is, a service provider, such as a Solution Integrator, could offer to process images. In this case, the service provider can create, maintain, support, etc., a computer infrastructure, such as computer infrastructure that performs the process of the invention for one or more customers. In return, the service provider can receive payment from the customer(s) under a subscription and/or fee agreement and/or the service provider can receive payment from the sale of advertising content to one or more third parties.

In still another embodiment, the invention provides a computer-implemented method for serving and formatting web content. In this case, a computer infrastructure, such as a computer infrastructure can be provided and one or more systems for performing the process of the invention can be obtained (e.g., created, purchased, used, modified, etc.) and deployed to the computer infrastructure. To this extent, the deployment of a system can comprise one or more of: (1) installing program code on a computing device from a computer-readable medium; (2) adding one or more computing devices to the computer infrastructure; and (3) incorporating and/or modifying one or more existing systems of the computer infrastructure to enable the computer infrastructure to perform the process of the invention.

As used herein, it is understood that the terms "program code" and "computer program code" are synonymous and mean any expression, in any language, code or notation, of a set of instructions intended to cause a computing device having an information processing capability to perform a particular function either directly or after either or both of the following: (a) conversion to another language, code or notation; and/or (b) reproduction in a different material form. To this extent, program code can be embodied as one or more of: an application/software program, component software/a library of functions, an operating system, a basic I/O system/driver for a particular computing and/or I/O device, and the like.

A data processing system suitable for storing and/or executing program code can be provided hereunder and can include at least one processor communicatively coupled, directly or indirectly, to memory element(s) through a system bus. The memory elements can include, but are not limited to, local memory employed during actual execution of the program code, bulk storage, and cache memories that provide temporary storage of at least some program code in order to reduce the number of times code must be retrieved from bulk storage during execution. Input/output or I/O devices (including, but not limited to, keyboards, displays, pointing devices, etc.) can be coupled to the system either directly or through intervening I/O controllers.

Network adapters also may be coupled to the system to enable the data processing system to become coupled to other data processing systems, remote printers, storage devices, and/or the like, through any combination of intervening private or public networks. Illustrative network adapters include, but are not limited to, modems, cable modems and Ethernet cards.

The foregoing description of various aspects of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously, many modifications and variations are possible. Such modifications and variations that may be apparent to a person skilled

US 9,569,414 B2

9

in the art are intended to be included within the scope of the invention as defined by the accompanying claims.

We claim:

1. A method for formatting and serving web content, the method performed by a processor comprising:

requesting a set of JavaScript objects and a set of JavaScript functions in a single Hypertext Transfer Protocol (HTTP) request; and

in response to the requesting:

obtaining the set of JavaScript objects that represents dynamic JavaScript data; and

obtaining the set of JavaScript functions to format the set of JavaScript objects, the set of JavaScript objects being distinct from the set of JavaScript functions; and

formatting the set of JavaScript objects using the set of JavaScript functions as a parameter; and

10

outputting at least a subset of the set of JavaScript objects in a format determined by the set of JavaScript functions.

2. The method of claim 1, the set of JavaScript objects and the set of JavaScript functions being contained in a common JavaScript library.

3. The method of claim 2, the common JavaScript library being accessible by a data conglomeration engine, the data conglomeration engine serving the set of JavaScript objects.

4. The method of claim 3, the common JavaScript library being for matched content streams and Hypertext Markup Language (HTML) skins.

5. The method of claim 1, wherein the set of JavaScript objects is requested from and contained on a first server and the set of JavaScript functions is requested from and contained on a second server.

*   *   *   *   *

# EXHIBIT F

(12) **United States Patent**　　　　　　　　　(10) **Patent No.:** **US 7,076,443 B1**
Emens et al.　　　　　　　　　　　　　　　　(45) **Date of Patent:** **Jul. 11, 2006**

(54) **SYSTEM AND TECHNIQUE FOR AUTOMATICALLY ASSOCIATING RELATED ADVERTISEMENTS TO INDIVIDUAL SEARCH RESULTS ITEMS OF A SEARCH RESULT SET**

(75) Inventors: **Michael L Emens**, San Jose, CA (US); **Reiner Kraft**, Gilroy, CA (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1116 days.

(21) Appl. No.: **09/583,516**

(22) Filed: **May 31, 2000**

(51) **Int. Cl.**
　　*G06F 17/60*　　　(2006.01)
(52) **U.S. Cl.** ........................... **705/14**; 705/10; 705/26; 705/27
(58) **Field of Classification Search** .................. 705/1, 705/10, 14, 26, 27
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,638,433 | A | * | 6/1997 | Bubien, Jr. et al. ......... 379/130 |
| 6,098,065 | A | * | 8/2000 | Skillen et al. .................. 707/3 |
| 6,119,101 | A | * | 9/2000 | Peckover ..................... 705/26 |
| 6,212,545 | B1 | * | 4/2001 | Ohtani et al. .............. 709/202 |
| 6,249,863 | B1 | * | 6/2001 | Redford et al. ................. 713/1 |
| 6,269,361 | B1 | * | 7/2001 | Davis et al. .................. 707/3 |
| 6,392,668 | B1 | * | 5/2002 | Murray ...................... 345/738 |
| 6,401,075 | B1 | * | 6/2002 | Mason et al. ................. 705/14 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 98/36366 | * | 8/1998 |

OTHER PUBLICATIONS

Dialog reference. File 16, 06806736. "Excite@Home Launches New Shopping Service for Holiday Shoppers" PR Newswire, pp4463, Nov. 15, 1999.*

* cited by examiner

*Primary Examiner*—Raquel Alvarez
(74) *Attorney, Agent, or Firm*—Delio & Peterson; Leonard T. Guzman

(57) **ABSTRACT**

The resultant search result items from a search engine performing an Internet search are associated with similar or related advertisements. These associated advertisements, once acquired, may be viewed by a user on demand. An Internet user selects a query to submit to a search engine. For each search result item available from the query, a matching search of related product advertisements is then performed. For each related product advertisement found for a given search result item, the search result item is then flagged. This process is repeated until each search result item has been investigated and matched to related product advertisements when applicable. The user then designates a selection. This selection initiates a search of an advertisement database. Each product advertisement acquired is then formatted and displayed to the user.

The computer system capable of associating related advertisements to individual search results items uses the following subsystems: 1) a product database; 2) a user/session manager; 3) a product matching manager; 4) a product listing manager; and, 5) a result presentation manager.

**35 Claims, 3 Drawing Sheets**





FIG 1



FIG. 2



US 7,076,443 B1

**1**

# SYSTEM AND TECHNIQUE FOR AUTOMATICALLY ASSOCIATING RELATED ADVERTISEMENTS TO INDIVIDUAL SEARCH RESULTS ITEMS OF A SEARCH RESULT SET

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to the field of Internet Search Engine Technology, specifically, the arena of e-commerce solutions. More Specifically, this invention relates to e-commerce solutions that include target advertising.

2. Description of Related Art

With the accelerated growth of the Internet and its associated e-commerce activities, advertising over the Internet has become increasingly more acceptable to Internet users. Typically, this advertising is accomplished using so-called "banner ads", which are placed on popular web sites. Web sites having a high page view rate may reach millions of viewers in a relatively short amount of time.

However, relying on banner ads has inherent drawbacks. First, advertisements are made available to the users whether or not these ads have been specifically solicited. Second, banner ads rely on user profiling, which is burdensome to employ. Third, web site owners who are not technically savvy, or without available resources, can not easily acquire user profiling information.

Marketing people are continuously trying to focus and target specific banner ads to a specific audience. Preferably, this specific audience would include those Internet users who would most likely be interested in, and make use of, the advertised product. The current e-commerce approach to Internet advertising has been to display pre-selected advertisements for a general audience or for a target audience based on user profiling. Prior art methods have concentrated on assimilating information from user profiles collected from each Internet user. These user profiles are used to determine the appropriate advertisement banner(s) to display. For example, user profiles may contain the information that a particular user is interested in automobiles, particularly in purchasing an automobile. When this Internet user visits various web sites, the user's profile information may be retrieved and advertisement banner ads about automobiles or related products may be instantly displayed.

This approach provides several challenges. First, the user profiles need to be collected and built, which has proven to be cumbersome work. Second, the information in these user profiles will inevitably change when the interests of a user changes. In the aforementioned example, a user may be no longer interested in buying an automobile simply because he or she has just purchased one. Thus, it is important, yet extremely difficult to ensure these profiles remain current. Moreover, it is also difficult to identify a specific user, i.e., a user interested in purchasing automobiles, and associate the correct advertisement profile to the user. Many efforts within Internet search engine technology are being undertaken to enhance the selection of targeted advertisements based on user profiles, however, the challenges and limitations of such approaches indicate a need for a different method of ascertaining user information, and associating the appropriate corresponding advertisements to certain users.

The instant invention provides a new method and apparatus for associating search result items with similar or related advertisements. It is anticipated that the implementation of this methodology will establish a new avenue for generating revenue from Internet advertisements. Impor-

**2**

tantly, unlike the current user profiling methods, all web site owners who provide search engine services will be able make use of the instant invention, independent of whether user profiling information can be obtained.

Bearing in mind the problems and deficiencies of the prior art, it is therefore an object of the present invention to provide a method and apparatus for assimilating and displaying Internet advertisements during an Internet search that can be displayed to the user on demand.

It is another object of the present invention to provide a method and apparatus for assimilating and displaying Internet advertisements that do not rely on user profiling during an Internet search to individual users.

A further object of the invention is to provide a more accurate distribution of advertisements to a selected target audience or user during an Internet search for each user request.

Still other advantages of the invention will in part be obvious and will in part be apparent from the specification.

## SUMMARY OF THE INVENTION

The above and other objects and advantages, which will be apparent to one of skill in the art, are achieved in the present invention which is directed to, in a first aspect, a method for targeting advertising based upon an information repository search by a user, comprising associating an advertisement with a result from the information repository search. This method further comprises providing the advertisement on demand by the user. The information repository may be associated with a server. The associating step of this method further comprises: analyzing the search result to produce at least one keyword; using the keyword to search for the associated advertisement within the repository; identifying the associated advertisement from the repository having a word that matches the keyword as related to the search result; and, correlating the associated advertisement with the search result.

In a second aspect, the instant invention is directed to a method for targeting related advertisements to individual search result items from a search of an information repository, comprising: matching the individual search result items to the related advertisements; and, designating those of the individual search result items matched to the related advertisements for subsequent selection by a user. The method of this second aspect further comprises first submitting a query to the information repository and obtaining the individual search result items. The designation of the individual search result items further comprises displaying a graphical user interface to the user.

Additionally, this method may store the related advertisements using a URL as an identifier for each of the individual search result items.

In a third aspect, the instant invention is directed to a method for providing related advertisements for search result items from a search of an information repository, comprising: matching the search result items to the related advertisements; designating each of the search result items that have the related advertisements matched therewith; providing a corresponding graphical user interface for each of the search result items so designated for subsequent user selection; searching and retrieving the related advertisements for one of the search result items when the corresponding graphical user interface is selected by a user; and, formatting and displaying the related advertisements upon selection.

US 7,076,443 B1

**3**

In a fourth aspect, the instant invention is directed to a program storage device readable by a machine, tangibly embodying a program of instructions executable by the machine to perform the method steps for targeting advertising based upon an information repository search by a user, comprising associating an advertisement with a search result from the information repository search. This device further comprises performing the step of providing the advertisement on demand by the user.

The associating step of this program storage device further comprises: analyzing the search result to produce at least one keyword; using the keyword to search for the associated advertisement within the repository; identifying the associated advertisement from the repository having a word that matches the keyword as related to the search result; and, correlating the associated advertisement with the search result. Additionally, the device displays along with the search result, a user-selectable icon containing a link to the associated advertisement.

In a fifth aspect, the instant invention is directed to a program storage device readable by a machine, tangibly embodying a program of instructions executable by the machine to perform the method steps for targeting related advertisements to individual search result items from a search of an information repository, the method steps comprising: matching the individual search result items to the related advertisements; and, designating those of the individual search result items matched to the related advertisements for subsequent selection by a user.

In a sixth aspect, the instant invention is directed to program storage device readable by a machine, tangibly embodying a program of instructions executable by the machine to perform the method steps for providing related advertisements for search result items from a search of an information repository, comprising: matching the search result items to the related advertisements; designating each of the search result items that have the related advertisements matched therewith; providing a corresponding graphical user interface for each of the search result items so designated for subsequent user selection; searching and retrieving the related advertisements for one of the search result items when the corresponding graphical user interface is selected by a user; and, formatting and displaying the related advertisements upon selection.

In a seventh aspect, the instant invention is directed to a system for providing related advertisements for search result items from a search of an information repository, comprising: a user/session manager adapted to maintain and track user sessions, user queries, and advertisement requests; a product database adapted to provide storage and retrieval for the related advertisements; a product matching manager adapted to analyze the search result items and match the related advertisements corresponding to each of the search result items; a request server adapted to display results from the search and to display the related advertisements from the product matching manager; and, a product presentation manager adapted to reference and retrieve the related advertisements that correspond to each of the search result items, in the product database, and to formulate the related advertisements into a list, and pass the list to the request server.

In an eighth aspect, the instant invention is directed to a computer program product for providing related advertisements for search result items from a search of an information repository, comprising: a computer readable program code for causing a computer to effect maintaining and tracking user sessions, user queries, and advertisement requests; a computer readable program code for causing a computer to

**4**

effect providing storage and retrieval of the related advertisements; a computer readable program code for causing a computer to effect analyzing the search result items and matching the related advertisements corresponding to each of the search result items; a computer readable program code for causing a computer to effect displaying results from the search and displaying the related advertisements; and, a computer readable program code for causing a computer to effect referencing and retrieving the related advertisements corresponding to each of the search result items, formulating the related advertisements into a list, and presenting the list to a user.

In a ninth aspect, the instant invention is directed to a computer program product for selecting related advertisements for search result items from a search of an information repository, comprising a computer readable program code for: causing a computer to effect matching the search result items to the related advertisements; a computer readable program code for causing a computer to effect designating each of the search result items that have the related advertisements matched therewith; a computer readable program code for causing a computer to effect providing a corresponding graphical user interface for each of the search result items so designated for subsequent selection by a user; a computer readable program code for causing a computer to effect searching and retrieving the related advertisements for one of the search result items when the corresponding graphical user interface is selected by the user; and, a computer readable program code for causing a computer to effect formatting and displaying the related advertisements upon selection.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features of the invention believed to be novel and the elements characteristic of the invention are set forth with particularity in the appended claims. The figures are for illustration purposes only and are not drawn to scale. The invention itself, however, both as to organization and method of operation, may best be understood by reference to the detailed description which follows taken in conjunction with the accompanying drawings in which:

FIG. **1** is a flowchart representing the methodology for matching search result items to corresponding Internet advertised products.

FIG. **2** is a flowchart for displaying and searching on the matched items of FIG. **1**.

FIG. **3** is a diagram of the system architecture illustrating the various subsystems of the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

The method of the instant invention follows an approach uniquely different from the e-commerce method of user profiling. Instead of using user profiles to target advertisement, the resultant search result items from a search engine performing an Internet search are utilized. These search result items are associated with similar or related advertisements. Importantly, once these associated advertisements are acquired, they may be viewed by the user on demand. For example, if a software developer is searching for a specific piece of software code, a query will be entered to initiate a search on an Internet search engine, e.g., yahoo-.com or .ibm.com/java. The search engine then returns a specific search result set showing items which may contain the sought after information. For each search result item, a

US 7,076,443 B1

**5**

graphical user interface (GUI) selection is presented, allowing the user to select the GUI, on demand if so desired, to investigate related advertisements. Selecting the GUI will initiate a search in the search engine's advertisement database using the associated search result item as the basis for this second search. In the instant example, the second search would be based on the search result item of a related piece of software code. Selecting the GUI will invoke the advertisement search and return a set of banner ads, in this case showing advertisements for software developers.

The invention's philosophy relies on the principle that users who are performing a search query have a special interest in finding a particular piece of information. From this one may deduce that if a user is interested in a specific piece of information, he or she may be interested in related or similar advertisements. Consequently, unlike the prior art methods of selecting and displaying banner ads predicated on user profiles, these profiles need not be relied upon. Instead the initial search results themselves are utilized. These search results provide a more narrowly defined basis for selecting target advertisements for each user.

FIGS. **1** and **2** are flowcharts illustrating the preferred method for automatically associating related advertisements to individual search result items from a search result set. The search is to an information repository generally, and more specifically, to a server or wide area network. FIG. **1** represents the methodology flow for matching search result items, such as abstracts, and the like, to corresponding advertised products in an information repository. First, an information repository user selects a query **10** to submit to a search engine. For an Internet search, this search engine may be one of many existing types, such as yahoo.com, ibm.com/java, and the like. If search result items are available from this query **20**, then for each search result item **30**, the method requires a match search **40** of related products. If related products are found for a given search result item in the match search **40**, the search result item or abstract is then flagged **50**, generally by utilizing a graphical user interface selection designator. The next search result item is then investigated **55** for related products. This process is repeated until each search result item has been investigated and matched to related product advertisements when applicable.

FIG. **2** represents the program flow for displaying the flagged search result items, and searching for and retrieving related advertisements. First, the user designates a selection **60**. This can be either one of two designations: a) the search result item may be selected for further investigation **62**; or, b) a graphical user interface or product icon may be selected to acquire information on related advertised products **69**. If the search result item is searched **62**, the user's selection of the search result item's hyperlink will lead the user to the desired item's information **65**. The search result item's information will then be displayed **67**. If, however, the user desires related product information associated with each search result item having been flagged with corresponding related product advertisements, the user selects **69** one of the graphical user interfaces (flags) or product icons. This selection initiates a search **70** of an advertisement database. Each product advertisement acquired and assimilated with the designated search result item, is then formatted **75** and displayed **80** to the user. This gives the user the opportunity to review, at her sole discretion, related product advertisements for specifically selected search result items.

To achieve the described functionality above, the architecture of the system comprises the following subsystems: 1) a product database; 2) a user/session manager; 3) a product

**6**

matching manager; 4) a product listing manager; and, 5) a result presentation manager. FIG. **3** is a diagram of the system architecture illustrating these various subsystems of the invention.

Depending upon which search is being performed, i.e., a general user query or a subsequent search of product advertisements based on the search result items from the general query, these subsystems will take on multiple functions. Thus, the preferred function of each subsystem is divided depending upon the types of searches or passes performed.

Query, Product Matching, and Results Presentation Pass

Referring to FIG. **3**, the product database **110** provides storage for a list of potential product advertisements. The type of information pertaining to these products may be in the form of images, such as hyperlinks or full HTML pages, and the like. It is not necessary to dictate the details of this database, provided accessible images can be acquired. The primary purpose of product database **110** is provide a repository for potentially matching product advertisements for the search results.

The user/session manager subsystem **120** is responsible for maintaining and tracking user sessions, user queries, and product advertisement requests. Each user performing a query is assigned a user session identifier. This session identifier is used to associate user queries to search result items selections, i.e., product selections. When a user initially submits a query, a normal Internet search **90** is performed. The query is forwarded to the user/session manager subsystem **120** which then forwards it on to search engine **130**. The search engine **130** performs an Internet search and produces a search results set. The search results set is then forwarded **97** to the product matching manager **140**.

The product matching manager **140** takes the search engine results set and attempts to match at least one product to each of the search result items. This is accomplished, in part, through communication with the product database **110**. For example, if the search had yielded twenty five (25) in the results set, the product matching manager **140** would, for each of those twenty five search result items, try to match at least one of the products found in the product database **110** to the individual search result item. Additionally, a storage and retrieval component, or caching component, may be used to expedite the matching process. The caching component may be part of the product matching manager **140**, or a separate subsystem. This additional caching component stores frequent advertising queries, using the URL of the search result item as a unique key identifier. For each match found, the product matching manager **140** then flags the corresponding search result item. This flag is used by the request server **160**, also referred to as the results presentation manager, to display a graphical user interface designator, which may simply be a product icon. Since performance of the implementation is time sensitive, the complete product list is not associated with each search result item at this time. The caching component may be adapted to yield a TRUE or FALSE designation to the user depending on whether related advertisements exist for the URL of a particular search result item. Every result for an advertisement is stored in the caching component. Advertising queries issued from the product matching manager **140** perform a first inquiry in the caching component database, and then a full advertising query if no information is found in the caching component database for the particular search result item.

Alternatively, the product matching manager **140** may be adapted to perform an off-line batch process for each search

US 7,076,443 B1

7

result item in the search engine repository. The product database **110** and the search engine repository are synchronized for this alternative approach. For example, for any new product advertisements, the product matching manager **140** would update the cache.

If a search result item can be associated with at least one related product, then this search result item is flagged. This ensures that when looking for related products, a user can not select a flag which could then lead to an empty product list.

The request server **160** then builds a results page which contains the search result items, and if the search result item was flagged as a having a product match, a product icon or graphical user interface designator is also displayed for subsequent user selection. The search result items and associated product icons are then displayed **98** to the browser **100**.

Product Selection and Product Presentation Pass

The request server **160** displays the results that the user will receive from the query, product matching, and results presentation pass. The user may either select from the search result set as before, or select a product icon corresponding to each search result item having at least one product advertisement associated with it in the search result set. If the user selects a search result item (not the product icon), he or she is ultimately shown the information pertaining to that item. However, if the user requests a product **95** by selecting the product icon, the user/session manager **120** routes the product request **95** to the product presentation or product listing manager **150**.

The product presentation manager **150** then references the products in the Product Database **110**. Products which match this search result item are then formulated into one list and passed to the request server or results presentation manager **160**.

The result presentation manager **160** builds a results page which now contains the initial single search result item along with a list of products from which the user may select on demand. This results page is sent **99** to the browser **100** to display the selected search result item with its corresponding products. The format of this results page can be anything from a text based match list or a full graphical, and which includes HTML and/or graphics which illustrate this product along with corresponding hyperlinks to each of the third party products.

Thus, the implementation of the instant invention provides several significant advantages over the prior art techniques. First, advertisements are selected independent of user profiling techniques. Second, these advertisements can now be provided on the user's demand. Third, the instant invention facilitates a better distribution of advertisements to a more narrowly focused group of users, those user who have a more direct interest in the advertised products.

The present invention is described herein in the context of an Internet application merely as a specific example, and is not meant to limit its applicability to Internet technology. Those skilled in the art will understand that the invention is broadly applicable to any method in which it is desirable to associate an advertisement with a result from an information repository search.

While the present invention has been particularly described, in conjunction with a specific preferred embodiment, it is evident that many alternatives, modifications and variations will be apparent to those skilled in the art in light of the foregoing description. It is therefore contemplated that the appended claims will embrace any such alternatives,

8

modifications and variations as falling within the true scope and spirit of the present invention.

