## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,        )<br>)<br>)        Plaintiff,        )<br>)<br>v.        )<br>)<br>RAKUTEN, INC., and EBATES PERFORMANCE MARKETING, INC. DBA RAKUTEN REWARDS,        )<br>)<br>)<br>)<br>Defendants.        ) | C.A. No. 21-461-LPS<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff International Business Machines Corporation ("IBM") respectfully requests leave to file a Second Amended Complaint. Pursuant to D. Del. LR 7.1.1, the parties met and conferred, and Defendants Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Rewards ("Ebates Performance Marketing") (collectively, "Rakuten") have given their consent to IBM's request.

Consistent with the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, IBM's proposed Second Amended Complaint is attached as Exhibit A, and a redline showing changes over its Second Amended Complaint filed on June 23, 2021 (D.I. 18) is attached as Exhibit B. A Proposed Order granting this motion is filed along with this motion.

In support of this unopposed motion, IBM states as follows:

1. The purpose of IBM's Second Amended Complaint is to address the issues set forth in Defendant Ebates Performance Marketing's pending partial motion to dismiss (D.I. 60).

2. IBM's request is timely, causes no undue prejudice, and is made with good cause, as it is made after IBM's receipt of Ebates Performance Marketing's pending partial motion to dismiss, filed on January 17, 2022. Rakuten has agreed not to oppose IBM's proposed amendment to the complaint. IBM's amendment moots Ebates Performance Marketing's pending partial motion.

3. The Federal Rules of Civil Procedure provide that a party may amend its pleading "with the opposing party's written consent or the court's leave," and that "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2); *see also Dole v. Arco Chem. Co.*, 921 F.2d 484, 486 (3d Cir. 1990) ("[W]e have held consistently that leave to amend should be granted freely.").

4. Discovery is still in its early stages, with no documents yet produced and no initial disclosures yet exchanged. Accordingly, IBM has established good cause, diligence and no undue prejudice with respect to its proposed amended allegations.

5. In view of the Court's liberal policy in favor of pleading amendments set forth in the Federal Rules of Civil Procedure and the Third Circuit's decisions, and the unopposed nature of this motion, IBM contends that this motion for leave to file a Second Amended Complaint should be granted.

|  |  |
|---|---|
| OF COUNSEL:<br><br>John M. Desmarais<br>Karim Z. Oussayef<br>Brian D. Matty<br>Jun Tong<br>John Dao<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Michael Rhodes<br>DESMARAIS LLP<br>101 California St.<br>San Francisco, CA 94111<br>Tel: (415) 573-1874<br><br>Dated: February 14, 2022<br>10027853 / 51707 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Carson R. Bartlett (#6750)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>cbartlett@potteranderson.com<br><br>*Attorneys for Plaintiff International Business Machines Corporation* |