# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) ) ) | |
| Plaintiff, ) | C.A. No. 21-461-LPS |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| RAKUTEN, INC., and EBATES PERFORMANCE MARKETING, INC. DBA RAKUTEN REWARDS, ) ) ) ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Having considered Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint,

IT IS HEREBY ORDERED this \_\_\_\_ day of _____, 2022 that Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint is GRANTED.

_____
The Honorable Leonard P. Stark

10027853 / 51707