# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAKUTEN, INC. and EBATES PERFORMANCE MARKETING, INC. dba RAKUTEN REWARDS, )<br>)<br>)<br>)<br>Defendants. )<br>)<br>)<br>)<br>EBATES PERFORMANCE MARKETING, INC. dba RAKUTEN REWARDS, )<br>)<br>)<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>)<br>Counterclaim-Defendant. ) | C.A. No.: 21-00461-VAC-SRF<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF DEPOSITION OF HEATHER MARIA HINTON

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. 30, Defendant and Counterclaim-Plaintiff Ebates Performance Marketing, Inc. dba Rakuten Rewards ("EPMI") and Defendant Rakuten, Inc. ("Rakuten Japan")[1] (collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of Heather Maria Hinton, via

---

[1] On April 1, 2021, Rakuten, Inc. changed its name to Rakuten Group, Inc.

Videoconference, on August 1, 2022, beginning at 9:30 am local time in New York, New York, or at such other location and time mutually agreeable to counsel. The deposition will continue from day to day until completed, excluding Saturdays, Sundays, and holidays.

The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording.

You are invited to attend and cross-examine.

Dated: June 16, 2022

| Of Counsel: | GREENBERG TRAURIG, LLP |
|---|---|
| Joshua L. Raskin<br>RaskinJ@gtlaw.com<br>Allan A. Kassenoff<br>KassenoffA@gtlaw.com<br>Julie P. Bookbinder<br>BookbinderJ@gtlaw.com<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: 212.801.9200<br>Facsimile: 212.801.6400 | */s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler (#4601)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Phone: (302) 661-7000<br>Fax: (302) 661-7360<br>schladweilerb@gtlaw.com<br><br>*Counsel for Defendant and Counterclaim-Plaintiff Ebates Performance Marketing, Inc. dba Rakuten Rewards and Defendant Rakuten, Inc.* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2022, I caused the foregoing to be served on the following counsel of record by electronic mail:

| | |
|---|---|
| Brian D. Matty | David Ellis Moore |
| Eliyahu Balsam | Bindu Ann George Palapura |
| John Dao | Joseph D Farris, III |
| John M. Desmarais | **Potter Anderson & Corroon, LLP** |
| Jun Tong | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| Karim Z. Oussayef | P.O. Box 951 |
| Michael Rhodes | Wilmington, DE 19899-0951 |
| Kyle Curry | (302) 984-6000 |
| Vieth William | dmoore@potteranderson.com |
| **DESMARAIS LLP** | bpalapura@potteranderson.com |
| 230 Park Avenue | jfarris@potteranderson.com |
| New York, NY 10169 | |
| Telephone: 212-808-2947 | *Attorneys for Plaintiff and Counter-* |
| Facsimile: 212-351-3401 | *Defendant International Business Machines* |
| bmatty@desmaraisllp.com | *Corporation* |
| ebalsam@desmaraisllp.com | |
| JDao@desmaraisllp.com | |
| jdesmarais@desmaraisllp.com | |
| jtong@desmaraisllp.com | |
| KOussayef@desmaraisllp.com | |
| mrhodes@desmaraisllp.com | |
| kcurry@desmaraisllp.com | |
| wvieth@desmaraisllp.com | |

                                                    */s/ Benjamin J. Schladweiler*
                                                  Benjamin J. Schladweiler (#4601)