# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>RAKUTEN, INC., and EBATES PERFORMANCE MARKETING, INC. dba RAKUTEN REWARDS, )<br><br>Defendants. ) | C.A. No.: 21-00461-VAC-SRF<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMITS
## FOR CLAIM CONSTRUCTION BRIEFING

Defendants Rakuten, Inc. and Ebates Performance Marketing, Inc. d/b/a Rakuten Rewards (collectively, "Defendants") respectfully move to expand the page limits for claim construction briefing for all parties. Pursuant to Local Rule 7.1.1, Defendants discussed this motion with counsel for Plaintiff, and Plaintiff indicated it does not oppose this motion.

Defendants make this request to account for all six patents-in-suit. Three of these patents are asserted by Plaintiff and three others are asserted by Defendants. These patents not only cover disparate technologies, but none of them are related (i.e., they do not share the same parent applications and each of them has different named inventors).

Specifically, Defendants request the following changes to the page limits:

| Event | Date | Current Page Limit | New Page Limit |
|---|---|---|---|
| Plaintiff to serve opening claim construction brief | September 15, 2022 | 20 | 30 |
| Defendants to serve answering claim construction brief | October 6, 2022 | 30 | 45 |

| **Event** | **Date** | **Current Page Limit** | **New Page Limit** |
|---|---|---|---|
| Plaintiff to serve reply brief on claim construction | October 20, 2022 | 20 | 30 |
| Defendants to serve sur-reply on claim construction | October 27, 2022 | 10 | 15 |

A proposed order is attached hereto.

Of Counsel:

Joshua L. Raskin
RaskinJ@gtlaw.com
Allan A. Kassenoff
KassenoffA@gtlaw.com
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212.801.9200
Facsimile: 212.801.6400

DATED: July 29, 2022

**GREENBERG TRAURIG, LLP**

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com

*Counsel for Defendants Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Rewards*

*ACTIVE 66505739v1*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2022, I caused the foregoing to be served on the following counsel of record by mail and transmission via electronic mail:

| | |
|---|---|
| Brian D. Matty | David Ellis Moore |
| Eliyahu Balsam | Bindu Ann George Palapura |
| John Dao | Joseph D Farris, III |
| John M. Desmarais | Potter Anderson & Corroon, LLP |
| Jun Tong | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| Karim Z. Oussayef | P.O. Box 951 |
| Michael Rhodes | Wilmington, DE 19899-0951 |
| Kyle Curry | (302) 984-6000 |
| Vieth William | dmoore@potteranderson.com |
| Edward Geist | bpalapura@potteranderson.com |
| William N. Yau | jfarris@potteranderson.com |
| DESMARAIS LLP | |
| 230 Park Avenue | *Attorneys for Plaintiff and Counter-Defendant* |
| New York, NY 10169 | *International Business Machines Corporation* |
| Telephone: 212-808-2947 | |
| Facsimile: 212-351-3401 | |
| bmatty@desmaraisllp.com | |
| ebalsam@desmaraisllp.com | |
| JDao@desmaraisllp.com | |
| jdesmarais@desmaraisllp.com | |
| jtong@desmaraisllp.com | |
| KOussayef@desmaraisllp.com | |
| mrhodes@desmaraisllp.com | |
| kcurry@desmaraisllp.com | |
| wvieth@desmaraisllp.com | |
| egeist@desmaraisllp.com | |
| wyau@desmaraisllp.com | |

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler