**GT** GreenbergTraurig

Benjamin J. Schladweiler
Tel 302.661.7352
Fax 302.661.7163
schladweilerb@gtlaw.com

October 6, 2022

**VIA E-FILING**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

> **Re:** *International Business Machines Corporation v. Rakuten, Inc. et al*, **C.A. No. 21-00461-GBW**

Dear Judge Williams:

I write on behalf of Defendants Ebates Performance Marketing, Inc. d/b/a Rakuten Rewards and Rakuten, Inc. (collectively, "Defendants") concerning the Court's October 4, 2022 Oral Order granting the parties' Stipulation Extending Claim Construction Deadlines and scheduling a *Markman* hearing for December 20, 2022, at 10:00 a.m. (D.I. 172). Unfortunately, lead counsel for Defendants will be travelling internationally on December 20 for a planned vacation, so Defendants respectfully request an alternative hearing date from the Court. Plaintiff does not oppose this request. The parties have conferred regarding alternative dates, and are available the week of January 9, 2023, if that week works for the Court.

Counsel is available at the call of the Court should Your Honor have any questions.

Respectfully,

Benjamin J. Schladweiler (#4601)

cc: All Counsel of Record via CM/ECF

Greenberg Traurig, LLP ■ Attorneys at Law ■ WWW.GTLAW.COM
The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 ■
Tel: 302.661.7000 ■ Fax 302.661.7360
*ACTIVE 682428798v1*