## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 21-461-GBW |
| v. ) ) | **JURY TRIAL DEMANDED** |
| RAKUTEN, INC., and EBATES PERFORMANCE MARKETING, INC. DBA RAKUTEN REWARDS, ) ) ) ) ) | |
| Defendants. ) | |

## AMENDED NOTICE OF DEPOSITION OF YASUFUMI HIRAI

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the Local Rules of this Court, and Paragraph 4 of the Court's Scheduling Order (D.I. 215), Plaintiff International Business Machines Corporation ("IBM"), by and through its undersigned counsel, will take the deposition upon oral examination of Mr. Yasufumi Hirai.

The deposition will begin on **March 29, 2023** at **8:30 AM JST** and will take place at the **United States Embassy, 10-5 Akasaka 1-chome, Minato-ku, Tokyo, 107-8420 Japan**. The following participants will be taking part in the aforementioned deposition:

**Yasufumi Hirai**
**Michael Rhodes**
**Mike Sekine**
**Michael Goldberg**
**Joshua Raskin**
**Hanako (Kaku) Abe**
**Karim Oussayef**
**Kyle Curry**
**Paul Diserio**
**Janice Kocek**
**Dewey Nelson**
**Go Hayama**

**Makoto Watanabe**
**Mia Chiu**

Notice is further given that this deposition will be conducted utilizing the secure web-based video deposition option afforded by Henderson Legal Services ("LiveLitigation") or in the alternative video teleconferencing services offered by Henderson Legal Services (*e.g.*, via Zoom) or telephonically to provide remote access for those parties wishing to participate in the deposition via the internet and/or telephone. Also take notice that the court reporter will also be remote via one of the options above for the purposes of reporting the proceeding and will not be in the presence of the deponent. Please contact the noticing attorney at least one calendar day prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, call-in-numbers, and testing, if necessary, can be provided to you prior to the proceedings. In addition, IBM also reserves the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet or other type of display device connected to the court reporter. The deposition will be recorded by stenographic and audio/video means before a Notary Public or other officer duly authorized by law to administer oaths. The deposition will be conducted in English, or, if necessary, with the assistance of an interpreter selected by IBM. If the examination is conducted through an interpreter, verbatim transcripts of the proceeding in both English and Japanese may be permitted.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Bindu A. Palapura* |
| John M. Desmarais | David E. Moore (#3983) |
| Karim Z. Oussayef | Bindu A. Palapura (#5370) |
| Jonas R. McDavit | Andrew L. Brown (#6766) |
| Jordan N. Malz | Hercules Plaza, 6th Floor |
| Brian D. Matty | 1313 N. Market Street |
| Edward Geist | Wilmington, DE 19801 |
| Jun Tong | Tel: (302) 984-6000 |
| Eliyahu Balsam | dmoore@potteranderson.com |
| Amy I. Wann | bpalapura@potteranderson.com |
| William A. Vieth | abrown@potteranderson.com |
| William N. Yau | |
| Benjamin J. Rodd | *Attorneys for Plaintiff International Business Machines Corporation* |
| DESMARAIS LLP | |
| 230 Park Avenue | |
| New York, NY 10169 | |
| Tel: (212) 351-3400 | |

Michael Rhodes
Kyle Curry
DESMARAIS LLP
101 California St.
San Francisco, CA 94111
Tel: (415) 573-1874

Dated: March 23, 2023
10701780 / 00311.00030