**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>RAKUTEN, INC., and EBATES PERFORMANCE MARKETING, INC. DBA RAKUTEN REWARDS,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 21-461-GBW<br><br>    **JURY TRIAL DEMANDED** |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 12 of the Court's Scheduling Order (D.I. 67), Plaintiff International Business Machines Corporation and Defendants Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Rewards, hereby submit this Amended Joint Claim Construction Chart for U.S. Patent Nos. 7.072,849 (the "'849 patent"), 7,631,346 (the "'346 patent"), 7,543,234 (the "'234 patent"), 6,697,861 (the "'861 patent"), 7,962,960 (the "'960 patent"), and 8,072,968 (the "'968 patent"). The Amended Joint Claim Construction Chart is submitted as Exhibit A hereto and adds two agreed-upon constructions for the '861 patent and reflects the parties' agreement that "session" with the '968 patent should be construed to have its plain and ordinary meaning. *See* Ex. A at 18.[1]

---

[1] The other exhibits remain unchanged from the original Joint Claim Construction Chart. D.I. 149.

|  | Respectfully submitted, |
|---|---|
| */s/ Bindu A. Palapura* | */s/ Benjamin J. Schladweiler* |
| David E. Moore (#3983) | Benjamin J. Schladweiler (#4601) |
| Bindu A. Palapura (#5370) | GREENBERG TAURIG, LLP |
| Andrew L. Brown (#6766) | 222 Delaware Ave., Suite 1600 |
| POTTER ANDERSON & CORROON LLP | Wilmington, DE 19801 |
| Hercules Plaza, 6th Floor | Phone: (302) 661-7000 |
| 1313 N. Market Street | Fax: (302) 661-7360 |
| Wilmington, DE 19801 | schladweilerb@gtlaw.com |
| Tel: (302) 984-6000 | |
| dmoore@potteranderson.com | *Counsel for Defendants Rakuten, Inc. and* |
| bpalapura@potteranderson.com | *Ebates Performance Marketing, Inc. dba* |
| abrown@potteranderson.com | *Rakuten Rewards* |

*Counsel for Plaintiff International Business Machines Corporation*

Dated: March 29, 2023
10709647/ 00311.00030