# EXHIBIT A

**Joint Claim Construction Chart for U.S. Patent No. 7,072,849[1]**

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 1, 13, 14 | selectively storing advertising objects at a store established at the reception system | storing advertising objects according to a predetermined storage criterion at a store established at the reception system | '849 patent at Figs. 4c, 8, 1:24-35, 3:16-31, 4:36-39, 6:19-32, 6:56-7:13, 7:41, 8:7-20, 9:1-5, 10:7-19, 10:41-15:16, 25:55-64, 27:47-50, 28:37-49, 29:61-30:26, 33:16-36:53, 37:19-29, Claims 1, 8, 9, 13, 14, 21, 22.<br><br>'849 File History at 12/23/2005 Decision on Appeal at 9-10, 3/18/2004 Amendment at 3, 10/1/2004 Appeal Brief at 6-7, 4/29/2002 Request for Rehearing at 4. | retrieving (i.e., prefetching) advertising objects and storing at a store established at the reception system in anticipation of display concurrently with the applications | '849 patent at Abstract, FIG. 8, 1:24-32, 2:14-30, 2:54-58, 3:16-25, 10:2-27, 26:54-27-7, 33:16-35:16.<br><br>9/27/2002 BPAI Decision at, e.g., 13, 30.<br>10/1/2004 Appeal Brief at e.g., 6-7, 25, 35, 41.<br>2/25/2005 Reply Brief at, e.g., 9-11.<br>12/23/2005 BPAI Decision at, e.g., 9-10, 25-26. |

[1] Cited portions of text are inclusive of the figures referenced therein and vice versa.  The parties reserve the right to rely on any evidence cited in the Joint Claim Construction Chart.  Inclusion of a cite for a particular evidentiary citation does not preclude reliance on any other part of that evidence.

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 3, 16 | advertising object identification(s) | a string corresponding to an advertising object | '849 patent at Abstract, 2:48-3:67, 9:65-10:37, 26:24-67, 33:16-36:53, 37:64-38:9, 38:18-20.<br><br>'849 patent File History at 6/15/1995 Office Action at 6-7, 12/28/1995 Amendment and Remarks at 8-14, 17-19, 10/27/1997 Office Action at 4-12, 11/19/1998 Examiner's Answer to Appeal Brief at 4-28, 2/27/2002 Decision on Appeal at 21-24, 28-29, 34-48, 4/29/2002 Appeal Brief at 5, 12/23/2005 Decision on Appeal. | data that identifies an advertising object | '849 patent at Title, Abstract, 1:25-27, 7:50-55, 8:5-10, 11:21-26, 15:8-12, 26:57-64, 33:15-35:8. 35:35-39; 42:21-28, FIG. 4c<br><br>12/23/2005 BPAI Decision at, e.g., 9-10, 16-19. |
| 21 | structuring advertising | formatting advertising | '849 patent at Abstract, Figs. 4a, | formatting advertising | '849 patent at Title, Abstract, FIG. 4c, |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | separately from the applications so that the advertising may be selectively supplied, through the network, to and retrieved at the reception systems for presentation | separately from the applications so that the advertising may be selectively supplied, through the network, to and retrieved at the reception systems for presentation | 4b, 4c, 3:5-42, 5:1-23, 7:27-42, 9:12-31.<br><br>'849 patent File History at 4/19/1994 Office Action at 5-7, 10/24/1994 Response at 2-3, 12, 13, 17, 18-20, 6/15/1995 Office Action at 4-6, 12/28/1995 Amendment and Remarks at 8-14, 17-19, 4/30/1996 Office Action, 10/27/1997 Office Action at 4-12, 11/19/1998 Examiner's Answer to Appeal Brief at 4-28, 9/27/2002 Decision on Rehearing at 9-31, 9/16/2003 Amendment and Remarks at 3-4, 14-19, 12/4/2003 | separately from the applications so that the advertising may be selectively supplied, through the network, to and retrieved (i.e., prefetched) at the reception systems for presentation | FIG. 8, 1:24-32, 2:14-30, 2:54-58, 3:16-25, 8:5-12, 10:2-27, 11:21-26, 15:8-12, 26:54-27:7, 33:15-35:39, 42:20-30.<br><br>9/27/2002 BPAI Decision at, e.g., 13, 30. 10/1/2004 Appeal Brief at, e.g., 6-7, 25, 35, 41. 2/25/2005 Reply Brief at, e.g., 9-11. 12/23/2005 BPAI Decision at e.g., 9-10, 16-19, 25-26. |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | Office Action at 13-15, 3/18/2004 Response After Final Action at 5-8, 18, 10/1/2004 Appeal Brief at 6-7, 16-26, 31-42, 46-49, 56, 12/23/2005 Decision on Appeal at 7-54, 1/27/2006 Amendment and Remarks at 2-8. | | |
| 8 | structuring advertising so that it may be selectively supplied to and retrieved at the reception systems for presentation | formatting advertising so that it may be selectively supplied to and retrieved at the reception systems for presentation | '849 patent at Abstract, Figs. 4a, 4b, 4c, 3:5-42, 5:1-23, 7:27-42, 9:12-31.<br><br>'849 patent File History at 4/19/1994 Office Action at 5-7, 10/24/1994 Response at 2-3, 12, 13, 17, 18-20, 6/15/1995 Office Action at 4-6, 12/28/1995 Amendment and Remarks at 8-14, | formatting advertising so that it may be selectively supplied to and retrieved (i.e., prefetched) at the reception systems for presentation | '849 patent at Title, Abstract, FIG. 4c, FIG. 8, 1:24-32, 2:14-30, 2:54-58, 3:16-25, 8:5-12, 10:2-27, 11:21-26, 15:8-12, 26:54-27:7, 33:15-35:39, 42:20-30.<br><br>9/27/2002 BPAI Decision at, e.g., 13, 30.<br>10/1/2004 Appeal Brief at, e.g., 6-7, 25, 35, 41.<br>2/25/2005 Reply Brief at, e.g., 9-11. |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | 17-19, 4/30/1996 Office Action, 10/27/1997 Office Action at 4-12, 11/19/1998 Examiner's Answer to Appeal Brief at 4-28, 9/27/2002 Decision on Rehearing at 9-31, 9/16/2003 Amendment and Remarks at 3-4, 14-19, 12/4/2003 Office Action at 13-15, 3/18/2004 Response After Final Action at 5-8, 18, 10/1/2004 Appeal Brief at 6-7, 16-26, 31-42, 46-49, 56, 12/23/2005 Decision on Appeal at 7-54, 1/27/2006 Amendment and Remarks at 2-8. | | 12/23/2005 BPAI Decision at e.g., 9-10, 16-19, 25-26. |

