## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 21-461-GBW |
| v. | ) ) **JURY TRIAL DEMANDED** ) |
| RAKUTEN, INC., and EBATES PERFORMANCE MARKETING, INC. DBA RAKUTEN REWARDS, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on March 29, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Benjamin J. Schladweiler<br>GREENBERG TRAURIG, LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Phone: (302) 661-7000<br>Fax: (302) 661-7360<br>schladweilerb@gtlaw.com<br>IBM-RAKUTEN-Lit@gtlaw.com | Joshua L. Raskin<br>Allan A. Kassenoff<br>Julie Bookbinder<br>Jade Li-Yu Chen<br>Jonathan Presveli<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>RaskinJ@gtlaw.com<br>KassenoffA@gtlaw.com<br>BookbinderJ@gtlaw.com<br>chenja@gtlaw.com<br>presvelisj@gtlaw.com<br>IBM-RAKUTEN-Lit@gtlaw.com |

OF COUNSEL:

John M. Desmarais
Karim Z. Oussayef
Jonas R. McDavit
Jordan N. Malz
Brian D. Matty
Edward Geist
Jun Tong
Eliyahu Balsam
William A. Vieth
William N. Yau
Amy I. Wann
Benjamin J. Rodd
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

Michael Rhodes
Kyle Curry
DESMARAIS LLP
101 California St.
San Francisco, CA  94111
Tel:  (415) 573-1874

Dated:  March 30, 2023
10713885 / 00311.00030

POTTER ANDERSON & CORROON LLP

By:  */s/ Andrew L. Brown*
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Andrew L. Brown (#6766)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     bpalapura@potteranderson.com
     abrown@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

2