IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RAKUTEN, INC. and EBATES PERFORMANCE MARKETING, INC. dba RAKUTEN REWARDS,  )<br>)<br>Defendants.  ) | C.A. No. 21-461-GBW<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff International Business Machines Corporation ("Plaintiff") and Defendants Rakuten, Inc., and Ebates Performance Marketing, Inc. dba Rakuten Rewards ("Defendants"), subject to the Court's approval, that the following deadlines set forth in the Amended Scheduling Order (D.I. 215) are hereby amended, as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's and Counter-Claim Plaintiff's final infringement contentions | April 12, 2023 | May 24, 2023 |
| Defendants' and Counter-Claim Defendant's final invalidity contentions | April 28, 2023 | June 7, 2023 |

1

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | GREENBERG TRAURIG, LLP |
| /s/ David E. Moore | /s/ Benjamin J. Schladweiler |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 Market Street<br>Wilmington, DE 19801<br>Phone: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | Benjamin J. Schladweiler (#4601)<br>GREENBERG TRAURIG, LLP<br>222 Delaware Ave., Suite 1600<br>Wilmington, DE 19801<br>Phone: (302) 661-7000<br>schladweilerb@gtlaw.com |
| *Counsel for Plaintiff International Business Machines Corporation* | *Counsel for Defendants Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Rewards* |

Dated: April 6, 2023

**SO ORDERED** this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE