## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No.: 21-00461-GBW ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| RAKUTEN, INC. and EBATES PERFORMANCE MARKETING, INC. dba RAKUTEN REWARDS, | ) ) ) ) ) |
| Defendants. | ) ) ) ) |
| RAKUTEN, INC. and EBATES PERFORMANCE MARKETING, INC. DBA RAKUTEN REWARDS, | ) ) ) ) |
| Counterclaim-Plaintiffs, | ) ) ) |
| v. | ) ) |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) |
| Counterclaim-Defendant. | ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 14, 2023, a copy of ***Rakuten, Inc. and Ebates Performance Marketing, Inc. DBA Rakuten Rewards' First Set of Requests for Admission to International Business Machines Corporation (Nos. 1-7)*** was served via electronic mail upon the following counsel of record:

<div style="columns: 2">

John M. Desmarais
Karim Z. Oussayef
Jonas R. McDavit
Jordon N. Malz
Brian D. Matty
Edward Geist
Jun Tong
Eliyahu Balsam
Amy I. Wann
William Vieth
William N. Yau
Benjamin Rodd
**Desmaris LLP**
230 Park Avenue
New York, NY 10169
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
jmcdavit@desmaraisllp.com
jmalz@desmaraisllp.com
bmatty@desmaraisllp.com
egeist@desmaraisllp.com
jtong@desmaraisllp.com
ebalsam@desmaraisllp.com
awann@desmaraisllp.com
wvieth@desmaraisllp.com
wyau@desmaraisllp.com
brodd@desmaraisllp.com

Michael Rhodes, Esquire
Kyle Curry, Esquire
**Desmarais LLP**
101 California St.
San Francisco, CA 94111
mrhodes@desmaraisllp.com
kcurry@desmaraisllp.com

David Ellis Moore
Bindu Ann George Palapura
Andrew L. Brown
**Potter Anderson & Corroon, LLP**
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff and Counter-Defendant International Business Machines Corporation*

</div>

|  |  |
|---|---|
| Of Counsel:<br><br>Joshua L. Raskin<br>Allan A. Kassenoff<br>Julie P. Bookbinder<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Phone: (212) 801-9200<br>raskinj@gtlaw.com<br>kassenoffa@gtlaw.com<br>bookbinderj@gtlaw.com<br><br>DATED:  April 14, 2023 | GREENBERG TRAURIG, LLP<br><br>*/s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler (#4601)<br>222 Delaware Ave., Suite 1600<br>Wilmington, DE 19801<br>Phone: (302) 661-7000<br>schladweilerb@gtlaw.com<br><br>*Counsel for Defendants and Counterclaim Plaintiffs Rakuten Inc. and Ebates Performance Marketing, Inc. dba Rakuten Rewards* |