**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Bindu A. Palapura
Partner
Direct  302.984.6092

January 19, 2024

**VIA ELECTRONIC FILING**
The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *International Business Machines Corporation v. Rakuten, Inc. et al.*, C.A. No. 21-461-GBW

Dear Judge Williams:

    I write on behalf of Plaintiff International Business Machines ("IBM") in the above-referenced matter in response to the Court's recent order rescheduling the trial date from April 8, 2024 to May 13, 2024.  (D.I. 571).  Due to a pre-existing conflict, and based on the Court's public schedule and the parties' availability, IBM respectfully requests that the Court reschedule the trial to the week of June 24, 2024, subject to the Court's availability.[1]  If the trial is rescheduled to that week, the parties further respectfully request that the Court conduct the pretrial conference (currently scheduled for May 2, 2024 (D.I. 571)) prior to June 1, 2024.

    IBM's request is necessitated by the fact that its lead trial counsel, John Desmarais and Karim Oussayef, are scheduled to also serve as lead counsel for a trial starting on May 14, 2024 in *Kewazinga Corp. v. Google LLC*, Civil Action No. 1:20-cv-1106-LGS, in the Southern District of New York.  The *Kewazinga* trial was scheduled before the Court's January 9, 2024 Order resetting the trial date in this case.  (D.I. 571).

    Defendants Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Rewards do not oppose IBM's request.  In the event the Court considers moving the trial to another date, the parties respectfully request that the Court set a scheduling conference to discuss potential dates with the parties.

    Counsel are available should the Court have any questions or need anything further.

---

[1] Although the parties previously proposed a 6-day jury trial, (D.I. 215 at 15), the parties currently propose a 5-day trial in light of the narrowing of the number of unstayed asserted patents at issue from six patents to two patents.

The Honorable Gregory B. Williams
January 19, 2024
Page 2

                                                Respectfully,

                                                */s/ Bindu A. Palapura*

                                                Bindu A. Palapura

cc: Counsel of record (via electronic mail)