## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 21-461-GBW |
| v. | ) ) **JURY TRIAL DEMANDED** ) |
| RAKUTEN, INC. and EBATES PERFORMANCE MARKETING, INC. dba RAKUTEN REWARDS, | ) ) ) ) ) |
| Defendants. | ) |

**STIPULATED DISMISSAL OF EPMI'S COUNTERCLAIM III (INFRINGEMENT OF '861 PATENT) AND RELATED DEFENSES AND MOTIONS**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Counterclaim Plaintiff Ebates Performance Marketing, Inc. dba Rakuten Rewards ("EPMI") and Counterclaim Defendant International Business Machine Corporations ("IBM"), by and through their undersigned counsel, do hereby stipulate and agree as follows:

WHEREAS EPMI has pled a counterclaim of infringement of U.S. Patent No. 6,697,861 ("the '861 patent") (D.I. 26 at ¶¶ 81-100);

WHEREAS IBM has pled defenses to EPMI's counterclaim of infringement of the '861 patent, including non-infringement and invalidity (D.I. 54);

WHEREAS EPMI and IBM have raised discovery disputes relating to the '861 patent, which disputes are pending before the Court (D.I. 382 and D.I. 394 at 2-3[1]);

---

[1] Specifically, Section B of IBM's letter, relating to the dispute titled, "Rakuten Failed To Disclose Products Accused of Infringement."

1

WHEREAS EPMI and IBM have filed summary judgment and *Daubert* motions relating to the '861 patent, which motions are pending before the Court (D.I. 432, 437, 447,[2] 452 at 19-26 and 48-50); and

WHEREAS the parties wish to streamline the remaining issues for trial.

NOW, THEREFORE:

1. EPMI's Counterclaim Count III (Infringement of U.S. Patent No. 6,697,861) is hereby dismissed with prejudice.

2. IBM's defenses to EPMI's Counterclaim Count III are hereby dismissed, as to the '861 patent only, without prejudice.

3. EPMI's and IBM's pending motions relating to the '861 patent (D.I. 382, 394 at 2-3,[3] 432, 437, 447,[4] 452 at 19-26 and 48-50) are hereby withdrawn, as to the '861 patent only.

4. Each party shall bear its own costs, expenses, and attorneys' fees in connection with the dismissed counterclaim and defenses, and related motions.

*[Signature Page Follows]*

---

[2] Only as the motion relates to the '861 patent.
[3] Specifically, Section B of IBM's letter, relating to the dispute titled, "Rakuten Failed To Disclose Products Accused of Infringement."
[4] Only as the motion relates to the '861 patent.

| POTTER ANDERSON & CORROON LLP | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ David E. Moore* | */s/ Benjamin J. Schladweiler* |
| David E. Moore (#3983) | Benjamin J. Schladweiler (#4601) |
| Bindu A. Palapura (#5370) | GREENBERG TRAURIG, LLP |
| POTTER ANDERSON & CORROON LLP | 222 Delaware Ave., Suite 1600 |
| Hercules Plaza, 6th Floor | Wilmington, DE 19801 |
| 1313 Market Street | Phone: (302) 661-7000 |
| Wilmington, DE 19801 | Fax: (302) 661-7360 |
| Phone: (302) 984-6000 | schladweilerb@gtlaw.com |
| dmoore@potteranderson.com | |
| bpalapura@potteranderson.com | *Counsel for Defendants Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Rewards* |
| *Counsel for Plaintiff International Business Machines Corporation* | |

Dated: February 23, 2024