Thus, having described the invention, what is claimed is: The invention claimed is:

**1**. A method of targeting at least one associated advertisement from an Internet search having access to an information repository by a user, comprising:

identifying at least one search result item from a search result of said Internet search by said user;

searching for said at least one associated advertisement within said repository using said at least one search result item;

identifying said at least one associated advertisement from said repository having at least one word that matches said at least one search result item; and

correlating said at least one associated advertisement with said at least one search result item.

**2**. The method of claim **1** further comprising providing said at least one associated advertisement on demand by said user.

**3**. The method of claim **1** wherein said information repository is associated with an Internet server.

**4**. The method of claim **1** further comprising displaying along with said at least one search result item a user-selectable icon containing a link to said at least one associated advertisement.

**5**. The method of claim **1** further comprising:

designating said at least one search result item matched to said at least one associated advertisement for subsequent selection by a user.

**6**. The method of claim **5** further comprising first submitting a query to said information repository and obtaining said at least one search result item.

**7**. The method of claim **5** wherein designating said at least one search result item further comprises displaying a graphical user interface to said user.

**8**. The method of claim **7** wherein said graphical user interface comprises a product icon.

**9**. The method of claim **5** wherein said at least one associated advertisement comprises at least one related product advertisement.

**10**. The method of claim **5** further comprising assigning a user identifier prior to matching said at least one search result item to said at least one associated advertisement.

**11**. The method of claim **5** further comprising formatting said at least one associated advertisement matched with said at least one search result item so designated, prior to displaying said at least one related product advertisement.

**12**. The method of claim **5** further comprising storing said at least one associated advertisement using a URL as an identifier for each of said at least one search result item.

**13**. The method of claim **5** further comprising performing an off-line batch process for each of said at least one search result item, wherein said batch process identifies said at least one associated advertisement for said at least one search result item.

**14**. The method of claim **5** further comprising providing a true/false designator to a user, wherein said designator indicates whether said at least one associated advertisement exists for said at least one search result item.

**15**. A method for providing related advertisements for search result items from a search of an information repository, comprising:

matching said search result items to said related advertisements;

designating each of said search result items that have said related advertisements matched therewith;

US 7,076,443 B1

**9**

providing a corresponding graphical user interface for each of said search result items so designated for subsequent user selection;

searching and retrieving said related advertisements for one of said search result items when said corresponding graphical user interface is selected by a user; and,

formatting and displaying said related advertisements upon selection.

**16**. The method of claim **15** further comprising assigning an identifier for said user when said user submits a query to said information repository.

**17**. The method of claim **15** wherein said related advertisements comprise related product advertisements.

**18**. The method of claim **15** wherein said graphical user interface comprises a product icon.

**19**. The method of claim **15** further comprising storing said related advertisements using a URL as an identifier for each of said search result items.

**20**. The method of claim **15** further comprising performing an off-line batch process for each of said search result items, wherein said batch process identifies said related advertisements for said search result items.

**21**. A program storage device readable by a machine, tangibly embodying a program of instructions executable by the machine to perform the method steps for targeting at least one associated advertisement from an Internet search having access to an information repository by a user, comprising:

identifying at least one search result item from a search result of said Internet search by said user;

searching for said at least one associated advertisement within said repository using said at least one search result item;

identifying said at least one associated advertisement from said repository having at least one a word that matches said at least one search result item; and

correlating said at least one associated advertisement with said at least one search result item.

**22**. The program storage device of claim **21** further comprising providing said at least one associated advertisement on demand by said user.

**23**. The program storage device of claim **21** further comprising displaying along with said at least one search result a user-selectable icon containing a link to said at least one associated advertisement.

**24**. A program storage device readable by a machine, tangibly embodying a program of instructions executable by the machine to perform the method steps for targeting related advertisements to individual search result items from a search of an information repository, said method steps comprising:

matching said individual search result items to said related advertisements; and,

designating those of said individual search result items matched to said related advertisements for subsequent selection by a user.

**25**. The program storage device of claim **24** further comprising the method step of first submitting a query to said information repository and obtaining said individual search result items.

**26**. The program storage device of claim **24** wherein designating said individual search result items further comprises displaying a graphical user interface to said user.

**27**. The program storage device of claim **24** further comprising the method step of storing said related advertisements using a URL as an identifier for each of said individual search result items.

**10**

**28**. The program storage device of claim **24** further comprising the method step of performing an off-line batch process for each of said individual search result items, wherein said batch process identifies said related advertisements for said search result items.

**29**. A program storage device readable by a machine, tangibly embodying a program of instructions executable by the machine to perform the method steps for providing related advertisements for search result items from a search of an information repository, comprising:

matching said search result items to said related advertisements;

designating each of said search result items that have said related advertisements matched therewith;

providing a corresponding graphical user interface for each of said search result items so designated for subsequent user selection;

searching and retrieving said related advertisements for one of said search result items when said corresponding graphical user interface is selected by a user; and,

formatting and displaying said related advertisements upon selection.

**30**. A system for providing associated advertisements for search result items from an Internet search of an information repository, comprising:

a user/session manager means for maintaining and tracking search result items from user sessions, user queries, and advertisement requests;

a product database means for providing storage and retrieval for said associated advertisements;

a product matching manager means for analyzing said user sessions, said user queries, and said advertisement requests from said user/session manager and matching said associated advertisements from said product database corresponding to each of said search result items;

a request server means for displaying results from said search and displaying said associated advertisements from said product matching manager; and,

a product presentation manager means for referencing and retrieving said associated advertisements that correspond to each of said search result items, in said product database, and to formulate said associated advertisements into a list, and pass said list to said request server.

**31**. The system of claim **30** further comprising a search engine and a browser.

**32**. A computer program product comprising a computer usable medium having computer usable program code for providing related advertisements for search result items from a search of an information repository, the computer program product comprising:

a computer readable program code means for causing a computer to effect maintaining and tracking user sessions, user queries, and advertisement requests;

a computer readable program code means for causing a computer to effect providing storage and retrieval of said related advertisements;

a computer readable program code means for causing a computer to effect analyzing said search result items and matching said related advertisements corresponding to each of said search result items;

a computer readable program code means for causing a computer to effect displaying results from said search and displaying said related advertisements; and,

US 7,076,443 B1

11

a computer readable program code means for causing a computer to effect referencing and retrieving said related advertisements corresponding to each of said search result items, formulating said related advertisements into a list, and presenting said list to a user.

**33**. A computer program product comprising a computer usable medium having computer usable program code for selecting related advertisements for search result items from a search of an information repository, the computer program product comprising:

a computer readable program code means for causing a computer to effect matching said search result items to said related advertisements;

a computer readable program code means for causing a computer to effect designating each of said search result items that have said related advertisements matched therewith;

a computer readable program code means for causing a computer to effect providing a corresponding graphical user interface for each of said search result items so designated for subsequent selection by a user;

a computer readable program code means for causing a computer to effect searching and retrieving said related

12

advertisements for one of said search result items when said corresponding graphical user interface is selected by said user; and,

a computer readable program code means for causing a computer to effect formatting and displaying said related advertisements upon selection.

**34**. The computer program product of claim **33** further comprising

a computer readable program code means for causing a computer to effect submitting a query to said information repository; and,

a computer readable program code means for causing a computer to effect obtaining said search result items from said information repository.

**35**. The computer program product of claim **34** further comprising a computer readable program code means for causing a computer to effect assigning an identifier for said user when said query is submitted to said information repository.

*   *   *   *   *

# EXHIBIT G

HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

              Plaintiff,

    v.

ZILLOW GROUP, INC.; and
ZILLOW, INC.,

              Defendants.

2:20-CV-01130-TSZ

**DECLARATION OF DANIEL A. OBLINGER REGARDING**

**U.S. PATENT NOS. 6,785,676 AND 6,778,193**

DECLARATION OF DANIEL A. OBLINGER - 1
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

I, Daniel A. Oblinger, declare as follows:

I. **INTRODUCTION**

1. I am the inventor of U.S. Patent No. 6,785,676 (hereafter, the "'676 Patent") and one of the inventors of U.S. Patent No. 6,778,193 (hereafter, the "'193 Patent").

2. I understand that IBM has asserted the '676 and '193 Patents in a litigation against Zillow Group, Inc. and Zillow, Inc. (collectively, "Zillow").

3. This declaration is based on my own personal knowledge. I make this declaration in support of IBM's First Amended Complaint against Zillow.

II. **BACKGROUND**

4. I am currently the Founder and Chief Technology Officer at Analytics Fire. Analytics Fire is an analytics and development firm that started with the goal to help innovative smart device manufacturers bring complex system products to market. In my current role, I lead a team of over forty experts in software engineering, operations, user experience, and data science. The team works together in providing services to clients, such as building systems to automate, monitor, and manage fleets of connection IoT devices. I am involved in business development for Analytics Fire's three practice areas: (1) Application Development; (2) Application Maintenance; and (3) Data Science and Machine Learning. Regarding Data Science and Machine Learning, Analytics Fire provides engineering services to clients whose projects require expertise in, for example, machine learning and vision processing for embedded robotics, as well as natural language processing and dialogue based systems.

5. At the time of the invention of the '676 and '193 Patents, I was a Research Staff Member at IBM. In this role, I worked on and managed various projects related to data mining, artificial intelligence, and machine learning. As one example, I developed a program used to teach children how to read. I worked on this project as part of a team at IBM focused on K-12 education, with a mandate to reinvent the traditional educational system using novel technologies. The system utilized advanced machine learning algorithms to track the progress of each child, and identify the developmental trajectory and areas of focus for the instructor. As another example, I developed a

DECLARATION OF DANIEL A. OBLINGER - 1
(Case No. 2:20-cv-01130-TSZ)

machine-learning algorithm used to predict the skillset of each employee within a company based on analysis of the employee's email data.  This program was designed to help locate the employees best suited to a particular task from within a large and distributed enterprise.  I also developed software that is now part of the IBM Rational Software tool suite around the same time.  The program I developed utilized machine learning to learn and reproduce the behaviors of desktop computer users, including Microsoft Windows events.  While working at IBM, I also taught graduate courses on machine learning as a visiting professor at Columbia University in the City of New York.

6.    I hold a Doctor of Philosophy (PhD) degree in Computer Science from the University of Illinois at Urbana-Champaign, which I received in 1998.  My doctoral program provided an emphasis in artificial intelligence and machine learning.  I also earned a Master's Degree in Computer Science from the Ohio State University in Columbus, Ohio in 1989.  Additionally, I hold a Bachelor's Degree in Computer Science and Mathematics from Northern Kentucky University at Highland Heights, Kentucky, which I received in 1987.

7.    I also have significant experience with research and development in the field of artificial intelligence and machine learning.  For example, from 1989 to 1998, I was a Research Assistant at the University of Illinois, where I worked on knowledge-based machine learning applied to computational biology, and built adaptive models used to predict the tertiary structure of proteins.  From 2005 to 2010, I was a Program Manager at DARPA, an agency of the United States Department of Defense.  In this role, I created and led over two hundred million dollars of research and development, including the Machine Reading program, which was part of the technology that led to the creation of IBM's "Watson," the Jeopardy-playing supercomputer.  For another example, I was Chief Technology Officer and Co-Founder of Aeolus (a robotic startup company) from 2013 to 2018, where I designed and led development for an artificial intelligence based operating system.  I directed a team of over sixty engineers with doctorates in a variety of Robotics sub-divisions such as vision, manipulation, real-time control, and navigation.

8.    I am an inventor of over twenty-five United States Patents, two of which are the '676 and '193 Patents.

DECLARATION OF DANIEL A. OBLINGER - 2
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700    FAX (206) 623-8717

1  **III.  DEVELOPMENT OF THE '676 AND '193 PATENTS**

2  9.  I developed the inventions of the '676 and '193 Patents as part of my work on a

3  collaboration with an education technology group at IBM from 2000-2001.  This collaboration

4  included Debra Biebesheimer, Neal Keller, Mark Podlaseck, Donn Jasura, and Stephen Rolando.  I

5  was originally approached by Neal Keller to collaborate on computer problems concerning education

6  based on my knowledge of machine learning.

7  10.  The goal of the collaboration was to design and develop various aspects of a novel

8  customer self-service system, which would allow users, such as students, to easily locate educational

9  materials personalized to their needs, background, and requirements.  The particular students we had

10  in mind at the time were IBM employees seeking to learn about a new area of technology or entering

11  a new department at IBM.

12  11.  We sought out to design a graphical user interface and associated search system that

13  could provide not just a few isolated pieces of information to the user based on their search query,

14  but could develop a full curriculum of educational materials tailored to the context of a particular

15  user, the background and interests of the particular user, and the goals of that user.  By using artificial

16  intelligence and machine learning and by extracting metadata from educational materials, the

17  computer system could connect the metadata related to each piece of educational material to the

18  metadata representing the needs of a particular user at that point in time.  I was the machine-learning

19  specialist of the group, and was in charge of designing the adaptive elements of the system.

20  12.  One of the problems in the field at the time that we wanted to address was "info

21  overload."  At the time of the inventions, search engines already had the ability to retrieve and return

22  millions of search results responsive to a single request.  While this capability was largely seen as a

23  positive development, our group recognized the negatives:  Users cannot (and will not) take the time

24  to browse millions (or even dozens) of search result listings.  In order for a customer self-service

25  and search system to be effective and maintain user engagement, the system would have to present

26  the correct results specific to a particular user towards the top of the listings and in a way that would

27  help the user navigate the results.  Instead of maximizing the number of results returned to the user,

DECLARATION OF DANIEL A. OBLINGER - 3
(Case No. 2:20-cv-01130-TSZ)

1    our goal was to design a system that would show the user the most important results for their user

2    context in a way they could understand without computer expertise.

3        13.    Another problem that we wanted to address was crowding on the graphical user

4    interface.  In a customer self-service and search system, users typically interact with the graphical

5    user interface using icons, which are graphical representations of various applications, data sets, and

6    data configurations.  One major limitation of graphical user interfaces is that the display has a fixed

7    size, and therefore all of the necessary information must fit into this display.  This problem is

8    particularly acute on devices with small screens, such as mobile devices and laptop computers.  The

9    search system typically needs to collect large quantities of information from each user in order to be

10   effective.  However, in graphical user interfaces at the time, there was a 1:1 correspondence between

11   the number of icons and the number of variables or functions that the user could specify.  Therefore,

12   providing enough icons to allow the user to configure their full context using a traditional graphical

13   user interface system would have led to an extremely crowded display.  Another goal that we had

14   was therefore to design a novel graphical user interface workflow, which would allow users to

15   specify a full set of contextual variables without overwhelming the user with a crowded graphical

16   user interface.

17       14.    Our work designing the customer self-service and search system resulted in the

18   issuance of several U.S. Patents, covering different aspects and inventions from within the overall

19   system.  Two of these patents are the '676 and '193 Patents.

20   **IV.    INVENTIVE ASPECTS OF THE '676 PATENT**

21       15.    The '676 Patent is titled "Customer Self Service Subsystem For Response Set

22   Ordering And Annotation."  I originally filed the application for this patent on February 7, 2001.

23   The patent was then issued by the United States Patent Office on August 31, 2004.

24       16.    The '676 Patent describes systems and methods for ordering and annotating search

25   results in a customer self service and search system.  I developed the patented technology of the '676

26   Patent to address the issue of info overload through a new type of search system that uses machine

27   learning and incorporates the full context of a user into the search mechanism and selection logic in

DECLARATION OF DANIEL A. OBLINGER - 4
(Case No. 2:20-cv-01130-TSZ)

order to order and annotate search results.  Another goal of the invention was to incorporate user specificity into the search system, or to return the right results to the right user at the right time.  By learning and utilizing the user's context, the search system would return the results most relevant to a specific user's background, interests, needs, learning level, etc., without requiring the user to explicitly specify the type of results they are searching for.

17.    Machine learning can be thought of as a way to analyze rows and columns of information to predict the results that would be most appropriate for the user.  Each row corresponds to a specific data item, and each column correspond to an attribute to be predicted.  For any given problem, one of the columns may correspond to a target attribute value that the system wants to predict at a particular point in time.  The approach for collecting and processing the data to populate the necessary rows and columns, and predict the target attribute values was a persistent challenge to persons of ordinary skill in the art at the time.  More specifically, because the user's open-ended interactions with the search system (such as selecting icons on the user interface, entering queries into the query box, etc.) does not easily translate into the fixed set of columns utilized by the machine learning model, an innovative approach is required to map these types of data.

18.    One innovative aspect of the system of the '676 Patent is the use of a user context vector containing both data associated with a user's interaction state and contextual data about a user.  The user context vector would populate the data structure with a wide variety of contextual information specific to a particular user through a back-and-forth interaction between the user and the computer system as the user interacts with the customer self-service system.  Through the user context vector of the patented invention, the system was able to combine heterogeneous data about a user from a wide variety of sources (such as the user's background, skill level, intentions and goals, history of searching, trajectory of previous learning through the curriculum's course materials, etc.), which is not structured as a fixed vector of data values, and thus is not directly usable by a conventional learning algorithm.  Our innovation was to transform this user history and other data into such a fixed length vector which is directly usable by learning.  The heterogeneous data is therefore transformed into a homogeneous data structure with strong predictive value regarding the

DECLARATION OF DANIEL A. OBLINGER - 5
(Case No. 2:20-cv-01130-TSZ)

1    user's interests.   In other words, the system had the ability to look at a user's past history of

2    interaction, and translate each interaction or data point into a different aspect of the user's overall

3    context, thus comprising a machine-learning algorithm that could intelligently predict which

4    resources are best suited to the user.

5          19.     Another innovative aspect of the invention of the '676 Patent is the utilization of the

6    user context vector in order to execute an ordering and annotation function.   The system of the

7    patented invention would map the user context vector with a set of responsive search results in order

8    to generate an annotated set of resources, or search results.   The annotations affect, among other

9    things, the order that the resources are presented to a user of the system, and is a particular way of

10    summarizing and presenting information from the returned resources in electronic devices.   This

11    method of going from a user context vector to a particular set of resources solved the "more is not

12    always better" problem of info overload in search systems at the time, by returning a set of

13    information that was not only ordered in a meaningful manner specific to the user, but also annotated

14    for system and the user.

15 **V.      INVENTIVE ASPECTS OF THE '193 PATENT**

16          20.     The '193 Patent is titled "Customer Self Service Iconic Interface For Portal Entry

17    And Search Specification."   I originally filed the application for this patent on February 7, 2001.

18    The patent was then issued by the United States Patent Office on August 17, 2004.

19          21.     I invented the technology described in the '193 Patent along with my co-inventors

20    Debra Biebesheimer, Neal Keller, Mark Podlaseck, Donn Jasura, and Stephen Rolando.

21          22.     The '193 Patent describes a graphical user interface that allows the user to configure

22    the customer self-service system with a search specification that is specific to that user's context.

23    The patent describes various workspaces within the graphical user interface which the user navigates

24    between in order to enter a search query, configure the search specification by selecting graphical

25    user context elements, view a set of resources responsive to the user's query, and further refine the

26    query (including the user's context) using various parameters and criteria.

27

DECLARATION OF DANIEL A. OBLINGER - 6
(Case No. 2:20-cv-01130-TSZ)

23.     The system of the '193 Patent addresses the info overload problem mentioned about through a graphical user interface perspective.  Instead of requiring the search system alone to populate the user context vector and predict the user's context using information such as a database of stored interaction records, the invention of the '193 Patent allowed the user to help populate the user context vector by directly specifying aspects of their user context through a series of graphical user context icons present on the interface.  The patented system also provided a unique solution to the graphical user interface crowding problem by allowing the user to navigate through a series of visual workspaces in order to specify and refine their user context.

24.     Furthermore, the different visual workspaces of the '193 Patent can be combined with the ordering and annotation function of the '676 Patent in the same overall customer self-service system.  The ordering and annotation function populates a user context vector in order to set initial values and context for a particular user, and the user may then alter these variables to change their user context through the user interfaces of the '193 Patent.  As the user changes the values by selecting graphical elements such as user context icons, the ordering and annotation function learns about the user's context through these user actions.  Therefore, the '676 and '193 Patents represent two different methods of providing an improved customer self-service system that can be used together synergistically.

25.     One of the inventive aspects of the '193 Patent was the set of various visual workspaces, along with the mechanism for the user to navigate among these workspaces within the same graphical user interface.  This was our unique solution to the problem of crowding on the interface when a large set of icons or selection criteria are made available to the user:  We separated the full interface into two or three separate "visual workspaces," and presented a separate set of information on each workspace.  We structured those workspaces so that each carried out an important function in the search process.

26.     One of the visual workspaces was the "cockpit" of the system (like an airplane cockpit) where the user initially specifies the materials that should be presented to him or her through the selection of one or multiple graphical user context icons, which specify different contextual

DECLARATION OF DANIEL A. OBLINGER - 7
(Case No. 2:20-cv-01130-TSZ)

1  attributes about the user.  Through this workspace, the search system could initially learn about the

2  user.  Another workspace gave the user the option to review many different search results at the

3  same time, and was the "10,000 foot view" of the full data space.  In this workspace, the user could

4  view and interact with many different results, but those results were just a fraction of the full n-

5  dimensional data space.  Since the user does not know the full contents of the entire data space (and

6  can only see the specific set of results returned), the search system can learn about the user and their

7  interests based on the user's interaction with this portion of the full data space.  A third visual

8  workspace allowed the user to get inside the "engine" of the search system itself, and make specific

9  tweaks and corrections to their user context and search parameters through graphical user elements

10  that can manipulate a variety of different variables.

11      27.     Specifically, one of the key innovative aspects of the invention of the '193 Patent was

12  not just the multiple visual workspaces alone, but how these various visual workspaces build upon

13  each other and interact with each other.  For example, a user's interactions in the visual workspace

14  corresponding to the "cockpit" (where graphical user context icons are selected) changes the way

15  that the "engine room" visual workspace (where user context and other search parameters are

16  specified and refined) appears and behaves.  The use of one visual workspace to affect the others in

17  a closed-loop feedback system is an innovative aspect of the patented system

18      28.     Another innovative aspect of the '193 Patent was the mechanism allowing users to

19  navigate from one visual workspace to another in a fluid closed-loop system.  A conventional search

20  "wizard" system would walk the user through a pre-set sequence of displays in order, once, to specify

21  search criteria, with the end result being the display of a set of search results.  But, going back to the

22  airplane analogy, the invention of the '193 Patent allows the user to reconfigure the engine during

23  flight:  The user may freely navigate through the workspaces and module the set of resources that

24  will be returned to them.