**Agreed Constructions for U.S. Patent No. 7,072,849**

| Claim No. | Claim Term/Phrase | Agreed Construction |
|---|---|---|
| 1, 2, 3, 13, 14,15,16 | object(s) | data structure(s) |
| 1,2, 3, 13, 14, 15, 16 | advertising object(s) | objects that (1) contain display data to be presented at screen partitions and (2) whose subject matter is selected to concern advertising |
| 1, 4, 7, 8, 13, 14, 17, 20 | application(s) | information events composed of a sequence of one or more pages opened at a screen |
| 3, 4, 5, 6, 7, 8, 16, 17, 18, 19, 20, 21 | characterization(s) | targeting criteria for users as defined by interaction history with the service and/or such other information as user demographics and locale |
| 1, 2, 8, 9, 12, 13, 14, 15, 21, 25 | computer network / the network | two or more interconnected computers |
| 1, 14 | structuring advertising in a manner compatible to that of the applications so that it may be presented | formatting advertising for potential use with a plurality of applications |
| 13 | structuring the advertising objects in a manner compatible to that of the applications so that it may be presented | formatting the advertising objects for potential use with a plurality of applications |
| 1, 13 | structuring applications so that they may be presented … at a first portion of one or more screens of display | formatting applications so that they may be presented . . . at a first area of one or more screens of display |
| 14 | structuring applications so that a user requested application may be presented, through the network, at a first portion of one or more screens of display | formatting applications so that a user requested application may be presented, through the network, at a first area of one or more screens of display |
| 1, 13 | at a second portion of one or more screens of display concurrently with applications | at a second area of one or more screens of display concurrently with applications |