25      29.     This is a different and improved computer wizard: a "soft wizard" system.  While the

26  system provides access to various workspaces, the user is also free to navigate the workspaces in

27  whatever manner they wish, however many times they wish, or not at all.  The interface of the '193

DECLARATION OF DANIEL A. OBLINGER - 8
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1    Patent is therefore an improvement over the conventional search portal system (where the user

2    submits a query to search for results with precise control of the input but no help in designing the

3    input) as well as an improvement over the search wizard system (where the user must walk through

4    a predetermined series of interfaces in order to complete a search, and has no control over the search

5    experience).  In the "soft wizard" system of the '193 Patent, the multiple visual workspaces have a

6    designated trajectory, but the user is not limited to following this trajectory, and may jump between

7    the workspaces to dynamically alter the search specification.  Additionally, because the search

8    system is "intelligent" and is aware of the previous actions of the user, the user interface adapts based

9    on the user's past actions, to gently guide the user towards anticipated areas of interest.  The system

10   therefore provided a graphical user interface where the user has the full ability to specify both the

11   broad and narrow aspects of their user context, directly training the underlying search system in the

12   process.

13        I declare under penalty of perjury under the laws of the United States that to the best of my

14   knowledge and recollection the foregoing is true and correct.

15

16   Dated: November 4, 2020

17

18   /s/   _D.Oblinger_____

19

20

21

22

23

24

25

26

27

DECLARATION OF DANIEL A. OBLINGER - 9
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# EXHIBIT H

1

HONORABLE THOMAS S. ZILLY

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

7

8

Plaintiff,

2:20-cv-00851-TSZ

9

v.

Declaration of Andrew Cockburn

10

ZILLOW GROUP, INC.; and
ZILLOW, INC.,

11

12

Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ANDREW
COCKBURN - 1
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

I, Andrew Cockburn, declare that:

**I.     Introduction**

1.      I have been retained as an expert in this case by International Business Machines Corporation ("IBM") to provide expert opinions and testimony regarding the technology involved in this case.  I make this declaration in support of IBM's First Amended Complaint against Zillow Group, Inc. and Zillow, Inc. (collectively, "Zillow").  Unless otherwise noted, the statements made herein are based on my personal knowledge, and if called to testify in Court, I could and would testify competently and truthfully with regards to this matter.

2.      I am being compensated at my usual consulting rate of $500 per hour for my work related to this dispute.  My compensation is in no way dependent on the outcome of this dispute or the testimony or opinions that I give.

3.      A copy of my CV is attached hereto as Exhibit A.

4.      In reaching the below opinions and conclusions, I have relied upon my education, experience, and training, and my review of U.S. Patent No. 7,543,234 ("the '234 patent") and its prosecution history.

5.      I reserve my right to supplement this declaration if further information becomes available or if I am asked to consider additional information.  Moreover, I reserve my right to consider and comment on any expert statements and testimony of an expert retained by Defendants in this matter.

DECLARATION OF ANDREW
COCKBURN - 2
(Case No. 2:20-cv-01130-TSZ)

## II.     Qualifications

6.     I hold a Doctor of Philosophy (PhD) degree in Computer Science specializing in Computer Supported Cooperative Work from the University of Stirling in Stirling, Scotland, which I received in 1993.

7.     I am currently a Professor in the Department of Computer Science at the University of Canterbury in Christchurch, New Zealand.  I have been employed at the University of Canterbury since 1993.  I started my career at the university as a Lecturer.  I was promoted to Senior Lecturer in 1998.  I was promoted to Associate Professor in 2003.  I was promoted to Professor in 2009.

8.     Since I earned my PhD, I have been immersed in the field of human-computer interaction, which is generally concerned with understanding an improving the interaction between humans and computers.  I have over 150 publications in various international journals and conferences.  I am an Editorial Board Member for various journals, including the ACM Transactions on Computer-Human Interaction, the Human-Computer Interaction Journal, and the Foundations and Trends in HCI.  In 2015, I was elected to the CHI Academy, which is an honorary group of individuals who have made substantial contributions to the field of human-computer interaction.

9.     Throughout my career, I have published the results of many research projects that involved designing, building, and evaluating new user interfaces.  This includes publications related to:

> a.     designing, implementing and evaluating web-browser visualization interfaces to assist users in navigating the Internet;

DECLARATION OF ANDREW
COCKBURN - 3
(Case No. 2:20-cv-01130-TSZ)

b.  reviewing and improving various interface schemes for traversing through and visualizing documents in computer applications, including zooming, scrolling, and other techniques;

c.  developing and testing theories relating to the efficiency of different information structures for organizing and retrieving data;

d.  addressing the problems arising from the small form factor of mobile devices with touch-sensitive displays; and

e.  developing and evaluating lens-based methods for interacting with visual content in mobile, desktop, and augmented reality displays.

10.     In my research I have collaborated with various companies in the computing and Human-Computer Interaction industry, such as:

a.  working with Airbus SAS since 2016 on methods to assist pilot interaction with touchscreens in turbulent environments, including pan, slide, and zoom operations;

b.  working with Hewlett-Packard Research Labs from 2010-2012 on the design and evaluation of pointing techniques for remote displays, such as interactive TVs;

c.  working with Logitech a number of projects from 2006-2010 pertaining to the design, development, evaluation and improvement of user interfaces for next generation mice, including in relation to scrolling and window management tasks through overview displays, which relate to zooming;

d.  working with IBM Almaden Research in 2006 on the design, development and evaluation of user interfaces for touch-sensitive text entry on mobile devices; and

DECLARATION OF ANDREW
COCKBURN - 4
(Case No. 2:20-cv-01130-TSZ)

e.   working with Microsoft Research in 1999 on the development, evaluation and improvement of user interfaces for web browsing.

11.   Other relevant qualifications are set forth in my CV.

## III.   Level of Ordinary Skill in the Art

12.   At the time U.S. Patent No. 7,543,234 ("the '234 patent") was filed (July 1, 2005), a person of ordinary skill in the art would have an undergraduate degree in computer science or related field, and two years of experience in the research, design, or development of graphical user interfaces, or the equivalent.

13.   Based on my education and experience, I was at least a person of ordinary skill in the art ("POSITA") at the time of the inventions covered by the '234 patent.

## IV.   Materials Considered

14.   In preparing this declaration, I have relied upon my education, knowledge of computer networks and software, and related industry and academic experience.

15.   I have been asked to comment on the general technology and the existing art at the time of the filing date of the '234 patent, as would have been understood by a POSITA.  I have therefore reviewed and considered the specification (including the claims) of the '234 patent, as well as relevant portions of the file history for the patent.

## V.   Background On Graphical User Interfaces And Computer-Based Information Organization

16.   The '234 patent broadly relates to the problem of organizing the display of information from a variety of sources in a computer system.  Computing systems have the capability to retrieve, store, and manage large sets of data, and the data items handled by a single computing system may originate from a variety of different sources and relate to a multitude of

DECLARATION OF ANDREW
COCKBURN - 5
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

information criteria that may be of interest to the user.  More specifically, the patent relates to solving a particular problem of designing a graphical user interface of a computer system in a manner that avoids display clutter and supports users in efficiently viewing and retrieving information.  The patent describes a novel method of organizing portlets in a portal page on a graphical user interface.

17.     Early computer systems implemented hierarchical structures and file systems in order to assist in the organization of information with the aim of supporting more efficient retrieval.  In order to do so, these computers utilized a system known as a command-line interface (CLI).  An example of a command-line interface is shown below:



Exhibit B - https://www.techwatching.dev/posts/welcome-azure-cli.

DECLARATION OF ANDREW
COCKBURN - 6
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

18.     While CLIs were efficient to use, they required learning and memorizing a relatively arcane vocabulary and syntax, which is inconvenient and unattractive to many computer users.  Therefore, they required a certain level of expertise simply to search for, manage, and display information, and were not generally user-friendly for non-programmers.  In order to control these systems, users were required to learn and input a variety of commands related to four key categories of activities related to the hierarchical structures:

a.   *determining and revising the structure of the hierarchy*.  These commands allowed users to create new directories, each of which is used to store a set of related files and directories.  For example, a user might type the command "mkdir jamie-meds" to create a new directory named "jamie-meds."

b.   *traversing through the hierarchy*.  To help the user maintain their orientation within the hierarchy, interfaces included the notion of a "current directory" which demarked the user's current navigational location within the hierarchy.  These commands allowed the user to change the current directory ("cd"), such as "cd jamie-meds." The command "cd .." changed up one level in the hierarchy.  Users could also type a "path" to directly traverse through a series of directories, bypassing intermediate levels in the hierarchy:  for example, "cd family/medical/jamie-meds" would immediately change the working directory to the directory "jamie-meds" without use of discrete commands to visit the intervening directories "family" and "medical."

c.   *viewing content of the hierarchy*.  These commands allowed users to view the content of directories, defaulting to the current directory.  For example, "ls" might

DECLARATION OF ANDREW
COCKBURN - 7
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

list the files and directory names within the current directory, and "ls jamie-meds" would list the content of the directory "jamie-meds."

  d. *searching for items within the hierarchy.* Commands would allow the user to search for files conforming to specific criteria within the hierarchy. For example, the command "grep -r family/medical knee" would list all files containing the word "knee" in any subdirectory of the directory family/medical.

19.     After command line interfaces, graphical user interfaces emerged, which greatly reduced the difficulty of managing and using information hierarchies, and transformed the computer system from a tool only accessible to experts and programmers to a tool widely available to the general public and novice users. The graphical user interface allows the user to interact with a computer using a pictorial system, instead of memorizing and inputting complex commands.

20.     Early graphical user interfaces employed a 'Desktop Metaphor' to assist users in comprehending directory structures, with directories commonly referred to as 'folders' and depicted using iconic representations of traditional physical folders. Users viewed the content of files and folders using graphical user interface "file browsers," and actions such as double-clicking on folders allows users to "open" folders and thereby traverse the information structure. Users could also move files into folders by dragging their representation over a particular folder icon, and dropping them onto the folder. Similarly, files and folders could be deleted by dragging them to a trashcan icon.

21.     Since the introduction of graphical user interfaces, computer systems have become more ubiquitous, more powerful, and more connected to rich information sources. However, these developments have also created new forms of problems to resolve related to retrieving, structuring,

DECLARATION OF ANDREW
COCKBURN - 8
(Case No. 2:20-cv-01130-TSZ)

and presenting information on graphical user interfaces.  These problems are unique to computer systems, and are simply not present in the physical world.

22.     First, because graphical user interfaces are displayed on a screen that has a fixed size and shape, UI designers must contend with a limited amount of space to display information on the screen.  Although computers have rich display capabilities that can potentially show millions of data points at any one time, the human viewer is susceptible to a problem of 'woods for trees'—computer displays readily produce cluttered displays that are overloaded with superfluous content, impeding the user's ability to extract desired information.  In particular, many computer systems, such as mobile phones and laptops, have small displays through which the user may need to organize, review, and retrieve a few items of interest from among many millions of candidate items.  Even desktop computers with larger displays are highly susceptible to producing crowded or cluttered displays that impair the user's ability to effectively interact with the information.

23.     Second, computer systems often utilize dynamic data, which produces changes in the display over time, such as daily or second-to-second (for example, the latest scores in a variety of ongoing sports games, or current weather for a pending commute).  This is different from stored information in the physical world, such as information stored on a piece of paper in a file folder of a filing cabinet, or information written on each notecard in a pile of notecards.  The information written on each page is fixed, but the information displayed on the graphical user interface may change continuously.

24.     Third, the data displayed on a graphical user interface may originate from many different sources (such as in a portal page).  The data sources that produce the information with which the user interacts may also be dynamic and change over time, and the computer system

DECLARATION OF ANDREW
COCKBURN - 9
(Case No. 2:20-cv-01130-TSZ)

therefore requires the ability to handle changes in the location of the source data, or changes in the content of the source data.  For example, a source of real-time scores in sports games may change its structure or the way it delivers data, which may alter the way in which the user wishes to interact with the data.

**VI.     Structuring Data For Display On Graphical User Interfaces**

25.     The following paragraphs review several known techniques and approaches for organizing and presenting information to users on graphical user interfaces of computing systems at the time of the filing of the '234 patent.

26.     To illustrate these techniques and approaches I used an abstract representative dataset consisting of 27 data items comprising three shapes (circle, square and triangle), three colors (blue, green, and red), and three sizes (small, medium, and large).  The figure below shows these 27 items within a single display window, producing a relatively cluttered display with only 27 items; and most real datasets would contain thousands or millions of data items.



DECLARATION OF ANDREW
COCKBURN - 10
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

A.      **Graphical User Interfaces For Browsing Hierarchies**

1.      **Files And Directory Structures**

27.     As mentioned above in paragraph 20, the early graphical user interfaces allowed users to organize files and directories into hierarchical structures.  A user could therefore reduce display clutter by creating named folders to hold a set of related files.  The user could then drag and drop the files into the folders.  Each folder is represented by a distinct icon, visually depicting the hierarchy structure to the user.

28.     For example, the figure below-left shows three folders—named 'Circles,' 'Squares,' and 'Triangles'—one for each of the three shapes in the figure above.  The figure below-right shows the display after the user has changed into the 'Circles' folder by double-clicking on the associated icon.



29.     The conceptual simplicity of graphical user interfaces for hierarchical information organization has led to their widespread use for many types of data beyond traditional computer files and directories, including email organization, web-browser bookmarks, and photo and media organization.  Although widely used, this approach to information organization and presentation has at least three important limitations.

DECLARATION OF ANDREW
COCKBURN - 11
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

30.     First, the structure is *manually created*, which makes demands of the user.

    a.    The user must identify useful and sensible categories for the data structure, which may be non-trivial for certain datasets.  This is particularly true when the data items gradually appear over time, because the relationship between data items may not occur to the user until a critical number of items are present.

    b.    Explicit user interface manipulations are required to create each folder and to move each file into its target folder.  This can be a substantial burden when the hierarchy is large or when data items require frequent reorganization.

    c.    Any human error or imperfection in the creation of folders or in the movement of items into folders can cause enduring inefficiency in future use of the hierarchy.

31.     Second, the manually created structure is *non-adaptive*.  As the structure is manually created, its structure is fixed unless the user modifies it, and consequently it cannot adapt to changing user needs.

32.     Third, every file and folder has a *unique location* in the structure.  Related to the previous problem, the fact that every item in the structure has a non-adaptive and unique location means that the structure poorly supports changing user needs.  For example, the figure above is effective if the user is primarily interested in certain shapes; but a different structure would be preferable if the user was primarily interested in certain colors, such as 'I need to inspect all the green items.'  Instead of the structure depicted in the figure above, the structure depicted below would best support the user's color-based needs.

DECLARATION OF ANDREW
COCKBURN - 12
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717



33.     One way to ease the problems associated with a non-adaptive structure is to allow duplicates of the data items.  In this way, each data item might have two or more copies in the hierarchy, with alternative paths for obtaining each copy.  For example, the figure below shows six folders allowing two different paths to access duplicate items: either by their shape or by their color.

34.     However, there are extensive problems associated with maintaining consistency across duplicate copies of data items.  For example, when one item is edited, the other item becomes inconsistent with it.  For this reason, creating duplicate copies for the purpose of varied access paths is rarely appropriate.

DECLARATION OF ANDREW
COCKBURN - 13
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

35.     'Aliasing' data items can overcome some of the problems associated with duplicates.  When an alias of a data item is created in a graphical user interface, it will typically refer to the original copy of the item, and provide a representation that supports access to the original.  For example, the items located under each of the color folders in the figure above could be aliases to the actual files that are stored under the shape folders.  When any of the aliases under the color folders are opened and edited, only the original data item (stored under the shape folders) would be altered.

36.     Although aliasing overcomes some of the problems of duplicate data items, it still exhibits several problems, including the fact that alias items add clutter to information displays, and they can lead to problems in maintaining the information space (for example, aliases typically become dysfunctional if the original data item is moved to a new location).

## 2.     Data Lists Sortable By A Single Attribute

37.     Another feature of graphical user interfaces for browsing hierarchies that was known prior to the filing of the '234 patent was to allow the user to alter the way in which the content of folders is displayed.  For example, rather than using icons to represent files and folders (as in the examples above), the user might instead choose to have folder contents displayed as a list of data items, with each item revealing different attributes associated with the item, such as the file name, file size, and date at which the file was created or last modified.  In many systems, the user could also choose to sort the list according to a selected attribute.

38.     For example, the figures below show 27 items of varying shape, color, and size represented within a single scrolling display.  The figure on the left is alphabetically sorted by shape, which occurred as a consequence of the user clicking on the word 'Shape'; the figure on the

DECLARATION OF ANDREW
COCKBURN - 14
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

right is sorted by color, which occurred as a consequence of the user clicking on the word 'Color.' The highlighted symbol '∇' shows the attribute that the list is currently sorted by.



39.    Finally, it was also known for graphical user interfaces for browsing hierarchies to allow the user to filter the set of data items included in the list.  For example, the figure below shows the list content reduced to only include data items in which at least one of the attributes includes the text "Triang," which the user has typed into the "Filter" entry box at the top right of the figure.



DECLARATION OF ANDREW
COCKBURN - 15
(Case No. 2:20-cv-01130-TSZ)

40.     One of the primary limitations of this approach is that it leads to displays that are difficult for the user to manage and review due to the production of long lists that require excessive scrolling from the user.  For example, if the user is interested in red circles and blue squares, they will either need to scroll one view or switch between sorting order.  The requirement to configure and manipulate the interface to jump between these views is likely to add to the user's workload.  This problem escalates for datasets that are larger and richer than this illustrative example of 27 items.

**B.      Search Interfaces**

41.     The high data-processing speeds of computer systems also opens opportunities for searching through a large information space for data items that conform to specific attributes. With search systems, the user will typically type a text keyword or keywords of interest and the system will search through the information space to identify all data items containing the keyword(s).

42.     In basic search systems, the system examines each data item to determine whether it contains a character-by-character match for the keyword(s) typed by the user, and it constructs a one-dimensional list of results that contained at least one match.  The list is then presented to the user, who can scroll through the list of results, selecting any item for further inspection.

43.     For example, the user might type a set of keywords into an Internet search engine, which will present an ordered list of matches to the user.  The user can click on each of the list items to visit the associated web page.  But if the list of items presented to the user does not contain the user's intended result, then the user must formulate a new set of search terms, type their query, and submit it to the system anew.  Also, once the list of results has been dismissed or

DECLARATION OF ANDREW
COCKBURN - 16
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

replaced with other data, if the user wishes to re-establish the list of results (perhaps days later), they must recall the set of search terms used, retype them, and resubmit the search.

44.     Consequently, while search user interfaces can be effective for large and broad information spaces (e.g., Google searches across the internet), they have several important limitations.

45.     First, there are significant problems arising from the limitations of human memory. People often have difficulty in recalling key attributes of files and data.  For example, users frequently struggle to recall the name that they assigned to a file, such as whether a file is called "mockups-234," "234-mockups," "shapes," "shapes-234," etc.  In contrast, people have a good ability to recognize the correct data item when it is displayed to them – e.g., identifying "shape-mockups-234" as the intended file when it appears in a list.  Consequently, users often prefer and have greater trust in interface methods that involve a series of incremental steps towards the intended data item (e.g., navigating through the layers of a file hierarchy) rather than typing a search term and hoping that the intended target will be in the list of results.

46.     Second, problems of synonyms increase the risk that the search term will fail to identify the intended target item.  For example, if searching for the largest items in our 27-item dataset, the user might not know whether to use search term "biggest," "large," "largest," "huge," "largest area," etc.

47.     Third, the user needs to invest effort in parsing the elements presented in the results list.  Search results lists will often include false-positives (items that do not match the user's intention), and the user needs to determine which of the items are correct and which are not.

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

48.    Fourth, there are also problems with false-negatives, whereby items that the user intended to find were not identified by the system, possibly due to the first and second problems above.

49.    Fifth, search interfaces typically provide transient results, meaning that any subsequent search will displace the previous search results.  This can create difficulties for users who wish to return to a previous set of results because they may not remember the exact search terms previously used, and because the set of results returned may change due to changes in the source dataset.

### C.    User-Defined Active Filtering Interfaces

50.    Active filtering interfaces allow the user to specify a variety of properties and terms to be applied to items within a dataset.  When the filter is applied, the user-specified actions will be executed on each item conforming to the filter, such as moving the matching items to a specific folder.  Filters can be automatically applied to incoming information.  For example, filters are commonly used to identify incoming email as junk mail and to move it to a "junk mail" folder.

51.    Filtering interfaces share many of the problems of search interfaces.  They also introduce a variety of further problems.

52.    First, when automatic actions are applied to filter results, there can be substantial problems of false positives relating to the execution of an undesired action.  For example, a user might miss an important meeting because an incoming email message announcing the meeting was falsely identified as junk and moved to a junk folder that the user does not review.

53.    Second, there can also be substantial problems relating to the false negative application of automatic actions.  For example, a user might miss an important meeting

DECLARATION OF ANDREW
COCKBURN - 18
(Case No. 2:20-cv-01130-TSZ)

announcement because a filter failed to automatically move a meeting announcement into an "upcoming meetings" folder that the user relies upon to organize their day.

54.     Third, it can be difficult for the user to know in advance what attributes of future data should be used to specify the filter, and similarly, it can be hard for them to know what actions should be applied when items are identified.  For example, while users can readily identify junk email messages when they see them, it can be hard to specify exactly what keywords or characteristics should be used to identify junk mail in advance, especially if it is important to avoid false positives.

55.     Fourth, filtering interfaces will typically allow the user to specify a variety of attributes, values, and rules to identify filtered items, as well as allowing the user to specify a variety of actions to apply when items match the rules.  These interfaces require a relatively high level of sophistication from the user, including an understanding of Boolean logic.  Consequently, many users will be deterred from using filtering interfaces.

### D.     Personalized Portal Pages

56.     With the rapid expansion of the World Wide Web (WWW) and Internet browsers through the mid-to-late 1990s, it became important for organizations to provide access to their information sources through online services.  Early "portal" web pages provided access to a variety of services within a particular organization, with all visitors to the portal receiving the same or substantially the same set of served data.  For example, a government web portal allowed the user to access services from across different branches of the government, by accessing one portal webpage.

DECLARATION OF ANDREW
COCKBURN - 19
(Case No. 2:20-cv-01130-TSZ)

57.     As the capabilities of web browsers and underlying technologies rapidly progressed through the late 1990s and early 2000s it became possible to display portal web pages that customized their content to the user's specific interests.  In these displays the portal webpage could be comprised of a set of portlets, with each portlet displaying a different set of information potentially from a different source.

58.     For example, the figure below shows a portal webpage that contains three portlets. The two portlets at the top of the portal show graphical data concerning green objects (left) and circle objects (right), and the portal on the bottom provides a list of all objects.  The data used to populate these portals could have been derived from different data sources and aggregated across sources.  Selecting an item within any of the portlets might cause the entire web browser page to be replaced with new information related to the selected item.  Alternatively, only the data within the respective portlet might have been replaced.



DECLARATION OF ANDREW
COCKBURN - 20
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

59.     One of the key problems of web portal graphical user interfaces is their tendency to produce cluttered and crowded displays.  By presenting several portlets within one webpage, the visual structure of the portal page can readily provide a disorganized and potentially confusing display to the user, impeding their ability to extract useful information.  This problem is particularly severe when the available display space is small, when the density of data within each portlet is high, or when the number of separately displayed portlets in the page is high.