**Joint Claim Construction Chart for U.S. Patent No. 7,631,346**

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 8, 9 | back-channel information retrieval mechanism | a retrieval mechanism that involves communication directly from a second system to a first system | '346 patent at Figs. 9D, 9E, 11D, 28:62- 66, 35:3-8, 36:31-37, 37:28-33, 37:28-37, 42:41-42, 43:33-38, Claim 8. | a process by which information is exchanged between two domains without passing through a browser | '346 patent at FIGS. 9D, 9E, 11D, 28:62-66, 35:3-8, 36:31-37, 37:28-33, 37:28-37, 42:41-42, 43:33-38, Claim 8. |
| 2 | alias identifier | no construction necessary, or alternatively, a reference to a user at the first system that is unique from a user identifier known to a second system | '346 patent at Figs. 9A, 9B, 9C, 9D, 9E, 11A, 11B, 11C, 11D, 16:38-60, 30:48- 31:5, 31:34-57, 32:4-33:3, 32:26-34, 32:47:55, 35:48-36:30, 41:3-41, Claim 2.<br><br>'346 patent File History at 2/13/2009 Remarks to Office Action. | piece of information that may be used to identify the user | '346 patent at 16:48-52, 30:48-59, 32:4-19 |
| 5, 8, 10, 11, 14 | user attribute information | no construction necessary | '346 patent at Abstract, 32:47-33:3, 33:59-35:28, 35:9-28, 35:48-37:47, 38:4-63, 40:4-40:41, 41:15-42:11, 42:35-43:53, | information that is associated with a user | '346 patent at 11:38-41, 35:48-54. |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | Figs. 9B, 9D, 9E, 10, 11B, 11C, 11D. | | |
| 12, 13 | identity provider | no construction necessary | '346 patent at 11:25-13:56, Fig. 2. | an entity within a federated computing environment that provides identity information, identity or authentication assertions, or identity services | '346 patent at 12:37-40. |
| 12, 13 | service provider | no construction necessary | '346 patent at 11:25-13:56, Fig. 2. | an entity that provides a service within a federated computing environment | '346 patent at 12:54-60. |
| 1 | triggering a single sign-on operation on behalf of the user | no construction necessary, or alternatively, initiating a single sign-on operation on behalf of the user | '346 patent at Fig. 11B, Abstract, 2:55-60, 23:26-31, 23:37-47, 29:50-65, 30:59-31:2, 41:60-42:1, Claim 1. | automatically initiating a single sign on operation on behalf of the user | '346 patent at Abstract, FIGS. 8, 9A-9E, 10, 11A-11D, 2:53–63; 3:4-4:23, 7:9–19; 9:50–51, 11:66–12:11, 23:28–48, 24:16–20 29:25-27; 29:25-30:14; 31:34-57; 33:59–34:11, 35:10–28; 35:43–58, 37:48– |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | | | 38, 40:42–54. 11/22/2016 Patent Owner Response (IPR2016-00608) at, e.g., 2. 4/18/2019 Patent Owner Preliminary Response (IPR2019-00404) at, e.g., 3 2/13/2009 Amendment/Req. Reconsideration at, e.g., 6. |
| 1 | wherein the created user account supports single-sign-on operations between the first system and the second system on behalf of the user | no construction necessary | '346 patent at Figs. 2, 6-8, 9A, 9B, 9C, 9D, 9E, 11C, 11D, Abstract, 2:9-42, 2:53- 3:2, 10:24-61, 11:42-54, 13:1-13, 13:45- 56, 14:36-55, 16:38-60, 18:26-40, 22:14-64, 23:9-25, 23:37-60, 25:8-26:27, | wherein the account created for the second system permits the user to access protected resources hosted by the first system and access protected resources hosted by the second system | '346 patent at Abstract, FIGS. 2, 5, 8, 9A-9E, 10, 11A-11D, 1:38–46, 2:44–47, 3:4-4:2310:10–23, 11:49-54, 21:16-37, 25:7-26:7, 32:4-36, 32:47-33:4, 40:15-41, 43:57-44:5. |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | 28:52- 29:4, 30:31-47, 32:4-34:11, 34:24-42, 34:58-35:28, 36:4-37:5, 37:15-55, 38:4- 22, 38:43-63, 39:12-40:54, 41:42-43:15, 43:25-53, 43:66-44:5. | following a single-sign-on operation | 2/13/2009 Reply at e.g., 2. 11/22/2016 Patent Owner Response (IPR2016- 00608) at, e.g., 6. 4/18/2019 Patent Owner Preliminary Response (IPR2019-00404) at, e.g., 4. |
| 10 | preliminary user account creation operation / concluding user account creation operation | no construction necessary, or alternatively, <br><br> "operation that associates incomplete information for a user account with a user" / "operation that associates complete information for a user account with a user" | '346 patent at 34:58-35:3, 35:20-28, 36:14-19, 37:39-47, Claim 10. | Indefinite | '346 patent at Abstract, FIGS. 9C, 9D, 9E, 11B, 11C, 11D, 3:4-4:23, 34:66-35:3, 35:23-28, 39:55-40:4, 42:12-37. |