60.     The figure below characterizes this problem, showing a relatively cluttered display comprising nine portlets; one portlet for each of the three values in each of the three categories in the running example used in this section (e.g., across the top row, all squares, all medium sized objects, all red objects).  Much more cluttered displays are likely to be produced for more realistic and richer data sets.



61.     Another key problem with web portal graphical user interfaces is that unlike in the "Desktop Metaphor" graphical user interfaces which utilize folders and directories to manage information that is saved locally on the desktop computer, the information displayed within each individual portlet is created, modified, and maintained by a different third-party source.  This

DECLARATION OF ANDREW
COCKBURN - 21
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

introduces challenges that are specific to these portal pages with locating information and managing dynamic data. For example, when information displayed in a portlet changes at its source location, the computer system must have the ability to dynamically communicate with the source and pull updated information. If the source location of the data changes, then the computer system must have the ability to either redirect the portlet to the new source location, or remove the specific portlet from the portal page entirely.

## VII.   Benefits And Inventive Aspects Of The '234 Patent

62.     The '234 patent describes a novel type of graphical user interface which organizes the portlets in a portal page in an inventive manner that overcomes the limitations of previous approaches of organizing and displaying information in computing systems described above. The following paragraphs describe how key features of the patent and claims accomplish these benefits.

### A.     Dynamically-Generated Portal Page

63.     In the invention of the '234 patent, the graphical user interface comprises a portal page that is dynamically generated. The portal page aggregates information from a variety of different sources, and the generation of the portal page is "dynamic" because when the user returns to the portal page, the portal pulls the most current information from each information source displayed on the page. *See* '234 Patent at 1:11-13. When the data changes at its source, the portal page updates to reveal that change to the user, without an explicit request from the user. This is in contrast to the graphical user interfaces described above, such as the file and directory structure of the browser hierarchy, where the user was required to manually organize each piece of information into static folders, and return to each individual source to pull updated information as the sources

DECLARATION OF ANDREW
COCKBURN - 22
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1 changed.  By dynamically generating the portal page, the user is saved from the burden of having

2 to manually stipulate the information sources and organize them on the page.

3      64.     In enabling these dynamic updates, the '234 patent describes that the portal can be

4 generated based on the information contained within a user profile.  *See* '234 Patent at 2:40-44.

5 The user profile stores customized information relating to the user's interests and requirements.  In

6 this way, the portal is automatically and dynamically generated to contain information that is

7 current and customized for the user.  And further, the computer system may detect the user's

8 identity and interests without even requiring the user to login (such as by placing a "cookie" on the

9 user's computer system).  *Id.* at 2:42-44.  When the user revisits the portal page, it is automatically

10 reconstructed and updated without requiring the user to manually reconfigure the page content (for

11 example, by re-entering search terms) or layout (for example, by adjusting the location of page

12 components).

13 

14      **B.**     **Determining Whether Portlets Are "Stackable"**

15      65.     In the invention of the '234 patent, the computer system determines how to organize

16 groups of portlets into "stacks" by determining which portlets are "stackable."   In this process, the

17 system automatically identifies whether there exists a set of common attributes across a set of

18 portlet data items, and if so, the data items with common attributes are gathered together into

19 stacks of related items.  *See* '234 Patent at 1:46-49.  The common attributes used to determine

20 whether portlets are stackable may relate to various properties of portlet data items, including those

21 relating to software, hardware, content, and markup.  *Id.*

22      66.     This is in contrast to prior art search interfaces, such as the basic search interface or

23 the user-defined filtering interface described above, where either the computer system will retrieve

24 

25 DECLARATION OF ANDREW
COCKBURN - 23
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

only the data items that precisely fit each of the specific search parameters specified by the user, and organize them into one basic, scrollable list, or where the user is required to specify a complicated rule set of filters that determines how incoming data items are sorted on the graphical user interface.  By inventing a computer system that automatically determines whether portlets are "stackable," the computer system is able to present large quantities of information from disparate sources on the graphical user interface in a logical manner, with no user input required.  And by grouping related portlets into a stack that is displayed together within the portal page, the user can better visualize the relationship between data items of interest, thereby facilitating the selection of individual portlet items of interest.

67.     The common attributes that are used to determine whether portlet data items are stackable can also optionally be derived from a user profile or from user preferences.  *See* '234 Patent at 4:57-5:3.  By allowing the user profile and/or user preferences to influence the determination of stackable portlets, the portal page can be automatically customized to the user's interest.

### C.     Portal Page Generated As A "Stacks Of Stacks"

68.     In the invention of the '234 patent, a group of portlets with sufficient attributes in common are first arranged into a "stack," and each stack is then arranged on the graphical user interface into a "stack of stacks."  *See* '234 Patent at 8:16-27.  In contrast to the simple data lists sortable by a single attribute described above, the user of the system of the '234 patent can browse through information that has been organized by multiple dimensions.  And in contrast to traditional portal pages described above, where the various portlets are scattered across the page or all displayed concurrently on the same page, the "stack of stacks" allows a much larger number of

DECLARATION OF ANDREW
COCKBURN - 24
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

portlets to be accessible on the same portal page at one time, in an organized and easily viewable fashion.

69.    Generating the portal page as a stack of stacks also reduces clutter and crowding in the display of the graphical user interface.  Instead of generating a display that concurrently displays multiple stacks of related portlet data items separately (where each stack of portlets may be of interest to the user at some time), the invention disclosed in the '234 patent groups related stacks of portlets into a further level of organization, or a stack of stacks.  Crowding and clutter in the display is therefore reduced because only a first stack is initially presented to the user, instead of multiple concurrently displayed stacks.

### D.    Presenting A Control For Selecting A Second Stack

70.    In the invention of the '234 patent, one stack of portlets is presented to the user at a time, and the graphical user interface also features a control that the user can manipulate in order to view a second stack of portlets that is not currently presented.  *See* '234 Patent at 8:25-27.  In this manner, the user can easily switch between the portlet data items presented in each stack.  This substantially eases the user's transition between different views of data within the portal page, without introducing clutter and crowding to the display.  Furthermore, if the first presented stack of portlets does not conveniently fulfill the user's information need, the user can easily transition to a different view that better matches their need.  This is an improvement over systems described above such as the data lists sortable by a single attribute, wherein the user is required to manually scroll through all of the listings responsive to their search.

DECLARATION OF ANDREW
COCKBURN - 25
(Case No. 2:20-cv-01130-TSZ)

## VIII.   Conclusion

71.     In my opinion, the claims of the '234 patent are directed to a concrete technological idea.  The claims are directed to solving the computer-specific problem of organizing information from a variety of sources for display on a graphical user interface without the disadvantages of conventional approaches, as discussed in Section VI.  The claims solve this approach through computer-specific methods of using dynamic portal pages and portlets organized into stacks of stacks in a way that differs from and does not preempt alternative ways of rendering organizing information on graphical user interfaces, including in portal pages, as discussed in Section VI.  By avoiding problems in the prior art, such as cluttered displays or organizational systems that required significant user input and user expertise, the '234 patent improves the relevant technology for graphical user interfaces.

72.     In my opinion, the claims of the '234 patent contain several inventive aspects.  They specify how interactions with the Internet are manipulated to yield a desired result, as discussed in Section VII.  Specifically, they use the inventive concepts of "generating a portal page, wherein the portal page includes a plurality or portlets," "determining whether a subset of portlets is stackable," "generating the portal page such that the two or more stacks of portlets are generated as a stack of stacks," and "a control for selecting a second stack of portlets from within the two or more stacks of portlets that is not currently presented."  Not only is each of those concepts inventive, but the ordered combination of those concepts is inventive as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2020

DECLARATION OF ANDREW
COCKBURN - 26
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

1

2

3

4

_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ANDREW
COCKBURN - 27
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717

# EXHIBIT A

# Andy Cockburn
**B.Sc.(Hons) Ph.D.**

**Curriculum Vitae**

**Full legal name**       Andrew Jeremy Gavin Cockburn

**University Address**    Department of Computer Science and Software Engineering
                         University of Canterbury
                         Christchurch 8140
                         New Zealand
**Telephone**             +64 3 369 2119
**Fax**                   +64 3 364 2569
**Email**                 andy@cosc.canterbury.ac.nz
**URL**                   http://www.cosc.canterbury.ac.nz/~andy


**Consultancy Address**   Cockburn Human Interface Consulting Ltd.
                         20 Gilmour Terrace, Lyttelton 8082
                         New Zealand
**Telephone**             +64 3 328 9043
**Email**                 ajc168@snap.net.nz

**Date of birth**         23rd July 1966


**Date**                  November 3, 2020

1

## Brief Summary

**International research reputation**

- Over one hundred and fifty publications in international journals and conferences.

- Elected to the CHI Academy (2015), which is an honorary group of individuals who have made substantial contributions to the field of human-computer interaction.

- Recipient of the 2009 Chris Wallace award for the outstanding research contribution to Computer Science (2005-2007) in Australasia.

- Deputy Chair of the national panel for assessing Computer Science and Mathematics research quality (MIST PBRF panel, 2016-2019).

- Technical programme committee chair for ACM CHI 2020; Papers co-chair for ACM CHI 2014 and 2015.

- Editorial Board Member for: ACM Transactions on Computer-Human Interaction (2012-); Human-Computer Interaction Journal (2015-); Foundations and Trends in HCI (2015-); International Journal of Human-Computer Studies (2004-2013); Interacting with Computers (2003-2013).

- Best paper awards at CHI 2018, 2013, 2012, 2011 (awarded to the top 1% of submissions) and 11 Honourable Mention awards (top 5%) at ACM CHI.

- H-index impact factor of 52 (Google Scholar).

**Excellent educator and public speaker**

- Long track record of outstanding student evaluations.

- Nominated for the New Zealand National Tertiary Teaching Award, 2010. Recipient of a University of Canterbury Teaching Award (2004) and many nominations for student-elected 'lecturer of the year' award.

**Experienced expert witness and consultant**

- Testifying expert witness on behalf of industry leaders in various jurisdictions, including the Federal Court of Australia, Northern District of California, US Patent Trials and Appeals Board, and the US International Trade Commission.

## Education

| | |
|---|---|
| Degree | PhD (June 1993) |
| Discipline | Computer Science — Computer Supported Cooperative Work |
| Location | University of Stirling, Scotland |
| Thesis Title | Groupware Design: Principles, Prototypes, and Systems |

| | |
|---|---|
| Degree | BSc(Hons) (July 1988) |
| Discipline | Computer Science |
| Location | University of York, England |

## Employment History

| | |
|---|---|
| Position | Professor (promoted through lecturer, senior lecturer, associate professor) |
| Location | University of Canterbury |
| | Christchurch |
| | New Zealand |
| Period | June 1993 — current |

3

# Research Student Supervision

## PhD candidates

| | | |
|---|---|---|
| Pang Suwanaposee | 2020– | Cognitive Biases and the Subjective Experience of Interaction |
| Sarmad Soomro | 2017– | Interaction with In-Vehicle Touchscreens |
| Joshua Leung | 2013–2017 | Understanding the Noticeability and Distraction of Interactive Highlighting Techniques |
| Philip Quinn | 2012–2016 | Economic Behaviour & Psychological Biases in Human-Computer Interaction |
| Tham Piumsomboon | 2011–2015 | Adaptive and Multimodal Interfaces for Collaborative Augmented Reality |
| Joey Scarr | 2011–2014 | Improving Interaction with Spatial User Interfaces |
| Stephen Fitchett | 2010–2013 | Understanding and Improving Personal File Retrieval |
| Susanne Tak | 2008–2011 | Improving Interfaces for Window/Task Switching |
| Jason Alexander | 2006–2009 | Improving Interfaces for Document Navigation |
| Joerg Hauber | 2004–2008 | Understanding Remote Collaboration in Video Collaborative Virtual Environments |
| Julian Looser | 2003–2007 | AR Magic Lenses: Addressing the Challenge of Focus and Context in Augmented Reality |
| Volkert Buchmann (A. sup.) | 2004–2008 | Haptic Feedback in Augmented Reality |
| Carl Cook (A. sup.) | 2002–2006 | Collaborative Software Engineering |
| Tim Wright | 2000–2004 | Collaborative and Multiple-Notation Programming Environments for Children |
| Michael JasonSmith | 2000–2006 | User Interfaces for Temporal Awareness |

## M.Sc. candidates

| | | |
|---|---|---|
| Ben McDonald | 2010–2011 | Multiuser interaction with large public displays |
| Dominic Winkler | 2009–2011 | Interaction Techniques for Cross Context Activities |
| Taher Amer | 2005–2006 | Evaluating SwiftPoint |
| Trond Nilsen | 2004–2006 | Hybrid Interfaces in Augmented Reality |
| Joshua Savage | 2003–2004 | The Calibration and Evaluation of Speed-Dependent Automatic Zooming Interfaces |
| Ben Schmidt | 2001–2002 | A Study of Bimanual Interaction |
| Elizabeth Ng (A. sup.) | 1997–1998 | Pen-based music input |
| Aaron Tay | 1994–5 | End-User Tailorability in Workflow Design |

4

## Honours candidates and Honours-level interns

| | | |
|---|---|---|
| Joel Harrison | 2012 | Improving Command Selection |
| Joshua Leung | 2012 | Improving File Access |
| J. Delamarche (Paris-Sud) | 2010 | Multiple Trajectory Pointing Methods |
| Joey Scarr | 2010 | Improving Expertise Development in User Interfaces |
| Stephen Fitchett | 2009 | Improved Mobile Scrolling Interfaces |
| Philip Quinn | 2007 | Improving Command Interfaces |
| Keith Humm | 2007 | Improving Interfaces for Task Switching |
| Jason Alexander | 2005 | Improving Document Navigation with Space-Filling Thumbnails |
| Philip Brock | 2005 | An Investigation of Target Acquisition with Visually Expanding Targets in Constant Motor-Space |
| David Mitchell | 2003 | Evaluating Focus+Context Screens |
| Andrew Wallace | 2003 | Calibrating Speed-Dependent Automatic Zooming |
| Andrew Barrett | 2002 | Implementing RSVP as an Image Browser |
| Julian Looser | 2002 | 3D Games as Motivation in Fitts' Law Experiments |
| Joshua Savage | 2002 | Implementing and Evaluating Speed-Coupled Scrolling |
| Amal Siresena | 2002 | Mobile Text Entry |
| Michael Moyle | 2001 | An Evaluation of Simple Gesture Based Controls |
| Lee Butts | 2001 | Mobile Phone Text Entry |
| Eddie Edwards | 2001 | Towards Scalable Interfaces Using Spatial Cues |
| Gene Thomas | 1997 | Smart Desktop |
| Olof Eilert | 1997 | User Interfaces for Object Oriented Literate Programming |
| Philip Weir | 1996 | Distortion Oriented Workspace Awareness |
| Carey Evans | 1996 | Assisting World Wide Web Navigation |
| Justin Macfarlane | 1995 | Mawd: A Collaborative Analysis Tool |
| Carl Cerecke | 1995 | TRAIL: An Email Based CSCW Toolkit |
| Andrew Bryant | 1995 | Leogo: An Equal Opportunity Programming Environment |
| Ian Bosely | 1994 | SPI: A Social Presence Indicator |

## Postgraduate Thesis Examinations

| | | | | |
|---|---|---|---|---|
| Praveenkumar Kanithi | PhD | Chair | University of Canterbury | 2020 |
| Ori Gagoni | PhD | Chair | University of Canterbury | 2019 |
| Alaeddin Nassani | PhD | Chair | University of Canterbury | 2019 |
| Veera Mandalika | PhD | Chair | University of Canterbury | 2018 |
| Jessalyn Alvina | PhD | Examiner | Université Paris Sud | 2017 |
| Hyungon Kim | PhD | Chair | University of Canterbury | 2017 |
| Thomas Young | PhD | Chair | University of Canterbury | 2017 |
| Craig Sutherland | PhD | Examiner | University of Auckland | 2016 |
| David Thompson | PhD | Chair | University of Canterbury | 2016 |
| Philip Quinn | PhD | Supervisor | University of Canterbury | 2016 |
| Daniel Bradley | PhD | Examiner | University of Queensland | 2016 |
| David Altimera | PhD | Chair | University of Canterbury | 2015 |
| Jakub Zlotowsky | PhD | Chair | University of Canterbury | 2015 |
| Thammathip Piumsomboon | PhD | Supervisor | University of Canterbury | 2015 |
| Robert Schattschnieder | PhD | Chair | University of Canterbury | 2014 |
| Hazel Bradshaw | PhD | Chair | University of Canterbury | 2014 |
| Amur Al Manji | PhD | Examiner | University of Auckland | 2014 |
| Amir Shareghi Najar | PhD | Chair | University of Canterbury | 2014 |
| Joey Scarr | PhD | Supervisor | University of Canterbury | 2014 |
| Stephen Fitchett | PhD | Supervisor | University of Canterbury | 2014 |
| Amali Weeseringhe | PhD | Chair | University of Canterbury | 2012 |
| Sayan Ray | PhD | Chair | University of Canterbury | 2012 |
| Christina Dicke | PhD | Chair | University of Canterbury | 2012 |
| Minkyung Lee | PhD | Chair | University of Canterbury | 2010 |
| Jason Alexander | PhD | Supervisor | University of Canterbury | 2009 |
| Leah Findlater | PhD | Examiner | University of British Colombia | 2009 |
| Judy Bowen | PhD | Examiner | University of Waikato | 2008 |
| Joerg Hauber | PhD | Supervisor | University of Canterbury | 2008 |
| Julian Looser | PhD | Supervisor | University of Canterbury | 2008 |
| Michael JasonSmith | PhD | Supervisor | University of Canterbury | 2006 |
| Tim Wright | PhD | Supervisor | University of Canterbury | 2005 |
| Beryl Plimmer | PhD | Examiner | University of Waikato | 2003 |
| Gorden Paynter | PhD | Examiner | University of Waikato | 2000 |
| Gitesh K Raikundalia | PhD | Examiner | Bond University | 1997 |
| Ramon Craig Standing | PhD | Examiner | University of Western Australia | 1997 |
| Ying Leung | PhD | Examiner | Massey University | 1995 |
| | | | | |
| Qi Min Ser | Masters | Examiner | University of Canterbury | 2016 |
| Taher Amer | Masters | Supervisor | University of Canterbury | 2006 |
| Trond Nilsen | Masters | Supervisor | University of Canterbury | 2006 |
| Akhil Mehra | Masters | Examiner | University of Auckland | 2005 |
| Aparna Krishnan | Masters | Examiner | University of Waikato | 2003 |
| Shaun Kaasten | Masters | Examiner | University of Calgary | 2001 |
| Boyd Ludlow | Masters | Examiner | University of Waikato | 1999 |
| Donald Cox | Masters | Examiner | University of Calgary | 1998 |
| Wallace Chigona | Masters | Examiner | Waikato University | 1997 |
| Simon Gianoutsos | Masters | Examiner | Waikato University | 1997 |
| Jing Deng | Masters | Examiner | Waikato University | 1996 and 1997 |
| Aaron Tay | Masters | Examiner | University of Canterbury | 1996 |

## Student glory

| Joey Scarr | PhD | 2016 | John Makepeace Bennett Award for the Distinguished Computer Science PhD thesis in Australasia. |
|---|---|---|---|
| Philip Quinn | PhD | 2015 | US Patent Awarded (Google Assignee). |
| Philip Quinn | PhD | 2014 | US Patent Awarded (Google Assignee). |
| Stephen Fitchett | PhD | 2014 | CHI Honourable Mention award. |
| Philip Quinn | PhD | 2013 | Google Mountain View Internship. |
| Stephen Fitchett | PhD | 2013 | CHI Best Paper award. |
| Joey Scarr | PhD | 2013 | CHI Honourable Mention award. |
| Joey Scarr | PhD | 2013 | CHI ReplicCHI award. |
| Joey Scarr | PhD | 2012 | CHI Best Paper award. |
| Stephen Fitchett | PhD | 2012 | CHI Honourable Mention award. |
| Philip Quinn | PhD | 2012 | Google Mountainview Internship. |
| Joey Scarr | PhD | 2012 | Google Sydney Internship. |
| Stephen Fitchett | PhD | 2011 | Outstanding reference from Darren Edge, Microsoft Research Asia. |
| Joey Scarr | PhD | 2012 | $3K for 2nd place in University 'PhD in 3' competition. |
| Joey Scarr | PhD | 2012 | $1K for 1st place in College 'PhD in 3' competition. |
| Stephen Fitchett | PhD | 2012 | $1K for 3rd place in College 'PhD in 3' competition. |
| Philip Quinn | PhD | 2011 | Honourable Mention award ACM CHI'11. |
| Joey Scarr | PhD | 2011 | Google Sydney Internship. |
| Susanne Tak | PhD | 2010 | $5K Google Anita Borg Scholarship |
| Susanne Tak | PhD | 2010 | $3K from ACM for participation at CHI's Doctoral Consortium |
| Jason Alexander | PhD | 2010 | PhD Thesis placed on "Dean's list for excellence" (top 10%) |
| Susanne Tak | PhD | 2009 | $2K award for 1st place in College Research Poster competition |
| Jason Alexander | PhD | 2008 | $1K award for 2nd place in College Research Poster competition |
| Jason Alexander | PhD | 2008 | Michael Sweeney award for best student paper, Graphics Interface '08. |
| Mark Hancock | PhD (Calgary) | 2007 | Best paper nomination at ACM CHI'07. |
| Josh Savage and Andrew Wallace | M.Sc. Hons | 2005 | Best paper nomination at ACM CHI'05. |
| Mike Moyle | Hons | 2005 | NZ Hi-Tech Young Achiever of the Year Award |

7

## Publications

### Edited Volumes

EV1 J McGrenere and A Cockburn (Eds.)  Proceedings of ACM CHI 2020 Conference on Human Factors in Computing Systems.

EV2 J McGrenere and A Cockburn (Eds.)  Extended Abstracts of ACM CHI 2020 Conference on Human Factors in Computing Systems.

EV3 M Billinghurst and A Cockburn (Eds.)  Proceedings of the Sixth Australasian User Interface Conference (AUIC2005). Volume 40 of the Conferences in Research and Practice in Information Technology, Australian Computer Society.

EV4 A Cockburn (Ed.) Proceedings of the Fifth Australasian User Interface Conference (AUIC2004). Volume 28 of the Conferences in Research and Practice in Information Technology, Australian Computer Society.

### Papers in Refereed Journals and Collections

J1 A Cockburn, P Dragicevic, L Besançon and C Gutwin.  Threats of a Replication Crisis in Empirical Computer Science. *Communications of the ACM.* August 2020.

J2 M Claypool, A Cockburn and C Gutwin.  The Impact of Motion and Delay on Selecting Game Targets with a Mouse.  *ACM Transactions on Multimedia Computing, Communications, and Applications.* June 2020.