**Agreed Constructions for U.S. Patent No. 7,631,346**

| Claim No. | Claim Term/Phrase | Agreed Construction |
|---|---|---|
| 1 | A method for managing user authentication within a distributed data processing system, wherein a first system and a second system interact within a federated computing environment and support single-sign-on operations in order to provide access to protected resources, at least one of the first system and the second system comprising a processor, the method comprising | the preamble is limiting |
| 1 | federated computing environment | a loosely coupled affiliation of a plurality of distinct enterprises which adhere to certain standards of interoperability; the federation provides a mechanism for trust among those enterprises with respect to certain computational operations for the users within the federation |
| 1 | protected resource(s) | an application, an object, a document, a page, a file, executable code, or other computational resource, communication-type resource, etc., identified by a Uniform Resource Locator (URL), or more generally, a Uniform Resource Identifier (URI), that can only be accessed by an authenticated and/or authorized user |
| 1, 2, 3 | single-sign-on operation(s) | a process by which a user is authenticated at a first entity and subsequently not required to perform another authentication before accessing a protected resource at a second entity |

**Joint Claim Construction Chart for U.S. Patent No. 7,543,234**

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 1-5 | stackable | capable of being arranged in a stack based on having at least one commonality | '234 patent at Abstract, Figs. 3-7, 1:38–56, 4:57–67, 5:1–33, 5:55–64, 6:5–8, 6:65–7:4, 7:12–28, Claims 1, 2, 3, 7, 8, 9, 13, 14, 15.<br><br>'234 patent File History at 12/13/2007 Applicant Arguments/ Remarks at 7–8.<br><br>12/17/2021 Patent Owner Preliminary Response (IPR2021-01311) at, e.g., 25–29; 3/9/2022 Patent Owner Preliminary Response (IPR2022-00133) at, e.g., 18–21; 8/31/2022 Patent Owner Response | Plain and ordinary meaning | 1:47-56, 2:7-18, 4:57-5:3, 5:4-34, 5:53-6:8, 6:63-7:28, Claims 1-5, 7-11, 13-17, Figures 3-7 |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | (IPR2022-00133) at, e.g., 16–21. | | |
| 1 | stack | an arrangement of items that have at least one commonality | '234 patent at Abstract, Figs. 3-7, 1:38–56, 4:57–67, 5:1–33, 5:55–64, 6:5–8, 6:65–7:4, 7:12–28, Claims 1, 2, 3, 7, 8, 9, 13, 14, 15.

'234 patent File History at 12/13/2007 Applicant Arguments/ Remarks at 7–8.

12/17/2021 Patent Owner Preliminary Response (IPR2021-01311) at, e.g., 25–29; 11/5/2021 Petition (IPR2022-00133) at, e.g., 55; 3/9/2022 Patent Owner Preliminary Response (IPR2022-00133) | an arrangement of items that are at least partially overlapping items | 1:47-56, 2:7-18, 4:57-5:3, 5:4-34, 5:53-6:39, 6:63-7:28, Claims 1-5, 7-11, 13-17, Figures 3-7

3/21/2008 Final Rejection, Page 12 |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | at, e.g., 18–21; 8/31/2022 Patent Owner Response (IPR2022-00133) at, e.g., 16–21. | | |
| 1, 3-6 | determining | no construction necessary | '234 patent at 4:57-67, 5:55-64, 6:65-7:4, Claims 7, 13. 11/5/2021 Petition (IPR2022-00133) at, e.g., 10; 8/31/2022 Patent Owner Response (IPR2022-00133) at, e.g., 23. | determining by computer usable program code | 1:5-9, 1:41-44, 3:7-10, 4:57-5-34, 5:54-6:8, 6:40-7:43, Claims 1-5, 7-11, 13-17, Figures 3-7 |