J3 A Cockburn, D Masson, C Gutwin, P Palanque, A Goguey, M Yung, C Gris and C Trask.  Design and Evaluation of Braced Touch for Touchscreen Input Stabilisation.  *International Journal of Human-Computer Studies.* 122:21-37. 2018.

J4 P Quinn and A Cockburn.  Loss Aversion and Preference in Interaction. *Human-Computer Interaction Journal.* 2018.

J5 B Lafreniere, C Gutwin, and A Cockburn.  Investigating the Post-Training Persistence of Expert Interaction Techniques.  *ACM Transactions on Human-Computer Interaction.* 24(4): Article 29 (46 pages). 2017.

J6 A Cockburn, P Quinn and C Gutwin  The Effects of Interaction Sequencing on User Experience and Preference. *International Journal of Human-Computer Studies.* 108:89-104. 2017.

J7 J Aceituno, S Malacria, P Quinn, N Roussel, A Cockburn and G Casiez.  The Design, Use, and Performance of Edge-Scrolling Techniques.  *International Journal of Human-Computer Studies.* 97:58-76. 2017.

J8 J Scarr, C Gutwin, A Cockburn and A Bunt.  StencilMaps and EphemeralMaps: Spatially Stable Interfaces that Highlight Command Subsets. *Behaviour and Information Technology.* 34(11):1092-1106. 2015.

J9 S Fitchett and A Cockburn.  An Empirical Characterisation of File Retrieval. *International Journal of Human-Computer Studies.* 74:1-13. 2015.

8

J10  A Cockburn, C Gutwin, J Scarr and S Malacria.  Supporting Novice to Expert Transitions in User Interfaces. *ACM Computing Surveys*. 47(2):31:1-36. 2014.

J11  J Scarr, A Cockburn and C Gutwin.  Supporting and Exploiting Spatial Memory in User Interfaces. *Foundations and Trends in Human-Computer Interaction*. 6(1):1-84. 2013.

J12  P Quinn, A Cockburn and J Delamarche.  Examining the Costs of Multiple Trajectory Pointing Techniques. *International Journal of Human-Computer Studies*. 71(4):492-509. 2013.

J13  S Tak and A Cockburn. Enhanced Spatial Stability with Hilbert and Moore Treemaps. *Transactions on Visualization and Computer Graphics*. 19(1):141-148. 2013.

J14  A Cockburn, D Ahlstrom and C Gutwin.  Understanding Performance in Touch Selections: Tap, Drag, and Radial Pointing Drag with Finger, Stylus and Mouse. *International Journal of Human-Computer Studies*. 70(3):218-233. 2012.

J15  J Hauber, A Cockburn, M Billinghurst and H Regenbrecht.  The Impact of Collaborative Style on the Perception of 2D and 3D Videoconferencing Interfaces. *Open Software Engineering Journal*. 6:1-20. 2012.

J16  A Cockburn, P Quinn, C Gutwin, G Ramos and J Looser.  Air Pointing: Design and Evaluation of Spatial Target Acquisition with and without Visual Feedback. *International Journal of Human-Computer Studies*. 69:401-414. 2011.

J17  E Tanvir, A Bunt, A Cockburn and P Irani.  Improving Cascading Menu Selections with Adaptive Activation Areas. *International Journal of Human-Computer Studies*. 69:769-785. 2011.

J18  A Cockburn and C Gutwin.  A Model of Novice and Expert Navigation Performance in Constrained Input Interfaces.  *ACM Transactions on Computer-Human Interaction*. ACM Press. 7(3):1-38. 2010.

J19  A Cockburn and C Gutwin.  A Predictive Model of Human Performance with Scrolling and Hierarchical Lists.  *Human-Computer Interaction Journal*. Taylor and Francis. 24(3): 273-314. 2009.

J20  A Cockburn, A Karlson and B Bederson.  A Review of Overview+Detail, Zooming, and Focus+Context Interfaces. *ACM Computing Surveys*. ACM Press. 41(1): 1-31. 2008.

J21  J Alexander, A Cockburn and R Lobb.  AppMonitor: A Tool for Recording User Actions in Unmodified Windows Applications. *Behavior Research Methods*. Psychonomic Society. 40(2): 413-421. 2008.

J22  G Casiez, D Vogel, R Balakrishnan and A Cockburn.  The Impact of Control-Display Gain on User Performance in Pointing Tasks. *Human-Computer Interaction Journal*. Taylor and Francis. 23(3): 215-250. 2008.

J23  S Jones, M Jones, G Marsden, D Patel and A Cockburn.  An Evaluation Of Integrated Zooming and Scrolling On Small Screens *International Journal of Human-Computer Studies*. 63(3): 271–303. Elsevier Science. 2005.

J24  A Cockburn and S Brewster.  Multimodal Feedback for the Acquisition of Small Targets  *Ergonomics*. Taylor & Francis. 48(9): 1129–1150. 2005.

J25  M Moyle and A Cockburn.   A Flick in the Right Direction: A Case Study of Gestural Input *Behaviour and Information Technology*. 24(4): 275–288. Taylor & Francis. 2005.

J26  A Cockburn. Web Browsers *Berkshire Encyclopedia of Human-Computer Interaction*. Bainbridge, WS (Editor). Volume 1: 80–83. Berkshire Publishing. 2004.

J27  A Cockburn and B McKenzie.   Evaluating Spatial Memory in Two and Three Dimensions *International Journal of Human-Computer Studies*. 61(3): 359–373. Elsevier Science. 2004.

J28  A Cockburn and M Smith.  Hidden Messages: Evaluating the Efficiency of Code Elision in Program Navigation *Interacting with Computers: The Interdisciplinary Journal of Human-Computer Interaction*. 15(3): 387–407. 2003.

J29  A Cockburn, S Greenberg, S Jones, B McKenzie and M Moyle.  Improving Web Page Revisitation: Analysis, Design, and Evaluation  *Information Technology and Society: Special Issue on Web Navigation, editors B Shneiderman, J Lazar, M Ivory*. 3(1): 159–183. 2003.

J30  A Cockburn, B McKenzie and M JasonSmith. Pushing Back: Evaluating a New Behaviour for the Back and Forward Buttons in Web Browsers *International Journal of Human-Computer Studies*. 57(5):397–414. Elsevier Science. 2002.

J31  T Bell, A Cockburn, B McKenzie and J Vargo.   Digital Lectures: If You Make Them, Will Students Use Them? Constraints on Effective Delivery of Flexible Learning Systems *International Multimedia Electronic Journal of Computer-Enhanced Learning*.  3(2).  Association for the Advancement of Computing in Education.   2001 This paper was one of 25 (from 115 full papers) selected from the proceedings of ED-MEDIA 2001 for adaptation and inclusion in the journal.

J32  A Cockburn.  Supporting Tailorable Program Visualisations with Literate Programming and Fisheye Views. *Information and Software Technology*. 43(13):745–758. Elsevier Science. 2001.

J33  A Cockburn, T Bell and B McKenzie.   Death to the Office of the Nineties: An HCI Perspective on Some Problems in Modern Office Information Systems *Journal of Research and Practice in Information Technology, Special Issue on Human-Computer Interaction (HCI).*, 33(1):68–82. Australian Computer Society. 2001.

J34  A Cockburn and B McKenzie.   What Do Web Users Do? An Empirical Analysis of Web Use. *International Journal of Human-Computer Studies*, 54(6):903–922. Academic Press. 2001.

J35  A Cockburn and S Greenberg.  Issues of Page Representation and Organisation in Web Browser's Revisitation Tools. *Australian Journal of Information Systems*, 7(2):120–127. 2000.

J36  A Cockburn and P Weir.   An Investigation of Groupware Support for Collaborative Awareness Through Distortion-Oriented Views.   *International Journal of Human Computer Interaction*, 11(3):231–255. Lawrence Erlbaum Associates. 1999.

J37  A Cockburn and S Greenberg.   The Design and Evolution of TurboTurtle, a Collaborative Microworld for Exploring Newtonian Physics.  *International Journal of Human-Computer Studies*, 48(6):777-801. Academic Press. 1998.

J38  A Cockburn and A Bryant.  Leogo: An Equal Opportunity User Interface for Programming. *Journal of Visual Languages and Computing*, 8(5–6):601–619. Academic Press. 1997.

J39  A Cockburn and S Jones. Which way now? Analysing and Easing Inadequacies in WWW Navigation. *International Journal of Human-Computer Studies*, 45(1):105–129. Academic Press. 1996.

J40  A Cockburn and S Jones. Four Principles for Groupware Design. *Interacting with Computers: The Interdisciplinary Journal of Human-Computer Interaction*, 7(2):195–210. Elsevier. 1995.

J41  HW Thimbleby, SP Marsh, SR Jones, and AG Cockburn. Trust in CSCW. In S Scrivener, editor, *Computer-Supported Cooperative Work*, pages 253–271. Ashgate Publishing, 1994.

J42  H Thimbleby, A Cockburn, and S Jones. Hypercard: An Object-Oriented Disappointment. In P Gray and R Took, editors, *Building Interactive Systems: Architectures and Tools*, pages 35–55. Springer-Verlag, 1992.

## Papers in Refereed Conference Proceedings

C1  N Bandeira Romao Tome, M Klarkowski, C Phillips, RL Mandryk, A Cockburn, and C Gutwin. Risking Treasure: Testing Loss Aversion in an Adventure Game. *Proceedings of ACM CHI PLAY 2020 Symposium on Computer-Human Interaction in Play.* Ottawa, Canada. *2020.*

C2  P Schmid, S Malacria, A Cockburn and M Nancel. Interaction Interferences: Implications of Last-Instant System State Changes. *Proceedings of ACM UIST'2020 Symposium on User Interface Software and Technology.* Minneapolis, USA. *2020.*

C3  P Palanque, A Cockburn and C Gutwin. A Classification of Faults Covering the Human-Computer Interaction Loop. *Proceedings of SafeComp 2020: 39th International Conference on Computer Safety, Reliability and Security.* Lisbon, Portugal. *2020.*

C4  A Mairena, M Dechant, C Gutwin and A Cockburn. A Baseline Study of Emphasis Effects in Information Visualization. *Proceedings of Graphics Interface 2020.* Toronto, Canada. *2020.*

C5  C Gutwin, A Cockburn, M van der Kamp, J Storring and C Philips. Testing the Limits of the Spatial Approach: Comparing Retrieval and Revisitation Performance of Spatial and Paged Data Organizations for Large Item Sets. *Proceedings of Graphics Interface 2020.* Toronto, Canada. *2020.*

C6  A Cockburn, B Lewis, P Quinn and C Gutwin. Framing Effects Influence Interface Feature Decisions. *Proceedings of ACM CHI 2020.* Hawai'i. *2020.*

C7  B Lewis, G d'Eon, A Cockburn and D Vogel. KeyMap: Improving Keyboard Shortcut Vocabulary Using Norman's Mapping. *Proceedings of ACM CHI 2020.* Hawai'i. *2020.*

C8  A Goguey, S Malacria, A Cockburn, and C Gutwin. Reducing Error Aversion to Support Novice-to-Expert Transitions with FastTap. *Proceedings of the 31st Francophone Conference on Human-Computer Interaction – IHM 2019.* Grenoble, France. *2019.* **Best paper award**

C9  P Palanque, A Cockburn, L Désert-Legendre, C Gutwin and Y Déléris. Brace Touch: a Dependable, Turbulence-Tolerant, Multi-Touch Interaction Technique for Interactive Cockpits. *Proceedings of the 38th International Conference on Computer Safety, Reliability and Security - SafeComp 2019.* Turku, Finland. *2019.*

11

C10  C Martinie, P Palanque, E Bouzekri, A Cockburn, A Canny and E Barboni. Analysing and Demonstrating Tool-Supported Customizable Task Notations.  *Proceedings of the 11th ACM SIGCHI Symposium on Engineering Interactive Computing Systems.* Valencia, Spain. *2019.*

C11  Q Roy, C Zakaria, W Kim, M Nancel, ST Perrault, A Misra and A Cockburn.  A Comparative Study of Pointing Techniques for Eyewear Using a Simulated Pedestrian Environment.  *Proceedings of the 17th IFIP TC.13 International Conference on Human-Computer Interaction.* Cyprus. *2019.*

C12  A Cockburn and C Gutwin.  Anchoring Effects and Troublesome Asymmetric Transfer in Subjective Ratings. *Proceedings of ACM CHI 2019.* Glasgow, Scotland. *2019.*

C13  AF Mairena, C Gutwin, A Cockburn and LJ Elias  The Effects of Feature Combination and Task Demands on Peripheral Notifications in Large Displays. *Proceedings of ACM CHI 2019.* Glasgow, Scotland. *2019.*

C14  M Claypool, A Cockburn and C Gutwin.   Game Input with Delay – Moving Target Selection Parameters. *Proceedings of ACM Multimedia Systems Conference 2019.* Amhurst, MA. *2019.*

C15  A Cockburn, D Woolley, K Tran Pham Thai, D Clucas, S Hoermann, and C Gutwin.  Reducing the Attentional Demands of In-Vehicle Touchscreens with Stencil Overlays. *Proceedings of ACM Automotive UI 2018.* Toronto, Canada. *2018.*

C16  A Cockburn, C Gutwin and A Dix.  HARK No More: On the Preregistration of CHI Experiments. *Proceedings of ACM CHI 2018.* Montreal, Canada. *2018.* Paper 141. **Best paper award**

C17  A Goguey, G Casiez, A Cockburn and C Gutwin.   Storyboard-Based Empirical Modelling of Touch Interface Performance. *Proceedings of ACM CHI 2018.* Montreal, Canada. *2018.* Paper 445. **Honourable mention award**

C18  A Cockburn, C Gutwin, P Palanque, Y Deleris, C Trask, A Coveney, M Yung and K MacLean. Turbulent Touch: Touchscreen Input for Cockpit Flight Displays. *Proceedings of ACM CHI 2017.* Denver, CO. *2017.* 6742-6753.

C19  C Gutwin, A Cockburn and N Gough.   A Field Experiment of Spatially-Stable Overviews for Document Navigation. *Proceedings of ACM CHI 2017.* Denver, CO. *2017.* 5905-5916.

C20  C Gutwin, A Cockburn and A Coveney.   Peripheral Popout: The Influence of Visual Angle on Popout Effects. *Proceedings of ACM CHI 2017.* Denver, CO. *2017.* 208-219.

C21  S Uddin, C Gutwin and A Cockburn.   The Effects of Artificial Landmarks on Learning and Performance in Spatial-Memory Interfaces. *Proceedings of ACM CHI 2017.* Denver, CO. *2017.* 3843-3855.

C22  P Quinn and A Cockburn.  When Bad Feels Good: Assistance Failures and Interface Preferences. *Proceedings of CHI'2016.* San Jose, California. *2016.* 4005-4010.

C23  B Lafreniere, C Gutwin, A Cockburn and T Grossman.  Faster Command Selection on Touchscreen Watches *Proceedings of CHI'2016.* San Jose, California. *2016.* 4663-4674.

C24  K Schramm, C Gutwin and A Cockburn.  Supporting Transitions to Expertise in Hidden Toolbars *Proceedings of CHI'2016.* San Jose, California. *2016.* 4687-4698.

C25   C Gutwin, C Rooke, A Cockburn, R Mandryk and B Lafreniere.   Peak-End Effects on Player Experience in Casual Games *Proceedings of CHI'2016*. San Jose, California. *2016*. 5608-5619. **Honourable mention award**

C26   C Gutwin, A Cockburn and B Lafreniere.   Testing the Rehearsal Hypothesis with Two FastTap Interfaces. *Proceedings of GI'2015*. Halifax, Canada. *2015*. 223-231.

C27   A Cockburn, C Gutwin and P Quinn.   Examining the Peak-End Effects of Subjective Experience. *Proceedings of CHI'2015*. Seoul, S. Korea. *2015*. 357-366.

C28   S Malacria, J Acetuno, P Quinn, G Casiez, A Cockburn, and N Roussel.   Push-Edge and Slide-Edge: Scrolling by Pushing Against the Viewport Edge.   *Proceedings of CHI'2015*.   Seoul, S. Korea. *2015*. 2773-2776.

C29   S Fitchett, A Cockburn and C Gutwin.   Finder Highlights: Field Evaluation and Design of an Augmented File Browser. *Proceedings of CHI'2014*. Toronto, Canada. *2014*. 3685-3694. **Honourable mention award**

C30   C Gutwin, A Cockburn, J Scarr and S Malacria.   Faster Command Selection on Tablets with FastTap. *Proceedings of CHI'2014*. Toronto, Canada. *2014*. 2617-2626.

C31   M Nancel and A Cockburn.   Causality: A Conceptual Model of Interaction History. *Proceedings of CHI'2014*. Toronto, Canada. *2014*. 1777-1786. **Honourable mention award**

C32   J Scarr, A Cockburn, C Gutwin, A Bunt, and J Cechanowicz.   The Usability of CommandMaps in Realistic Tasks. *Proceedings of CHI'2014*. Toronto, Canada. *2014*. 2241-2250.

C33   SA Seah, DM Plasencia, P Bennet, A Karnik, V Ortocol, J Knibbe, A Cockburn, and S Submramanian.   SensaBubble: A Chrono-Sensory Mid-Air Display of Sight and Smell.   *Proceedings of CHI'2014*. Toronto, Canada. *2014*. 2863-2872. **Honourable mention award**

C34   P Quinn, S Malacria and A Cockburn.   Touch Scrolling Transfer Functions. *Proceedings of ACM UIST'2013 Symposium on User Interface Software and Technology*. St Andrews, Scotland. *2013*. 61-71.

C35   S Malacria, J Scarr, A Cockburn, C Gutwin and T Grossman. Skillometers: Reflective Widgets that Motivate and Help Users to Improve Performance. *Proceedings of ACM UIST'2013 Symposium on User Interface Software and Technology*. St Andrews, Scotland. *2013*. 321-330.

C36   M Jain, A Cockburn, and S Madhvanath.   Comparison of Phone-Based Distal Pointing Techniques for Point-Select Tasks. *Proceedings of INTERACT'13*. Cape Town, South Africa. *2013*. 714-721.

C37   S Malacria, G Bailly, J Harrison, A Cockburn, and C Gutwin.   Promoting Hotkey Use through Rehearsal with ExposeHK. *Proceedings of CHI'2013*. Paris, France. *2013*. 573-582.

C38   J Scarr, A Cockburn, C Gutwin, and S Malacria.   Testing the Robustness and Performance of Spatially Consistent Interfaces.   *Proceedings of CHI'2013*.   Paris, France. *2013*. 3139-3148. **Honourable mention award**

C39   S Fitchett, A Cockburn, and C Gutwin.   Improving Navigation-Based File Retrieval. *Proceedings of CHI'2013*. Paris, France. *2013*. 2329-2338. **Best paper award**

13

C40 T Piumsomboon, A Clark, M Billinghurst, and A Cockburn. User-Defined Gestures for Augmented Reality. *Proceedings of INTERACT'13.* Cape Town, South Africa. *September. 2013.* 282-299.

C41 P Quinn, A Cockburn, G Casiez, N Roussel, and C Gutwin. Exposing and Understanding Scrolling Transfer Functions. *Proceedings of ACM UIST'2012 Symposium on User Interface Software and Technology.* Cambridge, Massachusetts, October. *2012.* 341-350.

C42 A Cockburn, P Quinn, C Gutwin, and S Fitchett. Improving Scrolling Devices with Document-Length-Dependent Gain. *Proceedings of CHI'2012.* Austin, Texas, May. *2012.* 267-276.

C43 J Scarr, A Cockburn, C Gutwin, and A Bunt. Improving Command Selection with CommandMaps. *Proceedings of CHI'2012.* Austin, Texas, May. *2012.* 257-266. **Best paper award**

C44 S Fitchett and A Cockburn. AccessRank: Predicting What Users Will Do Next. *Proceedings of CHI'2012.* Austin, Texas, May. *2012.* 2239-2242. **Honourable mention award**

C45 J Scarr, A Cockburn, C Gutwin, and P Quinn. Dips and Ceilings: Understanding and Supporting Transitions to Expertise in User Interfaces. *Proceedings of CHI'2011.* Vancouver, Canada, May. *2011.* 2741-2750.

C46 V Levesque, L Oram, KE MacLean, A Cockburn, N Marchuk, D Johnson, JE Colgate, and M Peshkin. Enhancing Physicality in Touch Interaction with Programmable Friction. *Proceedings of CHI'2011.* Vancouver, Canada, May. *2011.* 2481-2490. **Best paper award**.

C47 P Quinn, A Cockburn, KJ Raiha, and J Delemarche. On the Costs of Multiple Trajectory Pointing Methods. *Proceedings of CHI'2011.* Vancouver, Canada, May. *2011.* 859-862. **Honourable mention award**

C48 R Xiao, M Nacenta, RL Mandryk, A Cockburn and C Gutwin. Ubiquitous Cursor: A Comparison of Direct and Indirect Pointing Feedback in Multi-Display Environments. *Proceedings of Graphics Interface '2011.* St Johns, Canada. *2011.* 135-142. **Michael A. J. Sweeney best student paper award.**

C49 S Bateman, A Doucette, C Gutwin, RL Mandryk and A Cockburn. Effects of View, Input Device, and Track Width on Video Game Driving. *Proceedings of Graphics Interface '2011.* St Johns, Canada. *2011.* 207-214.

C50 S Tak, J Scarr, C Gutwin and A Cockburn. Supporting Window Switching With Spatially Consistent Thumbnails Zones: Design and Evaluation. *Proceedings of INTERACT'2011.* Lisbon, Portugal. *2011.* 331-347.

C51 B Ens, D Ahlstroem, A Cockburn and P Irani. Characterizing User Performance with Assisted Direct Off-Screen Pointing. *Proceedings of Mobile HCI'2011.* Stockholm. *2011.* 331-347.

C52 D Ahlstroem, A Cockburn, C Gutwin, and P Irani. Why it's Quick to be Square: Modelling New and Existing Hierarchical Menu Designs. *Proceedings of CHI'2010.* Atlanta, GA, April. *2010.* 1371-1380. **Best paper nomination**.

C53 J Oosterman and A Cockburn. An Empirical Comparison of Tag Clouds and Tables. *Proceedings of OzCHI'2010.* Brisbane, Australia, 22-26 November. *2010.* 288-295.

14

C54 S Fitchett and A Cockburn.   Using Multitouch Input to Support Hybrid Relative and Absolute Mobile Scrolling *People and Computers 24. Proceedings of the British HCI Conference.* Dundee, 6-10 September. *2010.*

C55 S Fitchett and A Cockburn.   Evaluating Flick-Scrolling and Tilt Scrolling for Reading Tasks on Mobile Devices.   *Proceedings of OzCHI'2009.* Melbourne, Australia, 23-27 November. *2009.* 225-232.

C56 P Quinn and A Cockburn.   Zoofing! Faster List Selections with Pressure-Zoom-Flick-Scrolling. *Proceedings of OzCHI'2009.* Melbourne, Australia, 23-27 November. *2009.* 185–192.