**Joint Claim Construction Chart for U.S. Patent No. 6,697,861**

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| all | extranet | a private internet that allows communications and application sharing between a plurality of designated, non-related organizations | U.S. Patent No. 6,453,348 ("'348 patent") File History at 2/28/2002 Amendment and Remarks at 7. <br><br> '861 patent at title, abstract, 1:1-3, 1:12-15, 1:28-32, 3:35-41, 3:46-55, 4:32-34, 5:23-33. | Not limiting; if limiting, then "generally closed networks that allow communications between designated parties" | '861 patent at Title (54), Abstract, 1:11-14, 1:28-2:22, 2:26-3:17, 3:35-61, 4:3-11, 4:28-46, 4:66-5:49, FIGS. 1-4, Claims 1-13 <br><br> 7/10/2003, Final Office Action, Pages 4-6 |
| 10 | communication link | communication established between extranet subscribers in a subscriber database using appropriate routing tables within an established security policy | '861 patent at 5:46-49. | Plain and ordinary meaning | '861 patent at Abstract, 1:28-2:13, 2:26-3:17, 3:35-61, 4:28-65, 4:66-5:29, 5:30-49, FIGS. 1, 3, 4, Claims 10-13 |
| 10 | extranet subscribers | entities with access to the extranet that are not related to each other | '861 patent at title, abstract, 1:1-3, 1:12-15, 3:46-50; 4:32-34; 4:38-41; 5:1-5:8; 5:23-42 '861 Patent File | Plain and ordinary meaning | '861 patent at Title (54), Abstract, 1:11-14, 1:28-2:22, 2:26-3:17, 3:35-4:46, 4:66-5:49, |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | History at 5/6/2003 Amendment and Remarks at 6; '348 patent File History at 2/28/2002 Amendment and Remarks at 7. | | FIGS. 1-4, Claims 4, 1-13<br><br>7/10/2003, Final Office Action, Pages 4-6 |
| 6 | workgroup application | indefinite | | Plain and ordinary meaning, i.e., an application for collaborating in a workgroup | '861 patent at Abstract, 2:26-3:17, 3:62-4:27, 5:29-59, FIG. 2, Claim 6<br><br>7/10/2003 Final Office Action, Pages 5-6 |
| 6 | transaction application | indefinite | | Plain and ordinary meaning, i.e., an application for entering or sending transactions | '861 patent at Abstract, 2:26-3:17, 3:62-4:27, 5:29-59, FIG. 2, Claim 6<br><br>2/3/2003 Non-Final Office Action, Page 3; 7/10/2003 Final Office Action, Pages 5-6 |
| 6 | transport application | indefinite | | Plain and ordinary meaning, i.e., an application relating to data transport | '861 patent at 2:26-3:17, 3:62-4:27, 5:29-59, FIG. 2, Claim 6 |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 10 | workflow software application(s) | indefinite | | Plain and ordinary meaning, i.e., an application for managing workflows | '861 patent at 2:26-3:17, 3:62-4:27, 5:29-59, FIG. 2, Claim 10<br><br>2/3/2003 Non-Final Office Action, Page 3; 7/10/2003 Final Office Action, Pages 5-6 |
| 10 | transaction software application(s) | indefinite | | Plain and ordinary meaning, i.e., an application for entering or sending transactions | '861 patent at Abstract, 2:26-3:17, 3:62-4:27, 5:29-59, FIG. 2, Claim 10<br><br>2/3/2003 Non-Final Office Action, Page 3; 7/10/2003 Final Office Action, Pages 5-6 |
| 6, 10 | workgroup | indefinite | | Plain and ordinary meaning, i.e., a group of people who can work together | '861 patent at Abstract, 2:26-3:17, 3:62-4:27, 5:29-59, FIG. 2, Claims 6, 10<br><br>7/10/2003 Final Office Action, Pages 5-6 |