C57 S Tak and A Cockburn.   Window Watcher: A Visualisation Tool for Understanding Window Switching Activities. *Proceedings of OzCHI'2009.* Melbourne, Australia, 23-27 November. *2009.* 241–248.

C58 S Tak, A Cockburn, K Humm, D Ahlstroem, C Gutwin and J Scarr.   Improving Window Switching Interfaces. *Proceedings of INTERACT'2009.* Uppsala, Sweden, 24-28 August. *2009.* 187-200.

C59 J Zucco, B Thomas, K Grimmer-Sommers and A Cockburn.   A Comparison of Menu Configurations and Pointing Devices for use with Wearable Computers while Mobile and Stationary. *Proceedings of ACM ISWC'2009: 13th International Symposium on Wearable Computers.* Linz, Austria, 5-7 September. *2009.* 63–70.

C60 J Alexander, A Cockburn, S Fitchett, C Gutwin and S Greenberg. Revisiting Read Wear: Analysis, Design, and Evaluation of a Footprints Scrollbar. *Proceedings of ACM CHI'2009 Conference on Human Factors in Computing Systems.* Boston, MA, 5 April - 9 April. *2009.* 1665-1674.

C61 E Tanvir, J Cullen, P Irani and A Cockburn.   Improving Selection in Cascading Pull-Down Menus. *Proceedings of ACM CHI'2008 Conference on Human Factors in Computing Systems.* Florence, Italy, 5 April - 10 April. *2008.* 1381-1384.

C62 J Alexander and A Cockburn.   An Empirical Characterisation of Electronic Document Navigation. *Proceedings of Graphics Interface '08.* Windsor, Ontario, Canada, May 28-30. *2008.* 123-130. **Michael A. J. Sweeney best student paper award.**

C63 P Quinn, A Cockburn, Indratmo and C Gutwin An Investigation of Dynamic Landmarking Functions.   *Proceedings of Advanced Visual Interfaces (AVI'08).* Napoli, Italy, May 28-30. *2008.* ACM Press.

C64 P Quinn and A Cockburn.   The Effects of Menu Parallelism on Visual Search and Selection. *Proceedings of AUIC'08: Australasian User Interface Conference. 2008*, 79-84.  ACM Press.

C65 V Buchmann, M Billinghurst and A Cockburn.   Directional Interfaces for Wearable Augmented Reality. *Proceedings of CHINZ'08 2008*, 47-54.  ACM Press.

C66 J Looser, M Billinghurst, R Grasset and A Cockburn.   An Evaluation of Virutal Lenses for Object Selection in Augmented Reality.   *Proceedings of GRAPHITE 2007.* Perth, Australia, 1–4 December. *2007*, 203-210.  ACM Press.

C67 A Cockburn, C Gutwin and S Greenberg. A Predictive Model of Menu Performance *Proceedings of ACM CHI'2007 Conference on Human Factors in Computing Systems* San Jose, CA, 24–27 April. *2007*, 627–636.  ACM Press.

C68   A Cockburn, PO Kristennson, J Alexander and S Zhai.   Hard Lessons: Effort-Inducing Interfaces Benefit Spatial Learning  *Proceedings of ACM CHI'2007 Conference on Human Factors in Computing Systems* San Jose, CA, 24–27 April. *2007*, 1571–1580.  ACM Press.

C69   M Hancock, S Carpendale and A Cockburn.   Shallow Depth 3D Interaction: Design and Evaluation of One-, Two-, and Three-Touch Techniques  *Proceedings of ACM CHI'2007 Conference on Human Factors in Computing Systems* San Jose, CA, 24–27 April. *2007*, 1147–1156. **Nominated for best paper award**.  ACM Press.

C70   G Ramos, A Cockburn, M Beaudouin-Lafon and R Balakrishnan.  Pointing Lenses *Proceedings of ACM CHI'2007 Conference on Human Factors in Computing Systems* San Jose, CA, 24–27 April. *2007*, 757–766..  ACM Press.

C71   T Bell, A Cockburn, A Wingkvist and R Green.  Podcasts as a supplement in tertiary education: an experiment with two Computer Science courses  *Proceedings of MoLTA 2007: Conference on Mobile Learning Technologies and Applications* Auckland, New Zealand. *2007*, 70–77.

C72   T Amer, A Cockburn, R Green and G Odgers.  Evaluating Swiftpoint as a Mobile Device for Direct Manipulation Input  *Proceedings of AUIC'2007 Australasian User Interface Conference* Ballarat, Australia. *2007*, 63–70.

C73   J Hauber, H Regenbrecht, M Billinghurst and A Cockburn.   Spatiality in Videoconferencing: Trade-offs between Efficiency and Social Presence *Proceedings of ACM CSCW'2006 Conference on Computer Supported Cooperative Work* Banff, Canada, November 4–8. *2006*, 413-422.

C74   V Jurgens, A Cockburn and M Billinghurst  Depth Cues For Augmented Reality Stakeout  *Proceedings of CHINZ'2006: Conference of the New Zealand Chapter of the ACM Special Interest Group on Human-Computer Interaction* Canterbury, New Zealand *2006*, 117-124.

C75   C Gutwin and A Cockburn.   Improving List Revisitation with LispMaps  *Proceedings of ACM AVI'2006 Conference on Advanced Visual Interfaces.*  Venice, Italy, May 23–26.  *2006*, 396-403.  32 accepted from 127 submissions.

C76   A Cockburn and A Gin.   Faster Cascading Menu Selections with Enlarged Activation Areas  *Proceedings of Graphics Interface 2006.*  Quebec City, Canada, June 7–9.  *2006*, 65–71.

C77   A Cockburn and P Brock.   Human On-Line Response to Visual and Motor Target Expansion  *Proceedings of Graphics Interface 2006.*  Quebec City, Canada, June 7–9.  *2006*, 81–87.

C78   A Cockburn, C Gutwin and J Alexander.  Faster Document Navigation with Space-Filling Thumbnails  *Proceedings of ACM CHI'2006 Conference on Human Factors in Computing Systems* Montreal, Canada, 24–27 April.  *2006*, 1–10.  ACM Press.

C79   J Looser, A Cockburn and J Savage.   On the Validity of Using First-Person Shooters for Fitts' Law Studies  Acceptance rate: 35%, 26 from 73.  *People and Computers XVII (Volume 2): British Computer Society Conference on Human Computer Interaction* Edinburgh, Scotland, September *2005*, 33–36.  Springer-Verlag.

C80   J Savage and A Cockburn.  Comparing Automatic and Manual Zooming Methods for Acquiring Off-Screen Targets *People and Computers XIX: British Computer Society Conference on Human Computer Interaction* Edinburgh, Scotland*, September 2005*, 439–454.  Springer-Verlag.  Acceptance rate: 34%, 31 from 92.

16

C81 J Hauber, H Regenbrecht, A Hills, A Cockburn and M Billinghurst. Social Presence in Two- and Three-dimensional Videoconferencing *Proceedings of 8th Annual International Workshop on Presence* London, UK, September 21-23*, 2005*, 189–198.

C82 A Cockburn, J Savage and A Wallace. Tuning and Testing Scrolling Interfaces that Automatically Zoom *Proceedings of ACM CHI'2005 Conference on Human Factors in Computing Systems* Portland, Oregon, 2–7 April. *2005*, 71–80. ACM Press. Acceptance rate: 25%, 93 from 371. **Nominated for best paper award**.

C83 T Wright and A Cockburn. Evaluation of Two Textual Programming Notations for Children *Proceedings of the Sixth Australasian User Interface Conference (AUIC2005)* Newcastle, Australia, 2–3 February *2005*, 55–62. Australian Computer Society.

C84 L Rennie and A Cockburn. Aiding Text Entry of Foreign Alphabets with Visual Keyboard Plus *Proceedings of the Sixth Australasian User Interface Conference (AUIC2005)* Newcastle, Australia, 2–3 February *2005*, 119–125. Australian Computer Society.

C85 S Blinmann and A Cockburn. Program Comprehension: Investigating the effects of naming style and documentation *Proceedings of the Sixth Australasian User Interface Conference (AUIC2005)* Newcastle, Australia, 2–3 February *2005*, 73–78. Australian Computer Society.

C86 J Looser, M Billinghurst and A Cockburn. Through the Looking Glass: The Use of Lenses as an Interface Tool for Augmented Reality *Proceedings of Graphite'04: International Conference on Computer Graphics and Interactive Techniques* Singapore, 15–18 June *2004*, 204–211.

C87 V Buchmann, S Violich, M Billinghurst and A Cockburn. FingARtips — Gesture Based Direct Manipulation in Augmented Reality *Proceedings of Graphite'04: International Conference on Computer Graphics and Interactive Techniques* Singapore, 15–18 June *2004*, pp 212–221.

C88 A Cockburn. Revisiting 2D vs 3D Implications on Spatial Memory *Proceedings of the Fifth Australasian User Interface Conference (AUIC2004)* Dunedin, New Zealand, 18–22 January *2004*, pp 25–32. Australian Computer Society.

C89 A Wallace, J Savage and A Cockburn. Rapid Visual Flow: How Fast is Too Fast? *Proceedings of the Fifth Australasian User Interface Conference (AUIC2004)* Dunedin, New Zealand, 18–22 January *2004*, pp 117–122. Australian Computer Society.

C90 A Cockburn, J Looser and J Savage. Around the World in Seconds with Speed-Dependent Automatic Zooming *Paper and Video in the Conference Supplement of the ACM Conference on User Interface Software and Technology* Vancouver, Canada, November *2003*, pp 35–36.

C91 A Cockburn and J Savage. Comparing Speed-Dependent Automatic Zooming with Traditional Scroll, Pan and Zoom Methods *People and Computers XVII: British Computer Society Conference on Human Computer Interaction* Bath, England, September *2003*, pages 87–102. Springer-Verlag.

C92 A Cockburn and A Firth. Improving the Acquisition of Small Targets *People and Computers XVII: British Computer Society Conference on Human Computer Interaction* Bath, England, September *2003*, pages 181–196. Springer-Verlag.

C93  A Cockburn and A Siresena.  Evaluating Mobile Text Entry with the Fastap Keypad  Acceptance rate: 33%, 8 from 24.  *People and Computers XVII (Volume 2): British Computer Society Conference on Human Computer Interaction* Bath, England, September *2003*, pages 77–80.  Springer-Verlag.

C94  T Wright and A Cockburn.  A Language and Task-based Taxonomy of Programming Environments *Proceedings of IEEE Symposium on Visual Languages and Formal Methods.* Auckland, October 28–31 *2003*, pages 192–194.  Acceptance rate: 33%, 8 from 24.

C95  T Wright and A Cockburn.  An Evaluation of the Effects of Different Forms of Computer Supported Collaboration on Problem Solving Strategies *Proceedings of CHINZ'03. Annual conference of the New Zealand Chapter of the ACM Special Interest Group on Human-Computer Interaction.* Otago, July *2003*, pages 99-104.  Acceptance rate: 59%, 19 from 32.

C96  T Wright and A Cockburn.  A Framework for Evaluating Multiple Language Programming Environments  *Proceedings of CHINZ'03. Annual conference of the New Zealand Chapter of the ACM Special Interest Group on Human-Computer Interaction.* Otago, July *2003*, pages 21–26.  Acceptance rate: 59%, 19 from 32.

C97  M Apperley, P Carter, C Churcher, A Cockburn, M Jones, B Lobb, K Novins, C Phillips and W Wong. State of the Art: HCI in New Zealand (HCI Societies Worldwide Review) *Proceedings of INTERACT'03: Ninth IFIP TC13 International Conference on Human-Computer Interaction* Zurich, Switzerland, Sept 1–5 *2003*

C98  M Moyle and A Cockburn. The Design and Evaluation of a Flick Gesture for 'Back' and 'Forward' in Web Browsers *Proceedings of the Fourth Australasian User Interface Conference (AUIC2003)* Adelaide, Australia, 4–7 February *2003*, pages 39–46.

C99  M JasonSmith and A Cockburn. Get a Way Back: An Evaluation of Temporal Lists *Proceedings of the Fourth Australasian User Interface Conference (AUIC2003)* Adelaide, Australia, 4–7 February *2003*, pages 33–38.

C100  T Wright and A Cockburn.  Mulspren: A MUltiple Language Simulation PRogramming ENvironment  *Proceedings of the 2002 IEEE Symposia on Human Centric Computing Languages and Environments* Arlington, VA, Sept 3–6 *2002*, pages 101–103.

C101  T Wright and A Cockburn. Evaluating Computer-Supported Collaboration for Learning a Problem Solving Task, *Proceedings of the International Conference on Computers in Education,* Auckland, NZ *2002*, pages 266-267.

C102  M Moyle and A Cockburn.  Analysing Mouse and Pen Flick Gestures *Proceedings of the SIGCHI-NZ Symposium On Computer-Human Interaction* Hamilton, New Zealand, 11–12 July.  *2002*, pages 19–24.

C103  A Cockburn and B McKenzie.  Evaluating the Effectiveness of Spatial Memory in 2D and 3D Physical and Virtual Environments *Proceedings of ACM CHI'2002 Conference on Human Factors in Computing Systems* Minneapolis, Minnesota, 20–25 April.  *2002*, pages 203–210.  Addison-Wesley.  Acceptance rate: 15%, 61 from 409.

C104  A Cockburn, B McKenzie, and M JasonSmith.  Evaluating a Temporal Behaviour for Web Browsers' Back and Forward Buttons  *CD and on-line Proceedings of WWW2002, the 11th International World Wide Web Conference* Honolulu, May 7–11. *2002*. `www2002.org`

C105  M Moyle and A Cockburn.  Gesture Navigation: An Alternative Back for the Future  *Extended Abstracts of ACM CHI'2002 Conference on Human Factors in Computing Systems* Minneapolis, Minnesota, 20–25 April. *2002*, pages 822–823.  ACM Press.  Acceptance rate: 17%, 62 from 374.

C106  L Butts and A Cockburn.  An Evaluation of Mobile Phone Text Input Methods  *Proceedings of Australian User Interface Conference. 2002*, pages 55–59.  Australian Computer Society Inc.

C107  T Wright and A Cockburn.  Solo, Together, Apart: Evaluating Modes of CSCL for Learning a Problem Solving Task *Proceedings of ACM Computer Supported Collaborative Learning (CSCL) Conference 2002*. newmedia.colorado.edu/cscl/06.pdf

C108  T Bell, A Cockburn, B McKenzie and J Vargo.  Flexible Delivery Damaging to Learning? Lessons from the Canterbury Digital Lectures Project *Proceedings of ED-MEDIA'2001: World Conference on Educational Multimedia, Hypermedia and Telecommunications* Tampere, Finland, June 25–30. *2001*, pages 117–122.  Association for the Advancement of Computing in Education.

C109  A Cockburn and B McKenzie.  3D or Not 3D? Evaluating the Effect of the Third Dimension in a Document Management System *Proceedings of ACM CHI'2001 Conference on Human Factors in Computing Systems* Seattle, Washington, March 31–April 6. *2001*, pages 434–441.  Addison-Wesley.  Acceptance rate: 19%, 69 from 353.

C110  B McKenzie and A Cockburn.  An Empirical Analysis of Web Page Revisitation *34th Hawaiian International Conference on System Sciences, HICSS34 2001*.  IEEE Computer Society Press.

C111  T Wright and A Cockburn.  Writing, Reading, Watching: A Task-Based Analysis and Review of Learners' Programming Environments *International Workshop on Advanced Learning Technologies, IWALT 2000*, pages 167–170.  IEEE Computer Society Press.

C112  A Cockburn and B McKenzie.  An Evaluation of Cone Trees *People and Computers XIV: British Computer Society Conference on Human Computer Interaction 2000*, pages 425–436.  Springer-Verlag.  Acceptance rate: 27 from 57.

C113  A Cockburn and S Greenberg.  Issues of Page Representation and Organisation in Web Browser's Revisitation Tools *OzCHI'99: Australian Conference on Computer-Human Interaction,* Wagga Wagga, November 28–30, 1999, pages 7–14.  Acceptance rate: 50%.

C114  A Cockburn, S Greenberg, B McKenzie, M JasonSmith and S Kaasten.  WebView: A Graphical Aid for Revisiting Web Pages *OzCHI'99: Australian Conference on Computer-Human Interaction,* Wagga Wagga, November 28–30, 1999, pages 15–22.  Acceptance rate: 50%.

C115  S Greenberg and A Cockburn.  Getting Back to Back: Alternate Behaviors for a Web Browser's Back Button *5th Conference on Human Factors and the Web, Gaithersburg, Maryland. June 3, 1999*.  Acceptance rate: 11 from 27.

C116  P Weir and A Cockburn.  Distortion-Oriented Workspace Awareness in DOME *British Computer Society Conference on Human-Computer Interaction. Imperial College, London. 1–4 September, 1998.*, pages 239–252.  Springer-Verlag.  Acceptance rate: 21 from 89.

C117  E Ng, T Bell and A Cockburn.  Improvements to a Pen-Based Musical Input System *OzCHI'98: The Australasian Conference on Computer-Human Interaction. Adelaide, Australia. 29th November to 4th December, 1998. 1998.*, pages 239–252.  IEEE Computer Society Press.

19

C118  A Cockburn and T Bell. Extending HCI in the Computer Science Curriculum *ACM Australasian Computer Science Education Conference ACSE'98. Brisbane, Australia, 8–10 July, 1998,* pages 113–120. ACM Press. Acceptance rate: 28 from 59.

C119  A Cockburn and A Bryant.  Cleogo: Collaborative and Multi-Paradigm Programming for Kids *APCHI'98: Asia Pacific Conference on Computer Human Interaction.* Japan. July 15–17, 1998, pages 187–192. IEEE Computer Society Press.

C120  N Churcher, A Cockburn, B McMaster, J Horlor.  CUTE—The Design and Evolution of a First Year Programming Environment  Software Engineering: Education and Practice '98. Dunedin. January, 1998, pages 142–148. IEEE Computer Society Press.

C121  A Cockburn and T Dale.   CEVA: A Tool for Collaborative Video Analysis  *ACM Group'97: International Conference on Supporting Group Work* Phoenix, Arizona, November 16–19, 1997, pages 47–55. ACM Press. Acceptance rate: 44 from 104.

C122  A Cockburn and N Churcher. Towards Literate Tools for Novice Programmers *ACM Australasian Computer Science Education Conference ACSE'97.* Melbourne, Australia, 2-4 July 1997, pages 163–169. ACM Press. Acceptance rate: 31 from 46.

C123  N Churcher and A Cockburn.   An Immersion Model for Software Engineering Projects  *ACM Australasian Computer Science Education Conference ACSE'97.* Melbourne, Australia, 2-4 July 1997, pages 107–116. ACM Press. Acceptance rate: 31 from 46.

C124  A Cockburn and S Jones.   Design Issues for World Wide Web Navigation Visualisation Tools *RIAO'97: The Fifth Conference on Computer-Assisted Research of Information.* McGill University, Montreal, Quebec, Canada, 25th-27th June 1997.  pages 55–74.  Acceptance rate: 35 from 90.

C125  J Anstice, T Bell, A Cockburn and M Setchell. The Design of a Pen-Based Musical Input System. *OzCHI'96: The Sixth Australian Conference on Computer-Human Interaction,* Hamilton, New Zealand, November 24–27, 1996, pages 260–267. IEEE Press. Acceptance rate: 38 from 79.

C126  A Cockburn and A Bryant. Do It This Way: Equal Opportunity Programming for Kids *OzCHI'96: The Sixth Australian Conference on Computer-Human Interaction,* Hamilton, New Zealand, November 24–27, 1996, pages 246–251. IEEE Press. Acceptance rate: 38 from 79.

C127  A Tay and A Cockburn User Interfaces for Workflow Systems: Designing for End-User Tailorability  Short paper in *OzCHI'96: The Sixth Australian Conference on Computer-Human Interaction,* Hamilton, New Zealand, November 24–27, 1996, pages 301–302. IEEE Press.

C128  A Cockburn.  Collaborative Usability Analysis Using Video Protocols *APCHI'96: The First Asia Pacific Conference Human Computer Interaction,* Information Technology Institute Singapore, 25–28 June, 1996, pages 67–80. Acceptance rate: lower than 50%.

C129  S Greenberg, C Gutwin, and A Cockburn. Using Distortion-Oriented Displays to Support Workspace Awareness. *British Computer Society Conference on Human-Computer Interaction. Imperial College, London. 20–23 August, 1996.* Cambridge University Press. Acceptance rate: 23 from 63.

C130  A Cockburn and S Greenberg.  Children's Collaboration Styles in a Newtonian Microworld.  In *Companion Proceedings of CHI'96. ACM Conference on Human Factors in Computing Systems* Vancouver, April 13–18 1996, pages 181–182. ACM Press. Acceptance rate: 78 from 335.

C131  S Greenberg, C Gutwin, and A Cockburn.   Awareness Through Fisheye Views in Relaxed-WYSIWIS Groupware  *Proceedings of Graphics Interface, May 21–24, 1996. Toronto*, pages 28–38. Morgan-Kauffman. Acceptance rate: 29 from 73.

C132  SRA Jones and AJG Cockburn.  A Study of Navigational Support Provided by Two World Wide Web Browsing Applications. In *Hypertext '96. Seventh ACM Conference on Hypertext. Washington DC March 16–20, 1996*, pages 161–169. ACM Press. Acceptance rate: 24 from 85.

C133  AJG Cockburn and SRA Jones.  Trails, Trials, and Tribulations: Unravelling Navigational Problems in the World Wide Web.  In *Proceedings of the 5th Workshop on Information Technologies and Systems (WITS '95). Nijenrode University, The Netherlands. 9–10 December.*, pages 46–55, 1995. Acceptance rate: 24 from 70.

C134  A Cockburn and S Greenberg.  TurboTurtle: A Collaborative Microworld for Exploring Newtonian Physics.  In *ACM Conference on Computer Supported Cooperative Learning (CSCL '95). Bloomington, Indiana. October 17–20, 1995*, pages 62–66. Lawrence Erlbaum Associates, Inc, October 1995.

C135  AJG Cockburn. TurboTurtle: Educating Children in an Alternative Reality Universe. In *Proceedings of the 1994 Computer Human Interaction Specialist Interest Group of the Ergonomics Society of Australia (OZCHI'94). November 28 to December 1. Melbourne.*, pages 99–105, 1994.

C136  A Cockburn and S Jones.  Four Principles for Groupware Design.  In *Proceedings of the 1994 Computer Human Interaction Specialist Interest Group of the Ergonomics Society of Australia (OZCHI'94). November 28 to December 1. Melbourne.*, pages 21–26, 1994.

C137  AJG Cockburn and S Greenberg.   Making Contact: Getting the Group Communicating with Groupware. In *COOCS '93. The ACM Conference on Organisational Computing Systems. November 1st to 4th. Milpitas, California.*, pages 31–41, 1993.