**Agreed Constructions for U.S. Patent No. 6,697,861**

| Claim No. | Claim Term/Phrase | Proposed Revisions to IBM's Construction |
|---|---|---|
| 1 | "data communication among remotely-located participants" | "data communication among remotely-located participants which do not have the burden of maintaining the extranet" |
| 10 | "securing communication and data exchanged among the workgroup of subscribers" | "securing communication and data exchanged among the workgroup of subscribers which do not have the burden of maintaining the extranet" |

**Joint Claim Construction Chart for U.S. Patent No. 7,962,960**

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 1, 12, 18, 19, 23 | values associated with/that each corresponds to . . . a vulnerability / vulnerabilities | values that have been assigned to vulnerabilit[y/ies] | '960 patent at Abstract, 1:50-2:8, 2:15-30, 3:9-17, 7:59-8:13, 8:14-51, 8:52-9:4, 9:40-10:6, 10:25-11:4, 14:22-42, Figs. 1-3, 5, claims 1, 10, 11, 12, 16-19, 23.<br><br>'960 patent File History: 2009-10-29 Applicant Remarks, 2009-05-13 Applicant Remarks. | Plain and ordinary meaning | '960 patent at Abstract, 1:50-56, 1:66-2:8, 7:59-8:51, 8:52-9:4, 10:25-60, 14:22-42, FIGS. 1, 5, Claims 1, 12, 16-19, 23 |
| 1, 12, 18, 23 | The elements of claims 1, 12, 18, 23 | Claim 1:<br>• "receiving" and "scanning" must each take place before "generating"<br>• "generating" must take place before "determining"<br>• "determining" must take place before "adjusting" | '960 patent at Fig. 5, 2:25-27, 7:59-10:40, claims 1, 12, 18, 23.<br><br>'960 patent File History: 2010-07-22 Applicant Remarks, 2009-10-29 Applicant Remarks, 2010-01- | Plain and ordinary meaning | '960 patent at Abstract, 1:50-2:8, 7:59-12:46, FIGS. 5-6, Claims 1, 12, 18, 23 |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | Claim 12:<br>• "receiving an input" must take place before "identifying"<br>• "signaling" must take place before "receiving data"<br>• "receiving data" must take place before "identifying one or more vulnerabilities"<br>• "generating" must take place before "adjusting"<br><br>Claim 18:<br>• "receive[ing] information" must take place before<br>• "access[ing] the memory to determine the values"<br>• "access[ing] the memory to determine the values" must take place before | 20 Applicant Remarks. | | |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | "generat[ing] a risk level indicator"<br>• "generat[ing] a risk level indicator" must take place before "access[ing] the memory to determine whether"<br>• "access[ing] the memory to determine whether" must take place before "adjust[ing] the risk level indicator"<br><br>Claim 23:<br>• "scanning" must take place before "identifying"<br>• "storing" and "scanning" must each take place before "generating"<br>• "generating" must take place before "adjusting"<br>• "adjusting" must take place before "outputting" | | | |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 1, 12, 14, 18, 23 | exception(s) to security rule(s) | instance(s) in which security rule(s) do not apply | '960 patent at 5:58-6:16, 7:22-39, 9:51-10:18, 12:20-31, 13:13-26, Fig. 3, claims 1, 12, 14, 18, 23.<br><br>'960 patent File History: 2009-05-13 Applicant Remarks, 2010-01-20 Applicant Remarks, 2010-07-22 Applicant Remarks. | Plain and ordinary meaning | '960 patent at 5:43-6:16, 7:22-39, 9:51-10:18, 12:20-31, 13:13-26, FIGS. 3, 5, Claims 1, 12, 14, 18, 23<br><br>11/20/2009 Final Office Action, Page 20 |
| 1, 3, 11 | a first one of the network elements/ the first network element | only one of the network elements/ the only one network element | '960 patent at 5:58-6:16, 13:21-26, 12:20-31, 9:51-10:18, 15:2-3, claims 1, 3, 11, 13. | Plain and ordinary meaning | '960 patent at Abstract, 1:50-2:8, 5:58-6:16, 6:60-7:2, 7:59-12:46, 12:61-13:12, 13:27-54  FIGS. 1, 5, Claims 1, 3-5, 11 |