C138  AJG Cockburn.  Supporting Social Awareness in Distributed Work.  In P *et al* Collings, editor, *Proceedings of OZCHI 1993. CHISIG Annual Conference.* Canberra. November., pages 224–241, 1993.

C139  AJG Cockburn and HW Thimbleby. Reducing User Effort in Collaboration Support. In WD Gray, WE Hefley, and D Murray, editors, *Proceedings of the 1993 International Workshop on Intelligent User Interfaces, Orlando, Florida. January 4–7.*, pages 215–218. New York: ACM Press, January 1993.

C140  AJG Cockburn and HW Thimbleby. Automatic Conversational Context: Avoiding Dependency on User Effort in Groupware.  In MJ Rees and R Iannella, editors, *Interface Technology: Advancing Human-Computer Communication. Proceedings of OZCHI 1992. CHISIG Annual Conference.* Bond University Australia, Queensland. November 26–27, pages 142–149, 1992.

C141  AJG Cockburn.  Reflexive CSCW and Managing Commitments.  In *IEE Colloquium on CSCW: Some Fundamental Issues.* London, March 15, number 065 in 1991, pages 9/1–9/5. IEE, 1991.

## Patents and Patent Applications

P1  Andy Cockburn, Mark Billinghurst, Dinesh Mandalapu. User Interface Device. US Patent Application Number: PCT/IN2011/000897.

### Other: Refereed Videos, Media Reports and Non-Refereed Publications

O1 National Science Challenges report. 'Meet the researchers: Andy Cockburn, Turbulent touch'. 22/03/2019.

O2 Marsden update. 'Young researchers experience international science.' (PhD student Stephen Fitchett). February 2012.

O3 Magazine article. New Zealand Listener. "Charge of the tech brigade". Mar 31, 2012.

O4 Newspaper article. The Press. "Conference acceptance a coup". Dec 22, 2011.

O5 Newspaper article. The Press. "Intuitive Innovations". Feb 22, 2011.

O6 UC Communications. 'UC/Microsoft. internship opens up world for computer science student.' Mar 22, 2011.

O7 Marsden update. 'Highlights of the 2010 funding round.' November 2010.

O8 Magazine article. 'Profiling Excellence'. Royal Society of New Zealand. 'Thirty years of research in a single hit', March 2010.

O9 Newspaper article. Sydney Morning Herald. 'Computer mouse still rules, says expert', Jan 19, 2010. (Widely syndicated through AAP.)

`http://news.smh.com.au/breaking-news-national/computer-mouse-still-rules-says-expert-20100119-mhnp.html`

O10 Newspaper article. Dominion Post. 'Next-step mouse on its way', Feb 1, 2010.

O11 Radio Interview (Live). ABC Perth. 'Drive Time' program. January 19th, 2010.

O12 Newspaper article. The Press. 'Boost for Computer Activation Project', Nov. 5, 2009.

O13 Radio interview (Sweden). 'Highlights of the INTERACT Conference', Sept 3 2009. `http://www.sr.se/cgi-bin/p1/program/artikel.asp?ProgramID=406&nyheter=1&artikel=3075930`

O14 Newspaper article. Dominion Post. 'Kiwi mouse comes out of hiding', March 10, 2008. `http://www.stuff.co.nz/4433363a28.html`

O15 Newspaper article. Christchurch Press. 'Fast Kiwi mouse attracts interest from big players', March 5, 2008. `http://www.stuff.co.nz/4425499a28.html`

O16 Newspaper article. The Age (Australia). 'Kiwi mouse attracts interest', March 5, 2008. `http://http://www.theage.com.au/news/biztech/kiwi-mouse-attracts-interest/2008/03/10/1204998342852.html`

O17 Magazine article. Marsden Update. 'Document Navigation', December 2008.

O18 Interview. IEEE Spectrum. 'A New Spin on the Computer Mouse', October 2006. `http://www.spectrum.ieee.org/oct06/4668`

O19 Video. Faster Document Navigation with Space-Filling Thumbnails *Video in the Video Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2006)* Montreal, Canada, April *2006*. `http://www.cosc.canterbury.ac.nz/~andy/sft.mov`

22

O20  Video.  Tuning and Testing Scrolling Interfaces that Automatically Zoom  *Video in the Refereed Video Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2005)* Portland, Oregon, April *2005.* `http://www.cosc.canterbury.ac.nz/~andy/tuning-n-testing.wmv`

O21  Video.  Around the World in Seconds with Speed-Dependent Automatic Zooming  *Video and Demonstration at the ACM Conference on User Interface Software and Technology* Vancouver, Canada, November *2003.* `http://www.cosc.canterbury.ac.nz/~andy/uist-sdaz.avi`

O22  Radio Interview.  BBC World Service.  'Go Digital' program.  January 14th, 2003  `http://news.bbc.co.uk/2/hi/technology/2677337.stm`

O23  Nature Journal's Science Update.  'Browsers go back to the future'  `www.nature.com/nsu/021230/021230-3.html`

O24  'The Register' in the UK.  'Kiwis redesign the Back button'.  `http://www.theregister.co.uk/content/6/28729.html`

O25  Canadian Broadcast Corporation.  Programmers try out alternative to browser's back button.  `http://cbc.ca/storyview/CBC/2002/12/30/back_button021230`

O26  Slashdot.  'Redesigning The "Back" Button'  `slashdot.org/article.pl?sid=02/12/30/1727206&mode=thread&tid=95`

O27  NZOOM's Technology Page.  `technology.nzoom.com/technology_subcategory/0,1610,113-116,00.html`

O28  Newspaper Interview.  Christchurch Press.  'Better Going Back', Feb 11, 2003.

O29  University Chronicle.  "Taking the frusturation out of the web", Feb 20, 2003.

O30  S Greenberg, C Gutwin, and A Cockburn.  Applying Distortion-Oriented Displays to Groupware.  Video Programme of the ACM Conference on Computer Supported Cooperative Work.  1996.

O31  S Greenberg, C Gutwin, and A Cockburn.  Sharing fisheye views in relaxed-WYSIWIS groupware applications.  Technical Report 95/577/29, Department of Computer Science, University of Calgary, Calgary, CANADA., 1996.

O32  S Greenberg, C Gutwin, and A Cockburn.  Using distortion-oriented displays to support workspace awareness.  Technical Report 96/581/01, Department of Computer Science, University of Calgary, Calgary, CANADA., 1996.

O33  S Greenberg, C Gutwin, M Roseman, and A Cockburn.  From awareness to teamrooms, groupweb and turboturtle: Eight snapshots of recent work in the grouplab project.  Technical Report 95/580/32, Department of Computing Science, University of Calgary, Canada, December 1995.

O34  A Cockburn and S Greenberg.  The design and evolution of turboturtle: A collaborative microworld for exploring newtonian physics.  Technical Report tr-cosc.03.95, University of Canterbury, Christchurch. New Zealand, 1995.

O35  AJG Cockburn.  Social awareness without mega-bits.  In *Proceedings of Uniforum. Rotoroa, New Zealand.*, 1994.

O36 AJG Cockburn. *Groupware design: principles, prototypes, and systems*. PhD thesis, Department of Computing Science and Mathematics, University of Stirling, Scotland. FK9 4LA, 1993. Available from British Libraries, or as Technical Report 107 from the University of Stirling.

O37 SRA Jones and AJG Cockburn. Reducing requirements in computer supported writing tasks, 1993. Paper presented at: 6th UK conference on computers and writing. University of Wales. April 13-15.

O38 AJG Cockburn and S Greenberg. Making contact: getting the group communicating. Technical Report 93/498/03, Department of Computer Science, University of Calgary, Alberta T2N 1N4 Canada, 1993.

O39 AJG Cockburn and HW Thimbleby. Reducing user effort in collaboration support. Technical Report 93, University of Stirling, Stirling, Scotland, FK9 4LA, 1992.

O40 AJG Cockburn and HW Thimbleby. A reflexive perspective of CSCW. *ACM SIGCHI Bulletin*, 23(3):63–68, July 1991.

O41 AJG Cockburn. A user's guide to TELEFREEK: a communication and social awareness environment. Technical Report 105, Department of Computing Science and Mathematics, University of Stirling, Stirling, Scotland, FK9 4LA, 1993.

O42 AJG Cockburn. A user's guide to *mona*: an enhanced email system. Technical Report 97, Department of Computing Science and Mathematics, University of Stirling, Stirling, Scotland, FK9 4LA, 1992.

## Grants and industry research/consulting

| Project | Source | Date | Amount |
|---|---|---|---|
| Understanding the human experience of intelligent user interfaces | Marsden. (19-UOC-021) | 2020-2022 | $530,000 |
| Travel expenses | Airbus & U. Paul Sabatier | 2018 | ≈ $7,000 |
| In-Vehicle Touchscreens | NZ Science for Innovation | 2017 | $200,000 |
| Travel expenses | ACM CHI Steering Committee | 2017 | ≈ $4,000 |
| Travel expenses | Australian National University | 2016 | ≈ $3,000 |
| Travel expenses | Airbus & U. Paul Sabatier | 2016 | ≈ $5,000 |
| Travel expenses | ACM CHI Academy Award (Seoul) | 2015 | ≈ $5,000 |
| Benjamin Meaker Visiting Professorship | University of Bristol | 2013 | £7,000 |
| Understanding and improving the novice to expert transition with user interfaces | Marsden. (10-UOC-020) | 2011-2014 | $496,000 |
| Dynamic Multimodal Affordances | HP Innovations Award | 2011-2012 | US$40,000 |
| Travel expenses | ACM UIST conference | June 2009 | ≈ $4,000 |
| Postdoctoral Fellow | BuildIT | 2011-2012 | $116,000 |
| Dynamic Multimodal Affordances | HP Innovations Award | 2010-2011 | US$40,000 |
| Travel expenses | ACM UIST conference | June 2009 | ≈ $4,000 |
| Scrolling device studies | Logitech Inc | 2010 | $10,000 |
| Canadian GRAND project | Canadian Centres of Excellence | 2010-2014 | C$25,000,000 |
| BuildIT Emerging Researcher Mentoring Fund | BuildIT | 2010 | $8,000 |
| Pythodogogical | UC Teaching and Learning | 2009-2010 | $15,000 |
| Dynamic Multimodal Affordances | HP Innovations Award | 2009-2010 | US$40,000 |
| Travel expenses | ACM UIST conference | June 2009 | ≈ $4,000 |
| Travel expenses | ACM CHI conference | Nov. 2008 | ≈ $4,000 |
| Improving document navigation interfaces | Marsden. (07-UOC-013) | 2007–2010 | $400,000 |
| Accessible AR on Everyday Devices | FRST (UOCX0704) | 2007–2011 | $1,875,000 |
| Usability training | Jade Software | 2007 | ≈ $2,000 |
| Usability training | AMI | 2007 | ≈ $2,000 |
| Expenses | Logitech Inc., California | April 2007 | ≈ $5,000 |
| Expenses | Logitech Inc., California | July 2006 | ≈ $2,000 |
| Grant in aid | University of Toronto | July 2006 | ≈ $8,000 |
| Grant in aid | University of Saskatoon | June 2006 | ≈ $6,000 |
| Grant in aid | University of Calgary | May 2006 | ≈ $3,000 |
| Grant in aid | IBM Almaden Research, California | April 2006 | ≈ $3,000 |
| NOKIA Pocket (Assoc. with HIT Lab). | Nokia Research Center | 2006. | ≈$100,000. |
| Speed-Dependent Automatic Zooming | Computer Science | 2003 | $3,000 |
| Evaluation of Speed-Coupled Scrolling | Computer Science | 2002 | $3,000 |
| Multimedia Learning of Graphics (Assoc.) | UoC Teaching and Learning Ctte. | 2002 | $5,000 |
| Fastap Evaluation | Digit Wireless LLC, MA, USA. | 2002 | $3,000 |
| Supermedia—The MagicBook Project (Assoc.) | NZ NERF (UOCX0204) | 2002 | $333,000 |
| Practical Flexible Delivery of Virtual Learning | UoC (U6360) | 1999–2002 | $40,000 |
| Collaborative Programming for Children | Marsden, Royal Soc. (UOC805) | 2000–2002 | $135,000 |
| Evaluation of Back/Forward in Web-browsers | Computer Science | 2001 | $3,000 |
| Interfaces for WWW navigation. | Microsoft Research, USA. | 1999 | ≈ $8,000 |
| HCI and multi-media research lab | Computer Science | 1999 | $7,400 |
| Video analysis and multi-media lab | UoC (2313728) | 1996 | $30,000 |
| Collaborative video analysis | Computer Science | 1996 | $3,000 |
| Collaborative microworlds | Computer Science | 1995 | $4,000 |
| Asynchronous groupware toolkits | Computer Science | 1994 | $2,000 |

# Academic Service

| | | |
|---|---|---|
| External assessor | 2019 | Promotion to Full Professor: University of Toronto. |
| External assessor | 2018 | Promotion to Full Professor: University of Cambridge. |
| Rapporteur | 2018 | Habilitation, Dr Eric Lecolinet, Université Paris Sud, France. |
| Rapportuer | 2018 | Habilitation, Dr Marcos Serrano, University Toulouse III Paul Sabbatier, France. |
| External assessor | 2017 | Promotion application: University of Waterloo. |
| Chair | 2018-2021 | Technical program chair for ACM CHI 2020 Conference |
| Committee member | 2016-2020 | Steering Committee for the ACM CHI Conference |
| Rapportuer | 2017 | Habilitation, Dr Caroline Appert, University Paris-Sud, France. |
| Chair | 2016-2018 | CORE Chris Wallace Research Award Panel |
| Deputy Chair | 2016-2018 | PBRF Mathematical and Information Sciences Panel |
| Editorial | 2015– | Editorial Board of Foundations and Trends in Human-Computer Interaction. |
| Editorial | 2015– | Editorial Board of Human-Computer Interaction. Taylor and Francis. |
| Chair | 2012–2015 | Papers co-chair for ACM CHI 2014 and 2015 (over 2000 submissions). |
| Service Award. | 2014. | ACM SIGCHI Recognition of Service Award. |
| Editorial | 2012– | Editorial Board of ACM Transactions on Computer-Human Interaction. ACM. |
| Panel member | 2011-2012 | Member of the Mathematics, Information Sciences and Technology PBRF panel. |
| Panel member | 2008–2009 | BuildIT Postdoctoral Award. |
| Governance board | 2008–2010 | Elected member of the governance board of BuildIT. |
| Panel member | 2009, 2011 | Member of the Mathematics and Information Sciences Marsden panel. |
| Panel member | 2008–2009 | BuildIT Postdoctoral Award. |
| Panel member | 2008–2010 | BuildIT Emerging Reseacher Travel Fund. |
| Mentor | 2009–2010 | BuildIT mentor for early career researchers. |
| External assessor | 2010 | Docent application advisor, University of Tampere, Finland. |
| External assessor | 2010 | Promotion application for University of Auckland. |
| External assessor | 2007, 2009 | Promotion applications for INRIA, University Paris-Sud. |
| External assessor | 2007 | Postdoctoral applicants for Ryerson Univerity, Canada. |
| Editorial | 2002–2013 | Associate Editor for International Journal of Human-Computer Studies. |
| Editorial | 2002–2013 | Member Editorial Board for Interacting with Computers Journal. |
| Chair | 2010–2011 | Subcommittee Chair ACM CHI'11. |
| Senior Reviewing | 2004– | Associate Chair (Papers) for ACM CHI'04, CHI'08, CHI'09. |
| Senior Reviewing | 2009 | Associate Chair (Papers) for ACM UIST 2009. |
| Senior Reviewing | 2007 | Short papers chair for INTERACT 2007 |
| Chair | 2004–2005 | Papers chair for Australasian User Interface Conferences |
| Competition judge | 2009 | Student Research Competition at CHI 2009. |
| Journal Reviewing | 1993– | Communications of the ACM, Human-Computer Interaction Journal, IEEE Transactions on Visualization and Computer Graphics, ACM Transactions on Computer-Human Interaction, Ergonomics, Information and Software Technology, Information Technology and Society, Interacting with Computers, Virtual Reality, Personal and Ubiquitous Computing, Journal of Computer-Mediated Communication, and International Journal of Human-Computer Studies. |
| Misc. | 2003 | Organised the 'Masterclass and Symposium on Interacting with and Through Next Generation Computer Systems', held at the University of Canterbury. |
| Organising committees | 1996, 1998 | OzCHI |
| Doctoral consortium | 2008 | CHI 2008 |
| Other reviewing | Ongoing | Graphics Interface 2009, 2010, 2011; UIST Demos 2009; ACM CHI 2007, 2006, 2005, 2004, 2003, 2002. AICCS-07; ACM UIST 2007, 2006, 2005, 2003; InfoVis 2006; BEyond time and errors: novel evaLuation methods for Information Visualization (BELIV'06); ACM Advanced Visual Interfaces (AVI) 2006; IEEE Tencon'05; CHINZ'05; Interact'05; MobileHCI'05; ACM CSCW 2004; ACM UIST 2003; INTERACT 2003; Australasian User Interface Conference, 2000–2003; The Active Web, '99; ACM Conference on Data Communications 1994; ACM Conference on Human Factors in Computing Systems 1996; OZCHI'94-97; APCHI'96 & '98; ACM Hypertext '97; Graphics Interface '97; InterAct '97; ACM Group '97. |

## Invited seminar presentations outside the University of Canterbury

| | |
|---|---|
| Keynote address, INTERACT Conference, Mumbai. | September, 2017. |
| Dean's Colloquium, ANU, Australia. | August, 2016. |
| Engineering & Computer Science, ANU, Australia. | August, 2016. |
| Institute of Advanced Studies, University of Bristol, UK. | August, 2013. |
| Department of Computer Science, University of Glasgow, UK. | August, 2013. |
| Colloquium Polaris, INRIA, Lille, France. | July, 2013. |
| Department of Computer Science, University of Manitoba, Canada. | August, 2010. |
| Department of Computer Science, University of Manitoba, Canada. | August, 2010. |
| Department of Computer Science, University of British Colombia, Canada. | August, 2010. |
| Keynote address, Australasian Computer Science Week. | January, 2010. |
| Department of Computer Science, University of British Colombia, Canada. | July, 2009. |
| Department of Computer Science, University of Calgary, Canada. | July, 2008. |
| Department of Computer Science, Swansea University, UK. | September, 2008. |
| INRIA, Universite Paris-Sud, France. | September, 2006. |
| Department of Computer Science, Swansea University, UK. | August, 2006. |
| Logitech Inc., California. | July, 2006. |
| Department of Computer Science, Dalhousie University, Nova Scotia. | July, 2006. |
| Digital Graphics Project Lab, University of Toronto. | June, 2006. |
| Department of Computer Science, University of Saskatoon. | June, 2006. |
| Department of Computer Science, University of Calgary. | April, 2006. |
| IBM Almaden Research Centre. | March, 2006. |
| Digital Fusion Inc.. | February, 2006. |
| Usability Professionals Association (UPA), Canterbury Innovation Incubator. | November, 2005. |
| Usability Professionals Association (UPA), Canterbury Innovation Incubator. | November, 2004. |
| Department of Computer Science, University of Calgary, Canada. | November, 2003. |
| Human-Computer Interaction Lab, Univ. of Maryland, College Park, USA. | October 2003. |
| Department of Computer Science, University of Glasgow. | September, 2003. |
| Department of Psychology, University of York. | September, 2003. |
| Interaction Centre, University College London. | September, 2003. |
| Department of Computer Science, University of Southampton. | September, 2003 |
| New Zealand Computer Society, Christchurch. | June, 2003. |
| Department of Computer Science, University of Waikato. | December, 2002. |
| Allied Telesyn Research. | November, 2002. |
| Department of Computer Science, University of Calgary, Canada. | October, 2001. |
| Institute for Info. Tech., National Research Center, Ottawa, Canada. | October, 2001. |
| Grouplab, University of Calgary, Canada. | October, 2001. |
| Department of Computer Science, University of Saskatchewan, Canada. | October, 2001. |
| Department of Computer Science, University of Cape Town, South Africa. | September, 2001. |
| Department of Computer Science, Victoria University of Wellington. | July, 2000. |
| Inaugural ACM SIGCHI_NZ meeting. Massey University. | June 2000. |
| Department of Computer Science, University of Waikato. | May, 2000. |
| Department of Computer Science, University of Calgary. | March, 1999. |
| Center for LifeLong Learning and Design, University of Colorado, Boulder. | November, 1998. |
| Norsk Regencentral (Norwegian Research Centre), Oslo, Norway. | August, 1998. |
| Department of Computer Science, University of Calgary. | January, 1996. |
| Department of Computer Science, Massey University. | January, 1993. |
| Department of Computer Science, University of Waikato. | January, 1993. |

**Visiting academics**

I have attracted many world leaders in Human-Computer Interaction to the department. Most of them have presented several seminars while at Canterbury, including numerous 'Science Prestige Lectures' and Ben Sheiderman's Royal Society Evening Lecture.

| | | |
|---|---|---|
| Prof. Carl Gutwin | University of Saskatchewan, Saskatoon, Canada. | Four weeks, 2020. |
| Prof. Carl Gutwin | University of Saskatchewan, Saskatoon, Canada. | Seven weeks, 2015-2016. |
| Prof. Wolfgang Stuerzlinger | University of Waterloo, Canada | Three months, 2011-2012 |
| Prof. Kari-Jouko Raiha | University of Tampere, Finland | Nine months, 2009-2010 |
| Dr. Saila Ovaska | University of Tampere, Finland | Nine months, 2009-2010 |
| Dr. David Ahlstroem | Klagenfurt University, Austria. | Eighteen months, 2008-2010. |
| Prof. Carl Gutwin | University of Saskatchewan, Saskatoon, Canada. | Three months, 2008. |
| Prof. Karon MacLean | University of British Colombia, Canada. | Six months, 2007-2008. |
| Prof. Bob Kraut | Carnegie Mellon University. | Erskine Visitor. Three months, 2008. |
| Prof. Andrew Monk | University of York, UK. | Three months, 2008. |
| Dr. Gonzalo Ramos | University of Toronto, Canada. | One month, 2007. |
| Prof. Carl Gutwin | University of Saskatchewan, Saskatoon, Canada. | Erskine Fellow. Four months, 2007. |
| Prof. Alistair Sutcliffe | University of Manchester, UK. | One month, 2007. |
| Prof. Carl Gutwin | University of Saskatchewan, Saskatoon, Canada. | One week, 2005. |
| Prof. Ben Bederson | University of Maryland, Maryland, USA. | One week, 2004. |
| Prof. Ben Shneiderman | University of Maryland, Maryland, USA. | Erskine Fellow. One month, 2003. |
| Prof. Jenny Preece | University of Maryland, Baltimore County, Maryland. | Erskine Fellow. One month, 2003. |
| Prof. Stephen Brewster | University of Glasgow, UK. | Erskine Fellow. Six months, 2003. |
| Prof. Gerhard Fischer | University of Colorado, Boulder. | One year, 2002–2003. |
| Prof. Bob Spence | Imperial College London. | Erskine Fellow. One month, 2002. |
| Prof. Gerhard Fischer | University of Colorado, Boulder. | Erskine Fellow. One month, 2000. |
| Prof. Harold Thimbleby | Middlesex University, UK. | Erskine Fellow. One month, 1997. |
| Dr Allen Cypher | Apple Research, Cuppertino, California. | One week, 1996. |
| Dr Akihiko Machizawa | Communications Research Laboratory, Japan. | Three years, 1996–1998. |
| Professor Brian Wyvill | University of Calgary, Canada. | Erskine Fellow. Two months, 1996. |
| Professor Saul Greenberg | University of Calgary, Canada. | Erskine Fellow. Six months, 1995. |
| Carl Gutwin | University of Calgary, Canada. | Two months, 1995. |
| Dr Steve Jones | University of Abertay, Dundee. | Six months, 1995. |