| 1, 12 | scanning/scanning device/scanner device | "scanning" means "identifying vulnerabilities without a human analyst"; "scanning device/scanner device" means "device that | '960 patent at 3:18-31, 14:47-65.<br><br>'960 patent File History: 2010-07-22 Applicant Remarks. | Plain and ordinary meaning | '960 patent at Abstract, 2:34-42, 3:18-48, 5:16-30, 6:3-16, 6:60-7:2, 7:12-7:21, 7:59-8:13, 8:28-8:51, 9:15-55, 10:7-18, 10:25-40, 11:55- |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | identifies vulnerabilities without a human analyst" | | | | 12:8, 12:20-12:31, 12:47-60, 14:13-21, FIGS. 1, 2, 5, Claims 1, 12, 23 |
| 23 | means for scanning a network element to identify vulnerabilities | indefinite | '960 patent at 3:18-31, 14:47-65.<br><br>'960 patent File History: 2010-07-22 Applicant Remarks. | **Function:** scanning a network element to identify vulnerabilities\<br><br>**Structure:** a scanner or scanning device configured according to 2:34-42, 3:18-31, 3:40-48, 9:19-27, 9:41-43, 12:47-60, 14:13-21, and/or FIGS. 1, 2, 5 and/or 6<br><br>and structural equivalents thereof. | '960 patent at 2:34-42, 3:18-31, 3:40-48, 9:19-27, 9:41-43, 12:47-60, 14:13-21, FIG. 1 |
| 23 | means for identifying at least one of the plurality of vulnerabilities associated with the network element based on output | indefinite | '960 patent at 2:34-42; 3:32-48, 3:60-62, 4:2-12, 4:42-57, 4:62-65, 5:23-30, 7:59-8:13, 8:14-9:14, 12:47-60, 14:13-21, 14:47-65 | **Function:** identifying at least one of the plurality of vulnerabilities associated with the network element based on output | '960 patent at 2:34-42; 3:32-48, 3:60-62, 4:2-12, 4:42-57, 4:62-65, 5:23-30, 7:59-8:13, 8:14-9:14, 12:47-60, 14:13-21, 14:47-58, FIGS. 1, 2, 5, 6. |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | from the means for scanning | | and FIGS. 1, 2, 5 and 6.<br><br>'960 patent File History: 2010-07-22 Applicant Remarks. | from the means for scanning<br><br>**Structure:** a network monitoring system configured according to 2:34-42; 3:32-48, 3:60-62, 4:2-12, 4:42-57, 4:62-65, 5:23-30, 7:59-8:13, 8:14-9:14, 12:47-60, 14:13-21, 14:47-58 and/or FIGS. 1, 2, 5 and/or 6<br><br>and structural equivalents thereof. | |
| 23 | means for generating a risk indicator for the network element based on the stored value associated with the at least one identified vulnerability | indefinite | '960 patent at 2:4-8, 2:34-42, 3:32-48, 4:5-12, 4:42-57, 5:43-57, 7:59-8:13, 8:14-9:50, 10:19-60, 12:32-13:6, 14:22-65 and FIGS. 1, 2, 5 and 6.<br><br>'960 patent File History: 2010-07- | **Function:** generating a risk indicator for the network element based on the stored value associate with the at least one identified vulnerability<br><br>**Structure:** a network monitoring | '960 patent at 2:4-8, 2:34-42, 3:32-48, 4:5-12, 4:42-57, 5:43-57, 7:59-8:13, 8:14-9:50, 10:19-60, 12:32-13:6, 14:22-64, FIGS. 1, 2, 5, 6 |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | 22 Applicant Remarks. | system configured according to 2:4-8, 2:34-42, 3:32-48, 4:5-12, 4:42-57, 5:43-57, 7:59-8:13, 8:14-9:50, 10:19-60, 12:32-13:6, 14:22-64 and/or FIGS. 1, 2, 5 and/or 6  and structural equivalents thereof. | |
| 23 | means for adjusting the risk indicator | indefinite | '960 patent at 2:34-42, 3:32-48, 4:42-65, 5:58-6:16, 7:59-8:13, 9:50-10:60, 12:20-31, 12:47-60, 13:21-26, 14:13-65 and FIGS. 1, 2, 5 and 6.  '960 patent File History: 2010-07-22 Applicant Remarks. | **Function:** adjusting the risk indicator  **Structure:** a network monitoring system configured according to 2:34-42, 3:32-48, 4:42-65, 5:58-6:16, 7:59-8:13, 9:50-10:60, 12:20-31, 12:47-60, 13:21-26, 14:13-64 and/or FIGS. 1, 2, 5 and/or 6  and structural equivalents thereof. | '960 patent at 2:34-42, 3:32-48, 4:42-65, 5:58-6:16, 7:59-8:13, 9:50-10:60, 12:20-31, 12:47-60, 13:21-26, 14:13-64, FIGS. 1, 2, 5, 6 |