# Expert Witness Consulting

| | |
|---|---|
| Role | Expert witness for DLA Piper (counsel for Microsoft) and Morrison & Foerster (counsel for Amazon). (analysis). |
| Case | Neodron versus Microsoft, Amazon & others. *US International Trade Commission.* 337-TA-1193. |
| Dates | May 2020 – |

| | |
|---|---|
| Role | Expert witness for Desmarais, counsel for IBM. (analysis). |
| Case | IBM versus Zillow Group. *Central District of California.* 8:19-CV-01777. |
| Dates | October 2019 – |

| | |
|---|---|
| Role | Expert witness for DLA Piper (counsel for Microsoft and HP), Morrison & Foerster (counsel for Amazon), Finnegan, Henderson, Farabow, Garrett & Dunner (counsel for Motorola and Lenovo), Alston & Bird (counsel for Dell), O'Melveny & Myers (counsel for Samsung). (analysis, reports, deposition). |
| Case | Neodron versus Microsoft, HP, Amazon, Samsung, Dell, Motorola, Lenovo. *US International Trade Commission.* 337-TA-1162. |
| Dates | August 2019 – |

| | |
|---|---|
| Role | Expert witness for Jones Day, counsel for Google and Huawei. (analysis). |
| Case | American Patents versus Huawei. |
| Dates | April 2019 – July 2019 |

| | |
|---|---|
| Role | Expert witness for Gilbert+Tobin, counsel for Aristocrat Technologies. (reports, testimony at trial). |
| Case | Aristocrat Technologies versus Commissioner of Patents. *Federal Court of Australia.* NSD 1343/2018. |
| Dates | September 2018 – June 2020 |

| | |
|---|---|
| Role | Expert witness for Williams & Connolly and Alston & Bird, counsel for Google and ASUS Inc. (reports, deposition). |
| Case | Koninklijke Philips versus ASUS. *Northern District of California* 4:18-cv-01885-HSG. |
| Dates | March 2016 – March 2020 |

| | |
|---|---|
| Role | Expert witness for Williams and Connolly, counsel for Google Inc. (reports, deposition). |
| Case | Google versus Philips. *Patent Trial and Appeal Board.* IPR2017-00386/387/388/389. |
| Dates | March 2016 – March 2020 |

| | |
|---|---|
| Role | Expert witness for DLA Piper, counsel for Apple Inc. (reports, deposition, testimony at trial). |
| Case | Immersion versus Apple. *US International Trade Commission.* 337-TA-1004 and 337-TA-990 (consolidated). |
| Dates | June 2016 – May 2017 |

| | |
|---|---|
| Role | Expert witness for DLA Piper, counsel for Apple Inc. (reports). |
| Case | Apple versus Immersion. *Patent Trial and Appeal Board.* IPR2016-01777. |
| Dates | June 2016 – May 2017 |

| | |
|---|---|
| Role | Expert witness for Wilmer Cutler Pickering Hale and Dorr, counsel for Apple Inc. (analysis). |
| Case | Core Wireless Licensing S.a.r.l. v. Apple Inc. *Eastern District of Texas.* 6:14-cv-00751 and 6:14-cv-00752. |
| Dates | August 2015 – June 2016 |

| | |
|---|---|
| Role | Expert witness for Weil, Gotshal & Manges, counsel for Apple Inc. (analysis). |
| Case | Motorola Mobility Inc. versus Apple Inc. *Southern District of Florida.* 10-CV-23580-RNS-TEB and 12-CV-20271-RNS-TEB. |
| Dates | October 2013 – March 2014 |

| | |
|---|---|
| Role | Expert witness for Gibson, Dunn & Crutcher, counsel for Apple Inc. (reports, deposition, testimony at trial). |
| Case | Apple Inc. versus Samsung Electronics Co. Ltd. *Northern District of California.* 12-CV-0630-LHK. |
| Dates | June 2013 – June 2014 |

| | |
|---|---|
| Role | Expert witness for Herbert Smith Freehills, counsel for Apple Inc. (reports, testimony at trial). |
| Case | Apple Inc. versus Samsung Electronics Co. Ltd. *Federal Court of Australia.* NSD 1243 of 2011. |
| Dates | September 2011 – May 2013 |

## Other

- Member of the Association of Computing Machinery (ACM).

- Member of the ACM Special Interest Group of Computer-Human Interaction.

# EXHIBIT B

Case 1:21-cv-00461-GBW　　Document 18-1　Filed 06/23/21　Page 213 of 235 PageID #: 555

# Good bye Azure Portal, Welcome Azure CLI

## Let's jump into Azure CLI !

*Published on 08 April 2019*

`AZURE (/TAGS/AZURE)`　`AZURE CLI (/TAGS/AZURE-CLI)`　`SHELL (/TAGS/SHELL)`

In this article about Azure CLI, we will talk about:

- Managing Azure resources
- Azure CLI Syntax
- Deep dive in Azure CLI
- Where to use Azure CLI
- Azure CLI Interactive mode

Azure CLI can be installed by following the instructions on this page (https://docs.microsoft.com/en-us/cli/azure/install-azure-cli?view=azure-cli-latest).

Case 1:21-cv-00461-GBW   Document 18-1   Filed 06/23/21   Page 214 of 235 PageID #: 556

# 1 - Managing Azure resources

Azure resources can be managed from different ways but the main ones are the Azure Portal (https://portal.azure.com), Azure PowerShell (https://docs.microsoft.com/en-us/powershell/azure/) and Azure CLI (https://docs.microsoft.com/en-us/cli/azure). If you are new to Azure or if you are creating resources you are not familiar with, it is always nice to have a GUI to understand what you are doing and Azure Portal is the right way to go.



However, handling resources in the portal, moving from pane to pane to always do the same kind of operations can quickly become a little cumbersome. So if you want to be more productive or if you are more of a command line person, you will find in Azure CLI or in Azure PowerShell really good

Case 1:21-cv-00461-GBW Document 18-1 Filed 06/23/21 Page 216 of 235 PageID #: 558

alternatives to Azure Portal. Both of them are cross platform tools (PowerShell Core runs on Windows, MacOS and Linux 👍) and provide the same functionalities to manage Azure resources.

Until recently, when I was not using the Azure Portal I was more prompt to use Azure PowerShell than Azure CLI, probably because I was often finding samples of what I wanted to do written in PowerShell. But in fact, there are lots of commands in Azure PowerShell and even with autocomplete I am not really good at remembering them. So I couldn't stop returning to using Azure Portal 😕. And yet, lately I finally came back to the command line when I started to discover the power of Azure CLI: such a nice and above all easy tool to use and that's I will try to show you next.

# 2 - Azure CLI Syntax

The Azure CLI Syntax is simple to understand. For instance the command `az webapp list` will list the WebApps in the subscription you are currently logged in.

Actually an Azure CLI command has the following structure:

- a **command group** which represents an Azure service and which can be the composition of subgroups
- a **command** which is the action you want to do on the group / Azure service
- **arguments** optionally which are a list of parameter names and values

To sign in to your Azure account in your terminal, you have to execute the Azure CLI command `az login` where `az` is the command group and `login` is the command relative to the group/service `az` (meaning Azure).

In our previous example, `az webapp list` :

- `az webapp` was the command group composed of `az` and its subgroup `webapp`
- `list` was the command
- no arguments here

We could have added some arguments to this command, like the `--resource-group` argument (or `-g`) to list only the WebApps in a specific resource group and that would have become `az webapp list --resource-group 'myResourceGroupName'`

A few arguments are globally available arguments which means that can be used for every command. This is the case of the `--help` argument which displays help information about a command. The following example showing the use of the `--help` argument allows to better understand the structure of an Azure CLI command.

11/2/2020    Welcome Azure CLI - Goodbye Azure Portal, Welcome Azure CLI

```
Azure:/
PS Azure:\> az webapp config --help

Group
    az webapp config : Configure a web app.

Subgroups:
    appsettings       : Configure web app settings.
    backup            : Manage backups for web apps.
    connection-string : Manage a web app's connection strings.
    container         : Manage web app container settings.
    hostname          : Configure hostnames for a web app.
    snapshot          : Manage web app snapshots.
    ssl               : Configure SSL certificates for web apps.
    storage-account   : Manage a web app's Azure storage account configurations. (Linux Web Apps and
                        Windows Containers Web Apps Only).

Commands:
    set               : Set a web app's configuration.
    show              : Get the details of a web app's configuration.
```

Once used to the Azure CLI syntax, it is way more convenient than the Azure Portal and you don't have to search what Azure PowerShell command you need to use. You just have to look for the available subgroups and commands in the Azure service where you want to work (don't forget to use `--help` ) and you will quickly get the job done.

# 3 - Deep dive in Azure CLI

## Command output

```
What default output format would you like?
  [1] json - JSON formatted output that most closely matches API responses.
  [2] jsonc - Colored JSON formatted output that most closely matches API responses.
  [3] table - Human-readable output format.
  [4] tsv - Tab- and Newline-delimited. Great for GREP, AWK, etc.
  [5] yaml - YAML formatted output. An alternative to JSON. Great for configuration files.
  [6] none - No output, except for errors and warnings.
Please enter a choice [Default choice(1)]:
```

By default, the output format of Azure CLI commands is json but there are other formats you can use by specifying an output argument ( `--output` or `-o` ) like this: `az group list -o table` .

```
PS Azure:\> az group list
[
  {
    "id": "/subscriptions/                              /resourceGroups/CloudShellRG",
    "location": "westeurope",
    "managedBy": null,
    "name": "CloudShellRG",
    "properties": {
      "provisioningState": "Succeeded"
    },
    "tags": null,
    "type": null
  },
  {
    "id": "/subscriptions/                              /resourceGroups/MyApp1ResourceGroup",
    "location": "westeurope",
    "managedBy": null,
    "name": "MyApp1ResourceGroup",
    "properties": {
      "provisioningState": "Succeeded"
    },
    "tags": null,
    "type": null
  }
]
Azure:/
PS Azure:\> az group list -o table
Name                 Location     Status
-------------------  ----------   ---------
CloudShellRG         westeurope   Succeeded
MyApp1ResourceGroup  westeurope   Succeeded
```

◆ The default output format can be configured using the `az configure` command. This command also allows you to configure other settings like a default resource group for your commands for instance.

# Using variables

Whether you choose to run your commands in Bash or in PowerShell, you can use variables with Azure CLI, only the syntax for creating variables will change depending on the command-line shell you use.

> *The samples in this article use the PowerShell syntax.*

```
$rgName = 'TestingAzureCLI'

# Create a new resource group
az group create -n $rgName -l westeurope

# Create an App Service plan with the Free tier
az appservice plan create -n $webAppName -g $rgName --sku FREE

# Show the App Service plan just created
az appservice plan show -n $webAppName -g $rgName

# Store the result of the show query in a PowerShell variable
$servicePlan = az appservice plan show -n $webAppName -g $rgName
```

# JMESPath

Case 1:21-cv-00461-GBW    Document 18-1 - Filed 06/23/21   Page 221 of 235 PageID #: 563

Welcome Azure CLI - Guide to Azure Portal, Website Azure CLI

If you don't know JMESPath (http://jmespath.org/), it is a query language for JSON that allow to extract and transform elements from a JSON document or from CLI output in the context of Azure CLI.

In order to use JMESPath you have to add in your CLI command the argument `--query` followed by your JMESPath query. Let's see that with some examples.

The query `az group list` executed on my subscription returns the following json :

```
[
  {
    "id": "/subscriptions/********-****-****-****-***********/resourceGroups/CloudShellRG",
    "location": "westeurope",
    "managedBy": null,
    "name": "CloudShellRG",
    "properties": {
      "provisioningState": "Succeeded"
    },
    "tags": {
      "Environment": "Production"
    },
    "type": null
  },
  {
    "id": "/subscriptions/********-****-****-****-***********/resourceGroups/MyApp1ResourceGroup",
    "location": "canadacentral",
    "managedBy": null,
    "name": "MyApp1ResourceGroup",
    "properties": {
      "provisioningState": "Succeeded"
    },
    "tags": {
      "Department": "RH",
      "Environment": "Dev"
    },
    "type": null
  },
  {
    "id": "/subscriptions/********-****-****-****-***********/resourceGroups/TestingAzureCLI",
    "location": "westeurope",
    "managedBy": null,
    "name": "TestingAzureCLI",
    "properties": {
      "provisioningState": "Succeeded"
    },
    "tags": {
      "Department": "IT",
      "Environment": "Production"
    },
  },
```

```
        "type": null
    }
]
```

Here are some CLI commands that query more precisely the resource groups:

- Select only the resource groups names with `az group list --query '[].name'`



- Filter on resource groups in West Europe with `az group list --query "[? location=='westeurope']"`

```
C:\Users\AlexandreNedelec> az group list --query "[?location=='westeurope']"
[
  {
    "id": "/subscriptions/████████████████████████/resourceGroups/CloudShellRG",
    "location": "westeurope",
    "managedBy": null,
    "name": "CloudShellRG",
    "properties": {
      "provisioningState": "Succeeded"
    },
    "tags": {
      "Environment": "Production"
    },
    "type": null
  },
  {
    "id": "/subscriptions/████████████████████████/resourceGroups/TestingAzureCLI",
    "location": "westeurope",
    "managedBy": null,
    "name": "TestingAzureCLI",
    "properties": {
      "provisioningState": "Succeeded"
    },
    "tags": {
      "Department": "IT",
      "Environment": "Production"
    },
    "type": null
  }
]
```

- Filter on resource groups with an Environment tag with the value Production, select and rename name and tags properties with `az group list --query "[?tags.Environment=='Production'].{RGName:name, RGTags:tags}"`

```
C:\Users\AlexandreNedelec> az group list --query "[?tags.Environment=='Production'].{RGName:name, RGTags:tags}"
[
  {
    "RGName": "CloudShellRG",
    "RGTags": {
      "Environment": "Production"
    }
  },
  {
    "RGName": "TestingAzureCLI",
    "RGTags": {
      "Department": "IT",
      "Environment": "Production"
    }
  }
]
C:\Users\AlexandreNedelec>
```

💎 JMESPath is not a Azure CLI only thing, it is used in different other projects or tools like the [AWS CLI (https://docs.aws.amazon.com/cli/latest/userguide/cli-usage-output.html#controlling-output-filter)](https://docs.aws.amazon.com/cli/latest/userguide/cli-usage-output.html#controlling-output-filter).

# Mixing output, variables and JMESPath

Once you have understood how to use variables, commands output and JMESPath with Azure CLI you can mix everything to manage Azure resources with CLI commands that use results of previous CLI commands, which can make powerful scripts 😊

Let's presume that we want to create a Web App for the IT Department in an existing App Service Plan of our subscription located in West Europe. We can do the following:

```
# Retrieve resource group name of IT Department in West Europe
$itRgName = az group list --query "[?tags.Department=='IT' && location=='westeurope'].name" -o tsv

# Retrieve app service plan name in this resource group
$appServicePlan = az appservice plan list -g $itRgName --query "[0].name" -o tsv

# Create a new Web App on this app service plan
az webapp create -n "MyNewWebAp" -g $itRgName --plan $appServicePlan

# List all Web App in this resource group
az webapp list -g $itRgName --query "[].name"
```

This is just a quick example but you can easily imagine all the possibilities that Azure CLI offers you.

# Where to use Azure CLI

All that is great but we haven't really talked about where we can use Azure CLI, let's do that now !

## Bash vs PowerShell

We briefly mentioned that you can run Azure CLI in Bash or in PowerShell, and as a matter of fact you can also run it in Windows Command Prompt. Although Azure CLI is originally designed to be bash oriented, it works fine in PowerShell so it's a perfect valid choice too. What command line shell you choose is really up to you !

Case 1:21-cv-00461-GBW    Document 18-1    Filed 06/23/21    Page 227 of 235 PageID #: 569

And don't think that you will be limited to using one or the other shell depending on the platform you are working on, because both PowerShell and Bash are available whatever your platform (PowerShell Core is cross-platform and Bash is available in Windows through Windows Subsystem for Linux). Therefore I would just suggest you to use Azure CLI with the shell you are most familiar with.

Just a quick note about autocompletion: at this time tab completion is only supported in bash and Microsoft currently does not plan to add support for PowerShell but is open to contributions from the community. That's not really a big deal but that's good to know, there is a <u>GitHub issue (https://github.com/Azure/azure-cli/issues/2324)</u> on this matter. If you are not using bash and that tab completion is really important for you, <u>Azure CLI interactive mode (https://docs.microsoft.com/en-us/cli/azure/interactive-azure-cli?view=azure-cli-latest)</u> is what you are looking for (we will talk about it later in the article)!

## Azure CLI in Visual Studio Code

As for most of Azure components, there is an extension in vs code for Azure CLI: Azure CLI Tools.



With this extension you can create Azure CLI Scrapbooks which are files with an `.azcli` extension where you have intellisense on CLI commands you write.



It also allows you to run commands in the integrated terminal or run them and show their output in a side-by-side editor as show in the screenshot below.

# Azure Cloud Shell

I did not talk about Azure CLI installation but you can find everything you need in <u>Microsoft documentation</u> (https://docs.microsoft.com/en-us/cli/azure/install-azure-cli?view=azure-cli-latest). Actually Azure Cloud Shell provides you a way to use Azure CLI without installing anything.

If we quote the documentation:

> *Azure Cloud Shell is an interactive, browser-accessible shell for managing Azure resources*

In concrete terms, you open a browser, go to <u>https://shell.azure.com (https://shell.azure.com)</u>, log in to your Azure subscription and you have access to a shell (PowerShell or Bash) that can interact with all the resources of your subscription through Azure CLI.



Cloud Shell in itself is free but requires an Azure file share to be mounted so you will have regular storage costs (which are really low).

Azure Cloud Shell is also available in the Azure Portal or directly in your vs code integrated terminal through the Azure Account extension (https://marketplace.visualstudio.com/items?itemName=ms-vscode.azure-account).

# Azure CLI Interactive mode

I mentioned Azure CLI interactive mode as a way to have auto-completion. In fact it is much more than that as it also provides you with command descriptions, examples, completion on resources names, JMESPath on the previous command...

To enter in interactive mode, you have to type `az interactive` in your terminal. Then you can type your CLI commands with autocompletion, description of the command you are using, and examples for it. Moreover while you are typing a command you will see help about the arguments for this command.

One thing to notice is that commands you type are scoped to a command group. By default, it's scoped to `az` group so you don't have to type the `az` keyword before your commands. So by default it only saves you two characters as you will write `group list` instead of `az group list`. But you can set the scope to a any subgroup as you can see in the following example.

```
az>> %% group
defaulting: group
az group>> list -o table
Name                   Location        Status
-------------------    -------------   ---------
CloudShellRG           westeurope      Succeeded
MyApp1ResourceGroup    canadacentral   Succeeded
TestingAzureCLI        westeurope      Succeeded
az group>> %% ..
unscoping: group
az>> %% webapp config appsettings
defaulting: webapp
defaulting: config
defaulting: appsettings
az webapp config appsettings>> list -g TestingAzureCLI -n AzCLITestWebApp
[
  {
    "name": "WEBSITE_NODE_DEFAULT_VERSION",
    "slotSetting": false,
    "value": "8.11.1"
  }
]
az webapp config appsettings>> 
```

Another really nice thing you can do with interactive mode is to query the results of your previous command using the JMESPath syntax. Imagine I just have executed the command `group list` in interactive mode. If I want to select only the names in the results of this command, I can just type "??

`[*].name"`.

```
az>> "?? [*].name"
[
  "CloudShellRG",
  "MyApp1ResourceGroup",
  "TestingAzureCLI"
]
az>> resource list -g "?? [2].name" --query "[*].{Loc:location,Name:name}"
[
  {
    "Loc": "westeurope",
    "Name": "AZCLITestServicePlan"
  },
  {
    "Loc": "westeurope",
    "Name": "AzCLITestWebApp"
  },
  {
    "Loc": "westeurope",
    "Name": "AzCLITestWebApp2"
  },
  {
    "Loc": "westeurope",
    "Name": "MyNewWebAp"
  }
]
```

As you can see in the example above, you can even use a JMESPath query on the previous command as an argument for your next command. Here we are listing all resources on the TestingAzureCLI group.

Welcome Azure CLI - Goodbye Azure Portal, welcome Azure CLI

◇   It can sometimes be little slow to use Azure interactive mode on https://shell.azure.com/ (https://shell.azure.com/), so if it happens to you I suggest you to use the vs code integrated terminal (if you want to use Azure Cloud Shell) or any terminal you want (if you have the Azure CLI installed) instead of the browser.

◇   If you like interactive CLI, you can also have a look to AzBrowse (https://github.com/lawrencegripper/azbrowse) which is a nice community project.

# To conclude

Even if the title of this article suggests to say Good-bye to Azure Portal, when you start using Azure CLI you are not really going to stop completely using Azure Portal. You will always need a GUI for some tasks or to better visualize things. However you will probably use less often Azure Portal as you are going to find yourself more productive with Azure CLI and will enjoy be able to script everything ✨.

There is still much to say about Azure CLI but that's already a long article so the best thing is that you try it by yourself !



1 Commentaire Tech Blog 🔒 Règles de confidentialité de Disqus 1 S'identifier

♡ Recommander Tweet f Partager Les plus récents

Participer à la discussion…

S'IDENTIFIER AVEC

OU INSCRIVEZ-VOUS SUR DISQUS ?

Nom

**vinod devops** • il y a un an

Great Post. Thank you so much.

^ | ˅ • Répondre • Partager ›

S'abonner Ajoutez Disqus à votre site web !Ajouter DisqusAjouter Do Not Sell My Data

comments powered by Disqus (http://disqus.com)

Copyright © 2020 by Alexandre Nédélec.
The opinions expressed herein are my own and do not represent those of my employer or any other third-party views in any way.
RSS Feed (/feed.rss) | Atom Feed (/feed.atom)