**Agreed Constructions for U.S. Patent No. 7,962,960**

| Claim No. | Claim Term/Phrase | Agreed Construction |
|---|---|---|
| 23 | means for storing values associated with each of a plurality of vulnerabilities | **Function:** storing values associated with each of a plurality of vulnerabilities <br><br> **Structure:** a memory, storage device and/or database, as described in 1:66-2:1, 4:7-12, 4:14-27, 4:42-57, 4:58-6:26, 6:48-53, 7:29-30, 8:61-9:4, 9:24-27, 9:37-40, 9:43-48, 10:25-31, 12:23-29, 13:21-24, and/or FIGS. 1, 2, 3, 5 and/or 6 <br><br> and structural equivalents thereof. |
| 23 | means for outputting the adjusted risk indicator | **Function**: outputting the adjusted risk indicator <br><br> **Structure**: an output device such as a display, a printer, or speakers configured according to 2:34-52, 4:5-12, 4:32-37, 10:61-11:12, 14:13-58 and/or FIGS. 1, 2, 4, 5 and/or 6 <br><br> and structural equivalents thereof. |

**Joint Claim Construction Chart for U.S. Patent No. 8,072,968**

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| 4-10, 14-15, 19-20 | session controller | a device that is responsible for setting up all application session requests originated by a customer within the network and which keeps tracks of sessions initiated by a customer for session management | '968 patent at 4:64-5:8, 5:34-53, 5:59-6:16, 6:22-42, 6:46-56, Fig. 2. | Plain and ordinary meaning | '968 patent at 4:47-5:29; Claims 5, 14-15, 19. *See also* session. |
| 16 | means for receiving a plurality of application session setup requests from a subscriber by the communication network | **Function:** receiving a plurality of application session setup requests from a subscriber by the communication network.<br><br>**Structure**: a processor and a module in the communication network that performs the | '968 patent at 4:64-5:6, 5:39-43, 6:25-29, 9:14-36. | **Function:** receiving a plurality of application session setup requests from a subscriber by the communication network<br><br>**Structure:** a processor, a module and/or a memory in the system as depicted in FIGS. 1-3 and/or 5 and the | '968 patent at 2:54-3:8, 3:29-37; 6:62-7:3; 7:48-61, 7:61-8:1, 8:4-11, 8:40-9:2, 9:12-36, FIGS. 2-5 |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | identified function using a signaling protocol such as a session initiation protocol. The module can include "software" that "can be loaded into memory 504 and executed by processor 502." | | accompanying discussion in the specification with software programmed according to 2:54-3:8, 3:29-37; 6:62-7:3; 7:48-61, 7:61-8:1, 8:4-11, 8:40-9:2, 9:12-36 and/or FIGS. 2, 3 and/or 4<br><br>and structural equivalents thereof. | |
| 16 | means for establishing simultaneously with an endpoint device of the subscriber a plurality of active application sessions requested by the subscriber | Indefinite | | **Function:** establishing simultaneously with an endpoint device of the subscriber a plurality of active application sessions requested by the subscriber<br><br>**Structure:** a processor, a module and/or a memory in the system as depicted in FIGS. 1-3 and/or 5 and the | '968 patent at 2:54-3:8, 3:29-37; 6:62-7:3; 7:48-8:18, 8:40-9:11, 9:12-36, FIGS. 2-5 |

| Claim No. | Claim Term/Phrase | Plaintiff's Proposed Construction | Plaintiff's Identification of Evidence | Defendants' Proposed Construction | Defendants' Identification of Evidence |
|---|---|---|---|---|---|
| | | | | accompanying discussion in the specification with software programmed according to 2:54-3:8, 3:29-37; 6:62-7:3; 7:48-8:18, 8:40-9:11, 9:12-36 and/or FIGS. 2, 3 and/or 4

and structural equivalents thereof. | |

10709646